# Exhibit D

**Exhibit D**

**Lien Priority Chart**

| Priority | Revolving Loan Priority Collateral (as defined in the Intercreditor Agreement)[1] | Term Loan Priority Collateral (as defined in the Intercreditor Agreement) | Post-Petition Unencumbered Property of the Nature of Revolving Loan Priority Collateral | Post-Petition Unencumbered Property of the Nature of Term Loan Priority Collateral | Post-Petition Unencumbered Property Not in the Nature of Revolving Loan Priority Collateral or Term Loan Priority Collateral |
|---|---|---|---|---|---|
| 1st | DIP Revolving Liens | Carve Out | DIP Revolving Liens | Carve Out | Carve Out |
| 2nd | Revolving Credit Adequate Protection Liens | DIP Term Liens | Revolving Credit Adequate Protection Liens | DIP Term Liens | DIP Revolving Liens and DIP Term Liens (on a ratable basis based on the principal amount owing to the DIP Revolving Lenders and DIP Term Lenders) |
| 3rd | Prepetition Liens of Pre-Petition Revolving Secured Parties | Term Loan Adequate Protection Liens | Prepetition Liens of Pre-Petition Revolving Secured Parties | Term Loan Adequate Protection Liens | Revolving Credit Adequate Protection Liens and Term Loan Adequate Protection Liens (on a ratable basis based on the principal amount owing to the DIP |

---

[1] "Revolving Loan Priority Collateral" (as defined in the Intercreditor Agreement) shall not include any proceeds of DIP Term Loans made to the Debtors under the DIP Term Facility (the "DIP Term Facility Cash Proceeds"), which DIP Term Facility Cash Proceeds shall be deposited in and retained in a segregated account over which the DIP Term Agent and Pre-Petition Term Agent have lien priority. DIP Term Facility Cash Proceeds shall constitute Term Loan Priority Collateral.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Revolving Lenders and DIP Term Lenders) |
| 4th | DIP Term Liens | Prepetition Liens of Pre-Petition Term Loan Secured Parties | DIP Term Liens | DIP Revolving Liens | |
| 5th | Term Loan Adequate Protection Liens | DIP Revolving Liens | Term Loan Adequate Protection Liens | Revolving Credit Adequate Protection Liens | |
| 6th | Prepetition Liens of Pre-Petition Term Loan Secured Parties | Revolving Credit Adequate Protection Liens | | | |
| 7th | | Prepetition Liens of Pre-Petition Revolving Credit Secured Parties | | | |