# Exhibit E

**Exhibit E**

**Claim Priority Chart**

| Priority | Adequate Protection Claims Relating to Diminution in Revolving Loan Priority Collateral (as defined in the Intercreditor Agreement), as against Revolving Loan Priority Collateral | Adequate Protection Claims Relating to Diminution in Term Loan Priority Collateral (as defined in the Intercreditor Agreement), as against Term Loan Priority Collateral |
|---|---|---|
| 1st | DIP Superpriority Claim granted to DIP Revolving Agent | Carve Out |
| 2nd | DIP Superpriority Claim granted to DIP Term Agent | DIP Superpriority Claim granted to DIP Term Agent |
| 3rd | Revolving Credit Adequate Protection Claim | DIP Superpriority Claim granted to DIP Revolving Agent |
| 4th | Carve Out | Term Loan Adequate Protection Claim |
| 5th | Term Loan Adequate Protection Claim | Revolving Credit Adequate Protection Claim |