Exhibit F

**Williams Industrial Services - DIP Cash Flow Summary**

(USD $,000)

| | Jul-23 | | | | | Aug-23 | | | | Sep-23 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 Transaction Close | Sale Proceeds Application |
| Actual/Estimate | In BK Estimate | In BK Estimate | In BK Estimate | In BK Estimate | In BK Estimate | In BK Estimate | In BK Estimate | In BK Estimate | In BK Estimate | Estimate | Estimate |
| Week Ending | 7/28/23 | 8/4/23 | 8/11/23 | 8/18/23 | 8/25/23 | 9/1/23 | 9/8/23 | 9/15/23 | 9/22/23 | 9/29/23 | 9/29/23 |
| **Beginning Cash (Book Balance)** | $ 640 | $ 7,866 | $ 4,086 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | |
| **Estimated Receipts** | 2,109 | 1,566 | 2,005 | 2,383 | 2,827 | 2,899 | 6,465 | 3,642 | 3,371 | 2,718 | |
| Payroll | (2,963) | (1,443) | (1,905) | (1,922) | (2,167) | (1,657) | (2,178) | (1,470) | (1,825) | (4,165) | |
| Benefits | - | - | - | (300) | - | - | - | - | (300) | - | |
| Union | (465) | - | (1,638) | - | - | - | - | (2,025) | - | (1,478) | |
| Insurance | - | (50) | - | (280) | - | (50) | - | (280) | - | - | |
| Rent | - | - | - | - | - | (104) | - | - | - | (104) | |
| Other Vendor AP | (527) | (839) | (611) | (497) | (380) | (464) | (623) | (582) | (887) | (734) | |
| **Total Operating Disbursements** | (3,955) | (2,332) | (4,154) | (2,999) | (2,547) | (2,275) | (2,802) | (4,357) | (3,012) | (6,481) | |
| **Net Operating Cash Flow** | (1,846) | (766) | (2,150) | (616) | 279 | 624 | 3,663 | (715) | 358 | (3,763) | |
| **DIP Term Funding** | 14,000 | | | | 2,750 | 2,750 | | | | | |
| RLOC Interest | - | (78) | - | - | - | (108) | - | - | - | - | |
| Term Loan P&I | - | - | - | - | - | - | - | - | - | (806) | |
| Past Due AP Catch-Up | (1,950) | (975) | (975) | (1,921) | (640) | - | - | - | - | - | |
| Company - Legal Advisor (Thompson Hine) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | |
| Company - Financial Advisor (G2) | (35) | (35) | (35) | (35) | (35) | (35) | (35) | (35) | (35) | (35) | |
| Company - Local Counsel (DE Filing) | (13) | (13) | (13) | (13) | (13) | (13) | (13) | (13) | (13) | (13) | |
| CRO | (100) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (60) | |
| Claims & Noticing Agent | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | |
| Other Banker Fees (Greenhill) | - | - | (100) | - | - | - | (100) | - | - | (100) | |
| IB Transaction Fee | - | - | - | - | - | - | - | - | - | - | (2,800) |
| PNC - Legal Advisor (Blank Rome) | (200) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (60) | |
| PNC - Financial Advisor (Focus Management Group) | (55) | (18) | (18) | (18) | (18) | (18) | (18) | (18) | (18) | (36) | |
| Term Lenders - Legal Advisor (Chapman) | (200) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (60) | |
| Unsecured Claims Committee | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | |
| KERP | - | - | - | - | - | - | - | - | - | (500) | |
| DIP RLOC Fees | (60) | - | - | - | - | - | - | - | - | - | |
| Term DIP Fees | (475) | - | - | - | (55) | (55) | - | - | - | (195) | |
| Term DIP Facility Interest | - | (45) | - | - | - | (209) | - | - | - | (228) | |
| Contingency | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | |
| **Total Non-Operating Disbursements** | (3,283) | (1,448) | (1,426) | (2,271) | (1,046) | (723) | (451) | (351) | (351) | (2,287) | (2,800) |
| **Total Cash Flow** | 8,871 | (2,215) | (3,575) | (137) | 1,984 | (99) | 3,213 | (1,066) | 8 | (6,050) | |
| **Net Draw / (Paydown) of RLOC Facilities** | (1,644) | (1,566) | (460) | 137 | (1,984) | 99 | (3,213) | 1,066 | (8) | 6,050 | |
| **Ending Cash (Book Balance)** | $ 7,866 | $ 4,086 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | |

*Prepetition RLOC Roll forward*

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $10,391 | $8,282 | $6,716 | $4,712 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Receipts | -$2,109 | -$1,566 | -$2,005 | -$953 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Other Paydown | $0 | $0 | $0 | -$3,758 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Draws | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Ending Balance | $8,282 | $6,716 | $4,712 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |

*DIP RLOC Roll forward*

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $0 | $0 | $0 | $1,544 | $6,393 | $4,409 | $4,508 | $1,296 | $2,361 | $2,353 | |
| Receipts | $0 | $0 | $0 | -$1,430 | -$2,827 | -$2,899 | -$6,465 | -$3,642 | -$3,371 | -$2,718 | |
| Draws / (Paydown) | $0 | $0 | $1,544 | $6,279 | $843 | $2,998 | $3,252 | $4,708 | $3,363 | $8,768 | |
| Ending Balance | $0 | $0 | $1,544 | $6,393 | $4,409 | $4,508 | $1,296 | $2,361 | $2,353 | $8,403 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Total Prepetition + DIP RLOC Balance* | 8,282 | 6,716 | 6,256 | 6,393 | 4,409 | 4,508 | 1,296 | 2,361 | 2,353 | 8,403 | |
| Maximum RLOC Availability | 9,204 | 9,204 | 9,204 | 9,204 | 6,939 | 6,939 | 6,939 | 6,939 | 10,129 | 10,129 | |
| Availability Test | PASS | PASS | PASS | PASS | PASS | PASS | PASS | PASS | PASS | PASS | |
| Cushion / (Additional Liquidity Required) | 922 | 2,488 | 2,948 | 2,811 | 2,530 | 2,431 | 5,644 | 4,578 | 7,775 | 1,725 | |
| **Estimated Intra-Week Min Liquidity** | 8,788 | 6,333 | 2,998 | 2,861 | 1,162 | 2,083 | 2,889 | 3,655 | 7,041 | 1,775 | |

Confidential