IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP, INC., *et al.*[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10961 (TMH)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firms of Chapman and Cutler LLP and Womble Bond Dickinson (US) LLP hereby appear on behalf of EICF Agent LLC, in its capacity as Agent ("EICF Agent"), and, pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), hereby request that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

| **CHAPMAN AND CUTLER LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| David T.B. Audley | Matthew P. Ward |
| Michael T. Benz | Morgan L. Patterson |
| Stephen R. Tetro II | 1313 North Market Street, Suite 1200 |
| 320 South Canal Street, 27th Floor | Wilmington, Delaware 19801 |
| Chicago, Illinois 60606 | Telephone: (302) 252-4320 |
| Telephone: (312) 845-3000 | Facsimile: (302) 252-4330 |
| Email: audley@chapman.com | Email: matthew.ward@wbd-us.com |
| Email: benz@chapman.com | Email: morgan.patterson@wbd-us.com |
| Email: stetro@chapman.com | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which EICF Agent, in any capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: July 23, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Matthew P. Ward*<br>Matthew P. Ward (DE Bar No. 4471)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4337<br>Facsimile:  (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br>Email: morgan.patterson@wbd-us.com<br><br>-and-<br><br>**CHAPMAN AND CUTLER LLP**<br>David T.B. Audley<br>Michael T. Benz<br>Stephen R. Tetro II<br>320 South Canal Street, 27th Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-3000<br>Email:  audley@chapman.com<br>Email:  benz@chapman.com<br>Email:  stetro@chapman.com<br><br>*Counsel to EICF Agent LLC,*<br>*in its capacity as Agent* |