# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (**BLS**)<br><br>(Joint Administration Requested) |

### AMENDED[2] NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR THE VIRTUAL HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JULY 25, 2023 AT 9:00 A.M. (ET)[3]

---

**THE HEARING WILL BE CONDUCTED IN-PERSON AND BY ZOOM PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED TO REGISTER NO LATER THAN MONDAY, JULY 24, 2023, AT 4:00 P.M. (ET) PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItd-CtqDkoGZDHwkgD2TQGpnv0K_GdHo8

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**AUDIO FOR THE HEARING WILL BE PROVIDED BY ZOOM ONLY.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] **Amended items are in bold.**

[3] All motions and other pleadings referenced herein are available online at either of the following web addresses: https://dm.epiq11.com/WilliamsIndustrialServicesGroup or https://dm.epiq11.com/WISGRP.

**PLEASE TAKE NOTICE** that on July 22, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following voluntary petitions (the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

A.   Voluntary Petitions:

1. Williams Industrial Services Group Inc. [Case No. 23-10961]
2. Williams Industrial Services Group, LLC [Case No. 23-10962]
3. Steam Enterprises, LLC [Case No. 23-10963]
4. GPEG LLC [Case No. 23-10964]
5. Global Power Professional Services Inc. [Case No. 23-10965]
6. Williams Industrial Services, LLC [Case No. 23-10966]
7. Williams Plant Services, LLC [Case No. 23-10967]
8. Williams Specialty Services, LLC [Case No. 23-10968]
9. WISG Electrical, LLC [Case No. 23-10969]
10. Construction & Maintenance Professionals, LLC [Case No. 23-10970]
11. Williams Global Services, Inc. [Case No. 23-10971]
12. WISG Canada Ltd. [Case No. 23-10972]
13. WISG Nuclear Ltd. [Case No. 23-10973]
14. WISG Electrical Ltd. [Case No. 23-10974]

**PLEASE TAKE FURTHER NOTICE** that on July 22, 2023, the Debtors filed the following first day motions and related pleadings (collectively, the "First Day Motions").

B.   First Day Motions:

1. Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief [D.I. 4, 7/22/23].

2. Application for an Order Appointing Epiq Bankruptcy Solutions, LLC as Claims, Noticing, and Solicitation Agent for the Debtors Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) LBR 2002-1(f) [D.I. 5, 7/22/23].

3. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information and (II) Granting Related Relief [D.I. 6, 7/22/23].

4. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records and (II) Granting Related Relief [D.I. 7, 7/22/23].


5. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations and (II) Granting Related Relief [D.I. 8, 7/22/23].

6. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Continue Prepetition Insurance and Workers' Compensation Policies and to Pay Prepetition Premiums and Related Obligations and (II) Granting Related Relief [D.I. 9, 7/22/23].

7. Debtors' Emergency Motion for Entry of an Order (I) Authorizing Payment of Prepetition Wages, Payroll Taxes, Certain Employee Benefits, and Related Expenses; (II) Directing Banks to Honor Related Prepetition Transfers; and (III) Granting Related Relief [D.I. 10, 7/22/23].

8. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices; (II) Deeming Utilities Adequately Assured of Future Performance; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief [D.I. 11, 7/22/23].

9. Debtors' Emergency Motion for Entry of Interim and Final Orders (i) Authorizing, But Not Directing, Payment of Prepetition Claims of Critical Vendors Pursuant to 11 U.S.C. §§ 363(b), 1107, and 1108, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 9013-1(m); and (ii) Granting Related Relief [D.I. 12, 7/22/23].

10. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I.13, 7/22/23].

    a. Declaration of Victoria Arrigoni of G2 Capital Advisors in Support of Debtors' Motion Seeking Postpetition Financing [D.I. 14, 7/22/23].

C. First Day Declaration:

11. Declaration of Tracy D. Pagliara in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 2, 7/22/23].

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the First Day Motions is scheduled for **July 25, 2023 at 9:00 a.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, **6th Floor, Courtroom 1,** Wilmington, Delaware 19801 before The Honorable **Brendan L. Shannon**, United States Bankruptcy Judge for the District of Delaware.  **Parties who wish to participate in the First Day Hearing virtually may do so by joining the Zoom hearing at the following link no later than 4:00 p.m. on July 24, 2023.**

https://debuscourts.zoomgov.com/meeting/register/vJItd-CtqDkoGZDHwkgD2TQGpnv0K_GdHo8

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

| | |
|---|---|
| Dated: July 24, 2023<br>Wilmington, Delaware | /s/ *Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0192<br>*desgross@chipmanbrown.com*<br><br> -and-<br><br>Sean A. Gordon (*pro hac vice* pending)<br>Austin B. Alexander (*pro hac vice* pending)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 541-2900<br>Facsimile: (404) 541-2905<br>*Sean.Gordon@thompsonhine.com*<br>*Austin.Alexander@thompsonhine.com* |

Alan R. Lepene (*pro hac vice* pending)
Scott B. Lepene (*pro hac vice* pending)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
<u>Alan.Lepene@thompsonhine.com</u>
<u>Scott.Lepene@thompsonhine.com</u>

*Proposed Counsel for Debtors*