## EXHIBIT A

00048919.4

**Williams Industrial Services - DIP Cash Flow Summary**

| (USD $,000) | | Jul-23 | | | | Aug-23 | | | | Sep-23 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 | 3Q'23 Transaction Close | Sale Proceeds Application |
| Week # | | In BK | In BK | In BK | In BK | In BK | In BK | In BK | In BK | In BK | |
| Actual/Estimate | | Estimate | Estimate | Estimate | Estimate | Estimate | Estimate | Estimate | Estimate | Estimate | Estimate |
| Week Ending | | 7/28/23 | 8/4/23 | 8/11/23 | 8/18/23 | 8/25/23 | 9/1/23 | 9/8/23 | 9/15/23 | 9/22/23 | 9/29/23 | 9/29/23 |
| **Beginning Cash (Book Balance)** | $ | 640 | $ 7,766 | $ 3,985 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | |
| **Estimated Receipts** | | 2,109 | 1,566 | 2,005 | 2,383 | 2,827 | 2,899 | 6,465 | 3,642 | 3,371 | 2,718 | |
| Payroll | | (2,963) | (1,443) | (1,905) | (1,922) | (2,167) | (1,657) | (2,178) | (1,470) | (1,825) | (4,165) | |
| Benefits | | - | - | - | (300) | - | - | - | - | (300) | - | |
| Union | | (465) | - | (1,638) | - | - | - | - | (2,025) | - | (1,478) | |
| Insurance | | - | (50) | - | (280) | - | (50) | - | (280) | - | - | |
| Rent | | - | - | - | - | - | (104) | - | - | - | (104) | |
| Other Vendor AP | | (527) | (839) | (611) | (497) | (380) | (464) | (623) | (582) | (887) | (734) | |
| **Total Operating Disbursements** | | (3,955) | (2,332) | (4,154) | (2,999) | (2,547) | (2,275) | (2,802) | (4,357) | (3,012) | (6,481) | |
| **Net Operating Cash Flow** | | (1,846) | (766) | (2,150) | (616) | 279 | 624 | 3,663 | (715) | 358 | (3,763) | |
| **DIP Term Funding** | | 14,000 | | | 2,750 | 2,750 | | | | | | |
| RLOC Interest | | - | (79) | - | - | - | (112) | - | - | - | - | |
| Term Loan P&I | | - | - | - | - | - | - | - | - | - | (806) | |
| Past Due AP Catch-Up | | (1,950) | (975) | (975) | (1,921) | (640) | - | - | - | - | - | |
| Company - Legal Advisor (Thompson Hine) | | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | |
| Company - Financial Advisor (G2) | | (35) | (35) | (35) | (35) | (35) | (35) | (35) | (35) | (35) | (35) | |
| Company - Local Counsel (DE Filing) | | (13) | (13) | (13) | (13) | (13) | (13) | (13) | (13) | (13) | (13) | |
| CRO | | (100) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (60) | |
| Claims & Noticing Agent | | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | |
| Other Banker Fees (Greenhill) | | - | - | (100) | - | - | - | (100) | - | - | (100) | |
| IB Transaction Fee | | - | - | - | - | - | - | - | - | - | - | (2,800) |
| PNC - Legal Advisor (Blank Rome) | | (300) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (60) | |
| PNC - Financial Advisor (Focus Management Group) | | (55) | (18) | (18) | (18) | (18) | (18) | (18) | (18) | (18) | (36) | |
| Term Lenders - Legal Advisor (Chapman) | | (200) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (30) | (60) | |
| Unsecured Claims Committee | | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | |
| KERP | | - | - | - | - | - | - | - | - | - | (500) | |
| DIP RLOC Fees | | (60) | - | - | - | - | - | - | - | - | - | |
| Term DIP Fees | | (475) | - | - | - | (55) | (55) | - | - | - | (195) | |
| Term DIP Facility Interest | | - | (45) | - | - | - | (209) | - | - | - | (228) | |
| Contingency | | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (40) | |
| **Total Non-Operating Disbursements** | | (3,383) | (1,449) | (1,426) | (2,271) | (1,046) | (727) | (451) | (351) | (351) | (2,287) | (2,800) |
| **Total Cash Flow** | | 8,771 | (2,216) | (3,575) | (137) | 1,984 | (102) | 3,213 | (1,066) | 8 | (6,050) | |
| **Net Draw / (Paydown) of RLOC Facilities** | | (1,644) | (1,566) | (360) | 137 | (1,984) | 102 | (3,213) | 1,066 | (8) | 6,050 | |
| **Ending Cash (Book Balance)** | $ | 7,766 | $ 3,985 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | |

*Prepetition RLOC Roll forward*

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | $10,391 | $8,782 | $7,216 | $5,212 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Receipts | | -$2,109 | -$1,566 | -$2,005 | -$953 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Other Paydown | | $0 | $0 | $0 | -$4,258 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Draws | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| LOC Funding | | $500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Ending Balance** | | $8,782 | $7,216 | $5,212 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |

*DIP RLOC Roll forward*

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | $0 | $0 | $0 | $1,645 | $6,994 | $5,010 | $5,113 | $1,900 | $2,966 | $2,958 | |
| Receipts | | $0 | $0 | $0 | -$1,430 | -$2,827 | -$2,899 | -$6,465 | -$3,642 | -$3,371 | -$2,718 | |
| Draws / (Paydown) | | $0 | $0 | $1,645 | $6,779 | $843 | $3,001 | $3,252 | $4,708 | $3,363 | $8,768 | |
| **Ending Balance** | | $0 | $0 | $1,645 | $6,994 | $5,010 | $5,113 | $1,900 | $2,966 | $2,958 | $9,008 | |
| **Total Prepetition + DIP RLOC Balance** | | 8,782 | 7,216 | 6,857 | 6,994 | 5,010 | 5,113 | 1,900 | 2,966 | 2,958 | 9,008 | |
| Maximum RLOC Availability | | 9,704 | 9,704 | 9,704 | 9,704 | 7,439 | 7,439 | 7,439 | 7,439 | 10,629 | 10,629 | |
| Availability Test | | PASS | PASS | PASS | PASS | PASS | PASS | PASS | PASS | PASS | PASS | |
| Cushion / (Additional Liquidity Required) | | 922 | 2,488 | 2,847 | 2,710 | 2,429 | 2,327 | 5,539 | 4,474 | 7,671 | 1,621 | |
| Estimated Intra-Week Min Liquidity | | 8,688 | 6,232 | 2,897 | 2,760 | 1,061 | 1,982 | 2,784 | 3,551 | 6,936 | 1,671 | |

Notes:
- Exit fees related to the prepetition RLOC and Term Loan facilities are not included in the cash flow budget. Those fees will factor into the sales proceeds waterfall of the transaction (~$0.9MM related to the prepetition RLOC and ~$4.6MM related to the prepetition Term Loan)