IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10961 (BLS) <br><br> (Jointly Administered) <br><br> **Related Docket No. 9** |

**INTERIM ORDER (I) AUTHORIZING DEBTORS TO CONTINUE PREPETITION INSURANCE AND WORKERS' COMPENSATION POLICIES AND TO PAY PREPETITION PREMIUMS AND RELATED OBLIGATIONS AND (II) GRANTING RELATED RELIEF**

This matter is before the Court on the *Emergency Motion for Entry of an Order (I) Authorizing Debtors to Continue Prepetition Insurance and Workers' Compensation Policies and to Pay Prepetition Premiums and Related Obligations and (II) Granting Related Relief* (the "Motion") [Docket No. 9] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

The Court has considered the Motion, the First Day Declaration, and the matters reflected in the record of the hearing held on the Motion on July 25, 2023. It appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

to 28 U.S.C. §§1408 and 1409(a); and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest, and that good cause has been shown therefor; IT IS HEREBY ORDERED:

1. The Motion is granted on an interim basis to the extent set forth herein.

2. The Debtors are authorized, but not required, to maintain the Insurance Policies and Workers' Compensation Policies, and to pay any post-petition obligations related to the Insurance Policies, insurance deductibles, and any other amounts related thereto.

3. The final hearing (the "Final Hearing") on the Motion shall be held on August 17, 2023, at 10:00 a.m., prevailing Eastern Time. Any objections or responses to entry of a final order on the Motion shall be filed on or before 4:00 p.m., prevailing Eastern Time, on August 10, 2023, and shall be served on: (i) the Debtors; (ii) proposed counsel for the Debtors, Thompson Hine LLP, (Attn: Alan Lepene.), email: alan.lepene@thompsonhine.com and Chipman Brown Cicero & Cole, LLP (Attn: Mark L. Desgrosseilliers), email: desgross@chipmanbrown.com; (iii) counsel to the administrative agents for the Debtors' prepetition credit facilities, Blank Rome LLP (Attn: Regina Stango Kelbon, Gregory F. Vizza), email: regina.kelbon@blankrome.com, gregory.vizza@blankrome.com; (iv) counsel to any statutory committee appointed in these Cases; and (v) the Office of the United States Trustee for the District of Delaware, (Attn: Joseph Cudia); email: joseph.cudia@usdoj.gov. If no objections to entry of a final order on the Motion are timely received, this Court may enter such final order without further notice or hearing.

4. Subject to the entry of a final order on the Motion, the Debtors are authorized, but not required, to renew, amend, supplement, extend, or purchase Insurance Policies and Workers' Compensation Policies to the extent that the Debtors determine that such action is in the best interest of their estates in the ordinary course of business.

5. Subject to a final order on the Motion, the Debtors are authorized to enter into new premium financing agreements in the ordinary course of business and in accordance with the same practices and procedures as were in effect prior to the commencement of the Debtors' chapter 11 cases to the extent that the Debtors determine such action is in the best interest of their estates.

6. The Debtors are authorized, but not required, to pay all amounts necessary to maintain the Premium Financing Agreements, the Insurance Policies, and/or the Workers' Compensation Policies, including, without limitation, the amounts specified in **Exhibit D** to the Motion on an interim basis in an amount not to exceed $565,904.98.

7. Payments made pursuant to the authority granted in this Interim Order shall not be deemed to constitute the post-petition assumption of any executory contract pursuant to Bankruptcy Code section 365.

8. Nothing in this Interim Order shall affect the Debtors' rights to contest the amount or validity of any amounts under any of the Premium Financing Agreements, the Insurance Policies, and/or the Workers' Compensation Policies.

9. Notwithstanding the relief granted herein or any actions taken hereunder, nothing contained in this Interim Order shall create any rights in favor of, or enhance the status of any claim held by, any of the Debtors' insurance providers or any third party.

10. Notwithstanding Bankruptcy Rule 6004(h), this Interim Order shall be effective immediately upon its entry.

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Interim Order in accordance with the Motion.

12. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Interim Order.

13. Counsel for the Debtors is directed to serve a copy of this Order on the parties that received service of the Motion within three (3) days of the entry of this Interim Order and to file a certificate of service with the Clerk of Court.

Dated: July 25th, 2023  
Wilmington, Delaware

**BRENDAN L. SHANNON**  
**UNITED STATES BANKRUPTCY JUDGE**