**EXHIBIT 1**

**Utilities Service List**

| Name | Address1 | Address2 | City | State | Zip | Creditor Type |
|---|---|---|---|---|---|---|
| 18-27A 42ND STREET ASTORIA LLC | 18-27A 42ND STREET | | ASTORIA | NY | 11105 | All Utilities |
| FRONTIER COMMUNICATIONS | 401 MERRIT 7 | | NORWALK | CT | 06851 | Telecom |
| COMCAST | ACCT# 8220202106047755 | P O BOX 530099 | ATLANTA | GA | 30353 | Telecom |
| LANE LAND DEVELOPMENT LLC | 200 E. FORSYTH | | JACKSONVILLE | FL | 32202 | All Utilities |
| ADT SECURITY SERVICES | P. O. Box 371878 | | Pittsburgh | PA | 15250 | Security |
| VERIZON WIRELESS | P.O.BOX 660108 | | DALLAS | TX | 75266 | Telecom |
| WOW! INTERNET CABLE AND PHONE | P O BOX 71101 | ACCT 3007-1974-7 | CHARLOTTE | NC | 28272 | Telecom |
| GRANITE TELECOMMUNICATIONS LLC | 100 NEWPORT AVENUE EXTENSION | | QUINCY | MA | 02171 | Telecom |
| VERIZON WIRELESS | P.O.BOX 660108 | | DALLAS | TX | 75266 | Telecom |

00054384.2