# **EXHIBIT 1**

**Critical Vendor Agreement**

_____ \_\_\_\_, 2023

TO:   [Critical Vendor]
      [Name]
      [Address]

Dear [Critical Vendor]:

On July 22, 2023 (the "Petition Date"), [applicable debtor] (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States District Court for the District of Delaware (the "Bankruptcy Court").

On the Petition Date, the Debtor requested the Bankruptcy Court's authority to pay certain critical suppliers or service providers in recognition of the importance of its relationship with such suppliers and service providers. The Bankruptcy Court entered an order authorizing this relief on _____ \_\_\_\_, 2023, a copy of which is enclosed herewith (the "Order").

In accordance with the Order, the Debtor is prepared to enter into this vendor agreement (this "Agreement") in accordance with the following terms:

1. The estimated balance of the prepetition claim (net of any setoffs, credits or discounts) that is due and owing is $_____ (the "Claim").

2. The Debtor hereby agrees to pay $_____ on account of the Claim (the "Claim Payment"), subject to the terms and conditions set forth herein, [it being understood that the remaining amount of your Claim against the Debtor shall be forever released and waived].

3. In consideration of the Claim Payment, you agree to continue providing and/or supplying goods or services to the Debtor based on acceptable and customary trade terms (the "Customary Trade Terms"), it being understood that the Customary Trade Terms shall be no less favorable than those trade terms provided by each such Critical Vendor to the Debtor before the Petition Date. For purposes of this Agreement, Customary Trade Terms consist of those terms provided [for in the agreement hereto as Exhibit A and/or the following terms and conditions:].

4. You agree to continue providing and/or supplying goods or services to the Debtor pursuant to the Customary Trade Terms until the Debtor's business is transitioned to a buyer and a novation or similar agreement is completed with the Debtor's and customers relating to the goods and services you supply.

5. The Claim Payment may only be made upon execution of this Agreement by a duly authorized representative of your company. Your execution of this Agreement and the return of same to the Debtor constitute an agreement by you and the Debtor. You agree to be bound by the terms of this Agreement and you submit to the jurisdiction of the Bankruptcy Court in connection with any enforcement of this Agreement. You further agree and/or represent:

  a. to the Customary Trade Terms and, subject to the reservations contained above, to the amount of the claim set forth above;

  b. that, from and after the effective date of this Agreement you will continue to supply the Debtor with goods or services, as applicable, pursuant to the Customary Trade Terms and that the Debtor will pay for such goods in accordance with the Customary Trade Terms;

  c. that you have reviewed the terms and provisions of the Order and Agreement and that you consent to be bound by such terms and provisions; and

  d. that you agree to not file or otherwise assert against the Debtor or its assets any lien (regardless of the statute or other legal authority upon which such lien is asserted) or seek payment for reclamation claims in any way related to prepetition amounts allegedly owed to you by the Debtor arising from agreements, written or otherwise, entered into before the Petition Date.

6. Notwithstanding the foregoing, if you receive the Claim Payment from the Debtor and you do not extend to the Debtor all Customary Trade Terms, or fail to perform in accordance with any of the terms and provisions of this Agreement, you are required to return the Claim Payment to the Debtor and the Debtor may take any of the remedial actions described in the Order.

7. Any dispute with respect to this Agreement and/or your participation in this payment program shall be determined by the Bankruptcy Court.

8. All terms of this Agreement (including the existence of this Agreement) are confidential between you and the Debtor.

Sincerely,

_____
By:
Agreed and Accepted By:
[Name of Vendor]