## Exhibit 1

### Bank Accounts

| # | Debtor | Last Four Digits of Account # | Type of Account |
|---|---|---|---|
| 1 | Williams Industrial Services Group Inc | 0432 | PNC Concentration |
| 2 | Williams Industrial Services Group Inc | 0424 | PNC Payroll |
| 3 | Williams Industrial Services Group Inc | 0459 | PNC Accounts Payable |
| 4 | Williams Industrial Services Group Inc | 2032 | PNC Operating Account |
| 5 | Williams Industrial Services Group LLC | 1558 | PNC Payroll |
| 6 | Williams Industrial Services Group LLC | 1574 | PNC Master Funding |
| 7 | Williams Industrial Services Group LLC | 1566 | PNC Accounts Payable |
| 8 | Williams Industrial Services LLC | 1294 | PNC Segregated Bonded Accounts Receivable |
| 9 | Williams Industrial Services LLC | 1961 | PNC Payroll |
| 10 | Williams Industrial Services LLC | 1996 | PNC Collection Account |
| 11 | Williams Industrial Services LLC | 1988 | PNC Accounts Payable |
| 12 | Construction & Maintenance Professionals LLC | 1873 | PNC Payroll |
| 13 | Construction & Maintenance Professionals LLC | 1881 | PNC Accounts Payable |
| 14 | Steam Enterprises LLC | 1902 | PNC Operating Account |
| 15 | Williams Specialty Services LLC | 1929 | PNC Payroll |
| 16 | Williams Specialty Services LLC | 1953 | PNC Payroll (Manual) |
| 17 | Williams Specialty Services LLC | 1945 | PNC Collection Account |
| 18 | Williams Specialty Services LLC | 1937 | PNC Accounts Payable |
| 19 | Williams Plant Services LLC | 2008 | PNC Payroll |
| 20 | Williams Plant Services LLC | 2016 | PNC Accounts Payable |
| 21 | Williams Plant Services LLC | 2024 | PNC Collection Account |
| 22 | Williams Plant Services LLC | 1366 | PNC Segregated Bonded Accounts Receivable |
| 23 | WISG Electrical LLC | 8686 | PNC Accounts Payable |
| 24 | WISG Electrical LLC | 8678 | PNC Payroll |
| 25 | WISG Canada Ltd | 2616 | TD Bank General |

00054374.6