# EXHIBIT "C"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES GROUP, INC., *et al.*,[1] | Case No. 23-10961 (BLS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF DAVID J. MATTINGLY IN SUPPORT OF MOTION TO LIFT STAY AS TO BONDED CONTRACT FUNDS, ALTERNATIVELY, FOR ADEQUATE PROTECTION FILED BY LIBERTY MUTUAL INSURANCE COMPANY, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY AND ARCH INSURANCE COMPANY

David J. "Joe" Mattingly hereby declares under penalty of perjury:

1. I am Vice President with Professional Construction Consulting, Inc. ("PC2"), and a general contractor and construction consultant based in Owensboro, KY. I have extensive experience in heavy construction, building construction and the water / sewer treatment field serving as both the general contractor and consultant on such projects.

2. PC2 and I were retained by Liberty Mutual Insurance Company, Berkshire Hathaway Specialty Insurance Company, and Arch Insurance Company (collectively "Liberty Mutual"), to provide certain consulting services in connection with Williams Industrial Services, LLC's ("Debtor") performance on a Jacksonville Electric Authority ("JEA") project known as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918),Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

Consolidated Rivertown/WTP Project Package – IFB # 029-21 ("Project"), JEA Contract No. JEA10617 (the "Bonded Contract"). Specifically, Liberty Mutual retained PC2 to assist it with its investigation and resolution of various issues arising out JEA's anticipated default of Debtor on the Project.

3. I have visited the Project site, reviewed limited project documentation provided by the Debtor and spoken with representatives of the Debtor, subcontractors, and JEA. As of July 20, 2023, Debtor had abandoned the Project and instructed its employees and subcontractors not to return to the Project.

4. In my professional opinion, the cost to complete Debtor's work on the Project and close out to date will exceed remaining Contract Balances by approximately $4,000,000, including subcontractor, supplier, labor, burden and related costs to complete the Project. This amount does not include open payables on the Project, which could increase the amount of the loss.

5. We currently do not know whether these remaining Bonded Contract Funds are fully collectible. JEA may have claims for back charges, direct payments to subcontractors and/or suppliers, and other claims.

I declare under penalty of perjury that the foregoing is true and correct.

David J. Mattingly