# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAMS INDUSTRIAL SERVICES GROUP INC.,[1] | ) ) ) | Case No. 23-10961 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## DECLARATION OF JOHN P. WILSON IN SUPPORT OF MOTION/OBJECTION OF LEXON INSURANCE COMPANY

I, JOHN P. WILSON, of full age, hereby declare as follows:

1. I am the Vice President, Surety Claims, Sompo International Insurance. Lexon Insurance Company is a member of the Sompo International Companies, and in that capacity, I am fully familiar with the facts stated in this Declaration.

2. I make this Declaration on behalf of Lexon Insurance Company and its affiliated sureties (the "Surety").

3. Prior to the Petition Date (July 22, 2023), at the request of one or more of the Debtors as Principal, including but not limited to the Debtor Williams Industrial Services LLC ("Debtor"), the Surety issued a Performance Bond and a Payment Bond under Surety Bond Number LICX1200716 in favor of JEA [Jacksonville Electric Authority], each bond in the penal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is 200 Ashford Center N., Suite 425, Atlanta, GA 30338.

sum of $3,358,137.98, with respect to Contract #JEA10286/194526 for "4511 Spring Park Road Pump Station Rehab and Upgrade" ("Spring Park Bonds").

4.      Also prior to the Petition Date, at the request of one or more of the Debtors as Principal (including but not limited to the Debtor), the Surety issued a Performance Bond and a Payment Bond under Surety Bond Number LICX1200727 in favor of City of Green Cove Springs, each bond in the penal sum of $15,426,644.33, with respect to a Construction Contract for "DEP SRF Harbor Road WRF Expansion, Ph. 2" ("Harbor Road Bonds, and with the Spring Park Bonds, the "Bonds").

5.      In order to induce the Surety to issue the Bonds, the Surety relied upon (i) its rights of legal and equitable subrogation, based on established law that a surety has a priority right to contract funds on bonded projects for the completion of those projects and payments of subcontractors and suppliers, and (ii) a General Agreement of Indemnity ("Indemnity Agreement") executed and delivered to the Surety by Debtor Williams Industrial Services Group Inc. (on behalf of itself and its present and future subsidiaries, affiliates and successors, among others)("Indemnitors").  A redacted copy of the Indemnity Agreement is attached hereto as **Exhibit A**.

6.      Pursuant to the Indemnity Agreement, the Debtors agreed to:

> upon demand from the Surety, promptly indemnify, exonerate, reimburse and hold the Surety harmless from and against any and all liability, loss, cost and expense of whatsoever kind or nature and pay the Surety for any Loss sustained or incurred (i) in connection with or arising out of the execution by the Surety of any Bond, (ii) by reason of the failure of the Indemnitor to perform or comply with the covenants and conditions of this Agreement or Other Agreements, and (iii enforcing any of the covenants and conditions of this Agreement ….

(Exhibit A, Indemnity Agreements at ¶ 3).

7. The Indemnity Agreement defines the Indemnitor, in pertinent party as "Every individual and entity executing this Agreement, and their present and future subsidiaries, affiliates, successors …" and defines the Surety, in pertinent part, as "[Lexon Insurance Company] and their affiliates, subsidiaries, assigns, successors or reinsurers…." (Indemnity Agreement at ¶ 1 [Definitions]).

8. The Indemnity Agreement states that a bonded contract is defined as "[a]ny agreement for which the Surety has issued or procured the issuance, renewal, continuation, substitution or amendment of a Bond[,]" here, Contract #JEA10286/194526 for "4511 Spring Park Road Pump Station Rehab and Upgrade" and City of Green Cove Springs construction contract for "DEP SRF Harbor Road WRF Expansion, Ph. 2" (jointly, "Bonded Contracts" and the projects as "Bonded Projects") (*see, id.*, Indemnity Agreement at ¶ 1 [Definitions]).

9. Events of default under the Indemnity Agreement include: "(1) any abandonment, forfeiture, default or declaration of default, breach, failure, refusal or inability to perform with respect to any of Indemnitor's obligations under any Bond or Bonded Contract … (5) … an application by any Indemnitor for reorganization or arrangement under the terms of the United States Bankruptcy Code …." ("Event of Default") (*id*. at ¶ 1 [Definitions]).

10. The Surety's remedies upon an Event of Default, under the Indemnity Agreement, include but are not limited to: "(2) take over the control of all funds, including accounts receivable, on any Bonded Contract…." ("Bonded Contract Funds") (*id*. at ¶ 8).

11. The Surety faces potential exposure of $37,569,564.62 (the aggregate penal sums on the Bonds) because the Debtor has not yet completed the Bonded Projects.

4

I declare under penalty of perjury that this Declaration is true and correct to the best of my knowledge.

Executed on:  August 4, 2023     *John P. Wilson*
　　　　　　　　　　　　　　　　　　JOHN P. WILSON
　　　　　　　　　　　　　　　　　　Vice President, Surety Claims
　　　　　　　　　　　　　　　　　　Sompo International Insurance