**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Ch. 11 |
| WILLIAMS INDUSTRIAL SERVICES ) | |
| GROUP, *et al.*,[1] ) | Case No. 23-10961 (BLS) |
| ) | |
| Debtors. ) | |

**DECLARATION OF WILLIAM PEARCE IN SUPPORT OF THE MOTION OF HARCO NATIONAL INSURANCE COMPANY FOR RELIEF FROM AUTOMATIC STAY AND FOR ADEQUATE PROTECTION**

I, William Pearce, of full age, make this declaration pursuant to 28 U.S.C. §1746 as follows:

1. I am a Senior Surety Claims Attorney with Harco National Insurance Company. As such, I am fully familiar with the facts contained in this Declaration.

2. I make this Declaration on behalf of Harco National Insurance Company ("Harco") in support of its Motion for Relief from the Automatic Stay and for Adequate Protection (the "Motion").

3. Prior to the Petition Date, at the request of Williams Industrial Services, LLC ("WIS") and Williams Industrial Services Group, Inc. ("WISG"), Harco, as surety, issued and/or executed a performance bond and a payment bond, each bearing number 0811139 and each in the penal sum of $1,831,611.54, on behalf of WIS, as principal, and in favor of JEA, as obligee, in connection with contract number JEA10741 / 200958, referred to as "Construction Services for the Arlington East WRF Second MCC Replacement Project 1410403646" (the "JEA Bonds").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Williams Industrial Services Group Inc. (1378); Williams Industrial Services Group, LLC (2666); Williams Industrial Services, LLC (0406); Williams Plan Services, LLC (9575); Williams Specialty Services, LLC (9578); WISG Electrical, LLC (6918); Construction & Maintenance Professionals, LLC (0925); Williams Global Services, Inc. (3708); Steam Enterprises, LLC (9177); GPEG LLC (5707); Global Power Professional Services, Inc. (2550); WISG Canada Ltd. (B.N. 6518); WISG Nuclear Ltd. (B.N. 3510); and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is 200 Ashford Center N., Suite 425, Atlanta, GA 30338.

1

4. At the request of WIS and WISG, Harco, as surety, also issued and/or executed a performance bond and a payment bond, each bearing number 0800972 and each in the penal sum of $4,367,679.25, on behalf of Williams Industrial Services, LLC ("WIS"), as principal, and in favor of Bridgestone Municipal Utility District, as obligee, in connection with the "Construction of Water Plant No. 4" (the "Bridgestone Bonds").

5. At the request of WIS and WISG, Harco, as surety, issued and/or executed certain license and permit bonds issued by Harco on behalf of WIS in the State of Arizona (the "License and Permit Bonds").

6. Harco, as surety, issued the JEA Bonds and Bridgestone Bonds in connection to the contracts referenced in the bonds and hereinafter referred to as the "Bonded Contracts". The License and Permit Bonds, together with the JEA Bonds and Bridgestone Bonds, shall be referred to hereinafter as the "Bonds". A list of the Bonds and the Bonded Contracts is attached as **Exhibit A**.

7. Harco issued the Bonds as condition of WISG's execution of an Agreement of Indemnity dated April 19, 2021 (the "Indemnity Agreement"). A true and correct copy of the Indemnity Agreement is attached as **Exhibit B**.

I declare under penalty of perjury that this Declaration is true and correct to the best of my knowledge.

Executed on August 7, 2023

_____
WILLIAM PEARCE