**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Ch. 11 |
| WILLIAMS INDUSTRIAL SERVICES ) | |
| GROUP, *et al.*,[1] ) | Case No. 23-10961 (BLS) |
| ) | |
| Debtors. ) | |

**ORDER GRANTING MOTION REQUESTING AN ORDER SHORTENING NOTICE PERIOD FOR AND SCHEDULING EXPEDITED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ADEQUATE PROTECTION**

This cause is before this Court on the Motion of Harco National Insurance Company ("Harco") Requesting an Order Shortening Notice Period for, and Scheduling Expedited Hearing on, Harco's Motion for Relief From the Automatic Stay and for Adequate Protection (the "Motion for Expedited Hearing") pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, and Rule 9006-1 of the Local Rules of Bankruptcy Practice and Procedure for the U.S. Bankruptcy Court for the District of Delaware. ("L.B.R."). This Court having been sufficiently advised, and for good cause shown, hereby GRANTS the Motion for Expedited Hearing and hereby ORDERS (i) that the hearing on Harco's Motion for Relief from the Automatic Stay and For Adequate Protection (the "Stay Relief Motion") [Dkt. 122] is set for **August 17, 2023 at 10 a.m. (ET)**, and (ii) that objections to the Stay Relief Motion must be filed on or before **August 14, 2023, at 4 p.m. (ET)**.

**Dated: August 8th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Williams Industrial Services Group Inc. (1378); Williams Industrial Services Group, LLC (2666); Williams Industrial Services, LLC (0406); Williams Plan Services, LLC (9575); Williams Specialty Services, LLC (9578); WISG Electrical, LLC (6918); Construction & Maintenance Professionals, LLC (0925); Williams Global Services, Inc. (3708); Steam Enterprises, LLC (9177); GPEG LLC (5707); Global Power Professional Services, Inc. (2550); WISG Canada Ltd. (B.N. 6518); WISG Nuclear Ltd. (B.N. 3510); and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is 200 Ashford Center N., Suite 425, Atlanta, GA 30338.