# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: August 30, 2023, at 2:00 p.m. (ET)<br>Objection Deadline: August 23, 2023, at 4:00 p.m. (ET) |

**NOTICE OF DEBTORS' APPLICATION FOR AN ORDER (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF G2 CAPITAL ADVISORS, LLC AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION, EFFECTIVE AS OF PETITION DATE, AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 9, 2023, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Debtors' Application for an Order (I) Authorizing the Employment and Retention of G2 Capital Advisors, LLC as Financial Advisor to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Application, must be filed on or before **August 23, 2023, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on (i) counsel for the Debtors, Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, OH 44114-1291 (Attn: Alan R. Lepene (alan.lepene@thompsonhine.com) and Sean A. Gordon (sean.gordon@thompsonhine.com)), and Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801 (Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com)); (ii) counsel for the Revolving Agents, Blank Rome LLP, 1201 Market Street, Suite 800 Wilmington, DE 19801 (Attn: Regina S. Kelbon (regina.kelbon@blankrome.com) and Gregory F. Vizza (gregory.vizza@blankrome.com)); (iii) counsel for the DIP Term Agent and Pre-Petition Term Agent, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020 (Attn: David T.B. Audley (audley@chapman.com) and Carey J. Gaughan (gaughan@chapman.com)); and Womble Bond

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

00055169.1

Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew P. Ward (matthew.ward@wbd-us.com) and Morgan L. Patterson (morgan.patterson@wbd-us.com)); (iv) counsel to the Committee, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Jeffrey L. Cohen (jcohen@lowenstein.com), Eric S. Chafetz (echafetz@lowenstein.com), Phillip Khezri (pkhezri@lowenstein.com), and Brittany M. Clark (bclark@lowenstein.com)); and Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801 (Attn: Jeffrey R. Waxman (jwaxman@morrisjames.com), Eric J. Monzo (emonzo@morrisjames.com), and Siena B. Cerra (scerra@morrisjames.com))and (v) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph Cudia (joseph.cudia@usdoj.gov)), so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **August 30, 2023, at 2:00 p.m. (ET)** before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

[*REMAINDER OF PAGE LEFT BLANK*]

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: August 9, 2023<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>/s/ *Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>*desgross@chipmanbrown.com*<br><br>-and-<br><br>Sean A. Gordon (admitted *pro hac vice*)<br>Austin B. Alexander (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 541-2900<br>*Sean.Gordon@thompsonhine.com*<br>*Austin.Alexander@thompsonhine.com*<br><br>Alan R. Lepene (admitted *pro hac vice*)<br>Scott B. Lepene (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone: (216) 566-5500<br>*Alan.Lepene@thompsonhine.com*<br>*Scott.Lepene@thompsonhine.com*<br><br>*Proposed Counsel for Debtors* |