## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES GROUP, INC., *et al.*,[1] | Case No. 23-10961 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 104, 105** |

### ORDER SHORTENING NOTICE PERIOD FOR AND SCHEDULING EXPEDITED HEARING ON MOTION TO LIFT STAY AS TO BONDED CONTRACT FUNDS, OR ALTERNATIVELY, FOR ADEQUATE PROTECTION FILED BY LIBERTY MUTUAL INSURANCE COMPANY, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY AND ARCH INSURANCE COMPANY

AND NOW, this       day of August, 2023, upon consideration of the Motion Requesting an Order Shortening Notice Period for and Scheduling Expedited Hearing (the "Motion to Expedite") on Motion to Lift Stay as to Bonded Contract Funds, or Alternatively for Adequate Protection, Filed by Liberty Mutual Insurance Company, Berkshire Hathaway Specialty Insurance Company and Arch Insurance Company (the "Stay Relief Motion"); and good cause appearing therefor, it is hereby

ORDERED, that the Motion to Expedite is GRANTED; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918),Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N.  3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

30957115v.1

ORDERED, that a hearing to consider the Stay Relief Motion and any relief requested therein shall be held on **August 17, 2023 at 10:00 a.m. (ET)**; and it is further

ORDERED, that written objections, if any, to the Stay Relief Motion shall be filed on or before **August 14, 2020 at 4:00 p.m. (ET)**; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all disputes arising out of or related to this Order.

**Dated: August 11th, 2023**
**Wilmington, Delaware**

United States Bankruptcy Judge

30957115v.1