**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 104, 114, 122** |

**OMNIBUS LIMITED RESPONSE AND RESERVATION OF RIGHTS OF THE DEBTORS TO THE: (I) MOTION TO LIFT STAY AS TO BONDED CONTRACT FUNDS, OR ALTERNATIVELY, FOR ADEQUATE PROTECTION FILED BY LIBERTY MUTUAL INSURANCE COMPANY, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY AND ARCH INSURANCE COMPANY [D.I. 104]; (II) MOTION OF LEXON INSURANCE COMPANY TO LIFT STAY AS TO BONDED CONTRACT FUNDS, OR ALTERNATIVELY, FOR ADEQUATE PROTECTION [D.I. 114]; AND (III) MOTION OF HARCO NATIONAL INSURANCE COMPANY FOR RELIEF FROM AUTOMATIC STAY AND FOR ADEQUATE PROTECTION [D.I. 122]**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**" and each a "**Debtor**"), by and through their undersigned counsel, hereby submit this omnibus limited response and reservation of rights (the "**Limited Response**") to (I) the *Motion to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection Filed by Liberty Mutual Insurance Company, Berkshire Hathaway Specialty Insurance Company and Arch Insurance*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

00055712.1

*Company* [D.I. 104] (the "**Liberty Motion**"), (II) the *Motion of Lexon Insurance Company to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection* [D.I. 114] (the "**Lexon Motion**"), and (III) the *Motion of Harco National Insurance Company for Relief from Automatic Stay and for Adequate Protection* [D.I. 122] (the "**Harco Motion**", and, collectively with the Liberty Motion and the Lexon Motion, the "**Motions**"). In support of this Limited Response, the Debtors respectfully represent as follows:

## BACKGROUND

1. On July 22, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court. The Debtors have continued in possession of their properties and have continued to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. No request has been made for the appointment of a trustee or examiner. On August 2, 2023, the Office of the United States Trustee appointed an official committee of unsecured creditors in these chapter 11 bankruptcy cases.

3. The factual background relating to the Debtors' commencement of these cases is set forth in detail in the *Declaration of Tracy Pagliara in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 2] filed on the Petition Date.

4. On July 24, 2023, the Debtors filed their *First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date* [D.I. 37] (the "**Rejection Motion**"). The Rejection Motion seeks to reject certain unprofitable contracts relating to Debtor Williams Industrial Services, LLC's ("**Debtor WIS**") bonded water projects located in Texas and Florida.

5. The movants issued bonds with respect to certain construction contracts involving the Debtor WIS that are subject to rejection in the Rejection Motion. In the Motions, the movants

seek relief from stay to, among other things, declare Debtor WIS in default of certain bonded contracts and collect bonded contract funds.

## LIMITED RESPONSE

6. The Debtors generally do not oppose the limited relief sought by the Movants; their rights were triggered by the filing of the bankruptcy petitions and the Rejection Motion. Debtors deny that movants possess any right to the return of bonded contract funds that were paid to the Debtors pre-petition, but any issues related to such payments are not before the Court, and the parties are reserving all rights, defenses, and objections related thereto. The Debtors have not received any bonded contract funds post-petition.

## RESERVATION OF RIGHTS

7. Nothing in this Limited Response: (a) is intended or shall be deemed to constitute an assumption of any agreement pursuant to section 365 of the Bankruptcy Code or an admission as to the validity of any claim against the Debtors or their estates; (b) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates to contest the validity, priority, or amount of any claim against the Debtors or their estates; (c) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates with respect to any and all claims or causes of action against any third party, or (d) shall be construed as a promise to pay a claim or continue any applicable program post-petition, which decision shall be in the discretion of the Debtors.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

WHEREFORE, for the foregoing reasons, the Debtors respectfully request that this Court enter an order denying the Motions to the extent set forth herein and granting such other and further relief as may be just and proper.

Dated: August 15, 2023  
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Mark L. Desgrosseilliers*

Mark L. Desgrosseilliers (No. 4083)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone: (302) 295-0192  
desgross@chipmanbrown.com

-and-

Sean A. Gordon (admitted *pro hac vice*)  
Austin B. Alexander (admitted *pro hac vice*)  
**THOMPSON HINE LLP**  
Two Alliance Center  
3560 Lenox Road NE, Suite 1600  
Atlanta, Georgia 30326-4266  
Telephone: (404) 541-2900  
Facsimile: (404) 541-2905  
Sean.Gordon@thompsonhine.com  
Austin.Alexander@thompsonhine.com

Alan R. Lepene (admitted *pro hac vice*)  
Scott B. Lepene (admitted *pro hac vice*)  
**THOMPSON HINE LLP**  
3900 Key Center  
127 Public Square  
Cleveland, Ohio 44114-1291  
Telephone: (216) 566-5500  
Facsimile: (216) 566-5800  
Alan.Lepene@thompsonhine.com  
Scott.Lepene@thompsonhine.com

*Proposed Counsel for Debtors*