# **EXHIBIT C**

| Dept | FIRST NAME | LAST NAME | TITLE | KERP Payment | KEIP Payment | Comments |
|---|---|---|---|---|---|---|
| Officer | CHARLES | WHEELOCK | CAO, General Counsel | | $ 50,000.00 | Legal |
| Officer | DAWN | JENKINS | VP, HUMAN RESOURCES | | $ 50,000.00 | Treasury & HR functions |
| Officer | TRACY | PAGLIARA | CHIEF EXECUTIVE OFFICER | | $ 50,000.00 | Driving auction process/marketing/BK hearings/CEO |
| Officer | RANDALL | LAY | EXECUTIVE VP, COO | | $ 50,000.00 | Bank relationships, CFO and COO |
| Corporate | GARY | LEWIS | PROCUREMENT TOOL & EQ SPEC | $ 10,000.00 | | Procurement (sole source) |
| Corporate | STEPHANIE | MARTIN | MANAGER, ACCOUNT PAYABLE | $ 20,000.00 | | Accounts Payable (key employee) |
| Corporate | Davin | Cravens | Project Controls Manager | $ 20,000.00 | | Project Controls (sole source) |
| Corporate | MICHAEL | CUTRO | VP, SAFETY | $ 20,000.00 | | Safety Program (key employee) |
| Corporate | SANDRA | NEWTON | MANAGER, PAYROLL | $ 20,000.00 | | Payroll (sole source) |
| Corporate | LISA | CAMPAGNA | ACCOUNT PAYABLE SPECIALIST | $ 10,000.00 | | Accounts Payable (key employee) |
| Corporate | GARY | VOLO | SR DIRECTOR, STRATIGIC INITVS | $ 50,000.00 | | PM transaction and BK (sole source - key to buyer) |
| Corporate | JILL | FAITH | HRIS Coordinator | $ 10,000.00 | | HR and Labor Relations (sole source) |
| Operations | DREW | REARDON | DIRECTOR, SAFETY | $ 15,000.00 | | Safety Program (key employee) |
| | | | | $ 175,000.00 | $ 200,000.00 | |