IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA FOR THE HEARING SCHEDULED FOR AUGUST 17, 2023, AT 10:00 A.M. (ET)[3]**

---

**THE HEARING WILL BE CONDUCTED IN-PERSON AND BY ZOOM. PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED TO REGISTER NO LATER THAN MONDAY, AUGUST 16, 2023, AT 4:00 P.M. (ET) PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItc-qrqTIiHm2_46PlfakbA1bHF6iAfgE

**AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE MEETING.**

**AUDIO FOR THE HEARING WILL BE PROVIDED BY ZOOM ONLY.**

---

**I.    MATTERS UNDER CERTIFICATION**

1. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records and (II) Granting Related Relief [D.I. 7, 7/22/23].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2]  **Amended items are in bold.**

[3]  All motions and other pleadings referenced herein are available online at either of the following web addresses: https://dm.epiq11.com/WilliamsIndustrialServicesGroup or https://dm.epiq11.com/WISGRP.

Objection Deadline:  August 10, 2023, at 4:00 p.m. (ET).  Extended to August 15, 2023, at 10:00 a.m. (ET) for the Committee.

Related Pleadings:

- A. Declaration of Tracy D. Pagliara in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 2, 7/22/23].

- B. Interim Order (I) Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Book and Records and (II) Granting Related Relief [D.I. 76; 7/26/23].

- C. Notice of Motions and Hearing [D.I. 82; 7/27/23].

- D. Certification of Counsel Regarding Final Order (I) Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records and (II) Granting Related Relief [**D.I. 158**; **8/15/23**].

- **E. Final Order (I) Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records and (II) Granting Related Relief [D.I. 167; 8/16/23].**

Objections Received:  Informal comments from the Official Committee of Unsecured Creditors (the "Committee").

Status:  **An order has been entered.  No hearing is necessary.**

2. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations and (II) Granting Related Relief [D.I. 8, 7/22/23].

   Objection Deadline:  August 10, 2023, at 4:00 p.m. (ET).  Extended to August 15, 2023, at 10:00 a.m. (ET) for the Committee.

   Related Pleadings:

   - A. Declaration of Tracy D. Pagliara in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 2, 7/22/23].

   - B. Interim Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Related Obligations and Granting Related Relief [D.I. 61; 7/25/23].

   - C. Notice of Motions and Hearing [D.I. 82; 7/27/23].

   - D. Certification of Counsel Regarding Final Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Related Obligations and Granting Related Relief [**D.I. 156**; **8/15/23**].

  E. **Final Order Authorizing the Debtors to Pay Certain Prepetition Taxes and Related Obligations and Granting Related Relief [D.I. 163; 8/16/23].**

Objections Received:  Informal comments from the Committee.

Status: **An order has been entered.  No hearing is necessary.**

3. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Continue Prepetition Insurance and Workers' Compensation Policies and to Pay Prepetition Premiums and Related Obligations and (II) Granting Related Relief [D.I. 9, 7/22/23].

Objection Deadline:  August 10, 2023, at 4:00 p.m. (ET).  Extended to August 15, 2023 at 10:00 a.m. (ET) for the Committee.

Related Pleadings:

  A. Declaration of Tracy D. Pagliara in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 2, 7/22/23].

  B. Interim Order (I) Authorizing Debtors to Continue Prepetition Insurance and Workers' Compensation Policies and to Pay Prepetition Premiums and Related Obligations and (II) Granting Related Relief [D.I. 62; 7/25/23].

  C. Notice of Motions and Hearing [D.I. 82; 7/27/23].

  D. Certification of Counsel Regarding Final Order (I) Authorizing Debtors to Continue Prepetition Insurance and Workers' Compensation Policies and to Pay Prepetition Premiums and Related Obligations and (II) Granting Related Relief [D.I. 161; 8/15/23].

  E. **Final Order (I) Authorizing Debtors to Continue Prepetition Insurance and Workers' Compensation Policies and to Pay Prepetition Premiums and Related Obligations and (II) Granting Related Relief [D.I. 166; 8/16/23].**

Objections Received:  Informal comments from the Committee.

Status: **An order has been entered.  No hearing is necessary.**

4. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices; (II) Deeming Utilities Adequately Assured of Future Performance; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief [D.I. 11, 7/22/23].

Objection Deadline: August 10, 2023, at 4:00 p.m. (ET). Extended to August 15, 2023, at 10:00 a.m. (ET) for the Committee.

Related Pleadings:

A. Declaration of Tracy D. Pagliara in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 2, 7/22/23].

B. Interim Order (I) (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices; (II) Deeming Utilities Adequately Assured of Future Performance; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief [D.I. 63; 7/25/23].

C. Notice of Motions and Hearing [D.I. 82; 7/27/23].

D. Certification of Counsel Regarding Final Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices; (II) Deeming Utilities Adequately Assured of Future Performance; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief [D.I. 155; 8/15/23].

E. **Final Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices; (II) Deeming Utilities Adequately Assured of Future Performance; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief [D.I. 164; 8/16/23].**

Objections Received: Informal comments from the Committee.

Status: **An order has been entered. No hearing is necessary.**

5. Debtors' Emergency Motion for Entry of Interim and Final Orders (i) Authorizing, But Not Directing, Payment of Prepetition Claims of Critical Vendors Pursuant to 11 U.S.C. §§ 363(b), 1107, and 1108, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 9013-1(m); and (ii) Granting Related Relief [D.I. 12, 7/22/23].

Objection Deadline: August 10, 2023, at 4:00 p.m. (ET). Extended to August 15, 2023, at 10:00 a.m. (ET) for the Committee.

Related Pleadings:

A. Declaration of Tracy D. Pagliara in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 2, 7/22/23].

  B. Interim Order Granting Motion of the Debtors for Entry of Interim and Final Orders Authorizing, But Not Directing, Payment of Prepetition Claims of Critical Vendors Pursuant to 11 U.S.C. §§ 363(b), 1107, and 1108, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 9013-1(m) [D.I. 64; 7/25/23].

  C. Notice of Motions and Hearing [D.I. 82; 7/27/23].

  D. Certification of Counsel Regarding Final Order Granting Motion of the Debtors for Entry of Interim and Final Orders Authorizing, but Not Directing, Payment of Prepetition Claims of Critical Vendors Pursuant to 11 U.S.C. §§ 363(b), 1107 and 1108, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 9013-1(m) [**D.I. 157**; **8/15/23**].

  E. **Final Order Granting Motion of the Debtors for Entry of Interim and Final Orders Authorizing, but Not Directing, Payment of Prepetition Claims of Critical Vendors Pursuant to 11 U.S.C. §§ 363(b), 1107 and 1108, Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 9013-1(m) [D.I. 165; 8/16/23].**

  Objections Received:  Informal comments from the Committee.

  Status: **An order has been entered.  No hearing is necessary.**

6. Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 37; 7/24/23].

  Objection Deadline:  August 10, 2023, at 4:00 p.m. (ET).

  Related Pleadings:

  A. Notice of Motion and Hearing Regarding Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 71; 7/25/23].

  Objections Received:  Informal comments from Jacksonville Electric Authority (JEA).

  Status: The Debtors have received comments from JEA and intend to **present a form of final order granting this motion at the hearing on this matter**.

## II. MATTERS GOING FORWARD

7. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III)

Authorizing Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I.13, 7/22/23].

Objection Deadline:  August 10, 2023, at 4:00 p.m. (ET) extended through and including August 15, 2023, at 5:00 p.m. for: the Debtors' Postpetition Lenders, Harco National Insurance Company, and Co-Sureties Arch Insurance Company, Berkshire Hathaway Specialty Insurance Company, and Liberty Mutual Insurance Company.  **Extended to August 16, 2023, at 5:00 p.m. (ET) for the Committee.**

Related Pleadings:

A. Declaration of Tracy D. Pagliara in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 2, 7/22/23].

B. Declaration of Victoria Arrigoni of G2 Capital Advisors in Support of Debtors' Motion Seeking Postpetition Financing [D.I. 14, 7/22/23].

C. Amended Order (I) Authorizing the Debtors, for the Interim Period, to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims to Post-Petition Lenders, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507, and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2 [D.I. 80; 7/27/23].

D. Notice of Motions and Hearing [D.I. 82; 7/27/23].

Objections Received:

A. Limited Objection of Lexon Insurance Company to the Debtors' Motions for Entry of a Final Order Authorizing DIP Financing [Doc. No. 13] and for Authorization of Bidding Procedures [D.I. 147; 8/10/23].

B. **Informal comments from the Committee, the U.S. Trustee, and the Prepetition and DIP Lenders.**

Status: **The Debtors believe that they have resolved all objections with respect to this matter.  The Debtors intend to present a proposed form of order to the Court at the hearing reflecting such resolutions.  This matter will be going forward.**

8. Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Authority to Sell, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract

Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 33; 7/24/23].

Objection Deadline:  August 10, 2023, at 4:00 p.m. (ET), extended through and including August 14, 2023, at 5:00 p.m. for the U.S. Trustee, and **August 16, 2023, at 5:00 p.m. (ET)** for the Committee.

Related Pleadings:

A. Notice of Motion and Hearing Regarding the Approval of Bidding Procedures with Respect to the Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Authority to Sell, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 81; 7/27/23].

B. Amendment and Supplement to Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Authority to Sell, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 83; 7/27/23]

Objections Received:

A. Objection of Cigna to Debtors Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors Authority to Sell, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 142; 8/9/23]

B. Limited Objection of Lexon Insurance Company to the Debtors' Motions for Entry of a Final Order Authorizing DIP Financing [Doc. No. 13] and for Authorization of Bidding Procedures [D.I. 147; 8/10/23].

C. Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Authority to Sell, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 149; 8/14/23].

Status: **The Debtors believe that they have resolved all objections with respect to this motion except certain of those objections raised by the U.S. Trustee. The Debtors continue to work to resolve such remaining objections.** This matter is going forward.

9. Motion to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection Filed by Liberty Mutual Insurance Company, Berkshire Hathaway Specialty Insurance Company and Arch Insurance Company [D.I. 104; 8/11/23].

   Objection Deadline: August 14, 2023, at 4:00 p.m. (ET).

   Related Pleadings:

   A. Order Shortening Notice Period for and Scheduling Expedited Hearing on Motion to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection Filed by Liberty Mutual Insurance Company, Berkshire Hathaway Specialty Insurance Company and Arch Insurance Company [D.I. 148; 8/1/23].

   Objections Received:

   A. **Omnibus Limited Response and Reservation of Rights of the Debtors to the: (I) Motion to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection Filed by Liberty Mutual Insurance Company, Berkshire Hathaway Specialty Insurance Company And Arch Insurance Company [D.I. 104]; (II) Motion of Lexon Insurance Company to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection [D.I. 114]; and (III) Motion of Harco National Insurance Company for Relief from Automatic Stay and for Adequate Protection [D.I. 122] [D.I. 154; 8/15/23].**

   Status: This matter is going forward

10. Motion of Lexon Insurance Company to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection [D.I. 114; 8/4/23].

    Objection Deadline: August 14, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A. Order Shortening Notice Period for and Scheduling Expedited Hearing on Motion to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection Filed by Lexon Insurance Company [D.I. 134; 8/9/23].

    Objections Received:

    A.    **Omnibus Limited Response and Reservation of Rights of the Debtors to the: (I) Motion to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection Filed by Liberty Mutual Insurance Company, Berkshire Hathaway Specialty Insurance Company And Arch Insurance Company [D.I. 104]; (II) Motion of Lexon Insurance Company to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection [D.I. 114]; and (III) Motion of Harco National Insurance Company for Relief from Automatic Stay and for Adequate Protection [D.I. 122] [D.I. 154; 8/15/23].**

    <u>Status</u>: This matter is going forward.

11.    Motion of Harco National Insurance Company for Relief from Automatic Stay and for Adequate Protection [D.I. 122; 8/7/23].

    <u>Objection Deadline</u>:  August 14, 2023, at 4:00 p.m. (ET).

    <u>Related Pleadings</u>:

    A.    Order Granting Motion Requesting an Order Shortening Notice Period for and Scheduling Expedited Hearing on Motion for Relief from the Automatic Stay and for Adequate Protection [D.I. 133; 8/8/23].

    <u>Objections Received</u>:

    A.    **Omnibus Limited Response and Reservation of Rights of the Debtors to the: (I) Motion to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection Filed by Liberty Mutual Insurance Company, Berkshire Hathaway Specialty Insurance Company And Arch Insurance Company [D.I. 104]; (II) Motion of Lexon Insurance Company to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection [D.I. 114]; and (III) Motion of Harco National Insurance Company for Relief from Automatic Stay and for Adequate Protection [D.I. 122] [D.I. 154; 8/15/23].**

    <u>Status</u>: This matter is going forward.

| | |
|---|---|
| Dated: August 17, 2023<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>*desgross@chipmanbrown.com*<br><br>-and-<br><br>Sean A. Gordon (*pro hac vice* pending)<br>Austin B. Alexander (*pro hac vice* pending)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 541-2900<br>Facsimile: (404) 541-2905<br>*Sean.Gordon@thompsonhine.com*<br>*Austin.Alexander@thompsonhine.com*<br><br>Alan R. Lepene (*pro hac vice* pending)<br>Scott B. Lepene (*pro hac vice* pending)<br>**THOMPSON HINE LLP**<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone: (216) 566-5500<br>Facsimile: (216) 566-5800<br>*Alan.Lepene@thompsonhine.com*<br>*Scott.Lepene@thompsonhine.com*<br><br>*Proposed Counsel for Debtors* |