# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: September 20, 2023, at 10:30 a.m. (ET)<br>Objection Deadline: September 13, 2023, at 4:00 p.m. (ET) |

## DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING TIME FOR DEBTORS TO FILE SCHEDULES AND STATEMENTS

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their proposed counsel, hereby move (this "**Motion**") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), granting the relief described below. In support of this Motion, the Debtors rely upon the *Declaration of Tracy Pagliara in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 2] (the "**First Day Declaration**"),[2] and further respectfully state as follows:

### RELIEF REQUESTED

1. The Debtors respectfully request entry of an Order extending the period within which the debtors must file their respective schedules of assets and liabilities and statements of financial affairs (collectively, the "**Schedules and Statements**") by an additional 30 days (for a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

00056770.2

total of 58 days), such that the Schedules and Statements would be filed on or before September 18, 2023.[3]

## JURISDICTION AND VENUE

2. The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction over these chapter 11 cases, the Debtors, property of the Debtors' estates and this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

3. Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors consent to the entry of a final judgment or order with respect to this Motion if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

4. Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

5. The legal predicates for the relief requested herein are sections 105(a) and 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 1007(c) and 9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rules 1007-1(b) and 9006-2.

---

[3] Pursuant Local Rule 9006-2, the filing of this Motion prior to the expiration of the current filing deadline automatically extends such deadline until such time as the Court rules on this Motion.

**BACKGROUND**

6. On July 22, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court.

7. Debtors have continued in possession of their properties and have continued to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner.

8. On August 2, 2023, the Office of the United States Trustee appointed an official committee of unsecured creditors (the "**Committee**") in these chapter 11 bankruptcy cases.

9. Additional factual background regarding the Debtors, including their business operations, their capital and debt structures and the events leading to the filing of these Chapter 11 Cases, is set forth in the First Day Declaration, which is incorporated herein by reference.

**BASIS FOR RELIEF REQUESTED AND APPLICABLE AUTHORITY**

I. THE DEADLINE TO FILE SCHEDULES AND STATEMENTS SHOULD BE EXTENDED.

10. Section 521 of the Bankruptcy Code requires a debtor to file schedules of assets and liabilities and statements of financial affairs unless the bankruptcy court orders otherwise. Under Bankruptcy Rule 1007(c), a debtor must file these schedules and statements within 14 days after the Petition Date. *See* 11 U.S.C. § 521; Fed. R. Bankr. P. 1007(c). Local Rule 1007-1(b) automatically extends this deadline for filing schedules and statements to the date that is 28 days after the petition date, not including the petition date, if (a) the debtor's bankruptcy petition is accompanied by a list of all the debtor's creditors and their addresses, in accordance with Local Rule 1007-2; and (b) if the total number of creditors in the debtor's case (or the debtors' jointly administered cases) exceeds 200. *See* Del. Bankr. L.R. 1007-1(b); *see also* Fed. R. Bankr. P.

9006(a). Moreover, the Bankruptcy Rules permit the Court to extend the deadline for filing schedules and statements "for cause." Fed. R. Bankr. P. 1007(c); *see also* Del. Bankr. L.R. 1007-1(b) (same).

11. The Debtors have filed a creditor matrix listing the Debtors' creditors and their addresses in accordance with Local Bankruptcy Rule 1007-2, which, on a consolidated basis, exceeds the requirements under Local Rule 1007-1(b). Accordingly, by operation of Local Rule 1007-1(b), the deadline for the Debtors to file their Schedules and Statements is automatically extended to August 19, 2023, which is 28 days from the Petition Date in these Chapter 11 Cases.

12. The Debtors hereby seek a 30-day extension of the deadline to file their Schedules and Statements imposed by Local Rule 1007-1(b), through and including September 18, 2023 (the "**Extended Filing Deadline**"). The Debtors request such an extension without prejudice to their rights to seek further extension or waivers from this Court.

13. To prepare their Schedules and Statements, the Debtors will have to compile information from books, records, and documents relating to in excess of approximately 7,500 claims and numerous assets and contracts from each of the Debtor entities. Accordingly, collection of the necessary information will require a significant expenditure of time and effort on the part of the Debtors and their employees, particularly in light of the additional demands imposed by operating in chapter 11 while also managing the ongoing sale process.

14. Importantly, an extension will not harm creditors or other parties in interest because, even under the Extended Filing Deadline, the Debtors will file the Schedules and Statements in advance of any deadline for filing proofs of claim in these Chapter 11 Cases.

15. Courts in this district have routinely granted the same or similar relief to chapter 11 debtors. *See*, *e.g.*, *In re 24 Hour Fitness Worldwide, Inc.*, No. 20-11558 (KBO) (Bankr. D. Del.

July 21, 2020) (granting debtors a total of seventy-three days from the petition date to file their schedules and statements); *In re Melinta Therapeutics, Inc.*, No. 19-12748 (LSS) (Bankr. D. Del. January 27, 2020) (granting debtors a total of fifty-six days from the petition date to file their schedules and statements); *In re PES Holdings, LLC*, No. 19-11626 (KG) (Bankr. D. Del. July 23, 2019) (granting debtors a total of forty-seven days from the petition date to file their schedules and statements); *In re ATD Corp.*, No. 18-12221 (KJC) (Bankr. D. Del. Oct. 24, 2018) (granting debtors a total of fifty-seven days from the petition date to file their schedules and statements).[4]

## NO PRIOR REQUEST

16.    No previous request for the relief sought herein has been made to this Court or any other court.

---

[4] Because of the voluminous nature of the orders cited herein, they are not attached to this Motion, but are available upon request.

## CONCLUSION

**WHEREFORE,** the Debtors respectfully request that this Court enter the Proposed Order, substantially in the form annexed hereto, granting the relief requested herein and such other and further relief as may be just and proper.

Dated: August 18, 2023
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
desgross@chipmanbrown.com

-and-

Sean A. Gordon (admitted *pro hac vice*)
Austin B. Alexander (admitted *pro hac vice*)
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
Sean.Gordon@thompsonhine.com
Austin.Alexander@thompsonhine.com

Alan R. Lepene (admitted *pro hac vice*)
Scott B. Lepene (admitted *pro hac vice*)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
Alan.Lepene@thompsonhine.com
Scott.Lepene@thompsonhine.com

*Proposed Counsel for Debtors*