## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10961-BLS<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 162 and 189** |

### ORDER SHORTENING NOTICE PERIOD FOR AND SCHEDULING EXPEDITED HEARING ON MOTION FOR AN ORDER APPROVING THE DEBTORS' (A) KEY EMPLOYEE RETENTION PROGRAM, (B) KEY EMPLOYEE INCENTIVE PROGRAM, AND (C) GRANTING CERTAIN RELATED RELIEF

Upon consideration of the *Debtor's Motion Requesting an Order Shortening Notice Period for and Scheduling Expedited Hearing* (the "**Motion**") on *Debtors' Motion for an Order Approving the Debtors' (A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting Certain Related Relief* [Docket No. 162] (the "**KERP Motion**") and good cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED,** that a hearing to consider the KERP Motion and any relief requested therein shall be held on **September 7, 2023, at 2:00 p.m. (ET);** and it is further

**ORDERED**, that written objections, if any, to the KERP Motion shall be filed on or before **September 1, 2023, at 4:00 p.m. (ET);** and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

2

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all disputes arising out of or related to this Order.

Dated: August 19th, 2023
Wilmington, Delaware

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**