# EXHIBIT A TO CURE NOTICE

## SCHEDULE OF CURE COSTS AND TRANSFERRED CONTRACTS

*In re Williams Industrial Services Group, Inc. et al.*, No. 23-10961-BLS

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| 18-31 42nd Street Astoria, LLC | Williams Specialty Services, LLC | NY Office | $0.00 |
| ACM Coal Tar Removal | Williams Specialty Services, LLC | Delta Environmental Inc | $0.00 |
| AECON-WACHS INC. | Williams Plant Services, LLC | Craft Support | $0.00 |
| AIRGAS USA | Williams Plant Services, LLC | Gas Cylinders | $1,764.48 |
| Alabma Metal Ind Corp Amico | Williams Specialty Services, LLC | Fence Materials | $0.00 |
| AMERICAN PORTABLE TOILETS, INC | Williams Specialty Services, LLC | Portable Toilets | $0.00 |
| ARES STEEL | Williams Specialty Services, LLC | Rebar | $0.00 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | Mobile Office Unit | $0.00 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | Mobile office unit | $0.00 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | Mobile office unit | $0.00 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | Mobile office unit | $0.00 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | Office Trailers | $3,926.75 |
| Ashford Office Center, LLC | Williams Industrial Services Group, LLC | Home Office Location | $50.21 |
| ASHMORE CONCRETE CONTRACTORS | Williams Specialty Services, LLC | Concrete Pumping | $0.00 |
| ASHMORE CONCRETE CONTRACTORS | Williams Plant Services, LLC | Concrete Pumping | $0.00 |
| Associated Food Distributors, Company | Williams Specialty Services, LLC | CT Office Location | $7,356.77 |
| AT&T | Williams Plant Services, LLC | Internet (DSL) Equipment (Blanket PO) | $706.11 |
| AUGUSTA INDUSTRIAL SERVICES | Williams Plant Services, LLC | Inspection Tech & Operators | $84,915.83 |
| AUGUSTA INDUSTRIAL SERVICES | Williams Plant Services, LLC | Excavations | $0.00 |
| AUGUSTA INDUSTRIAL SERVICES | Williams Specialty Services, LLC | Hydro Ex | $0.00 |
| Bad Day Fabrication | Williams Plant Services, LLC | Various fabrication materials | $0.00 |
| Badger Daylighting Corp. | Williams Specialty Services, LLC | Hydro Excavating | $41,365.23 |
| Bancker Construction Corp | Williams Specialty Services, LLC | Sublease for CT Office Location | $7,356.77 |
| BC INDUSTRIAL SUPPLY INC | Williams Specialty Services, LLC | Wet/Dry Asphalt Blade | $0.00 |
| Blood Hound LLC | Williams Specialty Services, LLC | Underground Utility Services | $0.00 |
| Case Contracting LTD | Williams Specialty Services, LLC | Electrical Services | $0.00 |
| CEMEX | Williams Specialty Services, LLC | Concrete & Gravel | $0.00 |
| CIT Technology Fin Svcs | Williams Industrial Services Group, LLC | Printer Leases | $4,662.09 |
| Cogent | Williams Industrial Services Group, LLC | HQ Main Internet | $56.03 |
| Cold Springs Machine Co Inc | Williams Specialty Services, LLC | Materials and Fabrication | $0.00 |
| Comcast | Williams Industrial Services Group, LLC | HQ Backup Internet | $620.25 |
| Complete Mobile Home Setup, LLC | Williams Plant Services, LLC | Mobile Offices Setup | $0.00 |
| Complete Mobile Home Setup, LLC | Williams Plant Services, LLC | Set up/ Knockdown Services | $109,000.00 |
| Con Edison | Williams Specialty Services, LLC | Bronx River 36" Gas Main | $0.00 |
| Con Edison | Williams Specialty Services, LLC | Hudson Elevator | $0.00 |
| Con Edison | Williams Specialty Services, LLC | Con Ed Maintenance | $0.00 |
| Con Edison | Williams Specialty Services, LLC | Con Ed Tunnel Maintenance | $0.00 |
| Concur | Williams Industrial Services Group Inc. | Expense management | $2,919.47 |
| CONSTRUCTION RESOURCES GROUP | Williams Specialty Services, LLC | Fence Fabrication | $2,659.60 |
| Cranston Engineering Group, PC | Williams Specialty Services, LLC | Engineering Support | $0.00 |
| CRANSTON ENGINEERING GROUP, PC | Williams Plant Services, LLC | Engineering Support | $0.00 |

*In re Williams Industrial Services Group, Inc. et al.*, No. 23-10961-BLS

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| D R DAVIES CONTRACTOR LLC | Williams Plant Services, LLC | Railroad Tracks | $0.00 |
| D R DAVIES CONTRACTOR LLC | Williams Plant Services, LLC | Track Construction | $0.00 |
| Dell Computer | Williams Specialty Services, LLC | Computer Equipment | $0.00 |
| DELL COMPUTER | Williams Plant Services, LLC | Computer equipment | $0.00 |
| DELL COMPUTER | Williams Plant Services, LLC | Computer equipment | $0.00 |
| DIGITAL OFFICE EQUIPMEMNT | Williams Plant Services, LLC | Copier Maintenance | $2,154.61 |
| EAST COAST LUMBER & SUPPLY CO | Williams Specialty Services, LLC | Hardware Materials | $1,158.46 |
| EAST COAST LUMBER & SUPPLY CO | Williams Specialty Services, LLC | Cold Galvanize Spray | $0.00 |
| EAST COAST LUMBER & SUPPLY CO | Williams Specialty Services, LLC | Water | $0.00 |
| Edge | Williams Industrial Services Group, LLC | Printer Maintenance | $1,020.10 |
| Energy Northwest | Williams Plant Services, LLC | ENW Background Screening | $0.00 |
| Energy Northwest | Williams Plant Services, LLC | Maintenance Support/ Outage | $0.00 |
| Energy Northwest | Williams Plant Services, LLC | Breaker Replacement | $0.00 |
| ENSCO SUPPLY | Williams Plant Services, LLC | Chainsaw | $0.00 |
| ENSCO SUPPLY | Williams Plant Services, LLC | Materials | $0.00 |
| ENSCO SUPPLY | Williams Plant Services, LLC | Safety PPE and other items | $0.00 |
| ENSCO SUPPLY | Williams Plant Services, LLC | Hardhats | $0.00 |
| FACTORY DIRECT SUPPLY | Williams Specialty Services, LLC | Besser Bricks | $0.00 |
| FASTENAL COMPANY | Williams Plant Services, LLC | Steel Pipe | $0.00 |
| Flexential | Williams Industrial Services Group, LLC | Data Center | $6,277.83 |
| Florida Power & Light | Williams Specialty Services, LLC | Security Fence Replacement | $0.00 |
| Fusion Tech Communications LLC | Williams Specialty Services, LLC | Lighting Fixtures | $0.00 |
| Georgia Pacific | Williams Industrial Services, LLC | Weekend Outage | $0.00 |
| GOLDEN ISLES SUPPLY CO., INC. | Williams Plant Services, LLC | Materials (wire) | $0.00 |
| GRANITE TELECOMMUNICATIONS LLC | Williams Industrial Services Group, LLC | Mobile phone management | $0.00 |
| GRANITE TELECOMMUNICATIONS LLC | Williams Plant Services, LLC | Mobile communications | $0.00 |
| GUBMK (United E&C) | Williams Plant Services, LLC | GUBMK JV Agreement | $0.00 |
| GUBMK (Worley Group, Inc) | Williams Plant Services, LLC | GUBMK JV Agreement | $0.00 |
| HARPER LINE STRIPING CO | Williams Plant Services, LLC | Line Striping | $0.00 |
| HDS WHITE CAP CONST SUPPLY | Williams Plant Services, LLC | Marking Paint - Mag Nails - Flagging | $0.00 |
| HERC RENTALS | Williams Specialty Services, LLC | Equipment Rental | $7,135.50 |
| HERC RENTALS | Williams Specialty Services, LLC | Equipment Rental | $0.00 |
| HERC RENTALS | Williams Specialty Services, LLC | Fork Lift Rental | $0.00 |
| HERC RENTALS | Williams Specialty Services, LLC | Equipment Rental | $0.00 |
| HERC RENTALS | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| HERC RENTALS | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| HERC RENTALS | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| HERC RENTALS | Williams Plant Services, LLC | Equipment Rental | $167,759.11 |
| HERC RENTALS | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| HERC RENTALS | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| HERC RENTALS | Williams Plant Services, LLC | Equipment Rental | $0.00 |

*In re Williams Industrial Services Group, Inc. et al.*, No. 23-10961-BLS

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| HERC RENTALS | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| HERC RENTALS | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| Holtec International | Williams Plant Services, LLC | General Terms & Conditions | $0.00 |
| Holtec International | Williams Plant Services, LLC | Pool to Pad Labor (Sequoyah) | $0.00 |
| Holtec International | Williams Plant Services, LLC | Craft Labor Support (Dresden) | $0.00 |
| Holtec International | Williams Plant Services, LLC | Craft Labor Support | $0.00 |
| HSE Contractors Inc | Williams Specialty Services, LLC | Scheduling Services | $0.00 |
| Ikegami Engineering, Inc. | Williams Plant Services, LLC | Ultium Cells Plants (OH, TN) | $0.00 |
| Iland (11:11) | Williams Industrial Services Group, LLC | DRAAS | $13,055.67 |
| IMPACT RENTALS, LLC | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| IMPACT RENTALS, LLC | Williams Plant Services, LLC | Equipment Rental | $16,181.25 |
| Insight | Williams Industrial Services Group Inc. | MS Server licenses | $271.84 |
| JM TEST SYSTEMS INC | Williams Plant Services, LLC | Cable Analyzers | $0.00 |
| KELLY TRACTOR CO | Williams Specialty Services, LLC | Equipment Rental | $4,667.54 |
| Lan Darty Real Estate dba D. Ream Properties | Williams Plant Services, LLC | Background Group Office | $0.00 |
| Lane Land Development, LLC | Williams Industrial Services, LLC | Jacksonville Office Lease | $40,023.40 |
| LeaseQuery | Williams Industrial Services Group Inc. | Lease tracking | $0.00 |
| Loadspring | Williams Industrial Services Group, LLC | Application Hosting | $0.00 |
| Lockstep Technology Group | Williams Industrial Services Group, LLC | Managed Services Provider | $18,500.00 |
| Lockstep Technology Group -Barracuda | Williams Industrial Services Group, LLC | Email Archiver | $0.00 |
| Lockstep Technology Group - Cisco | Williams Industrial Services Group, LLC | Microsoft 365 Licenses | $0.00 |
| Lockstep Technology Group - Cisco | Williams Industrial Services Group, LLC | Smartnet | $0.00 |
| Lockstep Technology Group - Citrix | Williams Industrial Services Group, LLC | Citrix Gateway | $0.00 |
| Lockstep Technology Group - DUO | Williams Industrial Services Group, LLC | MFA | $0.00 |
| Lockstep Technology Group - KnowBe4 | Williams Industrial Services Group, LLC | KnowBe4 | $0.00 |
| Lockstep Technology Group - Microsoft | Williams Industrial Services Group, LLC | Office 365 | $0.00 |
| Lockstep Technology Group - RedHat | Williams Industrial Services Group, LLC | Linux | $0.00 |
| Lockstep Technology Group - VEEAM | Williams Industrial Services Group, LLC | VEEAM | $0.00 |
| Lockstep Technology Group - VMWare | Williams Industrial Services Group, LLC | VMWare | $0.00 |
| LOWES CREDIT SERVICES | Williams Specialty Services, LLC | Blanket PO for small tools | $0.00 |
| LOWES CREDIT SERVICES | Williams Specialty Services, LLC | Small Tools | $0.00 |
| LOWES CREDIT SERVICES | Williams Specialty Services, LLC | Consumables | $0.00 |
| LOWES CREDIT SERVICES | Williams Plant Services, LLC | Blanket PO for small tools/consumables | $0.00 |
| LOWES CREDIT SERVICES | Williams Plant Services, LLC | Materials | $0.00 |
| LOWES CREDIT SERVICES | Williams Plant Services, LLC | Blanket Materials PO | $0.00 |
| LOWES CREDIT SERVICES | Williams Plant Services, LLC | Materials | $0.00 |
| M&W Precast LLC | Williams Specialty Services, LLC | Materials and Fabrication | $0.00 |
| MACUCH STEEL PRODUCTS, INC. | Williams Plant Services, LLC | Steel materials | $0.00 |
| MAGID GLOVE & SAFETY MFG CO | Williams Plant Services, LLC | Tools/ Materials | $0.00 |
| MalwareBytes | Williams Industrial Services Group, LLC | Antivirus anti-malware | $0.00 |
| MANER BUILDERS SUPPLY CO LLC | Williams Plant Services, LLC | Materials | $0.00 |

*In re Williams Industrial Services Group, Inc. et al.*, No. 23-10961-BLS

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| MANER BUILDERS SUPPLY CO LLC | Williams Plant Services, LLC | Materials | $0.00 |
| MARTIN MARIETTA MATERIALS | Williams Plant Services, LLC | Blanket PO for stone | $20,559.79 |
| MAXIM CRANE WORKS, LP | Williams Specialty Services, LLC | 50 Ton Crane | $0.00 |
| MAXIM CRANE WORKS, LP | Williams Plant Services, LLC | Crane Rental | $47,080.00 |
| MCKINNEY WHOLESALE CO INC | Williams Plant Services, LLC | Treated Lumber | $0.00 |
| Miller Electric Company | Williams Specialty Services, LLC | Temp Power | $4,802.27 |
| Miller Electrical Contractors | Williams Specialty Services, LLC | Electrical Services | $0.00 |
| MOBILE MINI INC | Williams Specialty Services, LLC | Container Rental | $760.74 |
| MOBILE MINI INC | Williams Plant Services, LLC | Temporary Building Rental | $1,312.62 |
| NATIONAL CONSTRUCTION RENTALS | Williams Plant Services, LLC | Temporary Fence | $0.00 |
| NPE Consultants, LLC | Williams Specialty Services, LLC | Engineering Services | $0.00 |
| Oleary Construction Inc | Williams Specialty Services, LLC | Construction Services | $112,388.40 |
| P&I SUPPLY CO | Williams Plant Services, LLC | Consumables | $0.00 |
| Pantheon | Williams Industrial Services Group, LLC | Website hosting | $711.23 |
| ParkPlace Technology | Williams Industrial Services Group Inc. | hardware maintenance | $0.00 |
| Peepels Mechanical Corporation | Williams Specialty Services, LLC | HVAC work | $21,316.50 |
| Penta | Williams Industrial Services Group, LLC | ERP | $0.00 |
| Pixelle Specialty Solutions | Williams Industrial Services, LLC | 12PM Straw Shed Siding | $0.00 |
| Pixelle Specialty Solutions | Williams Industrial Services, LLC | 12PM Gutter Clean | $0.00 |
| Pixelle Specialty Solutions | Williams Industrial Services, LLC | Bldg 66 Roof Repairs | $0.00 |
| Pixelle Specialty Solutions | Williams Industrial Services, LLC | RPR Roof Decking Repair Door | $0.00 |
| PLANT MACHINE & WELDING INC. | Williams Specialty Services, LLC | Galvanized Plates | $0.00 |
| POLLOCK COMPANY | Williams Plant Services, LLC | Copier Maintenance | $1,134.98 |
| RED-D-ARC INC | Williams Plant Services, LLC | Cylinder Cages | $920.20 |
| Requordit | Williams Industrial Services Group, LLC | Penta Document Management | $20,000.00 |
| Richmond County Constructors | Williams Plant Services, LLC | RCC JV Agreement | $0.00 |
| SalesForce | Williams Industrial Services Group Inc. | CRM | $0.00 |
| SALTER BUILDING SUPPLY INC. | Williams Plant Services, LLC | Blanket PO for materials | $0.00 |
| SALTER BUILDING SUPPLY INC. | Williams Plant Services, LLC | Blanket PO for materials | $0.00 |
| SolCyber | Williams Industrial Services Group, LLC | Managed Security Service | $34,200.38 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Facilities | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Facilities | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Facilities - Trailer City Demob | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Permanent Plant Security System | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Security Perimeter | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | ADT Support | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | ADT Support | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | North 40 - Base Scope (Directs + Material) | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | North 40 - Base Scope (Directs + Material) | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | North 40 - Hotel Load (Staff + Hotel + Indirects) | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | North 40 - Craft Incentives | $0.00 |

*In re Williams Industrial Services Group, Inc. et al. , No. 23-10961-BLS*

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| Southern Nuclear Operating Company | Williams Plant Services, LLC | North 40 - Misc Site Support | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Vogtle 3 & 4 Hotel Load (Staff and Equipment) | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | ITP/FIN team - Seconded to Southern | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | ITP/FIN team - Seconded to Southern | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | North Road Project | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | North Road Project - Amendment No. 1 | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Hydro Excavation Activites | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Parking Lot Project | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | South 40 - Road/ASB Parking Lot | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | South 40 - Indirect Craft | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | South 40 - Incentives | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | South 40 - Equipment | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | South 40 Batch Plant Support | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Hatch Unit 2 Feedwater Heater | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Hatch Unit 2 Feedwater Heater | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Class B Smoke Detector Replacement Projects | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Fire Detection | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Background Screenings | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Farley, Hatch, Vogtle 1&2 Background Screenings | $0.00 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | Vogtle 3&4 Background Screenings | $0.00 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | Leased Employees | $0.00 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | Leased Employees | $0.00 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | Leased Employees | $0.00 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | Leased Employees | $0.00 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | Leased Worker Services  - Labor | $0.00 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | Leased Worker Services - Expenses | $0.00 |
| SOUTHERNLINC WIRELESS | Williams Plant Services, LLC | Blanket PO for small tools | $0.00 |
| SOUTHERNLINC WIRELESS | Williams Plant Services, LLC | Blanket PO for Push to Talk | $0.00 |
| SOUTHERNLINC WIRELESS | Williams Plant Services, LLC | Push to Talk - mobile communications | $2,445.34 |
| Southway Crane & Rigging | Williams Specialty Services, LLC | Crane Services | $0.00 |
| STAPLES INC. | Williams Plant Services, LLC | Office Supplies | $0.00 |
| SUNBELT RENTALS | Williams Plant Services, LLC | Equipment Rental | $1,992.45 |
| SUNBELT RENTALS | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| Tech Valley Engineering, PLC | Williams Specialty Services, LLC | Engineering Services | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | MSA | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# BFN U3 LP FW HTR Project | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# BFN Control Room Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# BFN Phase 3 Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# BFN Phase 3 Headend Replacement | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# BFN Control Room Habitability Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# BFN Control Room Lighting Support | $0.00 |

*In re Williams Industrial Services Group, Inc. et al. , No. 23-10961-BLS*

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN U2 Traveling Water Screen Phase 1 Planning | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN U1 Traveling Water Screen Phase 1 Planning | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN U2 FWH Admin Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Planning Support for Control Room Upgrade | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN FTS Repair Work | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN FTS Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Phase 2 Planning | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN U2 Turbine Crane Walkdown | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN PIRT Scaffold Support U2R25 and U1R26 | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Fleet Center Procedure Update Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN FY23 Safety Fundamental Awards | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Rescue Boat for TWS Tree Cutting | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Planning and Field Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Planning Support for SCBA | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Lighting Implementation | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN RCI Laborer Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Planning Support - High Risk | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Planning Support - Medium Risk | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Additional Funding Excitation Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Boot Seal Replacement for U1 U1R26 Outage | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN QI and Welding Rod Issuance Personnel | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Build Scaffold for Buss Cleaning | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN U2 Wattle Installation Part 2 | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN U1 Boot Seal Repl/Install for Small Bore Piping | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN U2 Boot Seal Repl/Install for Small Bore Piping | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Level Transmitter Abandonment | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN QA0 Scaffold Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Planning/Implementation 1st 10 ASCO Valve Replacement | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Augmented Fire Watch Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# NPG Fleet Center Estimating | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Engineering Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Turbine Building Crane Phase 2 Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Fleet Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Boron Ice Making System Implementation | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# BLN Maintenance Services Contract for FY23 | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# TVA/SQN/IT INFRASTRUCTURE 1/TP | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# TVA/SQN/IT INFRASTRUCTURE 2/TP | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# TVA/SQN/IT INFRASTRUCTURE 3/TP | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Chickamauga Waterline Upgrade | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Training Center Roofing Project Truck Path | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Smart Meter Installation | $0.00 |

*In re Williams Industrial Services Group, Inc. et al. , No. 23-10961-BLS*

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Planning IT Cable - Phases 2 3 4 | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# TVA/SQNU2 HDT FWH INTL PLN/CP | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN I&C Planning Support for U2 | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Task Manager Support Reactor Head Stand | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Boot Seal Replacement for U2 U2R25 Outage | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Compressor Replacement | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Material Handling/General Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Wattle Installation | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Service Task Laborer Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN U1 Wattle Installation Part 2 | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Paint The ACP | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Painter Support for Beautification | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Control Room Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Phase 2 AVR Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN U2 RCS Cold Leg Shimms U2R25 Planning | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Fleet Center Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Watauga Dam Fiber Project | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Normandy Dam Gravel & Fence Project | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Cherokee Dam Excavating and Concrete Project | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Beech Dam Camera Safety Project | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Cherokee Dam Safety Camera Project | $0.00 |
| Thompson Industrial Service | Williams Specialty Services, LLC | Excavation Services | $0.00 |
| THOMPSON INDUSTRIAL SERVICE | Williams Plant Services, LLC | Excavation Services | $0.00 |
| Thomson Rueters | Williams Industrial Services Group Inc. | Tax software | $545.00 |
| Toolwatch | Williams Industrial Services Group, LLC | Equipment management | $0.00 |
| TRI-STATE DISTRIBUTORS | Williams Plant Services, LLC | Blanket PO - Materials | $0.00 |
| UKG | Williams Industrial Services Group, LLC | HRIS | $29,704.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Specialty Services, LLC | Equipment Rental | $6,488.62 |
| UNITED RENTALS-PAYMENT CENTER | Williams Specialty Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Specialty Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Specialty Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Specialty Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Rental Equipment | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Rental Equipment | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Rental Equipment | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Rental Equipment | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Rental Equipment | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |

*In re Williams Industrial Services Group, Inc. et al.*, No. 23-10961-BLS

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $234,599.87 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | Equipment Rental | $0.00 |
| Verde Electric Corporation | Williams Industrial Services Group, LLC | Electrical Services | $0.00 |
| Waste Connections of NY, INC | Williams Industrial Services Group, LLC | Trash Pickup | $546.30 |
| WASTE PRO OF FLORIDA, INC | Williams Industrial Services Group, LLC | Dumpster | $482.53 |
| Welding Works, Inc. | Williams Industrial Services Group, LLC | Materials and Fabrication | $0.00 |
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | Williams Plant Services, LLC | Copier Lease | $403.85 |
| WestRock CP, LLC | Williams Industrial Services Group Inc. | MSA | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group Inc. | MSA Amendment #1 | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | MSA Amendment #2 | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | MSA Amendment #3 | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | Storm Water Inspection 2023 | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #2 PM OPERATOR FLR BEAM INSPECTION | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | PAINT CLOCK HOUSE JULY VIP TOUR | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | PAINT #3 PM SOUTH STAIRWELL VIP TOUR | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | CLEAN DEAERATOR BUILDING ROOF | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | REPAIR ROLL HANDLING ROOF | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #5 PPT EAST DRAG CHAIN CONVEYOR | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #5 RB 75% BLACK LIQUOR PURGE LINE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #8 PB 5TH FLOOR ASH LINE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF CHIP SILO BINDICATOR | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #8 BOILER STEAM TRAP 1/2" LINE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | PULP MILL WINTERIZATION | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF C-SET EVAPORATOR OUTAGE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #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 FUEL OIL PUMP | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #5 PPT WEST DRAG CHAIN | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF PAPER MILL TANK FARM VENT LINES | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | ADDT'L SCAFF RENT #2 PM FLOOR BEAM 5/1/22 - 9/30/22 | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #10 PB DUST HOPPERS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #10 PB ASH LN WAREBACK IN BASEMENT | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF OLD DRY MACH BLDG PERSONNEL CANOPY | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | MODIFY #1 PM WEST SIDE STRUCTURAL STEEL | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | PERSONNEL PROTECTION #3 PM STEAM JOINTS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #10 PB DUST COLLECTOR HOPPER | $0.00 |

*In re Williams Industrial Services Group, Inc. et al.*, No. 23-10961-BLS

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #58 WHITE LQR PUMP CROSS BRACING | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | CLEAN PULP MILL AREA NOVEMBER 2022 | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | HARDWOOD STACKER REBUILD | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #2 PM MEZZ CONDENSATE LINE LEAK | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INST WALKBRDS WWTP COOLING TWR CENTER FAN | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF N WALL DEAERATOR BLDG E OF CATWALK | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL PAPER MILL PIPE MEASUREMENTS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #5 RB SOUTH SIDE WASHUP LINE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL DEAERATOR BLDG 400# STEAM PRV VALVE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | CLEAN TURBINE COOLING TWR  N & E SIDES | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | DEMO NORTH WALL DEAERATOR BLDG | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL DOMESTIC WTR LN NEAR BOIL OUT TANK | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL MILL LAB DOMESTIC WATER LINE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF PULP MILL #600 FLOW METER | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #4 RB BLACK LIQUOR LINE LEAK | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF EFFLUENT LINE REPAIRS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF PAPER MILL E&I 2023 ANNUAL OUTAGE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #06 CHIP CONVEYOR OHM METER | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSTALL TEMP CATWALK TC WATER FLOW METER | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #3 CHIP SILO BINDICATOR - 12 MONTHS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #2 PM RELIEF VALVE IN COURTYARD | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #2 PM DRIVE SIDE FLOOR BEAMS 2023 AO | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL E-LINE 6TH EFFECT STRAIGHT SHELL | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF WEST SIDE #1 SSR UNIT RIGGING | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #5 RB STARTUP VENT LINE A-14 VALVE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF NEW SHAKER BLDG LIGHT REPAIR | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF BATCH DIGESTER MEZZ STEAM LEAK | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF PULP MILL TANK FARM BLACK LQR LEAK | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #4 RB BLACK LQR LN PIPE HANGERS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #4 RB 150# STEAM HEADER CHECK VALVES | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF NW CORNER EVAP BLDG B-SET BOILOUT LN | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | CLEAN OFF TOP OF MUD WASHER TANK | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #5 RB #110 & #111 PUMP SAMPLE LINES | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF SECONDARY FIBER LIGHT REPAIRS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF TALL OIL PLANT WET OIL TANK HEATER | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #1 PM DRYER CAN STEAM LINES | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #1 PM #14 MOTOR COOLING DUCTWORK | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #1 PM DRYER CAN STEAM HEADER | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #5 PPT EYEWASH SUPPLY LINE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF SEC FIBER SEAL WATER LINE LEAK | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF TALL OIL PLANT 4" WATER LINE | $0.00 |

*In re Williams Industrial Services Group, Inc. et al.*, No. 23-10961-BLS

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #2 PM STRETCH CHAINS COLUMN LN M-16 | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL BLEACH PLANT 50% CAUSTIC TRANSFER LN | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF WEST SIDE TILE CHEST WEST OF MAIN LAB | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #2 PM BASEMENT DRIVE SD #565 VALVE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #2 PM PRESS PIT CONSISTENCY VALVE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | CLEAN UP FELT BOXES #1 & #2 PM JUNE OUTAGES | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #3 PM PRESS PIT RECERT LINE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #2 LIME KILN PRECOAT CAMERA | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #3 PM MOTOR COOLING DUCTWORK | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #2 PM DESUPERHEATER VALVE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF BLACK LQR FILTER BLDG PRIMARY BASKET | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL LVHC CONDENSATE POT INLET VALVE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | LN 1- LABR SCAF WWTP #1 PRIMARY CLARFR SUMP BYPASS VLV | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | REPL CHARCOAL SEC FIBER RACK RM WV UNIT | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF SEC FIBER FINAL PHASE LIGHT REPAIRS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF SOUTH CHIP PILE RECLAIM RACK CABLE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | LN 2- INSUL E-LINE PIPE FLANGE EAST END MEZZ | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF SHAKER SCREEN CLEANOUT DOORS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #4 RB BLACK LQR LINE SPOOL SECTIONS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #5 RB 150# STEAM LINE REPAIR | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #1 PM ROLL HANDLER REPAIR | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF E-LINE MEZZ REX A #130 PROBE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #1 PM SPRINKLER SYSTEM AFTER FIRE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF BLEACH PLANT SW STAIRWELL SUPPORT | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF KAMYR DIGESTER SUBST CONDENSATE LN | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #2 LIME KILN DIVERTER GATE CHUTE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #25 CONVEYOR CHUTE REPAIR | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF DOMESTIC WTR LN TOP OF DORR TANKS | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #4 RB BLACK LQR LN LK MEZZ N WALL | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #10 PB #26 & #27 BARK CONVEYOR CHUTE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #3 PM JULY 18TH OUTAGE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #1 LIME KILN RECLAIM WATER PUMP | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF MAIN STARCH COOK TANK PLATFORM | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | INSUL #3 PM AQUATROL HEATER VALVE | $0.00 |
| WestRock CP, LLC | Williams Industrial Services Group, LLC | SCAFF #3 PM UNORUN CONDUIT LIGHT REPAIR | $0.00 |
| WRS Environmental Services | Williams Industrial Services Group, LLC | Asbestos Services | $0.00 |
| Zoho | Williams Industrial Services Group, LLC | IT management Tools | $9,280.00 |
| Zoom | Williams Industrial Services Group, LLC | Phone System | $0.00 |