IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA FOR THE HEARING SCHEDULED FOR
AUGUST 30, 2023, AT 2:00 P.M. (ET)[2]

---

**THE HEARING WILL BE CONDUCTED IN-PERSON AND BY ZOOM.
PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED
TO REGISTER NO LATER THAN TUESDAY, AUGUST 29, 2023, AT 4:00 P.M. (ET)
PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItce6qrzojE4E-dYeFVN4YC0-8ZxsmAFs

**AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING INFORMATION ABOUT JOINING THE MEETING.**

**AUDIO FOR THE HEARING WILL BE PROVIDED BY ZOOM ONLY.**

---

I. **RESOLVED/ADJOURNED MATTERS**

1. Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Effective July 22, 2023 [D.I. 135; 8/9/23].

    Objection Deadline:  August 23, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All motions and other pleadings referenced herein are available online at either of the following web addresses: https://dm.epiq11.com/WilliamsIndustrialServicesGroup or https://dm.epiq11.com/WISGRP.

    A.    Notice of Filing of Corrected Exhibit B to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Effective July 22, 2023 [D.I. 144; 8/10/23].

    B.    Certification of Counsel Regarding Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Effective July 22, 2023 [D.I. 211; 8/24/23].

    C.    Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Effective July 22, 2023 [D.I. 215; 8/25/23].

Objections Received:   Informal comments from the U.S. Trustee.

Status:   An order has been entered.  No hearing is necessary.

2. Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP, as Co-Counsel to the Debtors Effective as of the Petition Date [D.I. 137; 8/9/23].

Objection Deadline:   August 23, 2023, at 4:00 p.m. (ET).

Related Pleadings:

    A.    Certification of Counsel Regarding Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP, as Co-Counsel to the Debtors Effective as of the Petition Date [D.I. 209; 8/24/23].

    B.    Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP, as Co-Counsel to the Debtors Effective as of the Petition Date [D.I. 213; 8/25/23].

Objections Received:   Informal comments from the U.S. Trustee.

Status:   An order has been entered.  No hearing is necessary.

3. Motion of Debtors for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 141; 8/9/23].

Objection Deadline:   August 23, 2023, at 4:00 p.m. (ET).

Related Pleadings:

      A.      Certification of Counsel Regarding Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 210; 8/24/23].

      B.      Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 214; 8/25/23].

      <u>Objections Received</u>:   Informal comments from the U.S. Trustee.

      <u>Status</u>:  An order has been entered.  No hearing is necessary.

## II.    MATTERS EXPECTED TO BE FILED UNDER CERTIFICATION

4.    Debtors' Application for an Order Authorizing the Retention and Employment of Thompson Hine LLP as Counsel to the Debtors and Debtors-in-Possession Effective as of the Petition Date [D.I. 140; 8/9/23].

      <u>Objection Deadline</u>:  August 23, 2023, at 4:00 p.m. (ET).  Extended to August 28, 2023, at 5:00 p.m. (ET) for the U.S. Trustee.

      <u>Related Pleadings</u>:  None.

      <u>Objections Received</u>:   Informal comments from the U.S. Trustee.

      <u>Status</u>:  The Debtors have resolved the informal comments from the U.S. Trustee and intend to file a revised form of order under certification of counsel.

## III.    CONTESTED MATTERS GOING FORWARD

5.    Debtors' Application for an Order (I) Authorizing the Employment and Retention of G2 Capital Advisors, LLC as Financial Advisor to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [D.I. 136; 8/9/23].

      <u>Objection Deadline</u>:  August 23, 2023, at 4:00 p.m. (ET).  Extended to August 28, 2023, at 5:00 p.m. (ET) for the U.S. Trustee and the Committee.

      <u>Related Pleadings</u>:  None.

      <u>Objections Received</u>:   Informal comments from the U.S. Trustee.

      <u>Status</u>:  This matter is going forward.

6.    Debtors' Application for an Order (I) Authorizing the Employment and Retention of Greenhill & Co., LLC as Investment Banker to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [D.I. 138; 8/9/23].

Objection Deadline: August 23, 2023, at 4:00 p.m. (ET). Extended to August 28, 2023, at 5:00 p.m. (ET) for the U.S. Trustee and the Committee.

Related Pleadings:

A. Notice of Filing of Supplement to Debtors' Application for an Order (I) Authorizing the Employment and Retention of Greenhill & Co., LLC as Investment Banker to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [D.I. 199; 8/21/23].

Objections Received: Informal comments from the U.S. Trustee and the Committee.

Status: The Debtors have resolved the objections of the U.S. Trustee with respect to this application. This matter is going forward.

7. Application of the Debtors for Authority to Retain and Employ Epiq Corporate Restructuring, LLC, as Administrative Advisor Effective as of the Petition Date [D.I. 139; 8/9/23].

Objection Deadline: August 23, 2023, at 4:00 p.m. (ET). Extended to August 28, 2023, at 5:00 p.m. (ET) for the U.S. Trustee and the Committee.

Related Pleadings: None.

Objections Received: Informal comments from the U.S. Trustee.

Status: This matter is going forward.

|  |  |
|---|---|
| Dated: August 28, 2023<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>desgross@chipmanbrown.com<br><br>-and-<br><br>Sean A. Gordon (*pro hac vice* pending)<br>Austin B. Alexander (*pro hac vice* pending)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 541-2900<br>Facsimile: (404) 541-2905<br>*Sean.Gordon@thompsonhine.com*<br>*Austin.Alexander@thompsonhine.com*<br><br>Alan R. Lepene (*pro hac vice* pending)<br>Scott B. Lepene (*pro hac vice* pending)<br>**THOMPSON HINE LLP**<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone: (216) 566-5500<br>Facsimile: (216) 566-5800<br>*Alan.Lepene@thompsonhine.com*<br>*Scott.Lepene@thompsonhine.com*<br><br>*Proposed Counsel for Debtors* |