**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1] | Case No. 23-10961-BLS |
| | (Jointly Administered) |
| Debtors. | **Re. Docket No. 140** |

**SUPPLEMENTAL DECLARATION OF SEAN A. GORDON IN FURTHER SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF THOMPSON HINE LLP AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

I, Sean A. Gordon, being duly sworn, state the following under the penalty of perjury:

1.     I am a partner with Thompson Hine LLP ("Thompson Hine") and am duly authorized to execute this Supplemental Declaration ("Declaration") on its behalf. I offer this Declaration pursuant to 11 U.S.C. §§ 327 and 328, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, and 2014-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") in further support of the Application of the Debtors to Employ Thompson Hine LLP as Counsel *Nunc Pro Tunc* to the Petition Date (the "Application") [D.I. 140].[2]

2.     All of the facts stated herein are based upon my personal knowledge, or information provided to me by members of Thompson Hine. If called as a witness, I could and would testify competently to the facts set forth herein. To the extent any information disclosed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All capitalized terms used but undefined herein shall have the meanings ascribed in the Application.

herein should ever require an amendment or supplementation upon Thompson Hine's further analysis or as additional creditor information becomes available, a supplemental declaration will be submitted to this Court.

3.      My Partner Alan R. Lepene previously made a declaration in support of the Application which is attached to the Application as <u>Exhibit B</u> (the "<u>Lepene Declaration</u>"). I am fully familiar with, and have personal knowledge of the matters discussed in the Lepene Declaration that are pertinent to the relief requested in the Application. Accordingly, paragraphs 5 through 20 of the Lepene Declaration are hereby incorporated by reference as if fully restated herein.

<b><u>THOMPSON HINE IS DISINTERESTED</u></b>

4.      As of July 22, 2023 (the "<u>Petition Date</u>"), the outstanding and unpaid balance due for services rendered to Debtors was approximately $639,492. So that it may remain disinterested for purposes of Sections 101(14) and 327(a) of the Bankruptcy Code, and for purposes of the Application, Thompson Hine has agreed to waive its claim for all outstanding prepetition amounts owed to it by Debtors as of the Petition Date, including without limitation the aforementioned balance.

5.      Additionally, Thompson Hine has conducted an analysis of all payments received and unpaid services provided to Debtors during the ninety (90) days preceding the Petition Date, as well as all payments received within one (1) year prior to the Petition Date. Based on this analysis, Thompson Hine believes, in good faith, that it has absolute defenses to any claim of preferential transfer(s) under Sections 547(c)(2) and/or 547(c)(4) of the Bankruptcy Code. Accordingly, Thompson Hine respectfully submits that it is disinterested under the standards set forth in *In re Pillowtex Inc.*, 304 F.3d 246 (3d Cir. 2002).

6.      Additionally, prior to the Debtors' engagement of Thompson Hine, and regularly thereafter, Thompson Hine conducted a thorough inquiry in order to determine whether there are conflicts of interests with the Debtors and parties-in-interest in these cases. Thompson Hine maintains an electronic database (the "Client Database") containing the identities and relationships among the firm's current and former clients, related parties, and adverse parties in all matters. The Client Database is continually updated with new information. Further, Thompson Hine employs specially trained professionals to search the Client Database to identify and resolve conflicts. The firm also distributes surveys to all professionals firmwide on a daily basis, and upon each prospective new matter, soliciting relevant information to ensure all conflicts are promptly and thoroughly identified, and resolved.

7.      Under my supervision, I caused the above-described conflicts surveys to be run, and the Client database to be checked against those parties identified as potentially interested parties in these cases (collectively, the "Potentially Interested Parties"). The Potentially Interested Parties were identified and furnished to Thompson Hine by the Debtors and their Financial Advisors. The list of Potentially Interested Parties is attached to this Declaration as Exhibit 1.

8.      Based on the search of the Client Database and survey results, to the best of my knowledge, information, and belief, Thompson Hine does not represent any creditor or other party in interest in matters involving the Debtors or in connection with these cases.

9.      However, on the basis of the survey results, Thompson Hine has in the past, currently does, and/or may in the future represent several parties that are parties in interest in these cases in unrelated matters. A list of Thompson Hine's relationships with Potentially Interested Parties ("Unrelated Representations") is attached hereto as Exhibit 2. I believe the

Unrelated Representations bear no relation to these chapter 11 cases and do not involve any client information that is relevant to or related to the chapter 11 estates. For these reasons, the Unrelated Representations do not constitute any actual or potential conflict of interest.

10.     By reason of the foregoing, I believe Thompson Hine is eligible for employment and retention by the Debtors pursuant to § 327(a) of the Bankruptcy Code and the applicable rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 28, 2023                                /s/ Sean A. Gordon
                                                       Sean A. Gordon

**Exhibit 1**
Potentially Interested Parties

Debtors:
- Williams Industrial Services Group Inc.
- Williams Industrial Services Group, LLC
- Williams Industrial Services, LLC
- Williams Plant Services, LLC
- Williams Specialty Services, LLC
- WISG Electrical, LLC
- Construction & Maintenance Professionals, LLC
- Williams Global Services, Inc.
- Steam Enterprises, LLC
- GPEG LLC
- Global Power Professional Services, Inc.
- WISG Canada Ltd.
- WISG Nuclear Ltd.
- WISG Electrical Ltd.

Directors & Managers:
- Robert B. Mills (Chairman of the Board of Directors)
- David A. B. Brown (director)
- Steven D. Davis (director)
- Linda A. Goodspeed (director)
- Nelson Obus (director)
- Tracy D. Pagliara (President, CEO, and director)
- Mitchell I. Quain (director)
- Randall R. Lay (Executive Vice President, COO)
- Charles E. Wheelock (Senior Vice President, CAO, general counsel, and Secretary)
- Damien A Vassall (Vice President, CFO, and principal financial and accounting officer)
- Dawn A. Jenkins (Vice President, Human Resources)
- Michael Bruno (Executive Vice President of Business Development)
- Damien E. Mudd (Vice President of Power Operations)
- Charles Macaluso (former Chairman of the Board and Director)
- Terence J. Cryan (former President, CEO, and Director)
- Carl Bartoli (former director)
- David Keller (former director)
- Michael E. Rescoe (former director)
- Michael E. Salvati (former director)
- Gary J. Taylor (former director)
- Luis Manuel Ramirez (former President, CEO, and director)
- Raymond K. Guba (former Senior Vice President and Chief Financial Officer)

Secured Lenders:
- PNC Bank, National Association
- EICF Agent LLC, as agent for the [Term] lenders
- CION Investment Corporation
- Energy Impact Credit Fund I LP
- Crowd Out Credit Opportunities Fund LLC

Top 30 Creditors:
- Retubeco
- United Rentals-Payment Center
- Kbh Solutions LLC
- Simkiss & Block
- Johnson Contractors, Inc.
- Augusta Industrial Services
- Cogburn Bros Inc
- Baumert Sas
- Dept Of Labor And Industries
- Herc Rentals
- Thompson Building Wrecking Co
- Martin Marietta Materials
- Bankdirect Capital Finance
- Sunbelt Rentals
- Ferguson Enterprises Inc
- Oleary Construction Inc
- Complete Service Well Drilling
- Ironside Developments LLC
- Ek Birken Masonry, Inc
- Kmc Construction Inc
- Clarion Electrical
- Hudson Elevator Group
- Hds White Cap Const Supply
- Eversource Energy
- International Plant SVCS LLC
- International Duros Steel
- Argos USA LLC
- Southeastern Systems Tech
- Verde Electric Corporation
- Harrington Ind Plastics LLC

Litigation Parties:
- Luis Omar Alvarez
- Champion Painting Specialty Services

- Fasciano, Charles
- Stout, Kyle
- Taverez, Carlos
- Inoa, Jose
- Inoa, Julio
- Enterprise Gas Processing LLC
- Jenness, Dorren
- McManus, Ryan
- Smith, Eric
- Loaisiga, Emilio
- Riley, Michael
- Riley, Anthony
- MEITEC, Inc.
- Pelican Island Storage Terminal (Apex Oil Co)
- Pelican Island Storage Terminal
- Oscar Baxin
- Victor Hernandez
- Strange, Shayla
- Kelly Powers

Leases:
- Ashford Office Center, LLC
- 18-31 42nd Street Astoria, LLC
- Lan Darty Real Estate DBA D. Ream Properties
- Lane Land Development, LLC
- Associated Food Distributors Company
- Crescent Office Center, LP
- Odyssey Manufacturing Co.
- TexAz Commercial Properties, LLC

Utilities:
- 18-27A 42nd Street Astoria LLC
- Frontier Communications
- Comcast
- Lane Land Development LLC
- ADT Security Services
- Verizon Wireless
- Wow! Internet Cable And Phone
- Granite Telecommunications LL
- Verizon Wireless

Taxing Authorities
- City of Dothan, AL

- Duval County Property Appraiser's Office, FL
- City of Dunwoody, GA
- Claiborne County Tax Assessor, MS
- Dept of Revenue, TN
- Town of West Point Treasurer, OH
- Department of Taxation, VA
- Alabama Department of Revenue
- New Hampshire Department of Revenue Administration
- Tennessee Department of Revenue
- Oregon Department of Revenue
- Arkansas Secretary of States
- Department of State, DE
- New York State Department of Taxation and Finance
- Oklahoma Tax Commission
- Texas Comptroller of Public Accounts
- Franchise Tax Board, CA
- Florida Department of Revenue
- Georgia Department of Revenue
- Louisiana Department of Revenue
- Minnesota Department of Revenue
- Missouri Department of Revenue
- Department of Revenue, MS
- North Carolina Department of Revenue
- New Mexico Taxation and Revenue Department
- NYC Department of Finance
- Utah State Tax Commission
- West Virginia State Tax Department
- U.S. Department of the Treasury
- Alaska Department of Revenue
- Department of Finance and Administration, AR
- Arizona Department of Revenue
- Colorado Department of Revenue
- Department of Revenue Services, CT
- Delaware Division of Revenue
- Iowa Department of Revenue
- Idaho State Tax Commission
- Illinois Department of Revenue
- Indiana Department of Revenue
- Kansas Department of Revenue
- Kentucky Department of Revenue
- Comptroller of Maryland

- Maine Revenue Services
- Michigan Department of Treasury
- Montana Department of Revenue
- Nebraska Department of Revenue
- State of New Jersey
- Chillicothe City Income Tax Dept., OH
- Pennsylvania Department of Revenue
- SC Department of Revenue
- U.S. Internal Revenue Service
- Virginia Department of Taxation
- Vermont Department of Taxes
- Canada Revenue Agency
- Ontario Workplace Safety and Insurance Board
- Ontario Employer Health Tax
- St. Lucie County Property Appraiser's Office, FL
- Dekalb County Property Appraisal, GA
- Shelby County Assesser of Property, TN
- Virginia King William County
- Washington Department of Revenue
- State Treasurer, CT
- Division of Unclaimed Property, FL
- State Treasurer, IL
- Department of Treasury - Unclaimed Property, MI
- Comptroller, State of New York
- Commonwealth of Pennsylvania
- Comptroller of Public Accounts - Unclaimed Property, TX
- Massachusetts Department of Revenue
- North Dakota Office of the State Tax Commissioner
- Wisconsin Department of Revenue

Other:
- Consolidated Edison Inc.
- Wynnefield Partners Small Cap Value, LP
- Western Surety Company
- XL Specialty Insurance Company
- Liberty Mutual Insurance Company
- Berkshire Hathaway Specialty Insurance Co.
- Arch Insurance Co.
- Harco National Insurance Co.
- Lexon Insurance Co.
- Nationwide Mutual Insurance Co.
- Jacksonville Electric Authority (JEA) -- Florida

- St. Johns County, Florida
- Bridgestone Municipal Utility District
- Clay County Utility Authority (Texas)
- Green Cove Springs, Florida

**Exhibit 2**
Unrelated Representations

| Potentially Interested Party | Relationship |
|---|---|
| Consolidated Edison Inc. | Current Client |
| Western Surety Company | Current Client Affiliate |
| Jacksonville Electric Authority | Current Client |
| Arch Capital Services, Inc. | Current Client |
| Nationwide Mutual Insurance Company | Current Client |
| Truist Financial Corporation, f/k/a/ Branch Banking and Trust Company | Current Client |
| PNC Bank, N.A. | Current Client |
| Eric Smith | Current Client |
| Frontier Communications Corporation | Current Client |
| Verizon Wireless | Current Client |
| ADT Commercial LLC | Current Client Affiliate |
| Apex Oil Company, Inc. | Current Client |