# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 227,** |

ORDER SHORTENING NOTICE PERIOOD FOR
AND SCHEDULING EXPEDITED MOTION FOR ENTRY OF AN INTERIM AND
FINAL ORDER (A) ESTABLISHING NOTICE AND HEARING PROCEDURES
FOR TRADING IN EQUITY SECURITIES IN WILLIAMS INDUSTRIAL
SERVICES GROUP INC.; AND (B) GRANTING RELATED RELIEF

Upon consideration of the *Debtor's Motion Requesting an Order Shortening Notice Period for and Scheduling Expedited Hearing* (the "**Motion**") with respect to the *Debtors' Expedited Motion for Entry of an Interim and Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (B) Granting Certain Related Relief* [Docket No. 227] (the "**NOL Motion**") and good cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED,** that a hearing to consider the interim relief requested in the NOL Motion shall be held on **August 30, 2023, at 2:00 p.m. (Eastern)** (the "NOL Hearing"); and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

00057636.2                                1

**ORDERED**, that objections, if any, to the interim relief requested in the NOL Motion may be raised at any time up to and including the date and time of the NOL Hearing; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all disputes arising out of or related to this Order.