IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered) |

NOTICE OF *AMENDED*[2] AGENDA FOR THE HEARING SCHEDULED FOR
AUGUST 30, 2023, AT 2:00 P.M. (ET)[3]

---

**THE HEARING WILL BE CONDUCTED IN-PERSON AND BY ZOOM.
PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED
TO REGISTER NO LATER THAN TUESDAY, AUGUST 29, 2023, AT 4:00 P.M. (ET)
PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItce6qrzojE4E-dYeFVN4YC0-8ZxsmAFs

**AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING INFORMATION ABOUT JOINING THE MEETING.**

**AUDIO FOR THE HEARING WILL BE PROVIDED BY ZOOM ONLY.**

---

I.   RESOLVED/ADJOURNED MATTERS

1. Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Effective July 22, 2023 [D.I. 135; 8/9/23].

    Objection Deadline:  August 23, 2023, at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2]  **Amended items are in bold.**

[3]  All motions and other pleadings referenced herein are available online at either of the following web addresses: https://dm.epiq11.com/WilliamsIndustrialServicesGroup or https://dm.epiq11.com/WISGRP.

Related Pleadings:

A.  Notice of Filing of Corrected Exhibit B to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Effective July 22, 2023 [D.I. 144; 8/10/23].

B.  Certification of Counsel Regarding Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Effective July 22, 2023 [D.I. 211; 8/24/23].

C.  Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Effective July 22, 2023 [D.I. 215; 8/25/23].

Objections Received:   Informal comments from the U.S. Trustee.

Status:  An order has been entered.  No hearing is necessary.

2.  Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP, as Co-Counsel to the Debtors Effective as of the Petition Date [D.I. 137; 8/9/23].

Objection Deadline:  August 23, 2023, at 4:00 p.m. (ET).

Related Pleadings:

A.  Certification of Counsel Regarding Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP, as Co-Counsel to the Debtors Effective as of the Petition Date [D.I. 209; 8/24/23].

B.  Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP, as Co-Counsel to the Debtors Effective as of the Petition Date [D.I. 213; 8/25/23].

Objections Received:   Informal comments from the U.S. Trustee.

Status:  An order has been entered.  No hearing is necessary.

3.  Motion of Debtors for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 141; 8/9/23].

Objection Deadline:  August 23, 2023, at 4:00 p.m. (ET).

Related Pleadings:

    A.    Certification of Counsel Regarding Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 210; 8/24/23].

    B.    Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 214; 8/25/23].

Objections Received:   Informal comments from the U.S. Trustee.

Status:  An order has been entered.  No hearing is necessary.

## II. MATTER FILED UNDER CERTIFICATION

4.    Debtors' Application for an Order Authorizing the Retention and Employment of Thompson Hine LLP as Counsel to the Debtors and Debtors-in-Possession Effective as of the Petition Date [D.I. 140; 8/9/23].

Objection Deadline:  August 23, 2023, at 4:00 p.m. (ET).  Extended to August 28, 2023, at 5:00 p.m. (ET) for the U.S. Trustee.

Related Pleadings:

    **A.**    **Supplemental Declaration of Sean A. Gordon in Further Support of Debtors' Application for an Order Authorizing the Retention and Employment of Thompson Hine LLP as Counsel to the Debtors and Debtors-in-Possession Nunc Pro Tunc to the Petition Date [D.I. 220; 8/28/23].**

    **B.**    **Certification of Counsel Regarding Order Authorizing the Retention and Employment of Thompson Hine LLP as Counsel to the Debtors and Debtors-in-Possession Nunc Pro Tunc to the Petition Date [D.I. 222; 8/28/23].**

    **C.**    **Order Granting Debtors' Application for an Order Authorizing the Retention and Employment of Thompson Hine LLP as Counsel to the Debtors and Debtors-in-Possession Nunc Pro Tunc to the Petition Date [D.I. 225; 8/29/23].**

Objections Received:   Informal comments from the U.S. Trustee.

Status:  **An order has been entered.  No hearing is necessary.**

### III.   CONTESTED MATTERS GOING FORWARD

5.  Debtors' Application for an Order (I) Authorizing the Employment and Retention of G2 Capital Advisors, LLC as Financial Advisor to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [D.I. 136; 8/9/23].

    Objection Deadline:  August 23, 2023, at 4:00 p.m. (ET).  Extended to August 28, 2023, at 5:00 p.m. (ET) for the U.S. Trustee and the Committee.

    Related Pleadings:

    A.  **Certification of Counsel Regarding Order (I) Authorizing the Employment and Retention of G2 Capital Advisors, LLC as Financial Advisor to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [D.I. 229; 8/29/23].**

    Objections Received:   Informal comments from the U.S. Trustee.

    Status:  **The Debtors have submitted a revised form of order under certification of counsel.**

6.  Debtors' Application for an Order (I) Authorizing the Employment and Retention of Greenhill & Co., LLC as Investment Banker to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [D.I. 138; 8/9/23].

    Objection Deadline:  August 23, 2023, at 4:00 p.m. (ET).  Extended to August 28, 2023, at 5:00 p.m. (ET) for the U.S. Trustee and the Committee.

    Related Pleadings:

    A.  Notice of Filing of Supplement to Debtors' Application for an Order (I) Authorizing the Employment and Retention of Greenhill & Co., LLC as Investment Banker to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [D.I. 199; 8/21/23].

    Objections Received:   Informal comments from the U.S. Trustee and the Committee.

    Status:  **The Debtors have resolved the objections of the U.S. Trustee and the Committee with respect to this application.  The Debtors intend to submit a revised form of proposed order with respect to this application at or prior to the hearing.**

7. Application of the Debtors for Authority to Retain and Employ Epiq Corporate Restructuring, LLC, as Administrative Advisor Effective as of the Petition Date [D.I. 139; 8/9/23].

   Objection Deadline:  August 23, 2023, at 4:00 p.m. (ET).  Extended to August 28, 2023, at 5:00 p.m. (ET) for the U.S. Trustee and the Committee.

   Related Pleadings:  None.

   Objections Received:   Informal comments from the U.S. Trustee.

   Status:  **The Debtors believe they have resolved the objections of the U.S. Trustee with respect to this application.  The Debtors intend to submit a revised form of proposed order with respect to this application under certification of counsel.  To the extent that this matter is not resolved, the matter will be continued until September 7, 2023, at 2:00 p.m. (Eastern).**

IV.   ADDITIONAL MATTER – SCHEDULING CONFERENCE

8. **Debtors' Expedited Motion for Entry of an Interim and Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (B) Granting Related Relief [D.I. 227; 8/29/23].**

   **Objection Deadline:**

   **Related Pleadings:**

   A. **Motion for Order Shortening Notice Period for and Scheduling Debtors' Expedited Motion for Entry of an Interim and Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (B) Granting Related Relief [D.I. 228; 8/29/23].**

   **Objections Received:  The U.S. Trustee objects to consideration of this motion on an interim basis on the shortened notice requested by the Debtors.**

   **Status:  The Debtors had requested that this matter go forward on an interim basis through the motion to shorten.  In light of the Trustee's objections, and after consultation with the Committee the Debtors respect that this matter go forward as a scheduling conference.  The Debtors intend to request that the Court consider the interim relief requested in the Motion on September 7, 2023, at 2:00 p.m., and that the Court consider entry of a final order with respect to the motion at the hearing scheduled for September 20, 2023, at 10:30 a.m. (Eastern).**

|  |  |
|---|---|
| Dated: August 30, 2023<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>*desgross@chipmanbrown.com*<br><br>-and-<br><br>Sean A. Gordon (admitted *pro hac vice*)<br>Austin B. Alexander (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 541-2900<br>Facsimile: (404) 541-2905<br>*Sean.Gordon@thompsonhine.com*<br>*Austin.Alexander@thompsonhine.com*<br><br>Alan R. Lepene (admitted *pro hac vice*)<br>Scott B. Lepene (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone: (216) 566-5500<br>Facsimile: (216) 566-5800<br>*Alan.Lepene@thompsonhine.com*<br>*Scott.Lepene@thompsonhine.com*<br><br>*Counsel for Debtors* |