# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 196** |

## NOTICE OF AUCTION CANCELLATION
## AND DESIGNATION OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that no bidder submitted a bid, qualified or otherwise, as contemplated by the *Order (I) Approving Bidding Procedures for the Sale of Debtors' Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Assumption and Assignment Procedures for Executory Contracts and Unexpired Leases, (VI) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA, (VII) Authorizing and Approving Bid Protections, and (VIII) Granting Related Relief* [Docket No. 196] (the "**Bid Procedures Order**"), which approved, among other things, certain bidding procedures (the "**Bidding Procedures**") by the Bid Deadline[2] of 5:00 p.m. (prevailing Eastern Time) on August 29, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Bid Procedures Order.

00057716.3

**PLEASE TAKE FURTHER NOTICE** that, in absence of any alternative bids, the Auction scheduled for August 31, 2023, at 10:00 a.m. (prevailing Eastern Time) is hereby CANCELLED; and

**PLEASE TAKE FURTHER NOTICE** that EnergySolutions Nuclear Services, LLC (the **"Stalking Horse Bidder"**) is hereby designated as the Successful Bidder; and

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures Order, a hearing to consider approving the sale of Debtors' Assets free and clear of all claims, liens and encumbrances to the Stalking Horse Bidder will take place before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, on **September 7, 2023, at 2:00 p.m. (prevailing Eastern Time)**.

Dated: August 30, 2023  
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*

Mark L. Desgrosseilliers (No. 4083)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone: (302) 295-0192  
*desgross@chipmanbrown.com*

-and-

Sean A. Gordon (admitted *pro hac vice*)  
Austin B. Alexander (admitted *pro hac vice*)  
**THOMPSON HINE LLP**  
Two Alliance Center  
3560 Lenox Road NE, Suite 1600  
Atlanta, Georgia 30326-4266  
Telephone: (404) 541-2900  
Facsimile: (404) 541-2905  
*Sean.Gordon@thompsonhine.com*  
*Austin.Alexander@thompsonhine.com*

Alan R. Lepene (admitted *pro hac vice*)  
Scott B. Lepene (admitted *pro hac vice*)  
**THOMPSON HINE LLP**  
3900 Key Center  
127 Public Square  
Cleveland, Ohio 44114-1291  
Telephone: (216) 566-5500  
Facsimile: (216) 566-5800  
*Alan.Lepene@thompsonhine.com*  
*Scott.Lepene@thompsonhine.com*

*Counsel for Debtors*