## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 23-10961 (BLS) |
| WILLIAMS INDUSTRIAL SERVICES GROUP, INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Hearing Date:** **September 20, 2023 at 10:30 a.m. (ET)** |
| | **Objection Deadline:** **September 13, 2023 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF ARCH INSURANCE COMPANY TO LIFT STAY AS TO BONDED CONTRACT FUNDS, OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION

     **PLEASE TAKE NOTICE** that on August 30, 2023, Arch Insurance Company (the "Movants") filed the *Motion of Arch Insurance Company to Lift Stay as to Bonded Contract Funds, or, Alternatively, for Adequate Protection* (the "Motion").

     **PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (prevailing Eastern Time) on September 13, 2023,** (the "Objection Deadline") and shall be served on so as to be received on or before the Objection Deadline by (i) counsel for the Movants; (ii) counsel for the Debtors, Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, OH 44114-1291 (Attn: Alan R. Lepene (alan.lepene@thompsonhine.com) and Sean A. Gordon (sean.gordon@thompsonhine.com)), and Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801 (Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com)); (iii) counsel for the Revolving Agents, Blank Rome LLP, 1201 Market Street, Suite 800 Wilmington, DE 19801 (Attn: Regina S. Kelbon (regina.kelbon@blankrome.com) and Gregory F. Vizza (gregory.vizza@blankrome.com)); (iv) counsel for the DIP Term Agent and Pre-Petition Term Agent, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020 (Attn: David T.B. Audley

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services,  LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

(audley@chapman.com) and Carey J. Gaughan (gaughan@chapman.com)); and Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew P. Ward (matthew.ward@wbd-us.com) and Morgan L. Patterson (morgan.patterson@wbd-us.com)); (v) counsel to the Committee, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Jeffrey L. Cohen (jcohen@lowenstein.com), Eric S. Chafetz (echafetz@lowenstein.com), Phillip Khezri (pkhezri@lowenstein.com), and Brittany M. Clark (bclark@lowenstein.com)); and Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801 (Attn: Jeffrey R. Waxman (jwaxman@morrisjames.com), Eric J. Monzo (emonzo@morrisjames.com), and Siena B. Cerra (scerra@morrisjames.com)) and (vi) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph Cudia (joseph.cudia@usdoj.gov)), so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served, a hearing will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware, 19801 on **September 20, 2023 at 10:30 a.m. (ET).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*[Remainder of Page Intentionally Left Blank.]*

31196258v.1

Dated: August 30, 2023                              Respectfully submitted,

WHITE AND WILLIAMS LLP

*/s/ Michael A. Ingrassia*
Michael A. Ingrassia, Esquire (DE No. 7068)
WHITE AND WILLIAMS LLP
600 N. King Street, Suite 800
Wilmington, DE  19801-3722
Telephone:  (302) 467-4503
Facsimile:  (302) 467-4550
Email: ingrassiam@whiteandwilliams.com


-and-

WHITE AND WILLIAMS LLP
Amy E. Vulpio, Esquire (admitted *pro hac vice*)
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA  19103-7395
Telephone: (215) 864-6250
Facsimile:  (215) 789-7550
Email: vulpioa@whiteandwilliams.com

*Counsel for Arch Insurance Company*

31196258v.1