**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 227, 228** |

**NOTICE OF INTERIM AND FINAL HEARINGS WITH RESPECT TO EXPEDITED MOTION FOR (I) ENTRY OF AN INTERIM AND FINAL ORDER (A) ESTABLISHING NOTICE AND HEARING PROCEDURES FOR TRADING IN OR DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO EQUITY SECURITIES IN WILLIAMS INDUSTRIAL SERVICES GROUP INC.; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 29, 2023, the debtors in the above-captioned, jointly administered bankruptcy cases (collectively, the "**Debtors**")  filed the Expedited Motion for (I) Entry of an Interim and Final Order (A) Establishing Notice and Hearing Procedures for Trading in or Declarations of Worthlessness with Respect to Equity Securities in Williams Industrial Services Group Inc.; And (II) Granting Related Relief (Docket No. 227) (the "**NOL Motion**").

**PLEASE TAKE FURTHER NOTICE** that on that same date, the Debtors filed their Motion to Shorten Notice with respect to the NOL Motion (Docket No. 228) (the "**MTS**").

**PLEASE TAKE FURTHER NOTICE** that copies of the MTS and the NOL Motion were previously served on you and are available free of charge on the website for these bankruptcy cases

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

established        by        the        Debtors        claims        agent        at

https://dm.epiq11.com/case/williamsindustrialservicesgroup/dockets.

PLEASE TAKE FURTHER NOTICE that a scheduling conference (the "**Hearing**") was held

on August 30, 2023, to address the MTS and the objection raised to the MTS by the Office of the

United States Trustee (the "**U.S. Trustee**").

PLEASE TAKE FURTHER NOTICE that, as determined by the Court at the Hearing, and as

agreed by the Debtors and the U.S. Trustee, a hearing on interim approval of the NOL Motion will

take place before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court for

the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware

19801, on **September 7, 2023, at 2:00 p.m. (prevailing Eastern Time)** (the "**NOL Motion**

**Interim Hearing**").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the interim relief requested by

the Debtors through the NOL Motion may be raised by parties in interest at any time through and

including the NOL Motion Interim Hearing.

PLEASE TAKE FURTHER NOTICE that objections, if any to the final relief requested by the

Debtors through the NOL Motion must be filed on or before **September 15, 2023, at 4:00 p.m.**

**(ET)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington,

Delaware 19801.

PLEASE TAKE FURTHER NOTICE that at the same time, you must serve a copy of the

response on (i) counsel for the Debtors, Thompson Hine LLP, 3900 Key Center, 127 Public

Square, Cleveland, OH 44114-1291 (Attn: Alan R. Lepene (alan.lepene@thompsonhine.com) and

Sean A. Gordon (sean.gordon@thompsonhine.com)), and Chipman Brown Cicero & Cole, LLP,

Hercules Plaza, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801 (Attn: Mark L.

Desgrosseilliers (desgross@chipmanbrown.com)); (ii) counsel for the Revolving Agents, Blank

Rome LLP, 1201 Market Street, Suite 800 Wilmington, DE 19801 (Attn: Regina S. Kelbon (regina.kelbon@blankrome.com) and Gregory F. Vizza (gregory.vizza@blankrome.com)); (iii) counsel for the DIP Term Agent and Pre-Petition Term Agent, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020 (Attn: David T.B. Audley (audley@chapman.com) and Carey J. Gaughan (Gaughan@chapman.com)); and Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew P. Ward (matthew.ward@wbd-us.com) and Morgan L. Patterson (morgan.patterson@wbd-us.com)); (iv) counsel to the Committee, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 (Attn: Jeffrey L. Cohen (jcohen@lowenstein.com), Eric S. Chafetz (echafetz@lowenstein.com), Phillip Khezri (pkhezri@lowenstein.com), and Brittany M. Clark (bclark@lowenstein.com)); and Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801 (Attn: Jeffrey R. Waxman (jwaxman@morrisjames.com), Eric J. Monzo (emonzo@morrisjames.com), and Siena B. Cerra (scerra@morrisjames.com)) and (v) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph Cudia (joseph.cudia@usdoj.gov )), so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with request to the final relief requested by the Debtors through the NOL Motion will take place before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, on **September 20, 2023, at 10:30 a.m. (prevailing Eastern Time)**.

*[REMAINDER OF PAGE LEFT BLANK]*

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE NOL MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 30, 2023
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

 /s/ *Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
*desgross@chipmanbrown.com*

 -and-

 Sean A. Gordon (admitted *pro hac vice*)
 Austin B. Alexander (admitted *pro hac vice*)
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
*Sean.Gordon@thompsonhine.com*
*Austin.Alexander@thompsonhine.com*

 Alan R. Lepene (admitted *pro hac vice*)
 Scott B. Lepene (admitted *pro hac vice*)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
*Alan.Lepene@thompsonhine.com*
*Scott.Lepene@thompsonhine.com*

*Counsel for the Debtors*