**EXHIBIT A TO SUPPLEMENTAL CURE NOTICE**

**SCHEDULE OF REMOVED CONTRACTS**

*In re Williams Industrial Services Group, Inc. et al.*, No. 23-10961-BLS

| Non-debtor Counterparty | Debtor Counterparty | Description | Cure Costs |
|---|---|---|---|
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# BFN Control Room Lighting Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# NPG Fleet Center Estimating | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Boron Ice Making System Implementation | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# TVA/SQNU2 HDT FWH INTL PLN/CP | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN I&C Planning Support for U2 | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Task Manager Support Reactor Head Stand | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Boot Seal Replacement for U2 U2R25 Outage | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Compressor Replacement | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Material Handling/General Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Wattle Installation | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Service Task Laborer Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN U1 Wattle Installation Part 2 | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Paint The ACP | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# SQN Painter Support for Beautification | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Control Room Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Phase 2 AVR Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN U2 RCS Cold Leg Shimms U2R25 Planning | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# WBN Fleet Center Planning Support | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Watauga Dam Fiber Project | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Normandy Dam Gravel & Fence Project | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Cherokee Dam Excavating and Concrete Project | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Beech Dam Camera Safety Project | $0.00 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# Cherokee Dam Safety Camera Project | $0.00 |