**EXHIBIT B TO SUPPLEMENTAL CURE NOTICE**

**SCHEDULE OF CURE COSTS AND TRANSFERRED CONTRACTS**

| *In re Williams Industrial Services Group, Inc. et al.* , No. 23-10961-BLS | | | |
|---|---|---|---|
| **Non-debtor Counterparty** | **Debtor Counterparty** | **Description** | **Cure Costs** |
| Aries Building Services | Williams Plant Services, LLC | Mobile Office Unit | $0.00 |
| HDS White Cap Construction Supply | Williams Plant Services, LLC | Materials | $0.00 |
| Hudson Elevator Group | Williams Specialty Services, LLC | Elevator Install | $0.00 |
| Maxim Crane Works, LP | Williams Plant Services, LLC | Crane Rental | $0.00 |
| EAN Services, LLC | Williams Industrial Services Group, L.L.C. | Car and Truck Rental Agreement | $0.00 |
| EAN Services, LLC | Williams Industrial Services Group, L.L.C. | Amendment to Car and Truck Rental Agreement | $0.00 |
| Herc Rentals Inc. | Williams Industrial Services Group, L.L.C. | Equipment and Machine Rental Agreement | $0.00 |
| Sunbelt Rentals, Inc. | Williams Industrial Services Group, L.L.C. | Partnership Agreement & Volume Allowance Schedule | $0.00 |
| Sunbelt Rentals, Inc. | Williams Industrial Services Group, L.L.C. | Amendment No. 1 to Partnership Agreement & Volume Allowance Schedule | $0.00 |
| Sunbelt Rentals, Inc. | Williams Industrial Services Group, L.L.C. | Single Shift Rental Rates -12/31/2023 | $0.00 |
| United Rentals (North America), Inc. | Williams Industrial Services Group, L.L.C. | VIP Schedule to National Agreement | $0.00 |