# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR THE HEARING SCHEDULED FOR
SEPTEMBER 7, 2023, AT 2:00 P.M. (ET)[2]**

---

**THE HEARING WILL BE CONDUCTED IN-PERSON AND BY ZOOM. PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED TO REGISTER NO LATER THAN WEDNESDAY, SEPTEMBER 6, 2023, AT 4:00 P.M. (ET) PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItdu-trzgoH8MROCRM6VItEfiwHZ4G7NA

**AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE MEETING.**

**AUDIO FOR THE HEARING WILL BE PROVIDED BY ZOOM ONLY.**

---

## I. MATTERS GOING FORWARD

1. Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Authority to Sell, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All motions and other pleadings referenced herein are available online at either of the following web addresses: https://dm.epiq11.com/WilliamsIndustrialServicesGroup or https://dm.epiq11.com/WISGRP.

00057799.1

Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 33; 7/24/23].

Objection Deadline:  September 5, 2023 at 5:00 p.m. (ET). Extended to September 6, 2023 for Bechtel in relation to cure objection amount.

Related Pleadings:

A. Order (I) Approving Bidding Procedures for the Sale of Debtors' Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Assumption and Assignment Procedures for Executory Contracts and Unexpired Leases, (VI) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA, (VII) Authorizing and Approving Bid Protections, and (VIII) Granting Related Relief [D.I. 196; 8/19/23].

B. Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 203; 8/22/23].

C. Notice of Auction Cancellation and Designation of Successful Bidder [D.I. 231; 8/30/23].

D. Declaration of Steven E. Birchfield in Support of the Debtors' Sale Motion and EnergySolutions Nuclear Services, LLC's Adequate Assurance of Future Performance [D.I. 243; 8/31/23].

E. Second Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 249; 9/1/23].

Sale Objections Received:  None.

Cure Objection Received:

A. Objection of the Consolidated Edison Company of New York, Inc. to Notice to Contract Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 257; 9/1/23].

B. Response by Southern Nuclear Operating Company to Debtor's Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 263; 9/1/23].

Status:  This matter is going forward.

2. Motion for an Order Approving the Debtors' (A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting Certain Related Relief [D.I. 162; 8/15/23].

   Objection Deadline:  At the hearing.

   Related Pleadings:

   A. Order Shortening Notice Period for and Scheduling Expedited Hearing on Motion for an Order Approving the Debtors' A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting Certain Related Relief [D.I. 195; 8/19/23].

   B. Notice of Motion for an Order Approving the Debtors' (A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting Certain Related Relief [D.I. 197; 8/21/23].

   Objections Received:

   A. Objection of the United States Trustee to Debtors' Motion for an Order Approving the Debtors' (A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting Certain Related Relief [D.I. 242; 8/30/23].

   B. The Official Committee of Unsecured Creditors' Objection and Reservation of Rights to the Debtors' Motion for Entry of an Order Approving the Debtors' (A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting Certain Related Relief [D.I. 261; 9/1/23].

   Status:  This matter is going forward.

3. Debtors' Expedited Motion for Entry of an Interim and Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (B) Granting Related Relief [D.I. 227; 8/29/23].

   Objection Deadline:  At the hearing.

   Related Pleadings:

   A. Notice of Interim and Final Hearings with Respect to Expedited Motion for (I) Entry of an Interim and Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (II) Granting Related Relief [D.I. 240; 8/30/23].

   Objections Received:  None as of the filing of this agenda.

<u>Status</u>:  This matter is going forward.

| | |
|---|---|
| Dated: September 7, 2023<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>*desgross@chipmanbrown.com*<br><br>-and-<br><br>Sean A. Gordon (admitted *pro hac vice*)<br>Austin B. Alexander (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 541-2900<br>Facsimile: (404) 541-2905<br>*Sean.Gordon@thompsonhine.com*<br>*Austin.Alexander@thompsonhine.com*<br><br>Alan R. Lepene (admitted *pro hac vice*)<br>Scott B. Lepene (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone: (216) 566-5500<br>Facsimile: (216) 566-5800<br>*Alan.Lepene@thompsonhine.com*<br>*Scott.Lepene@thompsonhine.com*<br><br>*Counsel for Debtors* |