**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES ) | |
| GROUP, INC., *et al.*,[1] ) | Case No. 23-10961-BLS |
| ) | |
| Debtors. ) | Jointly Administered |

**TENNESSEE VALLEY AUTHORITY'S LIMITED OBJECTION TO DEBTORS'**
**NOTICE TO CONTRACT PARTIES TO POTENTIALLY**
**ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The Tennessee Valley Authority ("TVA"), a wholly owned corporate agency and instrumentality of the United States of America, through its undersigned counsel, submits this objection in connection with the above-referenced chapter 11 case:

**RELEVANT BACKGROUND**

1. On August 22, 2023, Debtors filed a Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases ("First Notice") [Docket No. 203]. Exhibit A to the First Notice identified a TVA MSA contract and forty-nine (49) TVA purchase orders ("POs").

2. On August 30, 2003, Debtors filed a Notice of Auction Cancellation and Designation of Successful Bidder ("Auction Notice") [Docket No. 231]. Pursuant to the Auction Notice, Debtors cancelled the auction that had been scheduled for August 31, 2023, and designated EnergySolutions Nuclear Services, LLC as the successful bidder ("Buyer").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or registration numbers in the applicable jurisdictions, are as follows: Instant Brands (Texas) Inc. (2526); Instant Brands Acquisition Holdings Inc. (9089); Instant Brands Acquisition Intermediate Holdings Inc. (3303); Instant Brands Holdings Inc. (3318); URS-1 (Charleroi) LLC (7347); Instant Brands LLC (0566); URS-2 (Corning) LLC (8085); Corelle Brands (Latin America) LLC (8862); EKCO Group, LLC (7167); EKCO Housewares, Inc. (0216); EKCO Manufacturing of Ohio, Inc. (7300); Corelle Brands (Canada) Inc. (5817); Instant Brands (Canada) Holding Inc. (4481); Instant Brands Inc. (8272); and Corelle Brands (GHC) LLC (9722). The address of the debtors' corporate headquarters is 3025 Highland Parkway, Suite 700, Downers Grove, IL 60515.

3. On September 1, 2023, Debtors filed a Second Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (the "Second Notice"; and together with the First Notice, the "Notices," and each, a "Notice") [Docket No. 249]. Exhibit A to the Second Notice removed twenty-three (23) TVA POs from the First Notice.

4. Subject to approval of the Bankruptcy Court and the completion of certain other conditions precedent as set forth in the Asset Purchase Agreement, dated July 22, 2023, and filed with the Court on July 24, 2023 [Docket No. 33], Debtors propose to sell to Buyer substantially all of their assets and certain liabilities.

5. The Notices list an MSA contract with TVA as well as forty-five (45) TVA POs. Neither Notice, however, lists any specific contract or PO numbers. As a result, TVA cannot ascertain with specificity which contracts or POs are referred to in the Notices.

6. Williams Plant Services, LLC ("Debtor") is identified as the debtor counterparty for each of the agreements with TVA identified in the Notices. TVA currently has the following contracts (collectively, "Contracts") to which Debtor is a party:

    Contract No. 10728

    Contract No. 11514

    Contract No. 13986

    Contract No. 16003

TVA also has outstanding one hundred fifteen (115) POs under these Contracts. The PO numbers are attached hereto as **Exhibit A**.

7. Debtor provides certain performance assurance, including performance and payment bonds in accordance with the Miller Act, 40 U.S.C. §§ 3131-3133, under Contracts 13986 and 16003.

8. Debtor is currently in default under Contract No. 16003 for failing to provide a performance and payment bond under PO numbers 7445309, 7423388, 7367682, 7363074, 7356217, or 7297276.

### LIMITED OBJECTION TO ASSUMPTION AND ASSIGNMENT

9. Section 365 of the Bankruptcy Code governs assumption and assignment of executory contracts. Upon the assumption of an executory contract under section 365, the debtor's estate must (i) cure all defaults or provide adequate assurance that it will promptly cure all defaults, (ii) compensate, or provide adequate assurance that the debtor will promptly compensate, the other party for any pecuniary losses arising from such default, and (iii) provide adequate assurance of future performance under the agreement. 11 U.S.C. § 365(b)(1). In addition, section 365(f)(2) requires that a debtor may only assign an executory contract if the debtor assumes the contract in accordance with the provisions of section 365 and provides adequate assurance of future performance by the assignee of the contract. *See* 11 U.S.C. § 365(f)(2).

10. TVA objects to the assumption and assignment of the TVA MSA and each of the TVA POs identified in the Notices because the Debtors failed to specify which Contracts and corresponding POs the Debtor intends to assume and assign.

11. TVA further objects to any assumption or assignment of any Contracts or corresponding POs to the extent that the Debtor and Buyer do not comply with the requirements of 11 U.S.C. § 365, cure all outstanding defaults, including but not limited to, providing performance and payment bonds to TVA for the POs noted above, and provide adequate assurance of future performance under any Contracts or POs proposed for assumption and assignment, including but not limited to, the Buyer providing performance and payment bonds required under the Contracts in accordance with the Miller Act, providing any other performance assurance that TVA may

3

require in accordance with the terms of the Contracts, and complying with any other requirements under the Contracts.

12. TVA and its representatives are available to engage in discussions with Debtors and Buyer to attempt to address the assumption and assignment issues raised in this objection.

13. TVA reserves the right to amend, supplement, or otherwise modify this objection, and to raise further objections to the assumption, assignment or cure amounts with respect to any contracts between TVA and Debtors.

Dated: September 5, 2023                  Respectfully submitted,

*/s/ Jason W. Harbour*
Jason W. Harbour (No. 4176)
**HUNTON ANDREWS KURTH LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:    (804) 788-8200
Facsimile:    (804) 788-8218
Email:           jharbour@HuntonAK.com

*Counsel for Tennessee Valley Authority*