## Exhibit A

| PO Number |
|---|
| 6335458 |
| 6335458 |
| 7014064 |
| 7014064 |
| 7014064 |
| 7014064 |
| 7015598 |
| 7015598 |
| 7015598 |
| 7167318 |
| 7171685 |
| 7171685 |
| 7171685 |
| 7171685 |
| 7175698 |
| 7175698 |
| 7218944 |
| 7218966 |
| 7248678 |
| 7252987 |
| 7297276 |
| 7297276 |
| 7325020 |
| 7325810 |
| 7332514 |
| 7332514 |
| 7332634 |
| 7332647 |
| 7332666 |
| 7338343 |
| 7339675 |
| 7339675 |
| 7344866 |
| 7344866 |
| 7349452 |
| 7356217 |
| 7362942 |
| 7363074 |
| 7363074 |
| 7363074 |
| 7363074 |
| 7363074 |

| PO Number |
|:---:|
| 7363098 |
| 7363098 |
| 7363098 |
| 7366105 |
| 7367687 |
| 7376520 |
| 7378747 |
| 7378753 |
| 7386204 |
| 7402930 |
| 7420986 |
| 7422616 |
| 7422616 |
| 7422656 |
| 7423388 |
| 7432251 |
| 7432257 |
| 7433002 |
| 7433002 |
| 7436863 |
| 7442269 |
| 7445309 |
| 7447933 |
| 7450607 |
| 7450611 |
| 7451301 |
| 7451301 |
| 7451728 |
| 7452149 |
| 7455343 |
| 7455774 |
| 7455774 |
| 7455787 |
| 7467100 |
| 7470209 |
| 7470209 |
| 7473318 |
| 7476624 |
| 7477251 |
| 7477251 |
| 7477257 |
| 7477257 |
| 7477381 |

3

| PO Number |
|---|
| 7481684 |
| 7487617 |
| 7487617 |
| 7490541 |
| 7491528 |
| 7496046 |
| 7496410 |
| 7496410 |
| 7498064 |
| 7498064 |
| 7499957 |
| 7500665 |
| 7501330 |
| 7501345 |
| 7503450 |
| 7503961 |
| 7506843 |
| 7506843 |
| 7510115 |
| 7510770 |
| 7510770 |
| 7510770 |
| 7510770 |
| 7510894 |
| 7511119 |
| 7512447 |
| 7514700 |
| 7518307 |
| 7519195 |
| 7519195 |