**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1] | Case No. 23-10961 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUCCESSFUL BIDDER'S ASSUMPTION AND**
**ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on August 19, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of Debtors' Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice thereof, (V) Approving Assumption and Assignment Procedures for Executory Contracts and Unexpired Leases, (VI) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA, (VII) Authorizing and Approving Bid Protections, and (VIII) Granting Related Relief* [Docket. No. 196] (the "Bidding Procedures Order"),[2] authorizing, among other things, the Debtors to conduct a marketing and sale process with respect to certain of the Debtors' assets and approving certain bidding procedures in connection therewith (the "Bidding Procedures").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Court established August 31, 2023 at 10:00 a.m. (prevailing Eastern Time) as the date and time of the Auction, if one was needed.

**PLEASE TAKE FURTHER NOTICE** that, on August 30, 2023, the Debtors filed the *Notice of Auction Cancellation and Designation of Successful Bidder* [Docket No. 231] (the "Notice of Successful Bidder") designating EnergySolutions Nuclear Services, LLC (the "Stalking Horse Bidder") as the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approving the sale of certain of the Debtors' assets free and clear of all claims, liens and encumbrances to the Stalking Horse Bidder will take place before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, on September 7, 2023, at 2:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a schedule of executory contracts and unexpired leases (such schedule, the "Assumed Contracts Schedule," and the contracts and leases listed thereon, the "Assumed Contracts") that the Buyer intends to have the Debtors assume and assign to the Buyer at Closing (as defined in the Stalking Horse APA) in connection with the sale of the Debtors' assets, subject to entry of the Sale Order and the satisfaction of all conditions precedent set forth in the Stalking Horse APA.

[*Text Continues on the Next Page*]

**PLEASE TAKE FURTHER NOTICE** that the Stalking Horse Purchaser reserves all rights to modify or supplement the Assumed Contracts Schedule, including to add or remove any executory contracts and unexpired leases from the Assumed Contracts Schedule, in accordance with the Stalking Horse APA and Bidding Procedures Order.

Dated: September 5, 2023
       Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email:  ljones@pszjlaw.com

-and-

**ROPES & GRAY LLP**
Matthew M. Roose (admitted *pro hac vice*)
Daniel G. Egan (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail:  matthew.roose@ropesgray.com
          daniel.egan@ropesgray.com

*Counsel to EnergySolutions Nuclear Services, LLC and EnergySolutions, LLC*