IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 260 & 262** |

ORDER SHORTENING NOTICE PERIOD FOR
DEBTORS' APPLICATION FOR AN ORDER (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF MOSS ADAMS LLP AS ACCOUNTANTS TO THE DEBTORS AND DEBTORS IN POSSESSION, EFFECTIVE AS OF PETITION DATE, AND (II) GRANTING RELATED RELIEF

Upon consideration of the *Debtor's Motion Requesting an Order Shortening Notice Period* (the "**Motion**") with respect to the *Debtors' Application for an Order (I) Authorizing the Employment and Retention of Moss Adams LLP as Accountants to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief* [Docket No. 260] (the "**Application**") and good cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED,** that a hearing to consider the Application shall be held on **September 20, 2023, at 10:30 a.m. (Eastern)**; and it is further

**ORDERED**, that objections, if any, to the interim relief requested in the Application shall be filed on or before **September 15, 2023, at 4:00 p.m. (Eastern);** and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

2

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all disputes arising out of or related to this Order.

Dated: September 7th, 2023
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE