## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1] | Case No. 23-10961 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Related Docket No. 227** |

**CERTIFICATION OF COUNSEL REGARDING INTERIM ORDER (I)
ESTABLISHING NOTICE AND HEARING PROCEDURES
FOR TRADING IN OR DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO
EQUITY SECURITIES IN WILLIAMS INDUSTRIAL SERVICES GROUP, INC. AND
(II) GRANTING RELATED RELIEF**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1.       On August 29, 2023, the Debtors filed the *Debtors' Expedited Motion for Entry of an Interim and Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (B) Granting Related Relief* [Docket No. 227] (the "**Motion**").

2.       The Debtors received comments to the interim relief sought in the Motion from the Office of the United States Trustee (the "**U.S. Trustee**").  The Debtors hereby submit a revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A**, which reflects

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

changes to the original order filed with the Motion, in response to the comments received.  The Revised Order has been reviewed by the U.S. Trustee and is acceptable to the U.S. Trustee.

3.      Attached as **<u>Exhibit B</u>** is a blackline of the Revised Order against the original proposed form of order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Order attached hereto as **<u>Exhibit A</u>** at its earliest convenience.

Dated: September 7, 2023
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*

Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0192
*desgross@chipmanbrown.com*

  -and-

Sean A. Gordon (admitted *pro hac vice*)
Austin B. Alexander (admitted *pro hac vice*)
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
*Sean.Gordon@thompsonhine.com*
*Austin.Alexander@thompsonhine.com*

Alan R. Lepene (admitted *pro hac vice*)
Scott B. Lepene (admitted *pro hac vice*)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
*Alan.Lepene@thompsonhine.com*
*Scott.Lepene@thompsonhine.com*

*Counsel for Debtors*