# Exhibit A

## Amended Assumed Contracts Schedule

| Non-debtor Counterparty | Debtor | Contract | Description | Contract/ PO Date |
|---|---|---|---|---|
| ACM Coal Tar Removal | Williams Specialty Services, LLC | Lump Sum Subcontract 07920021SC04 - Change Order 001 | Delta Environmental Inc | 9/9/2021 |
| AIRGAS USA | Williams Plant Services, LLC | PO # 63600155-017 | Gas Cylinders | 1/4/2023 |
| Alabma Metal Ind Corp Amico | Williams Specialty Services, LLC | PO# 07920021-012 | Fence Materials | 7/15/2022 |
| AMERICAN PORTABLE TOILETS, INC | Williams Specialty Services, LLC | PO# 30230100-052 | Portable Toilets | 8/12/2022 |
| ARES STEEL | Williams Specialty Services, LLC | PO# 30230100-081 | Rebar | 3/16/2022 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | PO# 63600104-091 - CO-8 | Mobile Office Unit | 9/14/2018 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | PO# 63600104-088 - CO-8 | Mobile office unit | 9/14/2018 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | PO# 63600104-089 - CO-8 | Mobile office unit | 9/14/2018 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | PO# 63600104-090 - CO-8 | Mobile office unit | 9/14/2018 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | PO# 63600104-091 - CO-8 | Mobile office unit | 9/14/2018 |
| ARIES BUILDING SYSTEMS | Williams Plant Services, LLC | PO # 63600155-013 | Office Trailers | 1/3/2023 |
| Ashmore Concrete Contractors | Williams Specialty Services, LLC | Time and Material Subcontract 63600103SC02 | Concrete Pumping Services | 5/31/2018 |
| ASHMORE CONCRETE CONTRACTORS | Williams Plant Services, LLC | Time and Materials Agreement 63600104SC02 | Concrete Pumping | 5/29/2018 |
| AT&T | Williams Plant Services, LLC | PO # 63600155-026 | Internet (DSL) Equipment (Blanket PO) | 1/10/2023 |
| AUGUSTA INDUSTRIAL SERVICES | Williams Plant Services, LLC | Time and Materials Agreement 63600104SC06 CO -1 | Inspection Tech & Operators | 4/6/2022 |
| AUGUSTA INDUSTRIAL SERVICES | Williams Plant Services, LLC | Time and Material Subcontract 63600159SC01 | Excavations | 12/21/2022 |
| AUGUSTA INDUSTRIAL SERVICES | Williams Plant Services, LLC | Time and Material Agreement 63600165SC01 | Hydro Ex | 5/10/2023 |
| BAD DAY FABRICATION | Williams Plant Services, LLC | PO # 63600162-001 | Various fabrication materials | 3/13/2023 |
| Badger Daylighting Corp. | Williams Specialty Services, LLC | Time and Material Subcontract 30230100TO01 - CO 002 | Hydro Excavating | 4/26/2021 |
| Barracuda | Williams Industrial Services Group, L.L.C. | INV #20902 | Email Archiver | 7/9/2020 |
| BC INDUSTRIAL SUPPLY INC | Williams Specialty Services, LLC | PO# 30230100-080 | Wet/ Dry Ashpalt Blade | 3/3/2022 |
| Blood Hound LLC | Williams Specialty Services, LLC | Time and Material Subcontract 30230100SC02 | Underground Utility Services | 6/2/2021 |
| Case Contracting LTD | Williams Specialty Services, LLC | Task Order Agreement No. 07921200TO02 - CO 001 | Electrical Services | 12/10/2020 |
| CEMEX | Williams Specialty Services, LLC | PO# 30230100-032 - CO-2 | Concrete & Gravel | 6/9/2021 |
| Cisco | Williams Industrial Services Group, L.L.C. | INV# 356619ATL | Microsoft 365 Licenses | 2/25/2022 |
| Cisco | Williams Industrial Services Group, L.L.C. | PO# 40000-055 | Smartnet | 12/2/2022 |
| CIT Technology Fin Svcs | Williams Industrial Services Group, L.L.C. | CIT Contract #900-0323839-000 | Printer Leases | 8/15/2019 |
| Citrix | Williams Industrial Services Group, L.L.C. | PO# 99109-283 | Citrix Gateway | 6/21/2022 |
| Cogent | Williams Industrial Services Group, L.L.C. | Cogent Customer Order | HQ Main Internet | 12/9/2021 |
| Cold Springs Machine Co Inc | Williams Specialty Services, LLC | PO# 07920021-005 | Materials and Fabrication | 10/12/2021 |
| Comcast | Williams Industrial Services Group, L.L.C. | COMCAST BUSINESS SERVICE ORDER | HQ Backup Internet | 2/11/2022 |
| Complete Mobile Home Setup, LLC | Williams Plant Services, LLC | Time and Materials Agreement 63600105TO01 CO-008 | Mobile Offices Setup | 6/11/2018 |
| Complete Mobile Home Setup, LLC | Williams Plant Services, LLC | Time and Materials Agreement 63600111TO01 CO -3 | Set up/ Knockdown Services | 5/23/2019 |
| Con Edison | Williams Specialty Services, LLC | PO #5634925 - CO - 003 | Bronx River 36" Gas Main | 6/28/2021 |
| Con Edison | Williams Specialty Services, LLC | PO #5426662 - CO -7 | Hudson Elevator | 2/6/2020 |
| Con Edison | Williams Specialty Services, LLC | BPA 5921728 | Con Ed Maintenance | 5/19/2023 |
| Concur | Williams Industrial Services Group Inc. | Concur Technologies Business Services Agreement | Expense management | 1/31/2013 |
| CONSTRUCTION RESOURCES GROUP | Williams Specialty Services, LLC | PO# 30230100-059 - CO-1 | Fence Fabrication | 9/1/2021 |
| Cranston Engineering Group, PC | Williams Specialty Services, LLC | Time and Material Subcontract 63600103T02 | Engineering Support | 7/24/2019 |
| CRANSTON ENGINEERING GROUP, PC | Williams Plant Services, LLC | Task Order Agreement No. 63600104TO2 | Engineering Support | 7/24/2019 |
| D R DAVIES CONTRACTOR LLC | Williams Plant Services, LLC | Time and Materials Agreement 63600104SC08 | Railroad Tracks | 3/16/2023 |
| D R DAVIES CONTRACTOR LLC | Williams Plant Services, LLC | Time and Materials Agreement 63600104SC09 | Track Construction | 3/16/2023 |
| Dell Computer | Williams Specialty Services, LLC | PO# 07920021-006 | Computer Equipment | 11/7/2021 |
| DELL COMPUTER | Williams Plant Services, LLC | PO# 36300146-016 - CO-1 | Computer equipment | 9/1/2021 |
| DELL COMPUTER | Williams Plant Services, LLC | PO # 62700002-009 | Computer equipment | 9/26/2022 |
| DIGITAL OFFICE EQUIPMEMNT | Williams Specialty Services, LLC | PO # 63600155-020 | Copier Maintenance | 1/4/2023 |
| DUO | Williams Industrial Services Group, L.L.C. | PO# 88109-287 | MFA | 9/1/2022 |
| EAST COAST LUMBER & SUPPLY CO | Williams Specialty Services, LLC | PO# 30230100-074 | Hardware Materials | 12/2/2022 |
| EAST COAST LUMBER & SUPPLY CO | Williams Specialty Services, LLC | PO# 30230100-119 | Water | 4/20/2023 |
| EAST COAST LUMBER & SUPPLY CO | Williams Specialty Services, LLC | PO# 30230100-121 | Cold Galvanize Spray | 6/29/2023 |
| Edge | Williams Industrial Services Group, L.L.C. | Edge Maintenance Agreement | Printer Maintenance | 4/8/2019 |
| Energy Northwest | Williams Plant Services, LLC | Agreement for Consulting and Technical Services (337687) - Rev 4 | ENW Background Screening | 3/25/2013 |
| Energy Northwest | Williams Plant Services, LLC | Basic Ordering Agreement No. 351956 | Maintenance Support/ Outage | 9/7/2022 |
| Energy Northwest | Williams Plant Services, LLC | Small Works Contract No. 361614 | Breaker Replacement | 1/11/2023 |
| ENSCO SUPPLY | Williams Plant Services, LLC | PO# 36300146-091 | Chainsaw | 7/24/2023 |
| ENSCO SUPPLY | Williams Plant Services, LLC | PO # 63600167-008 | Materials | 7/14/2023 |
| ENSCO SUPPLY | Williams Plant Services, LLC | PO # 62700002-013 | Safety PPE and other items | 1/19/2023 |
| ENSCO SUPPLY | Williams Plant Services, LLC | PO # 62700002-014 | Hardhats | 2/10/2023 |
| FACTORY DIRECT SUPPLY | Williams Specialty Services, LLC | PO# 30230100-117 | Besser Bricks | 3/17/2023 |
| FASTENAL COMPANY | Williams Plant Services, LLC | PO# 36300146-006 | Steel Pipe | 8/11/2022 |
| Flexential | Williams Industrial Services Group, L.L.C. | Flexential Managed Services Agreement | Data Center | 4/4/2017 |
| Fusion Tech Communications LLC | Williams Specialty Services, LLC | Lump Sum Subcontract 07921200SC03 - CO 001 | Lighting Fixtures | 11/1/2022 |
| Georgia Pacific | Williams Industrial Services LLC | Georgia Pacific Purchase Order: P3962300787 | Weekend Outage | 5/15/2023 |
| Georgia Pacific | Williams Industrial Services LLC | Georgia Pacific Purchase Order: P3962301170 | Weekend Outage | 7/26/2023 |
| GOLDEN ISLES SUPPLY CO., INC. | Williams Plant Services, LLC | PO# 36300146-090 | Materials (wire) | 7/14/2023 |
| Granite | Williams Industrial Services Group, L.L.C. | Commercial Account Form and Letter of Agency – Mobility Services | Mobile phone management | 6/4/2020 |
| GRANITE TELECOMMUNICATIONS LLC | Williams Plant Services, LLC | PO # 62700002-008 | Mobile communications | 9/16/2022 |
| GUBMK (United E&C)GUBMK (Worley Group, Inc) | Williams Plant Services, LLC | Joint Venture Agreement Between and Among Worley Group, Inc, Williams Plant Services, LLC and United Engineers & Constructors, Inc. | GUBMK JV Agreement | 11/20/1991 |
| HARPER LINE STRIPING CO | Williams Specialty Services, LLC | Lump Sum Subcontract 63600167SC01 - CO -001 | Line Striping | 6/8/2023 |
| HDS WHITE CAP CONST SUPPLY | Williams Specialty Services, LLC | PO# 36300146-046 | Marking Paint - Mag Nails - Flagging | 1/13/2023 |
| HDS WHITE CAP CONST SUPPLY | Williams Specialty Services, LLC | PO# 36300146-072 | Materials | 4/4/2023 |
| HERC RENTALS | Williams Specialty Services, LLC | PO# 30230100-019 - CO-8 | Equipment Rental | 4/20/2021 |
| HERC RENTALS | Williams Specialty Services, LLC | PO# 30230100-027 | Equipment Rental | 6/2/2021 |
| HERC RENTALS | Williams Specialty Services, LLC | PO# 30230100-096 | Fork Lift Rental | 8/17/2022 |
| HERC RENTALS | Williams Plant Services, LLC | PO# 63600105-001 - CO-6 | 3/4 Ton Crew 4WD Pickup Truck Rental | 5/9/2018 |
| HERC RENTALS | Williams Plant Services, LLC | PO# 63600105-009 - CO-3 | 1/2 Ton Crew Pickup Truck Rental and tool box accessory | 5/24/2018 |
| HERC RENTALS | Williams Plant Services, LLC | PO # 63600147-003 | Equipment Rental | 9/6/2022 |
| HERC RENTALS | Williams Plant Services, LLC | PO # 63600147-004 - CO-1 | Equipment Rental | 9/8/2022 |
| HERC RENTALS | Williams Plant Services, LLC | PO # 63600155-006 | Equipment Rental | 12/21/2022 |
| HERC RENTALS | Williams Plant Services, LLC | PO # 63600155-007 | Equipment Rental | 12/21/2022 |
| HERC RENTALS | Williams Plant Services, LLC | PO# 63600155-029 - CO-1 | Equipment Rental | 2/14/2023 |
| HERC RENTALS | Williams Plant Services, LLC | PO# 63600155-032 - CO-1 | Equipment Rental | 3/6/2023 |
| HERC RENTALS | Williams Plant Services, LLC | PO# 63600155-036 - CO-2 | Equipment Rental | 5/15/2023 |
| HERC RENTALS | Williams Plant Services, LLC | PO # 63600170-01 | Equipment Rental | 7/26/2023 |
| Holtec International | Williams Plant Services, LLC | Holtec International General T&C (GTC-Services) | General Terms & Conditions | 1/24/2019 |
| Holtec International | Williams Plant Services, LLC | Holtec International Purchase Order: 133675 | Pool to Pad Labor (Sequoyah) | 5/15/2023 |
| Holtec International | Williams Plant Services, LLC | Holtec International Purchase Order: 134003 | Craft Labor Support (Dresden) | 5/2/2023 |
| Holtec International | Williams Plant Services, LLC | Holtec International Purchase Order: 133976 | Craft Labor Support | 5/8/2023 |
| HSE Contractors Inc | Williams Specialty Services, LLC | Task Order Agreement No. 07921200TO01 | Scheduling Services | 7/21/2020 |

| Non-debtor Counterparty | Debtor | Contract | Description | Contract/ PO Date |
|---|---|---|---|---|
| Hudson Elevator Group | Williams Specialty Services, LLC | Lump Sum Subcontract 07921200SC01 - CO 001 | Elevator Install | 2/6/2019 |
| Ikegami Engineering, Inc. | Williams Plant Services, LLC | Time and Materials Contract | Ultium Cells Plants (OH, TN) | 6/30/2022 |
| Iland (11:11) | Williams Industrial Services Group, L.L.C. | iland GLOBAL MASTER SERVICE AGREEMENT | DRAAS | 3/20/2020 |
| IMPACT RENTALS, LLC | Williams Plant Services, LLC | PO # 63600147-002 | Equipment Rental | 8/19/2022 |
| IMPACT RENTALS, LLC | Williams Plant Services, LLC | PO# 63600155-033 - CO-1 | Equipment Rental | 3/23/2023 |
| Insight | Williams Industrial Services Group Inc. | Microsoft Products and Services Agreement | MS Server licenses | 2/25/2022 |
| JM TEST SYSTEMS INC | Williams Plant Services, LLC | PO# 63600155-014 - CO-1 | Cable Analyzers | 1/4/2023 |
| KELLY TRACTOR CO | Williams Specialty Services, LLC | PO# 30230100-069 - CO-2 | Equipment Rental | 11/2/2021 |
| KnowBe4 | Williams Industrial Services Group, L.L.C. | PO# 88109-272 | KnowBe4 | 10/15/2022 |
| Lan Darty Real Estate dba D. Ream Properties | Williams Plant Services, LLC | Lease Agreement | Background Group Office (2543 Ross Clark CircleSuite 2Dothan, AL 36301) | 11/2/2021 |
| LeaseQuery | Williams Industrial Services Group Inc. | SalesOrder 2938 | Lease tracking | 2/28/2019 |
| Loadspring | Williams Industrial Services Group, L.L.C. | Loadspring master Service Agreement | Application Hosting | 9/26/2018 |
| LOWES CREDIT SERVICES | Williams Specialty Services, LLC | PO# 30230100-036 | Blanket PO for small tools | 6/14/2021 |
| LOWES CREDIT SERVICES | Williams Specialty Services, LLC | PO# 30230100-110 | Small Tools | 2/20/2023 |
| LOWES CREDIT SERVICES | Williams Specialty Services, LLC | PO# 30230100-111 | Consumables | 2/20/2023 |
| LOWES CREDIT SERVICES | Williams Plant Services, LLC | PO# 63600105-017 - CO-2 | Blank PO for small tools/ consumables | 6/20/2018 |
| LOWES CREDIT SERVICES | Williams Plant Services, LLC | PO# 36300146-048 | Materials | 1/30/2023 |
| LOWES CREDIT SERVICES | Williams Plant Services, LLC | PO # 63600167-009 | Blanket Materials PO | 7/18/2023 |
| LOWES CREDIT SERVICES | Williams Plant Services, LLC | PO# 62700002-003 - CO-1 | Materials | 7/13/2022 |
| M&W Precast LLC | Williams Specialty Services, LLC | PO# 07920021-010 | Materials and Fabrication | 6/17/2022 |
| MACUCH STEEL PRODUCTS, INC. | Williams Plant Services, LLC | PO # 63600167-011 | Steel materials | 7/19/2023 |
| MAGID GLOVE & SAFETY MFG CO | Williams Plant Services, LLC | PO# 36300146-071 | Tools/ Materials | 4/3/2023 |
| MalwareBytes | Williams Industrial Services Group, L.L.C. | Malware Bytes Sales Order | Antivirus anti-malware | 1/8/2021 |
| MANER BUILDERS SUPPLY CO LLC | Williams Plant Services, LLC | PO# 63600105-006 - CO-8 | Materials | 5/21/2018 |
| MANER BUILDERS SUPPLY CO LLC | Williams Plant Services, LLC | PO # 63600167-010 | Materials | 7/19/2023 |
| MARTIN MARIETTA MATERIALS | Williams Plant Services, LLC | PO# 36300146-009 - CO-4 | Blanket PO for stone | 8/12/2022 |
| MAXIM CRANE WORKS, LP | Williams Specialty Services, LLC | PO# 30230100-112 - CO-1 | 50 Ton Crane | 2/20/2023 |
| MAXIM CRANE WORKS, LP | Williams Plant Services, LLC | PO # 63600155-012 | Crane Rental | 1/3/2023 |
| MAXIM CRANE WORKS, LP | Williams Plant Services, LLC | PO # 63600155-018 | Crane Rental | 1/4/2023 |
| MCKINNEY WHOLESALE CO INC | Williams Plant Services, LLC | PO # 63600167-012 | Treated Lumber | 7/21/2023 |
| Microsoft | Williams Industrial Services Group, L.L.C. | INV# 19609 | Office 365 | Monthly |
| Miller Electric Company | Williams Specialty Services, LLC | Time and Material Subcontract 30230100SC04 - CO 001 | Temp Power | 2/8/2022 |
| Miller Electrical Contractors | Williams Specialty Services, LLC | Time and Material Subcontract 30230100SC01 - CO 001 | Electrical Services | 4/14/2021 |
| MOBILE MINI INC | Williams Specialty Services, LLC | PO# 30230100-013 - CO-2 | Container Rental | 4/13/2021 |
| MOBILE MINI INC | Williams Plant Services, LLC | PO# 63600155-011 - CO-1 | Temporary Building Rental | 1/5/2023 |
| NATIONAL CONSTRUCTION RENTALS | Williams Plant Services, LLC | PO # 63600155-034 | Temporary Fence | 4/11/2023 |
| NPE Consultants, LLC | Williams Specialty Services, LLC | Task Order Agreement No. 07920024TO01 | Engineering Services | 10/6/2022 |
| Oleary Construction Inc | Williams Specialty Services, LLC | Lump Sum Subcontract 07920021SC05 | Construction Services | 10/13/2021 |
| P&I SUPPLY CO | Williams Plant Services, LLC | PO# 63600105-020 | Consumables | 7/24/2018 |
| Pantheon | Williams Industrial Services Group, L.L.C. | Pantheon Order Form | Website hosting | 2/7/2022 |
| ParkPlace Technology | Williams Industrial Services Group Inc. | Park Place SCHEDULE : 626982-1 | hardware maintenance | 12/1/2020 |
| Peepels Mechanical Corporation | Williams Specialty Services, LLC | Lump Sum Subcontract 07920021SC08 | HVAC work | 6/17/2022 |
| Penta | Williams Industrial Services Group, L.L.C. | Master Penta Agreement | ERP | 3/29/2005 |
| Pixelle Specialty Solutions | Williams Industrial Services LLC | Purchase Order # 4500020149 | 12PM Straw Shed Siding | 4/4/2023 |
| Pixelle Specialty Solutions | Williams Industrial Services LLC | Purchase Order # 4500022427 | 12PM Gutter Clean | 5/3/2023 |
| Pixelle Specialty Solutions | Williams Industrial Services LLC | Purchase Order # 4500026062 | Bldg 66 Roof Repairs | 7/6/2023 |
| Pixelle Specialty Solutions | Williams Industrial Services LLC | Purchase Order # 4500026303 | RPR Roof Decking Repair Door | 7/11/2023 |
| PLANT MACHINE & WELDING INC. | Williams Plant Services, LLC | PO# 30230100-124 | Galvanized Plates | 7/3/2023 |
| POLLOCK COMPANY | Williams Plant Services, LLC | PO # 63600155-019 | Copier Maintenance | 1/4/2023 |
| RED-D-ARC INC | Williams Plant Services, LLC | PO # 63600155-016 | Cylinder Cages | 1/4/2023 |
| RedHat | Williams Industrial Services Group, L.L.C. | PO#88109-281 | Linux | 2/4/2022 |
| Requordit | Williams Plant Services, LLC | Requordit SCOPE OF WORK NO. SO-9437 | Penta Document Management | 10/25/2022 |
| SalesForce | Williams Industrial Services Group Inc. | SalesOrder 26242766 | CRM | 6/15/2023 |
| SALTER BUILDING SUPPLY INC. | Williams Plant Services, LLC | PO# 63600105-023 | Blanket PO for materials | 9/18/2018 |
| SALTER BUILDING SUPPLY INC. | Williams Plant Services, LLC | PO# 63600105-024 - CO-1 | Blanket PO for materials | 9/18/2018 |
| SolCyber | Williams Industrial Services Group, L.L.C. | SolCyber Order Form - Managed Security Services | Managed Security Service | 10/28/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 56524 for Alvin W. Vogtle 3&4 - Amm 1 | Facilities | 3/23/2018 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 56524-0002 - Rev8 | Facilities | 5/16/2019 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 56524-0003 | Facilities - Trailer City Demob | 4/1/2019 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 57456 for Alvin W. Vogtle 3&4 - Amm 14 | Permanent Plant Security System | 4/12/2018 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 57456-0002/6 L1 L3 - Rev 14 | Security Perimeter | 5/29/2018 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 69774 for Alvin W. Vogtle 3&4 - Rev 1 | ADT Support | 3/2/2021 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 69774-0004 - Rev 3 | ADT Support | 4/1/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 76012 for Alvin W. Vogtle 3&4 - Amm 1 | North 40 - Base Scope (Directs + Material) | 8/8/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 76012-0001 - Rev 6 | North 40 - Base Scope (Directs + Material) | 8/8/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 76012-0002 - Rev 8 | North 40 - Hotel Load (Staff + Hotel + Indirects) | 8/8/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 76012-0003 - Rev 7 5 | North 40 - Craft Incentives | 8/8/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 76012-0006 | North 40 - Misc Site Support | 12/13/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 76012-0008 - Rev 5 | Vogtle 3 & 4 Hotel Load (Staff and Equipment) | 1/17/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 85869 for Alvin W. Vogtle 3&4 | ITP/FIN team - Seconded to Southern | 3/9/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 85869-0001 | ITP/FIN team - Seconded to Southern | 3/9/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 76012 for Alvin W. Vogtle 3&4 | North Road Project | 8/8/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 76012 for Alvin W. Vogtle 3&4 | North Road Project - Amendment No. 1 | 8/8/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 76012-0009 - Rev 4 | Hydro Excavation Activities | 5/17/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 86588 for Alvin W. Vogtle 3&4 | Parking Lot Project | 5/16/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 86588-0001 - Rev 2 | South 40 - Road/ASB Parking Lot | 5/22/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 86588-0002 - Rev 1 | South 40 - Indirect Craft | 5/19/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 86588-0003 - Rev 1 | South 40 - Incentives | 5/19/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 86588-0004 - Rev 1 | South 40 - Equipment | 5/21/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# 86588-0005 | South 40 Batch Plant Support | 6/23/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 73391 for Hatch | Hatch Unit 2 Feedwater Heater | 3/9/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO# SNC73391-0002 | Hatch Unit 2 Feedwater Heater | 3/16/2022 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 68318 for Joseph M. Farley - Amm 2 | Class B Smoke Detector Replacement Projects | 9/8/2020 |
| Southern Nuclear Operating Company | NA | PO# SNA68318-0004 | Fire Detection | 1/3/2023 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | SNC Purchase Contract No. 71225 for Alvin W. Vogtle 1-4 | Background Screenings | 7/26/2021 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO #SNC71225-0002 | Farley, Hatch, Vogtle 1&2 Background Screenings | 8/26/2021 |
| Southern Nuclear Operating Company | Williams Plant Services, LLC | PO #SNC71225-0003 | Vogtle 3&4 Background Screenings | 12/31/2021 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | Master Agreement (MA) 19276 - Leased Worker Services | Leased Employees | 12/22/2017 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | MA 19276 Amendment 1 | Leased Employees | 5/23/2018 |

| Non-debtor Counterparty | Debtor | Contract | Description | Contract/ PO Date |
|---|---|---|---|---|
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | MA 19276 Amendment 1.1 | Leased Employees | 7/1/2021 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | MA 19276 Amendment 2 | Leased Employees | 7/1/2021 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | SNC37904-0004 | Leased Worker Services - Labor | 4/1/2022 |
| Southern Nuclear Operating Company, Inc | Construction & Maintenance Professionals, LLC | SNC37904-0005 | Leased Worker Services - Expenses | 4/1/2022 |
| SOUTHERNLINC WIRELESS | Williams Plant Services, LLC | PO# 63600105-018 - CO-1 | Blanket PO for Push to Talk | 7/9/2018 |
| SOUTHERNLINC WIRELESS | Williams Plant Services, LLC | PO# 63600105-030 - CO-1 | Blanket PO for Push to Talk | 1/23/2019 |
| SOUTHERNLINC WIRELESS | Williams Plant Services, LLC | PO # 63600155-015 | Push to Talk - mobile communications | 1/4/2023 |
| Southway Crane & Rigging | Williams Specialty Services, LLC | Time and Material Subcontract 63600103SC03 | Crane Services | 9/11/2018 |
| STAPLES INC. | Williams Plant Services, LLC | PO # 62700002-002 | Office Supplies | 6/28/2022 |
| SUNBELT RENTALS | Williams Plant Services, LLC | PO # 63600155-008 | Equipment Rental | 12/21/2022 |
| SUNBELT RENTALS | Williams Plant Services, LLC | PO# 63600155-009 - CO-1 | Equipment Rental | 12/21/2022 |
| Tech Valley Engineering, PLC | Williams Specialty Services, LLC | Task Order Agreement No. 07920021TO02- CO-006 | Engineering Services | 8/31/2021 |
| Tennessee Valley Authority | Williams Plant Services, LLC | 10728 TVA MSA - Amm 6 | MSA | 10/6/2015 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7167318 | PO# BFN U3 LP FW HTR Project | 12/28/2021 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7218944 | PO# BFN Control Room Planning Support | 3/29/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7332514 | PO# BFN Phase 3 Planning Support | 8/31/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7339675 | PO# BFN Phase 3 Headend Replacement | 9/9/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7501330 | PO# BFN Control Room Habitability Support | 7/7/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7014064 | PO# SQN U2 Traveling Water Screen Phase 1 Planning | 9/13/2021 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7015598 | PO# SQN U1 Traveling Water Screen Phase 1 Planning | 9/14/2021 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7171685 | PO# SQN U2 FWH Admin Support | 1/5/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7218966 | PO# SQN Planning Support for Control Room Upgrade | 3/29/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7252987 | PO# SQN FTS Repair Work | 5/17/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7248678 | PO# SQN FTS Planning Support | 5/11/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7325810 | PO# SQN Phase 2 Planning | 8/23/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7325020 | PO# SQN U2 Turbine Crane Walkdown | 8/22/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7349452 | PO# SQN PIRT Scaffold Support U2R25 and U1R26 | 9/29/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7362942 | PO# SQN Fleet Center Procedure Update Support | 10/12/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7376520 | PO# SQN FY23 Safety Fundamental Awards | 10/30/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7429202 | PO# SQN Rescue Boat for TWS Tree Cutting | 2/9/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7436863 | PO# SQN Planning and Field Support | 2/27/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7432251 | PO# SQN Planning Support for SCBA | 2/16/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7433002 | PO# SQN Lighting Implementation | 2/17/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7447933 | PO# SQN RCI Laborer Support | 3/30/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7450607 | PO# SQN Planning Support - High Risk | 3/28/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7450611 | PO# SQN Planning Support - Medium Risk | 3/28/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7452149 | PO# SQN Additional Funding Excitation Support | 3/31/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7455774 | PO# SQN Boot Seal Replacement for U1 U1R26 Outage | 4/7/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7455787 | PO# SQN QI and Welding Rod Issuance Personnel | 4/7/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7473318 | PO# SQN Build Scaffold for Buss Cleaning | 5/16/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7476624 | PO# SQN U2 Wattle Installation Part 2 | 5/24/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7477251 | PO# SQN U1 Boot Seal Repl/Install for Small Bore Piping | 5/25/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7477257 | PO# SQN U2 Boot Seal Repl/Install for Small Bore Piping | 5/25/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7481684 | PO# SQN Level Transmitter Abandonment | 6/6/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7487617 | PO# SQN QA0 Scaffold Support | 6/21/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7496046 | PO# SQN Planning/Implementation 1st 10 ASCO Valve Replacement | 7/13/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7496410 | PO# SQN Augmented Fire Watch Support | 7/14/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7420986 | PO# WBN Engineering Support | 1/23/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7451728 | PO# WBN Turbine Building Crane Phase 2 Planning Support | 3/30/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7455343 | PO# WBN Fleet Planning Support | 4/6/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7344866 | PO# BLN Maintenance Services Contract for FY23 | 9/16/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7175698 | PO# TVA/SQN/IT INFRASTRUCTURE 1/TP | 3/25/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7378747 | PO# TVA/SQN/IT INFRASTRUCTURE 2/TP | 11/2/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7378753 | PO# TVA/SQN/IT INFRASTRUCTURE 3/TP | 11/2/2022 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7356217 | PO# Chickamauga Waterline Upgrade | 5/2/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7422616 | PO# WBN Training Center Roofing Project Truck Path | 1/25/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7422656 | PO# SQN Smart Meter Installation | 1/25/2023 |
| Tennessee Valley Authority | Williams Plant Services, LLC | PO# 7445309 | PO# SQN Planning IT Cable - Phases 2 3 4 | 3/16/2023 |
| Thompson Industrial Service | Williams Specialty Services, LLC | Time and Material Subcontract 63600103SC05 | Excavation Services | 2/18/2019 |
| THOMPSON INDUSTRIAL SERVICE | Williams Plant Services, LLC | Time and Materials Agreement 63600104SC04 | Excavation Services | 2/18/2019 |
| Thomson Rueters | Williams Industrial Services Group Inc. | End-User License Agreement for Taxstream Provision and Planning Software | Tax software | 10/20/2008 |
| Toolwatch | Williams Industrial Services Group, L.L.C. | Managed Subscription Agreement ToolWatch Enterprise | Equipment management | 4/19/2018 |
| TRI-STATE DISTRIBUTORS | Williams Plant Services, LLC | PO# 63600105-046 - CO-1 | Blanket PO - Materials | 10/24/2019 |
| UKG | Williams Industrial Services Group, L.L.C. | The Ultimate Software Group, Inc. SaaS Agreement | HRIS | 3/10/2021 |
| UNITED RENTALS-PAYMENT CENTER | Williams Specialty Services, LLC | PO# 30230100-003 - CO-01 | Equipment Rental | 3/26/2021 |
| UNITED RENTALS-PAYMENT CENTER | Williams Specialty Services, LLC | PO# 30230100-007 | Equipment Rental | 3/31/2021 |
| UNITED RENTALS-PAYMENT CENTER | Williams Specialty Services, LLC | PO# 30230100-018 | Equipment Rental | 4/20/2021 |
| UNITED RENTALS-PAYMENT CENTER | Williams Specialty Services, LLC | PO# 30230100-086 - CO-1 | Equipment Rental | 5/4/2022 |
| UNITED RENTALS-PAYMENT CENTER | Williams Specialty Services, LLC | PO# 30230100-115 - CO-1 | Equipment Rental | 3/6/2023 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO# 63600105-027 - CO-1 | Rental Equipment | 12/11/2018 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO# 63600105-028 - CO-7 | Rental Equipment | 12/18/2018 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO# 63600105-037 - CO-2 | Rental Equipment (3/4 Ton Crew Cab) | 6/3/2019 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO# 63600105-042 - CO-4 | Rental Equipment (1/2 Ton Crew Cab) | 7/30/2019 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO# 63600105-047 | Rental Equipment - Glass Repair | 1/27/2020 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO# 63600147-001 - CO-2 | Equipment Rental | 8/11/2022 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600147-005 | Equipment Rental | 9/8/2022 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600147-006 | Equipment Rental | 9/14/2022 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600147-007 | Equipment Rental | 9/15/2022 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600147-008 | Equipment Rental | 11/14/2022 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600155-010 | Equipment Rental | 12/22/2022 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600155-022 | Equipment Rental | 1/5/2023 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600155-023 - CO-2 | Equipment Rental | 1/8/2023 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600155-024 | Equipment Rental | 1/6/2023 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600155-025 - CO-3 | Equipment Rental | 1/6/2023 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600155-028 - CO-1 | Equipment Rental | 2/14/2023 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600155-030 | Equipment Rental | 2/22/2023 |
| UNITED RENTALS-PAYMENT CENTER | Williams Plant Services, LLC | PO # 63600155-037 | Equipment Rental | 7/6/2023 |
| VEEAM | Williams Industrial Services Group, L.L.C. | INV# 354048 | VEEAM | 12/1/2022 |
| Verde Electric Corporation | Williams Specialty Services, LLC | Time and Material Subcontract 07920021SC01 - CO-001 | Electrical Services | 7/12/2021 |

| Non-debtor Counterparty | Debtor | Contract | Description | Contract/ PO Date |
|---|---|---|---|---|
| VMWare | Williams Industrial Services Group, L.L.C. | PO# 88109-264 | VMWare | 8/6/2022 |
| Waste Connections of NY, INC | Williams Specialty Services, LLC | PO# 07920021-004 | Trash Pickup | 8/27/2021 |
| WASTE PRO OF FLORIDA, INC | Williams Specialty Services, LLC | PO# 30230100-057 | Dumpster | 8/27/2021 |
| Welding Works, Inc. | Williams Specialty Services, LLC | PO# 07920021-001 - CO-1 | Materials and Fabrication | 6/30/2021 |
| WELLS FARGO VENDOR FINANCIAL | Williams Plant Services, LLC | PO # 63600155-021 | Copier Lease | 1/4/2023 |
| WestRock CP, LLC | Williams Industrial Services Group Inc. | ROCKTENN Master Equipment/Parts/Service Agreement | MSA | 8/10/2015 |
| WestRock CP, LLC | Williams Industrial Services Group Inc. | First Amendment to ROCKTENN Master Equipment/Parts/Service Agreement | MSA Amendment #1 | 11/17/2015 |
| WestRock CP, LLC | Williams Industrial Services Group, L.L.C. | Second Amendment to ROCKTENN Master Equipment/Parts/Service Agreement | MSA Amendment #2 | 11/27/2018 |
| WestRock CP, LLC | Williams Industrial Services Group, L.L.C. | Assignment of and Third Amendment to ROCKTENN Master Equipment/Parts/Service Agreement | MSA Amendment #3 | 5/13/2021 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23282467 | Storm Water Inspection 2023 | 3/28/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 16888558 - CO-2 | SCAFF #2 PM OPERATOR FLR BEAM INSPECTION | 4/20/2021 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23556707 | PAINT CLOCK HOUSE JULY VIP TOUR | 6/13/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23554877 | PAINT #3 PM SOUTH STAIRWELL VIP TOUR | 6/13/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23269887 | CLEAN DEAERATOR BUILDING ROOF | 3/24/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23461645 | REPAIR ROLL HANDLING ROOF | 5/11/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 17665443 | INSUL #5 PPT EAST DRAG CHAIN CONVEYOR | 7/2/2021 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 18590651 | INSUL #5 RB 75% BLACK LIQUOR PURGE LINE | 9/28/2021 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 18724839 | INSUL #8 PB 5TH FLOOR ASH LINE | 10/8/2021 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 18785936 - CO-1 | SCAFF CHIP SILO BINDICATOR | 10/6/2021 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 19021283 | INSUL #8 BOILER STEAM TRAP 1/2" LINE | 10/17/2021 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 19823602 | PULP MILL WINTERIZATION | 12/7/2021 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 20351807 | SCAFF C-SET EVAPORATOR OUTAGE | 7/8/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 20106532 | INSUL #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 FUEL OIL PUMP | 1/5/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 21088043 | INSUL #5 PPT WEST DRAG CHAIN | 8/10/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 21187465 | SCAFF PAPER MILL TANK FARM VENT LINES | 5/19/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 21756642 | ADDT'L SCAFF RENT #2 PM FLOOR BEAM 5/1/22 - 9/30/22 | 8/4/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 21475132 | INSUL #10 PB DUST HOPPERS | 6/30/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22176588 | SCAFF #10 PB ASH LN WAREBACK IN BASEMENT | 10/3/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22173619 - CO-1 | SCAFF OLD DRY MACH BLDG PERSONNEL CANOPY | 10/3/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 21059150 | MODIFY #1 PM WEST SIDE STRUCTURAL STEEL | 4/25/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22274981 | PERSONNEL PROTECTION #3 PM STEAM JOINTS | 10/14/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22290711 | INSUL #10 PB DUST COLLECTOR HOPPER | 10/17/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22564241 | SCAFF #58 WHITE LQR PUMP CROSS BRACING | 11/15/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22762187 | CLEAN PULP MILL AREA NOVEMBER 2022 | 12/20/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22791200 | HARDWOOD STACKER REBUILD | 12/27/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22799277 | SCAFF #2 PM MEZZ CONDENSATE LINE LEAK | 12/28/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22934991 | INST WALKBRDS WWTP COOLING TWR CENTER FAN | 1/23/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22290692 | SCAFF N WALL DEAERATOR BLDG E OF CATWALK | 10/17/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22990894 | INSUL PAPER MILL PIPE MEASUREMENTS | 2/1/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23023604 | INSUL #5 RB SOUTH SIDE WASHUP LINE | 2/7/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23029102 | INSUL DEAERATOR BLDG 400# STEAM PRV VALVE | 2/8/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22177429 | CLEAN TURBINE COOLING TWR  N & E SIDES | 10/3/2022 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23145992 | DEMO NORTH WALL DEAERATOR BLDG | 2/27/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23488949 | INSUL DOMESTIC WTR LN NEAR BOIL OUT TANK | 5/22/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23490108 | INSUL MILL LAB DOMESTIC WATER LINE | 5/22/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23167378 | SCAFF PULP MILL #600 FLOW METER | 3/2/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23472974 | INSUL #4 RB BLACK LIQUOR LINE LEAK | 5/16/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23218686 | SCAFF EFFLUENT LINE REPAIRS | 3/13/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23217814 | SCAFF PAPER MILL E&I 2023 ANNUAL OUTAGE | 3/13/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23254421 | SCAFF #06 CHIP CONVEYOR OHM METER | 3/22/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23372864 | INSTALL TEMP CATWALK TC WATER FLOW METER | 4/17/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23373550 | SCAFF #3 CHIP SILO BINDICATOR - 12 MONTHS | 4/17/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23408201 | SCAFF #2 PM RELIEF VALVE IN COURTYARD | 4/25/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23454400 | SCAFF #2 PM DRIVE SIDE FLOOR BEAMS 2023 AO | 5/10/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23228450 | INSUL E-LINE 6TH EFFECT STRAIGHT SHELL | 3/15/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23442795 | SCAFF WEST SIDE #1 SSR UNIT RIGGING | 5/5/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23469716 | SCAFF #5 RB STARTUP VENT LINE A-14 VALVE | 5/15/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23452638 | SCAFF NEW SHAKER BLDG LIGHT REPAIR | 5/9/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23517341 | SCAFF BATCH DIGESTER MEZZ STEAM LEAK | 5/31/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23524430 | SCAFF PULP MILL TANK FARM BLACK LQR LEAK | 6/2/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23517924 | SCAFF #4 RB BLACK LQR LN PIPE HANGERS | 5/31/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23528468 | INSUL #4 RB 150# STEAM HEADER CHECK VALVES | 6/5/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23513395 | SCAFF NW CORNER EVAP BLDG B-SET BOILOUT LN | 5/30/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23512378 | CLEAN OFF TOP OF MUD WASHER TANK | 5/30/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23528599 | SCAFF #5 RB #110 & #111 PUMP SAMPLE LINES | 6/5/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23497850 | SCAFF SECONDARY FIBER LIGHT REPAIRS | 5/24/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23540706 | SCAFF TALL OIL PLANT WET OIL TANK HEATER | 6/8/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23529530 | INSUL #1 PM DRYER CAN STEAM LINES | 6/5/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23528482 | SCAFF #1 PM #14 MOTOR COOLING DUCTWORK | 6/5/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23534174 | INSUL #1 PM DRYER CAN STEAM HEADER | 6/6/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23558876 | INSUL #5 PPT EYEWASH SUPPLY LINE | 6/14/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23577587 | SCAFF SEC FIBER SEAL WATER LINE LEAK | 6/20/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23569728 | SCAFF TALL OIL PLANT 4" WATER LINE | 6/16/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23567327 | SCAFF #2 PM STRETCH CHAINS COLUMN LN M-16 | 6/16/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23563527 | INSUL BLEACH PLANT 50% CAUSTIC TRANSFER LN | 6/15/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23572892 | SCAFF WEST SIDE TILE CHEST WEST OF MAIN LAB | 6/19/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23572921 | SCAFF #2 PM BASEMENT DRIVE SD #565 VALVE | 6/19/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23612568 | SCAFF #2 PM PRESS PIT CONSISTENCY VALVE | 6/29/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23582687 | CLEAN UP FELT BOXES #1 & #2 PM JUNE OUTAGES | 6/21/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23615937 | SCAFF #3 PM PRESS PIT RECERT LINE | 6/29/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23584929 | SCAFF #2 LIME KILN PRECOAT CAMERA | 6/21/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23536038 | INSUL #3 PM MOTOR COOLING DUCTWORK | 6/7/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23567328 | INSUL #2 PM DESUPERHEATER VALVE | 6/16/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23642349 | SCAFF BLACK LQR FILTER BLDG PRIMARY BASKET | 7/7/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23660622 | INSUL LVHC CONDENSATE POT INLET VALVE | 7/12/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23633901 | LN 1- LABR SCAF WWTP #1 PRIMARY CLARFR SUMP BYPASS VLV | 7/5/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 22977177 | REPL CHARCOAL SEC FIBER RACK RM WV UNIT | 1/30/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23612595 | SCAFF SEC FIBER FINAL PHASE LIGHT REPAIRS | 6/29/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23658329 | SCAFF SOUTH CHIP PILE RECLAIM RACK CABLE | 7/12/2023 |

| Non-debtor Counterparty | Debtor | Contract | Description | Contract/ PO Date |
|---|---|---|---|---|
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23642349 | LN 2- INSUL E-LINE PIPE FLANGE EAST END MEZZ | 7/7/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23658375 | SCAFF SHAKER SCREEN CLEANOUT DOORS | 7/12/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23660627 | SCAFF #4 RB BLACK LQR LINE SPOOL SECTIONS | 7/12/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23660671 | INSUL #5 RB 150# STEAM LINE REPAIR | 7/12/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23657742 | SCAFF #1 PM ROLL HANDLER REPAIR | 7/12/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23657829 | SCAFF E-LINE MEZZ REX A #130 PROBE | 7/12/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23696802 | SCAFF #1 PM SPRINKLER SYSTEM AFTER FIRE | 7/20/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23658333 | SCAFF BLEACH PLANT SW STAIRWELL SUPPORT | 7/12/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23663944 | SCAFF KAMYR DIGESTER SUBST CONDENSATE LN | 7/13/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23665636 | SCAFF #2 LIME KILN DIVERTER GATE CHUTE | 7/13/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23665045 | SCAFF #25 CONVEYOR CHUTE REPAIR | 7/13/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23665643 | SCAFF DOMESTIC WTR LN TOP OF DORR TANKS | 7/13/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23670537 | SCAFF #4 RB BLACK LQR LN LK MEZZ N WALL | 7/14/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23670542 | SCAFF #10 PB #26 & #27 BARK CONVEYOR CHUTE | 7/14/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23678831 | SCAFF #3 PM JULY 18TH OUTAGE | 7/17/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23695151 | SCAFF #1 LIME KILN RECLAIM WATER PUMP | 7/20/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23696790 | SCAFF MAIN STARCH COOK TANK PLATFORM | 7/20/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23696863 | INSUL #3 PM AQUATROL HEATER VALVE | 7/20/2023 |
| WestRock CP, LLC | Williams Specialty Services, LLC | Purchase Order # 23696800 | SCAFF #3 PM UNORUN CONDUIT LIGHT REPAIR | 7/20/2023 |
| WRS Environmental Services | Williams Specialty Services, LLC | Lump Sum Subcontract 07920021SC02 | Asbestos Services | 7/13/2021 |
| Zoho | Williams Industrial Services Group, L.L.C. | PO#88019-285 | IT management Tools | 7/15/2022 |
| Zoom | Williams Industrial Services Group, L.L.C. | Zoom Amendment Form Number: Q1844858 | Phone System | 12/12/2022 |
| Lockstep Technology Group | Williams Industrial Services Group, L.L.C. | Lockstep Managed Services Agreement | Managed Services Provider | 9/22/2021 |
| Cigna HealthCare | Williams Industrial Services Group Inc. | Cigna HealthCare Group Services Agreement for Williams Industrial Services Group, Inc., Account Number 0630873, current in effect. | Financial proposal for certain Cigna plans | 1/1/2023 |
| EnergySolutions | Williams Specialty Services, LLC | Professional Services Agreement | Memphis Support of Williams Specialty Services, LLC Container Handling Activities | 2/23/2011 |