**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 162, 242, 261** |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING THE DEBTORS' (A) KEY EMPLOYEE RETENTION PROGRAM, (B) KEY EMPLOYEE INCENTIVE PROGRAM, AND (C) GRANTING CERTAIN RELATED RELIEF**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On August 15, 2023, the Debtors filed *the Motion for an Order Approving the Debtors' (A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting Certain Related Relief* [Docket No. 162] (the "**Motion**").

2. On August 30, 2023, the United State Trustee (the "**U.S. Trustee**") filed the *Objection of the United States Trustee to Debtors' Motion for an Order Approving the Debtors' (A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting Certain Related Relief* [Docket No. 242] (the "**U.S. Trustee Objection**"). On September 1, 2023, the Official Committee of Unsecured Creditors (the "**Committee**") filed the *Official*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

*Committee of Unsecured Creditors' Objection and Reservation of Rights to the Debtors' Motion for Entry of an Order Approving the Debtors' (A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting Certain Related Relief* [Docket No. 261] (the "**Committee Objection**" and collectively with the U.S. Trustee Objection, the "**Objections**").

3. On September 7, 2023, a hearing (the "**Hearing**") was held to consider the relief sought in the Motion and the Objections.

4. The revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A** reflects changes to the original order filed with the Motion as a resolution of the Objections as set forth at the Hearing. The Revised Order has been reviewed and is acceptable to the U.S. Trustee and the Committee.

5. Attached as **Exhibit B** is a blackline of the Revised Order against the original proposed form of order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: September 12, 20233<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>desgross@chipmanbrown.com<br><br>-and-<br><br>Sean A. Gordon (admitted *pro hac vice*)<br>Austin B. Alexander (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 541-2900<br>Facsimile: (404) 541-2905<br>Sean.Gordon@thompsonhine.com<br>Austin.Alexander@thompsonhine.com<br><br>Alan R. Lepene (admitted *pro hac vice*)<br>Scott B. Lepene (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone: (216) 566-5500<br>Facsimile: (216) 566-5800<br>Alan.Lepene@thompsonhine.com<br>Scott.Lepene@thompsonhine.com<br><br>*Counsel for Debtors* |