**<u>EXHIBIT A</u>**

**Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1] | Case No. 23-10961 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Related to Docket No. 162** |

## ORDER APPROVING THE DEBTORS'
## (A) KEY EMPLOYEE RETENTION PROGRAM, (B) KEY EMPLOYEE
## INCENTIVE PROGRAM, AND (C) GRANTING CERTAIN RELATED RELIEF

This matter coming before the Court on the *Motion for an Order Approving the Debtors'*

*(A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting*

*Certain Related Relief* [D.I. 162] (the "Motion");[2] the Court having reviewed the Motion and

having considered the statements of counsel, the evidence adduced, and the agreement reached

between the parties with respect to the Motion in connection with the hearing before the Court (the

"Hearing"); the Court having found that (i) it has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) the Court may

enter a final order consistent with Article III of the United States Constitution; (iv) venue of this

proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (v)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

00056457.2

notice of the Motion and the Hearing was sufficient under the circumstances; (vi) the Debtors have articulated a sound business purpose for offering and paying the amounts specified in the KERP and KEIP, as modified by the agreement reached among the parties, as stated on the record at the Hearing and reflected herein, and such payments are justified by the facts and circumstances of the case; and (vii) the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted pursuant to this Order; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED but shall be modified to take into account the following terms and provisions agreed upon between the parties:

    i.   The aggregate amount not to exceed $375,000.00 in KERP/KEIP payments set forth on <u>Exhibit C</u> to the Motion shall be reduced to the aggregate amount not to exceed $235,000.00.  The respective participants receiving KERP/KEIP payments, and the respective amounts of such payment each participant is receiving, are listed in <u>Exhibit A</u> to this Order and incorporated herein;

    ii.  If during, the 12-month period following the closing date (the "<u>Closing Date</u>") of the Debtors' consummation of their sale transaction with EnergySolutions Nuclear Services, LLC ("<u>EnergySolutions</u>"), a KEIP-eligible employee, **other than Dawn Jenkins**, is offered employment from EnergySolutions, and such employee accepts the offer for substantially the same or greater compensation, measured on an annual basis, as such participant was eligible to receive from the Debtors as of the Closing Date, such participant will be required to promptly repay to the Debtors' Estates the KEIP payment received by the Employee. For the avoidance of doubt, no KERP-eligible employee listed on <u>Exhibit A</u> to this Order shall be required to repay any payment received by such employee should EnergySolutions offer such KERP-eligible employee employment following the Closing;

    iii. Any eligible employee that receives a payment awarded under the KERP or KEIP shall waive any and all claims against the Debtors' estates, including, but not limited to, any rights to severance, bonuses or other payments under any employment agreement currently in effect with the Debtors; and

    iv.  Notwithstanding the foregoing, the Committee shall maintain its rights to pursue any chapter 5 causes of action and any state law claims, including

claims for preferential transfers and fraudulent conveyances, against any eligible employees under the KERP and/or KEIP. Any employee which receives a payment under the KERP or KEIP submits himself or herself to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

2.      All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.      The Debtors are authorized to offer and pay the amounts specified in the KERP and the KEIP pursuant to the terms and conditions set forth in the Motion, as such terms and conditions have been modified.

4.      Once earned, the Debtors' obligations to pay the amounts specified in the KERP and KEIP shall constitute administrative expenses pursuant to section 503(b) of the Bankruptcy Code, entitled to priority pursuant to section 507(a)(2) of the Bankruptcy Code.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**<u>EXHIBIT A</u>**

00056457.2

| Dept | FIRST NAME | LAST NAME | TITLE | KERP Payment | KEIP Payment | Total KERP & KEIP Payment |
|------|------------|-----------|-------|-------------|-------------|---------------------------|
| Officer | CHARLES | WHEELOCK | CAO, General Counsel | $ - | $ 15,000.00 | $ 15,000.00 |
| Officer | DAWN | JENKINS | VP, HUMAN RESOURCES | $ - | $ 15,000.00 | $ 15,000.00 |
| Officer | TRACY | PAGLIARA | CHIEF EXECUTIVE OFFICER | $ - | $ 15,000.00 | $ 15,000.00 |
| Officer | RANDALL | LAY | EXECUTIVE VP, COO | $ - | $ 15,000.00 | $ 15,000.00 |
| Corporate | GARY | LEWIS | PROCUREMENT TOOL & EQ SPEC | $ 10,000.00 | $ - | $ 10,000.00 |
| Corporate | Davin | Cravens | Project Controls Manager | $ 20,000.00 | $ - | $ 20,000.00 |
| Corporate | MICHAEL | CUTRO | VP, SAFETY | $ 20,000.00 | $ - | $ 20,000.00 |
| Corporate | SANDRA | NEWTON | MANAGER, PAYROLL | $ 20,000.00 | $ - | $ 20,000.00 |
| Corporate | LISA | CAMPAGNA | ACCOUNT PAYABLE SPECIALIST | $ 10,000.00 | $ - | $ 10,000.00 |
| Corporate | GARY | VOLO | SR DIRECTOR, STRATIGIC INITVS | $ 50,000.00 | $ - | $ 50,000.00 |
| Corporate | JILL | FAITH | HRIS Coordinator | $ 10,000.00 | $ - | $ 10,000.00 |
| Operations | DREW | REARDON | DIRECTOR, SAFETY | $ 15,000.00 | $ - | $ 15,000.00 |
| | | | Total KERP/KEIP Payment | $ 155,000.00 | $ 60,000.00 | $ 215,000.00 |