# EXHIBIT B

**Blackline Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>Related to Docket No. ~~———~~ 162 |

## ORDER APPROVING THE DEBTORS'
## (A) KEY EMPLOYEE RETENTION PROGRAM, (B) KEY EMPLOYEE
## INCENTIVE PROGRAM, AND (C) GRANTING CERTAIN RELATED RELIEF

This matter coming before the Court on the *Motion for an Order Approving the Debtors' (A) Key Employee Retention Program, (B) Key Employee Incentive Program, and (C) Granting Certain Related Relief* [D.I. 162] (the "Motion");[2] the Court having reviewed the Motion and having considered the statements of counsel ~~and~~, the evidence adduced, and the agreement reached between the parties with respect to the Motion ~~at a~~ in connection with the hearing before the Court (the "Hearing"); the Court having found that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) the Court may enter a final order consistent with Article III of the United States Constitution; (iv) venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (v) notice of the Motion and the Hearing was sufficient under the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] Capitalized terms used herein and not otherwise defined herein shall have the ~~meaning~~ meanings ascribed to them in the Motion.

00056457.2

circumstances; (vi) the Debtors have articulated a sound business purpose for offering and paying the amounts specified in the KERP and ~~the~~ KEIP, as modified by the agreement reached among the parties, as stated on the record at the Hearing and reflected herein, and such payments are justified by the facts and circumstances of the case; and (vii) the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted pursuant to this Order; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED but shall be modified to take into account the following terms and provisions agreed upon between the parties:

   i. The aggregate amount not to exceed $375,000.00 in KERP/KEIP payments set forth on Exhibit C to the Motion shall be reduced to the aggregate amount not to exceed $235,000.00. The respective participants receiving KERP/KEIP payments, and the respective amounts of such payment each participant is receiving, are listed in Exhibit A to this Order and incorporated herein;

   ii. If during, the 12-month period following the closing date (the "Closing Date") of the Debtors' consummation of their sale transaction with EnergySolutions Nuclear Services, LLC ("EnergySolutions"), a KEIP-eligible employee, **other than Dawn Jenkins**, is offered employment from EnergySolutions, and such employee accepts the offer for substantially the same or greater compensation, measured on an annual basis, as such participant was eligible to receive from the Debtors as of the Closing Date, such participant will be required to promptly repay to the Debtors' Estates the KEIP payment received by the Employee. For the avoidance of doubt, no KERP-eligible employee listed on Exhibit A to this Order shall be required to repay any payment received by such employee should EnergySolutions offer such KERP-eligible employee employment following the Closing;

   iii. Any eligible employee that receives a payment awarded under the KERP or KEIP shall waive any and all claims against the Debtors' estates, including, but not limited to, any rights to severance, bonuses or other payments under any employment agreement currently in effect with the Debtors; and

        iv.    Notwithstanding the foregoing, the Committee shall maintain its rights to pursue any chapter 5 causes of action and any state law claims, including claims for preferential transfers and fraudulent conveyances, against any eligible employees under the KERP and/or KEIP. Any employee which receives a payment under the KERP or KEIP submits himself or herself to the jurisdiction of the United States Bankruptcy Court for the District of Delaware.

2. All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The Debtors are authorized to offer and pay the amounts specified in the KERP and the KEIP pursuant to the terms and conditions set forth in the Motion, as such terms and conditions have been modified.

4. Once earned, the Debtors' obligations to pay the amounts specified in the KERP and the KEIP shall constitute administrative expenses pursuant to section 503(b) of the Bankruptcy Code, entitled to priority pursuant to section 507(a)(2) of the Bankruptcy Code.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

6.

**EXHIBIT A**

Document comparison by Workshare 10.0 on Tuesday, September 12, 2023 9:21:05 AM

| Input: | |
|---|---|
| Document 1 ID | file://\\ccb-vdc1\DMS\WDOCS\Clients\11286\002\~VER\1\00056457.DOCX |
| Description | 00056457 |
| Document 2 ID | file://\\ccb-vdc1\DMS\WDOCS\Clients\11286\002\00056457.DOCX |
| Description | 00056457 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 27 |
| Deletions | 6 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 33 |