# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al*.,[1] | Case No. 23-10961 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Related Docket No. 238** |

### LIMITED RESPONSE AND RESERVATION OF RIGHTS OF THE DEBTORS TO THE MOTION OF ARCH INSURANCE COMPANY TO LIFT STAY AS TO BONDED CONTRACT FUNDS, OR, ALTERNATIVELY FOR ADEQUATE PROECTION

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**" and each a "**Debtor**"), by and through their undersigned counsel, hereby submit this limited response and reservation of rights (the "**Limited Response**") to the *Motion of Arch Insurance Company to Lift Stay as to Bonded Contract Funds, or Alternatively, for Adequate Protection* [D.I. 238] (the "**Motion**"]. In support of this Limited Response, the Debtors respectfully represent as follows:

### BACKGROUND

1. On July 22, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in this Court. The Debtors have continued in possession of their properties and have continued to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. No request has been made for the appointment of a trustee or examiner. On August 2, 2023, the Office of the United States Trustee appointed an official committee of unsecured creditors in these chapter 11 bankruptcy cases.

3. The factual background relating to the Debtors' commencement of these cases is set forth in detail in the *Declaration of Tracy Pagliara in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 2] filed on the Petition Date.

4. On July 24, 2023, the Debtors filed their *First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date* [D.I. 37] (the "**Rejection Motion**"). The Rejection Motion sought to reject certain unprofitable contracts relating to the business operated by Debtor Williams Industrial Services, LLC ("**Debtor WIS**"), including a construction contract with St. John's County, Florida for the construction of the SR 16 WWTF Headworks & RAS/WAS Improvements in St. John's County, Florida (the "**Contract**").

5. Arch Insurance Company ("**Arch**") issued a public construction bond in connection with the Contract. In its Motion, Arch seek relief from stay to, among other things, declare Debtor WIS in default of the Contract and collect Bonded Contract Funds (as defined in the Motion).

## LIMITED RESPONSE

6. The Debtors generally do not oppose the limited relief sought by Arch; its rights were triggered by the filing of the bankruptcy petitions and the Rejection Motion. Debtors deny that Arch has any right to the return of Bonded Contract Funds that were paid to the Debtors pre-petition, but any issues related to such payments are not before the Court, and the parties are

reserving all rights, defenses, and objections related thereto. The Debtors have not received any Bonded Contract Funds post-petition.

## **RESERVATION OF RIGHTS**

7. Nothing in this Limited Response: (a) is intended or shall be deemed to constitute an assumption of any agreement pursuant to section 365 of the Bankruptcy Code or an admission as to the validity of any claim against the Debtors or their estates; (b) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates to contest the validity, priority, or amount of any claim against the Debtors or their estates; (c) shall impair, prejudice, waive, or otherwise affect the rights of the Debtors or their estates with respect to any and all claims or causes of action against any third party, or (d) shall be construed as a promise to pay a claim or continue any applicable program post-petition, which decision shall be in the discretion of the Debtors.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

WHEREFORE, for the foregoing reasons, the Debtors respectfully request that any order entered by the Court granting the Motion reflect the Debtors' reservation of rights set forth herein and grant such further relief as may be just and proper.

| | |
|---|---|
| Dated:  September 14, 2023<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0192<br>*desgross@chipmanbrown.com*<br><br>-and-<br><br>Sean A. Gordon (admitted *pro hac vice*)<br>Austin B. Alexander (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone:  (404) 541-2900<br>Facsimile:  (404) 541-2905<br>*Sean.Gordon@thompsonhine.com*<br>*Austin.Alexander@thompsonhine.com*<br><br>Alan R. Lepene (admitted *pro hac vice*)<br>Scott B. Lepene (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone:  (216) 566-5500<br>Facsimile:  (216) 566-5800<br>*Alan.Lepene@thompsonhine.com*<br>*Scott.Lepene@thompsonhine.com*<br><br>*Counsel for Debtors* |