Clovis **IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES GROUP, INC., *et al.*,[1] | Case No. 23-10961 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 238** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF ARCH
INSURANCE COMPANY TO LIFT STAY AS TO BONDED CONTRACT
FUNDS, OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION**

The undersigned counsel to Arch Insurance Company, hereby certifies as follows:

1.      On August 30, 2023, Arch Insurance Company filed the *Motion of Arch Insurance Company to Lift Stay as to Bonded Contract Funds, Or, Alternatively, for Adequate Protection* (D.I. 238) (the "Motion").  Pursuant to Motion, the deadline to object to entry of the proposed form of order granting the relief requested in the Motion (the "Proposed Order") was September 13, 2023 at 4:00 p.m. (ET) (the "Objection Deadline").

2.      On September 14, 2023, the Debtors filed a *Limited Response and Reservation of Rights of the Debtors to the Motion of Arch Insurance Company to Lift Stay as to Bonded Contract Funds, Or, Alternatively for Adequate Protection* (D.I. 328) (the "Debtors' Limited Response and Reservation of Rights").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

3.      Arch Insurance Company and the Debtors have conferred and counsel for the Debtors have confirmed that they do not object to entry of the Proposed Order.

4.      Besides the Debtors' Limited Response and Reservation of Rights, Arch Insurance Company received no other objection, response, or comments to the Motion, and no other objection or otherwise responsive pleading to the Motion appears on the Court's docket.

WHEREFORE, Arch Insurance Company respectfully requests that the Proposed Order attached to the Motion be entered at the Court's earliest convenience.

Dated: September 15, 2023                               Respectfully submitted,

WHITE AND WILLIAMS LLP

*/s/ Michael A. Ingrassia*
Michael A. Ingrassia, Esquire (DE No. 7068)
WHITE AND WILLIAMS LLP
600 N. King Street, Suite 800
Wilmington, DE  19801-3722
Telephone:  (302) 467-4503
Facsimile:  (302) 467-4550
Email: ingrassiam@whiteandwilliams.com


-and-

WHITE AND WILLIAMS LLP
Amy E. Vulpio, Esquire (admitted *pro hac vice*)
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA  19103-7395
Telephone: (215) 864-6250
Facsimile:  (215) 789-7550
Email: vulpioa@whiteandwilliams.com

*Counsel for Arch Insurance Company*

31492332v.1