# EXHIBIT A

# Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. \_\_\_\_** |

**ORDER GRANTING DEBTORS' THIRD OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE**

Upon the Motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") authorizing the Debtors to (i) reject certain executory contracts set forth on Exhibit 1 to this Order, effective as of the Rejection Date and (ii) take such actions as may be necessary to implement and effectuate the rejection of the Contracts; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, and that, except as otherwise ordered

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.
[2] All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, each of the Contracts set forth on **Exhibit 1** attached hereto is hereby rejected effective as of the Rejection Date.

3. Each Contract counterparty shall have until the date fixed by this Court in these Chapter 11 Cases pursuant to Bankruptcy Rule 3003(c)(3) to file any and all claims for damages arising from the Debtors' rejection of the Contracts.

4. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

5. Nothing in this Order shall impair, prejudice, waive or otherwise affect any rights of the Debtors and their estates to assert that any claims for damages arising from the Debtors' rejection of the Contracts is limited to any remedies available under any applicable termination provisions of such rejected Contracts, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

6. All rights and defenses of the Debtors and any Contract counterparty are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated, expired, or otherwise no longer an executory contract.

7. The Debtors and their estates do not waive any claims that they may have against any Contract counterparty, whether or not such claims arise under, are related to, or are independent of the Contracts.

8. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority or amount of any particular claim against a Debtor entity; (b) a promise or requirement to pay any particular claim or (c) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

9. The requirements in Bankruptcy Rule 6006 are satisfied.

10. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

**EXHIBIT 1**
**(Rejected Contracts)**

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 03/28/23 | PO 463000012199 | Green Cove Springs | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 04/11/23 | PO 463000012213 | Green Cove Springs | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 04/12/23 | PO 463000012217 | Green Cove Springs | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 04/27/23 | PO 463000012231 | Green Cove Springs | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 05/04/23 | PO 463000012237 | Green Cove Springs | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 05/18/23 | PO 463000012249 | Green Cove Springs | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 05/24/23 | PO 463000012252 | Green Cove Springs | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 07/11/23 | PO 463000012283 | Green Cove Springs | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 05/19/22 | PO 462000022039 | St. Johns County | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 02/21/23 | PO 462000022115 | St. Johns County | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 02/21/23 | PO 462000022116 | St. Johns County | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 05/26/21 | PO 412536972027 | District 2 Headworks | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 06/25/21 | PO 412536972036 | District 2 Headworks | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 12/06/21 | PO 412536972058 | District 2 Headworks | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 08/18/22 | PO 412536972072 | District 2 Headworks | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 12/01/22 | PO 412536972082 | District 2 Headworks | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 01/16/23 | PO 412536972087 | District 2 Headworks | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 02/28/23 | PO 412536972090 | District 2 Headworks | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 08/16/22 | PO 412537552079 | Monterey UV | A-JAX COMPANY INC | 1500 EAST EIGHTH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 02/18/21 | PO 412537202004 | Holiday Road | ALFA LAVAL INC | 5400 INTERNATIONAL TRADE DR. | | | RICHMOND | TX | 75312 |
| Purchase Order | 03/31/21 | PO 463000012005 | Green Cove Springs | ALFA LAVAL INC | 5400 INTERNATIONAL TRADE DR. | | | RICHMOND | TX | 75312 |
| Purchase Order | 11/25/20 | PO 412536972013 | District 2 Headworks | ALFA LAVAL INC | DEPT 3227 | P O BOX 123227 | | DALLAS | TX | 75312 |
| Purchase Order | 08/23/21 | PO 412537552016 | Monterey UV | ALFA LAVAL INC | DEPT 3227 | P O BOX 123227 | | DALLAS | TX | 75312 |
| Purchase Order | 12/22/22 | PO 412537192054 | Spring Park | ALL DEBRIS | 8747 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32220 |
| Purchase Order | 04/14/21 | PO 412537352020 | Twin Creeks | ALL DEBRIS | 8747 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32220 |
| Purchase Order | 04/06/23 | PO 412538342012 | Mandarin Sludge Tank | ALL DEBRIS | 8747 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32220 |
| Purchase Order | 05/10/21 | PO 412537202019 | Holiday Road | ALL DEBRIS | 8747 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32220 |
| Purchase Order | 08/16/22 | PO 412536212380 | Bradley Road | ALL DEBRIS | 8747 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32220 |
| Purchase Order | 09/24/21 | PO 412537672005 | Mandarin UV | ALL DEBRIS | 8747 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32220 |
| Purchase Order | 05/11/21 | PO 412536972024 | District 2 Headworks | ALL DEBRIS | 8747 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32220 |
| Purchase Order | 01/05/23 | PO 412538172006 | D II Basin Concrete Repair | ALL DEBRIS | 8747 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32220 |
| Subcontractor Agreement | 10/18/21 | SC 412537351022 | Twin Creeks | ALL PRO ASPHALT | 1901 HILL STREET | Unit B | P.O. BOX 43669 | JACKSONVILLE | Fl | 32203 |
| Subcontractor Agreement | 01/27/23 | SC 412537681026 | Rivertown | ALL PRO ASPHALT | 1901 HILL STREET | UNIT B | | JACKSONVILLE | FL | 32202 |
| Subcontractor Agreement | 04/21/20 | SC 412536211013 | Bradley Road | ALL PRO ASPHALT | 1901 HILL STREET | UNIT B | P.O. BOX 43669 | JACKSONVILLE | FL | 32202 |
| Subcontractor Agreement | 10/20/22 | SC 412537671013 | Mandarin UV | ALL PRO ASPHALT | 1901 HILL STREET | UNIT B | | JACKSONVILLE | FL | 32202 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Subcontractor Agreement | 03/18/21 | SC 412537131003 | Talleyrand | ALL PRO ASPHALT | 1901 HILL STREET | Unit B | P.O. BOX 43669 | JACKSONVILLE | Fl | 32203 |
| Subcontractor Agreement | 03/31/21 | SC 46300001SC03 | Green Cove Springs | ALL PRO ASPHALT | P.O. BOX 43669 | | | JACKSONVILLE | FL | 32203 |
| Subcontractor Agreement | 02/20/20 | SC 412536212029 | Bradley Road | ALLIANT ENGINEERING, INC | 733 MARQUETTE AVE | 700 | | MINNEAPOLIS | MN | 55402 |
| Purchase Order | 09/28/21 | PO 462000022002 | SJC/SR16 WWTF HEADWORKS/LS | ALMAR METALS INC | 1725 ARREDONDO GRANT RD | | | DELEON SPRINGS | FL | 32130 |
| Purchase Order | 09/07/22 | PO 412537672052 | Mandarin UV | ALMAR METALS INC | 1725 ARREDONDO GRANT RD | | | DELEON SPRINGS | FL | 32130 |
| Purchase Order | 09/15/22 | PO 412537672053 | Mandarin UV | ALMAR METALS INC | 1725 ARREDONDO GRANT RD | | | DELEON SPRINGS | FL | 32130 |
| Purchase Order | 09/20/22 | PO 412537552012 | Monterey UV | ALMAR METALS INC | 1725 ARREDONDO GRANT RD | | | DELEON SPRINGS | FL | 32130 |
| Purchase Order | 10/19/22 | PO 412537552086 | Monterey UV | ALMAR METALS INC | 1725 ARREDONDO GRANT RD | | | DELEON SPRINGS | FL | 32130 |
| Purchase Order | 08/01/22 | PO 412538172004 | D II Basin Concrete Repair | ALMAR METALS INC | 1725 ARREDONDO GRANT RD | | | DELEON SPRINGS | FL | 32130 |
| Purchase Order | 04/13/21 | PO 463000012018 | Green Cove Springs | ALMAR METALS INC | 1725 ARREDONDO GRANT RD | | | DELEON SPRINGS | FL | 32130 |
| Purchase Order | 09/28/21 | PO 462000022002 | St. Johns County | ALMAR METALS INC | 1725 ARREDONDO GRANT RD | | | DELEON SPRINGS | FL | 32130 |
| Subcontractor Agreement | 03/17/23 | SC 46300001SC26 | Green Cove Springs | ALPHA LABOR CO LLC | 2492 SW RACQURT CLUB DR | | | Palm City | FL | 34990 |
| Purchase Order | 03/21/22 | PO 463000012067 | Green Cove Springs | ALRO STEEL CORPORATION | 24876 Network Place | | | CHICAGO | IL | 60673 |
| Subcontractor Agreement | 11/03/21 | SC 46300001SC18 | Green Cove Springs | ANCHOR SERVICES TERMITE & PEST | 498 BRANSCOMB RD | | | Greencove Springs | Fl | 32043 |
| Purchase Order | 04/12/21 | PO 463000012017 | Green Cove Springs | ANHEUSER MARKETING | 6941 PEACHTREE INDUSTRIAL BLVD | | | NORCROSS | GA | 30092 |
| Purchase Order | 03/31/21 | PO 463000012015 | Green Cove Springs | AQUA AEROBIC SYSTEMS INC | 6306 NORTH ALPINE ROAD | | | LOVES PARK | IL | 61111 |
| Subcontractor Agreement | 05/10/21 | SC 46300001SC06 | Green Cove Springs | AREA COMMUNICATIONS CO | 1532 KINGSLEY AVENUE | Suite 110 | | ORANGE PARK | Fl | 32073 |
| Purchase Order | 01/13/22 | PO 462000022018 | SJC/SR16 WWTF HEADWORKS/LS | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 09/28/21 | PO 412537192034 | Spring Park | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 02/24/23 | PO 412537192067 | Spring Park | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 05/03/21 | PO 412537352031 | Twin Creeks | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 06/22/22 | PO 412537352184 | Twin Creeks | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 11/11/21 | PO 412537682016 | Rivertown | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 01/06/23 | PO 412537682155 | Rivertown | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 06/01/23 | PO 412537682214 | Rivertown | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 10/17/22 | PO 412537742038 | Arlington East | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 06/25/21 | PO 412537202036 | Holiday Road | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 01/18/22 | PO 412537672014 | Mandarin UV | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 02/21/22 | PO 412536972063 | District 2 Headworks | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 08/05/21 | PO 412537552011 | Monterey UV | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 01/26/22 | PO 412537552060 | Monterey UV | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 03/10/21 | PO 412537132015 | Talleyrand | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 05/26/21 | PO 463000012029 | Green Cove Springs | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 01/13/22 | PO 462000022018 | St. Johns County | ARGOS USA LLC | 700 PALMETTO STREET | | | JACKSONVILLE | FL | 32202 |
| Subcontractor Agreement | 09/23/22 | SC 412537201017 | Holiday Road | ARMSTRONG FENCE | 3226 TALLEYRAND AVE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 09/09/22 | PO 412537742036 | Arlington East | ATLANTIC ASPHALT & EQUIPMENT | 146 RAILROAD STREET | | | REVERE | MA | 2151 |
| Subcontractor Agreement | 12/07/21 | SC 412537681005 | Rivertown | ATLANTIC DIRECTIONAL DRILLING | 2800 PENNINGTON RD | | | Orlando | Fl | 32804 |
| Subcontractor Agreement | 06/22/23 | SC 46300001SC31 | Green Cove Springs | ATLANTIC PIPE SERVICES, LLC | 1420 MARTIN LUTHER KING BLVD | | | Sanford | FL | 32771 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Subcontractor Agreement | 08/25/21 | SC 46300001SC14 | Green Cove Springs | ATLAS DEWATERING, INC. | 969 ALEXANDER AVE | STE A | | Port Orange | Fl | 32129 |
| Purchase Order | 09/19/22 | PO 412537682102 | Rivertown | AXIS RISK SERVICES | 111 WEST HIGHTOWER TRAIL | | | SOCIAL CIRCLE | GA | 30025 |
| Subcontractor Agreement | 07/22/22 | SC 412537681017 | Rivertown | BADGER DAYLIGHTING CORP. | LB 1627 PO BOX 95000 | | | PHILADELPHIA | PA | 19195 |
| Subcontractor Agreement | 03/05/21 | SC 412537201001 | Holiday Road | BARBER & ASSOCIATES INC | 5755 MACY AVENUE | | | JACKSONVILLE | FL | 32211 |
| Subcontractor Agreement | 10/27/21 | SC 412537131008 | Talleyrand | BARBER & ASSOCIATES INC | 5755 MACY AVENUE | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 11/22/21 | PO 462000022007 | SJC/SR16 WWTF HEADWORKS/LS | BARNEYS PUMPS INC | 2965 BARNEYS PUMPS PLACE | | | LAKELAND | FL | 33812 |
| Purchase Order | 10/11/21 | PO 412537682004 | Rivertown | BARNEYS PUMPS INC | P.O. BOX 3529 | | | LAKELAND | FL | 32802 |
| Purchase Order | 11/22/21 | PO 462000022007 | St. Johns County | BARNEYS PUMPS INC | P.O. BOX 3529 | | | LAKELAND | FL | 32802 |
| Purchase Order | 07/21/22 | PO 46500001-023 | Bridgestone MUD | BAY AREA FASTENERS & SUPPLY | 800 E. TEXAS AVE | | | BAYTOWN | TX | 77520 |
| Purchase Order | 08/10/22 | PO 46500001-027 | Bridgestone MUD | BAY AREA FASTENERS & SUPPLY | 800 E. TEXAS AVE | | | BAYTOWN | TX | 77520 |
| Purchase Order | 03/06/23 | PO 46500001-052 | Bridgestone MUD | BAY AREA FASTENERS & SUPPLY | 800 E. TEXAS AVE | | | BAYTOWN | TX | 77520 |
| Purchase Order | 12/14/21 | PO 462000022013 | SJC/SR16 WWTF HEADWORKS/LS | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 02/22/22 | PO 462000022028 | SJC/SR16 WWTF HEADWORKS/LS | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 12/14/21 | PO 462000022013 | SJC/SR16 WWTF HEADWORKS/LS | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 02/22/22 | PO 462000022028 | SJC/SR16 WWTF HEADWORKS/LS | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 03/29/21 | PO 412537193000 | Spring Park | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 07/11/23 | PO 412537193001 | Spring Park | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 04/13/21 | PO 412537352017 | Twin Creeks | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 05/27/21 | PO 412537352038 | Twin Creeks | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 01/14/22 | PO 412537682029 | Rivertown | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 04/21/22 | PO 412537682045 | Rivertown | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 06/03/22 | PO 412537682059 | Rivertown | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 01/23/23 | PO 412537682162 | Rivertown | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 02/08/22 | PO 412537742500 | Arlington East | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 05/11/21 | PO 412537202021 | Holiday Road | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 10/18/22 | PO 412537202077 | Holiday Road | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 03/04/20 | PO 412536212028 | Bradley Road | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |