# EXHIBIT A

**Proposed Order**

00059881.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. \_\_\_\_** |

### ORDER GRANTING DEBTORS' FOURTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE

Upon the Motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") authorizing the Debtors to (i) reject certain executory contracts set forth on Exhibit 1 to this Order, effective as of the Rejection Date and (ii) take such actions as may be necessary to implement and effectuate the rejection of the Contracts; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, and that, except as otherwise ordered

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, each of the Contracts set forth on **Exhibit 1** attached hereto is hereby rejected effective as of the Rejection Date.

3. Each Contract counterparty shall have until the date fixed by this Court in these Chapter 11 Cases pursuant to Bankruptcy Rule 3003(c)(3) to file any and all claims for damages arising from the Debtors' rejection of the Contracts.

4. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

5. Nothing in this Order shall impair, prejudice, waive or otherwise affect any rights of the Debtors and their estates to assert that any claims for damages arising from the Debtors' rejection of the Contracts is limited to any remedies available under any applicable termination provisions of such rejected Contracts, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

6.      All rights and defenses of the Debtors and any Contract counterparty are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated, expired, or otherwise no longer an executory contract.

7.      The Debtors and their estates do not waive any claims that they may have against any Contract counterparty, whether or not such claims arise under, are related to, or are independent of the Contracts.

8.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority or amount of any particular claim against a Debtor entity; (b) a promise or requirement to pay any particular claim or (c) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

9.      The requirements in Bankruptcy Rule 6006 are satisfied.

10.     This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

# EXHIBIT 1
## (Rejected Contracts)

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 01/07/20 | PO 412536214000 | Bradley Road | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 05/22/20 | PO 412536219998 | Bradley Road | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 09/22/21 | PO 412537672001 | Mandarin UV | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 01/21/21 | PO 412537132501 | Talleyrand | BC INDUSTRIAL SUPPLY INC | P.O. Box 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 10/27/22 | PO 412538172002 | D II Basin Concrete Repair | BC INDUSTRIAL SUPPLY INC | P.O. Box 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 04/14/21 | PO 463000012019 | Green Cove Springs | BC INDUSTRIAL SUPPLY INC | P.O. Box 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 06/07/22 | PO 463000012075 | Green Cove Springs | BC INDUSTRIAL SUPPLY INC | P.O. Box 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 07/05/22 | PO 463000012087 | Green Cove Springs | BC INDUSTRIAL SUPPLY INC | P.O. Box 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 04/19/23 | PO 463000012225 | Green Cove Springs | BC INDUSTRIAL SUPPLY INC | P.O. Box 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 12/14/21 | PO 462000022013 | St. Johns County | BC INDUSTRIAL SUPPLY INC | P.O. Box 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 02/22/22 | PO 462000022028 | St. Johns County | BC INDUSTRIAL SUPPLY INC | P.O. Box 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 01/13/21 | PO 412536972016 | District 2 Headworks | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 01/27/22 | PO 412536972061 | District 2 Headworks | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 07/19/22 | PO 412536972070 | District 2 Headworks | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 08/02/21 | PO 412537552004 | Monterey UV | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 01/07/20 | PO 412536214000 | Bradley Road | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 05/22/20 | PO 412536219998 | Bradley Road | BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 | | | JACKSONVILLE | FL | 32236 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 02/18/20 | PO 412536212021 | Bradley Road | BC INDUSTRIAL TOOL REPAIR INC | 3333 LENOX AVE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 05/11/22 | PO 412536977522 | District 2 Headworks | BC INDUSTRIAL TOOL REPAIR INC | 3333 LENOX AVE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 07/23/21 | PO 412537552002 | Monterey UV | BC INDUSTRIAL TOOL REPAIR INC | 3333 LENOX AVE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 01/21/21 | PO 412537132502 | Talleyrand | BC INDUSTRIAL TOOL REPAIR INC | 3333 LENOX AVE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 04/07/21 | PO 412537192013 | Spring Park | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 12/08/21 | PO 412537352087 | Twin Creeks | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 03/10/22 | PO 412537352118 | Twin Creeks | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 03/18/22 | PO 412537352127 | Twin Creeks | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 04/06/22 | PO 412537352133 | Twin Creeks | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 02/22/22 | PO 412537742012 | Arlington East | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 04/02/23 | PO 412538342011 | Mandarin Sludge Tank | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 01/24/22 | PO 412537202047 | Holiday Road | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 02/25/22 | PO 412537202049 | Holiday Road | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 12/04/20 | PO 412536212160 | Bradley Road | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 12/16/20 | PO 412536212164 | Bradley Road | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 05/10/21 | PO 412536212249 | Bradley Road | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 06/14/22 | PO 412536212369 | Bradley Road | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 02/04/21 | PO 412537132003 | Talleyrand | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 02/18/21 | PO 412537132010 | Talleyrand | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 06/15/21 | PO 412537132024 | Talleyrand | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 09/14/21 | PO 412537132032 | Talleyrand | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 07/19/22 | PO 412537132048 | Talleyrand | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 08/10/22 | PO 412537132054 | Talleyrand | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 05/24/21 | PO 463000012026 | Green Cove Springs | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 09/14/22 | PO 463000012121 | Green Cove Springs | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 01/20/23 | PO 463000012172 | Green Cove Springs | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 04/11/23 | PO 463000012212 | Green Cove Springs | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 10/25/21 | PO 412537552030 | Monterey UV | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 01/26/22 | PO 412537552057 | Monterey UV | BERMAN BROS INC | 2500 EVERGREEN AVENUE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 11/18/21 | PO 412537682014 | Rivertown | BIG BEND REBAR INC | 1 CORPORATE COURT | | | QUINCY | FL | 32351 |
| Purchase Order | 07/09/23 | PO 412537682228 | Rivertown | BIG BEND REBAR INC | 1 CORPORATE COURT | | | QUINCY | FL | 32351 |
| Purchase Order | 04/20/23 | PO 463000012226 | Green Cove Springs | BIG BEND REBAR INC | 1 CORPORATE COURT | | | QUINCY | FL | 32351 |
| Purchase Order | 06/14/23 | PO 463000012269 | Green Cove Springs | BIG BEND REBAR INC | 1 CORPORATE COURT | | | QUINCY | FL | 32351 |
| Subcontractor Agreement | 04/23/21 | SC 412537351011 | Twin Creeks | BIRKEN CONSTRUCTION | 11747 PHILIPS HWY | STE 301 | | JACKSONVILLE | FL | 32256 |
| Purchase Order | 06/02/22 | PO 412537682058 | Rivertown | BOBS BARRICADES INC | PO BOX 919296 | | | ORLANDO | FL | 32891 |
| Subcontractor Agreement | 05/21/21 | SC 412536211016 | Bradley Road | BOB'S BARRICADES INC | PO BOX 919296 | | | ORLANDO | FL | 32891 |
| Purchase Order | 03/01/22 | PO 46500001-012 | Bridgestone MUD | BOC LOGISTICS, LLC | 7171 HWY 6 NORTH 203 | | | HOUSTON | TX | 77095 |
| Purchase Order | 07/28/22 | PO 46500001-024 | Bridgestone MUD | BOC LOGISTICS, LLC | 7171 HWY 6 NORTH 203 | | | HOUSTON | TX | 77095 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 09/27/22 | PO 46500001-037 | Bridgestone MUD | BOC LOGISTICS, LLC | 7171 HWY 6 NORTH 203 | | | HOUSTON | TX | 77095 |
| Purchase Order | 11/03/20 | PO 412536972009 | District 2 Headworks | BOREE CANVAS UNLIMITED, INC. | 4635 HIGHWAY AVE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 03/09/20 | PO 412536212038 | Bradley Road | BRENNAN RENTAL EQUIPMENT INC | 1701 EAST DUVAL STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 03/24/20 | PO 412536212047 | Bradley Road | BRENNAN RENTAL EQUIPMENT INC | 1701 EAST DUVAL STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 11/03/21 | PO 412537552034 | Monterey UV | BRENNAN RENTAL EQUIPMENT INC | 1701 EAST DUVAL STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 04/06/22 | PO 412537132039 | Talleyrand | BRENNAN RENTAL EQUIPMENT INC | 1701 EAST DUVAL STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 11/09/22 | PO 412537132063 | Talleyrand | BRENNAN RENTAL EQUIPMENT INC | 1701 EAST DUVAL STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 11/22/22 | PO 412537132603 | Talleyrand | BRENNAN RENTAL EQUIPMENT INC | 1701 EAST DUVAL STREET | | | JACKSONVILLE | FL | 32202 |
| Purchase Order | 02/08/21 | PO 412536212199 | Bradley Road | BRIDGESTONE HOSEPOWER LLC | 50 INDUSTRIAL LOOP N | | | ORANGE PARK | FL | 32073 |
| Purchase Order | 07/26/22 | PO 412537132049 | Talleyrand | BRIDGESTONE HOSEPOWER LLC | 50 INDUSTRIAL LOOP N | | | ORANGE PARK | FL | 32073 |
| Purchase Order | 06/08/22 | PO 46500001-017 | Bridgestone MUD | BUDGET HEATING & AIR CONDITION | 6217 ANDERSON RD | | | TAMPA | FL | 33634 |
| Purchase Order | 09/08/21 | PO 412537352063 | Twin Creeks | C & B PIPING INC | 8804 PARKWAY DRIVE | | | LEEDS | AL | 35094 |
| Purchase Order | 05/31/22 | PO 412537352171 | Twin Creeks | C & B PIPING INC | 8804 PARKWAY DRIVE | | | LEEDS | AL | 35094 |
| Subcontractor Agreement | 06/06/23 | SC 46300001SC30 | Green Cove Springs | C & L LANDSCAPE, INC | 1601 E DUVAL ST | | | JACKSONVILLE | Fl | 32202 |
| Subcontractor Agreement | 02/06/23 | SC 412537681028 | Rivertown | C&L LANDSCAPE, INC. | 1601 E DUVAL ST | | | JACKSONVILLE | FL | 32202 |
| Subcontractor Agreement | 02/19/20 | SC 412536212013 | Bradley Road | CAPPS LAND MGT & MATERIAL LLC | 114 HALSEMA ROAD SOUTH | | | JACKSONVILLE | FL | 32220 |
| Subcontractor Agreement | 06/16/21 | SC 46300001SC11 | Green Cove Springs | CARDINAL BUILDING SYSTEMS INC | 6231 WEST BLVD | | | Melrose | Fl | 32666 |
| Purchase Order | 04/05/21 | PO 412537352013 | Twin Creeks | CARL ERIC JOHNSON | 1725 MACLEOD DRIVE | Suite Q | | Lawrenceville | GA | 30043 |
| Purchase Order | 04/26/21 | PO 412537352014 | Twin Creeks | CARL ERIC JOHNSON | 1725 MACLEOD DRIVE | Suite Q | | Lawrenceville | GA | 30043 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 09/01/22 | PO 412537682095 | Rivertown | CARL ERIC JOHNSON | 1725 MACLEOD DRIVE | Suite Q | | Lawrenceville | GA | 30043 |
| Purchase Order | 04/10/21 | PO 463000012010 | Green Cove Springs | CARL ERIC JOHNSON | 1725 MACLEOD DRIVE | Suite Q | | Lawrenceville | GA | 30043 |
| Purchase Order | 04/14/21 | PO 463000012011 | Green Cove Springs | CARL ERIC JOHNSON | 1725 MACLEOD DRIVE | Suite Q | | Lawrenceville | GA | 30043 |
| Purchase Order | 03/24/21 | PO 412537352004 | Twin Creeks | CARTER/VERPLANCK | 4910 WEST CYPRESS STREET | | | TAMPA | FL | 33607 |
| Purchase Order | 01/07/23 | PO 412538342001 | Mandarin Sludge Tank | CARTER/VERPLANCK | 4910 WEST CYPRESS STREET | | | TAMPA | FL | 33607 |
| Purchase Order | 01/22/21 | PO 412537132002 | Talleyrand | CARTER/VERPLANCK | 4910 WEST CYPRESS STREET | | | TAMPA | FL | 33607 |
| Purchase Order | 10/21/20 | PO 412536972003 | District 2 Headworks | CARTER/VERPLANCK | 4910 WEST CYPRESS STREET | | | TAMPA | FL | 33607 |
| Purchase Order | 06/10/20 | PO 412536212078 | Bradley Road | CEMEX | 800 NORTH MAGNOLIA AVENUE | SUITE 300 | | ORLANDO | FL | 32803 |
| Purchase Order | 04/27/22 | PO 462000022038 | SJC/SR16 WWTF HEADWORKS/LS | CERTIFIED SLINGS | P O BOX 180127 | | | CASSELBERRY | FL | 32718 |
| Purchase Order | 09/26/22 | PO 412537192043 | Spring Park | CERTIFIED SLINGS | P O BOX 180127 | | | CASSELBERRY | FL | 32718 |
| Purchase Order | 11/21/22 | PO 412537192050 | Spring Park | CERTIFIED SLINGS | P O BOX 180127 | | | CASSELBERRY | FL | 32718 |
| Purchase Order | 05/19/21 | PO 412537352037 | Twin Creeks | CERTIFIED SLINGS | P O BOX 180127 | | | CASSELBERRY | FL | 32718 |
| Purchase Order | 04/27/22 | PO 462000022038 | St. Johns County | CERTIFIED SLINGS | P O BOX 180127 | | | CASSELBERRY | FL | 32718 |
| Purchase Order | 02/17/22 | PO 412537552068 | Monterey UV | CERTIFIED SLINGS | P O BOX 180127 | | | CASSELBERRY | FL | 32718 |
| Purchase Order | 08/08/22 | PO 412537682090 | Rivertown | CITY ELECTRIC SUPPLY CO | P O BOX 609521 | | | ORLANDO | FL | 32860 |
| Purchase Order | 11/04/20 | PO 412536212137 | Bradley Road | CITY ELECTRIC SUPPLY CO | P O BOX 609521 | | | ORLANDO | FL | 32860 |
| Purchase Order | 10/29/21 | po 412536212313 | Bradley Road | CITY ELECTRIC SUPPLY CO | P O BOX 609521 | | | ORLANDO | FL | 32860 |
| Purchase Order | 07/12/22 | PO 412536212375 | Bradley Road | CITY ELECTRIC SUPPLY CO | P O BOX 609521 | | | ORLANDO | FL | 32860 |
| Purchase Order | 10/26/22 | PO 412537672062 | Mandarin UV | CITY ELECTRIC SUPPLY CO | P O BOX 609521 | | | ORLANDO | FL | 32860 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 09/30/21 | PO 412537676666 | Mandarin UV | CITY ELECTRIC SUPPLY CO | P O BOX 609521 | | | ORLANDO | FL | 32860 |
| Subcontractor Agreement | 10/18/21 | SC 46500001SC02 | Bridgestone MUD | CLARION ELECTRICAL | 22803 SCHIEL RD | | | Cypress | TX | 77433 |
| Subcontractor Agreement | 03/14/23 | SC 46500001SC10 | Bridgestone MUD | CLEAR COATINGS, LLC | 22803 Scheil Road | Cypress | | Cypress | TX | 77433 |
| Purchase Order | 05/13/21 | PO 412537192017 | Spring Park | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 04/13/21 | PO 412537352016 | Twin Creeks | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 07/13/21 | PO 412537352054 | Twin Creeks | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 10/12/21 | PO 412537352076 | Twin Creeks | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |