# EXHIBIT A

## Proposed Order

00059879.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. \_\_\_\_** |

**ORDER GRANTING DEBTORS' FIFTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE**

Upon the Motion (the "Motion")[2] of Debtors for entry of an order (this "Order") authorizing the Debtors to (i) reject certain executory contracts set forth on Exhibit 1 to this Order, effective as of the Rejection Date and (ii) take such actions as may be necessary to implement and effectuate the rejection of the Contracts; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, and that, except as otherwise ordered herein,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

00059879.1                                                                                  1

no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, each of the Contracts set forth on **Exhibit 1** attached hereto is hereby rejected effective as of the Rejection Date.

3. Each Contract counterparty shall have until the date fixed by this Court in these Chapter 11 Cases pursuant to Bankruptcy Rule 3003(c)(3) to file any and all claims for damages arising from the Debtors' rejection of the Contracts.

4. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

5. Nothing in this Order shall impair, prejudice, waive or otherwise affect any rights of the Debtors and their estates to assert that any claims for damages arising from the Debtors' rejection of the Contracts is limited to any remedies available under any applicable termination provisions of such rejected Contracts, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

6. All rights and defenses of the Debtors and any Contract counterparty are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated, expired, or otherwise no longer an executory contract.

7. The Debtors and their estates do not waive any claims that they may have against any Contract counterparty, whether or not such claims arise under, are related to, or are independent of the Contracts.

8. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority or amount of any particular claim against a Debtor entity; (b) a promise or requirement to pay any particular claim or (c) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

9. The requirements in Bankruptcy Rule 6006 are satisfied.

10. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

# EXHIBIT 1
## (Rejected Contracts)

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 06/22/21 | PO 412537202035 | Holiday Road | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 02/20/20 | PO 412536212022 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 02/28/20 | PO 412536212033 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 03/05/20 | PO 412536212035 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 11407 |
| Purchase Order | 04/09/20 | PO 412536212049 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 04/01/20 | PO 412536212052 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 05/17/20 | PO 412536212073 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 06/12/20 | PO 412536212080 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 08/14/20 | PO 412536212100 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 09/09/20 | PO 412536212110 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 09/29/20 | PO 412536212119 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 02/01/21 | PO 412536212195 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 02/16/21 | PO 412536212207 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 02/22/21 | PO 412536212210 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 03/22/21 | PO 412536212228 | Bradley Road | CM CONSTRUCTION MATERIALS | 4350 NORTHERN BLVD | P.O. BOX 210189 | | MONTGOMERY | AL | 36121 |
| Purchase Order | 04/12/21 | PO 412536212234 | Bradley Road | CM CONSTRUCTION MATERIALS | 4350 NORTHERN BLVD | P.O. BOX 210189 | | MONTGOMERY | AL | 36121 |
| Purchase Order | 04/21/21 | PO 412536212240 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 05/18/21 | PO 412536212254 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 05/19/21 | PO 412536212255 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 08/11/21 | PO 412536212291 | Bradley Road | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 10/22/20 | PO 412536972006 | District 2 Headworks | CM CONSTRUCTION MATERIALS | P.O. Box 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 05/05/21 | PO 412536972021 | District 2 Headworks | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 08/06/21 | PO 412537552014 | Monterey UV | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 09/28/21 | PO 463000012052 | Green Cove Springs | CM CONSTRUCTION MATERIALS | P.O. BOX 11407 | | | BIRMINGHAM | AL | 35246 |
| Purchase Order | 06/01/21 | PO 412537352039 | Twin Creeks | COASTAL CONSTRUCTION PRODUCTS | 3401 PHILIPS HWY | | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 06/25/21 | PO 412537352050 | Twin Creeks | COASTAL CONSTRUCTION PRODUCTS | 3401 PHILIPS HWY | | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 03/09/22 | PO 412537352116 | Twin Creeks | COASTAL CONSTRUCTION PRODUCTS | 3401 PHILIPS HWY | | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 04/08/22 | PO 412537352136 | Twin Creeks | COASTAL CONSTRUCTION PRODUCTS | 3401 PHILIPS HWY | | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 04/15/22 | PO 412537352142 | Twin Creeks | COASTAL CONSTRUCTION PRODUCTS | 3401 PHILIPS HWY | | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 06/06/23 | PO 412537742052 | Arlington East | COASTAL CONSTRUCTION PRODUCTS | 3401 PHILIPS HWY | | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 01/14/21 | PO 412536972018 | District 2 Headworks | COASTAL CONSTRUCTION PRODUCTS | 3401 PHILIPS HWY | | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 07/22/21 | PO 412536972040 | District 2 Headworks | COASTAL CONSTRUCTION PRODUCTS | 3401 PHILIPS HWY | | | JACKSONVILLE | FL | 32207 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 07/20/22 | PO 412536972071 | District 2 Headworks | COASTAL CONSTRUCTION PRODUCTS | 3401 PHILIPS HWY | | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 02/04/22 | PO  462000021006 | SJC/SR16 WWTF HEADWORKS/LS | COGBURN BROS INC | 3300 FAYE ROAD | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 02/08/21 | SC 412537191001 | Spring Park | COGBURN BROS INC | 3300 FAYE ROAD | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 03/25/21 | SC 412537351001 | Twin Creeks | COGBURN BROS INC. | 3300 FAYE ROAD | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 10/11/21 | SC 412537681001 | Rivertown | COGBURN BROS INC. | 3300 FAYE ROAD | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 03/04/21 | SC 412537201002 | Holiday Road | COGBURN BROS INC. | 3300 FAYE ROAD | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 04/01/20 | SC 412536212053 | Bradley Road | COGBURN BROS INC. | 3300 FAYE ROAD | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 07/15/21 | SC 412537551001 | Monterey UV | COGBURN BROS INC. | 3300 FAYE ROAD | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 02/23/21 | SC 46300001SC02 | Green Cove Springs | COGBURN BROS INC. | 3300 FAYE ROAD | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 02/04/22 | SC 462000021006 | St. Johns County | COGBURN BROS INC. | 3300 FAYE ROAD | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 06/01/21 | SC 412537191004 | Spring Park | COMFORT TEMP COMPANY | 4301 NW 6TH ST. | | | GAINESVILLE | FL | 32609 |
| Subcontractor Agreement | 05/26/21 | SC 412537351017 | Twin Creeks | COMFORT TEMP COMPANY | 4301 NW 6TH ST. | | | GAINESVILLE | FL | 32609 |
| Subcontractor Agreement | 12/03/21 | SC 412537681010 | Rivertown | COMFORT TEMP COMPANY | 4301 NW 6TH ST. | | | GAINESVILLE | FL | 32609 |
| Subcontractor Agreement | 02/11/21 | SC 412537191002 | Spring Park | COMPLETE COATINGS INC | 857 EASTPORT RD | | | JACKSONVILLE | FL | 33218 |
| Subcontractor Agreement | 10/19/20 | SC 412536971001 | District 2 Headworks | COMPLETE COATINGS INC | 857 EASTPORT RD | | | JACKSONVILLE | Fl | 32218 |
| Subcontractor Agreement | 04/06/21 | SC 412537351005 | Twin Creeks | COMPLETE COATINGS INC. | 857 EASTPORT RD | | | JACKSONVILLE | FL | 32218 |
| Subcontractor Agreement | 05/21/21 | SC 412537201010 | Holiday Road | COMPLETE COATINGS INC. | 857 EASTPORT RD | | | JACKSONVILLE | FL | 33218 |
| Subcontractor Agreement | 11/10/21 | SC 412537681003 | Rivertown | COMPLETE SERVICE WELL DRILLING | 9785 WELL WATER RD | | | JACKSONVILLE | FL | 32220 |
| Subcontractor Agreement | 06/21/21 | SC 412537191003 | Spring Park | CONCRETE CONSERVATION INC. | PO Box 57309 | | | JACKSONVILLE | FL | 32241 |

00059879.1

3

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Subcontractor Agreement | 01/09/23 | SC 412538341001 | Mandarin Sludge Tank | CONCRETE CONSERVATION INC. | PO BOX 531573 | | | ST. PETERSBURG | FL | 33747 |
| Subcontractor Agreement | 06/01/22 | SC 412537131011 | Talleyrand | CONCRETE CONSERVATION INC. | PO Box 57309 | | | JACKSONVILLE | FL | 32241 |
| Subcontractor Agreement | 03/14/22 | SC 46300001SC20 | Green Cove Springs | CONCRETE CONSERVATION INC. | PO BOX 57309 | | | JACKSONVILLE | Fl | 32241 |
| Subcontractor Agreement | 05/17/22 | SC 412537131010 | Talleyrand | CONCRETE CUTTING & BREAKING | 4500 AIRWEST DR SE | | | Grand Rapids | MI | 49512 |
| Purchase Order | 03/09/21 | PO 412537192009 | Spring Park | CONCRETE MODULAR SYSTEMS INC | PO BOX 531573 | | | ST. PETERSBURG | FL | 33747 |
| Subcontractor Agreement | 05/20/21 | SC 46300001SC10 | Green Cove Springs | CONCRETE MODULAR SYSTEMS INC | PO BOX 531573 | | | ST. PETERSBURG | FL | 33747 |
| Purchase Order | 11/28/22 | PO 462000022078 | SJC/SR16 WWTF HEADWORKS/LS | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 12/02/22 | PO 462000022080 | SJC/SR16 WWTF HEADWORKS/LS | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 02/21/23 | PO 462000022114 | SJC/SR16 WWTF HEADWORKS/LS | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 04/03/23 | PO 462000022120 | SJC/SR16 WWTF HEADWORKS/LS | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 06/21/21 | PO 412537192022 | Spring Park | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 02/15/23 | PO 412537682170 | Rivertown | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 02/17/23 | PO 412537682173 | Rivertown | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 02/16/23 | PO 463000012181 | Green Cove Springs | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 02/18/23 | PO 463000012182 | Green Cove Springs | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 02/21/23 | PO 463000012183 | Green Cove Springs | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 04/26/23 | PO 463000012229 | Green Cove Springs | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 05/13/23 | PO 463000012244 | Green Cove Springs | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 06/03/23 | PO 463000012256 | Green Cove Springs | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 11/28/22 | PO 462000022078 | St. Johns County | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 12/02/22 | PO 462000022080 | St. Johns County | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 02/21/23 | PO 462000022114 | St. Johns County | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 04/03/23 | PO 462000022120 | St. Johns County | CONSOLIDATED PIPE & SUPPLY CO | 3556 MARY TAYLOR ROAD | | | BIRMINGHAM | AL | 35235 |
| Purchase Order | 10/21/22 | PO 412537682066 | Rivertown | CORESLAB STRUCTURES (ORLANDO) INC. | 2720 COUNTRY RD. 470 | | | OKAHUMPKA | FL | 34762 |
| Subcontractor Agreement | 02/06/23 | SC 412537681027 | Rivertown | COUNTRY BOY FENCE CO | 5930 5TH STREET | | | JACKSONVILLE | FL | 32254 |
| Subcontractor Agreement | 04/06/20 | SC 412536212054 | Bradley Road | COUNTRY BOY FENCE CO | 5930 5TH STREET | | | JACKSONVILLE | FL | 32254 |
| Subcontractor Agreement | 04/04/22 | SC 412537671010 | Mandarin UV | COUNTRY BOY FENCE CO | 5930 5TH STREET | | | JACKSONVILLE | FL | 32254 |
| Subcontractor Agreement | 05/22/23 | SC 46300001SC29 | Green Cove Springs | COUNTRY BOY FENCE CO INC | 5930 5TH STREET | | | JACKSONVILLE | Fl | 32254 |
| Subcontractor Agreement | 01/19/22 | SC 412537681002 | Rivertown | CROM LLC | 250 SW 36TH TERRACE | | | GAINESVILLE | FL | 32607 |
| Subcontractor Agreement | 07/18/23 | SC 46500001SC12 | Bridgestone MUD | CRYSTAL SERVICES LLC | 1465 S Estuary Dr | | | Crystal River | FL | 34429 |
| Purchase Order | 08/10/20 | PO 412536212098 | Bradley Road | CRYSTAL SPRINGS WATER CO | ACCT# 12485167845976 | P.O. BOX 660579 | | Dallas | TX | 75266 |
| Subcontractor Agreement | 10/15/21 | SC 412537681009 | Rivertown | CSI GEO, INC | 2394 ST. JOHNS BLUFF ROAD S. | SUITE 200 | | JACKSONVILLE | FL | 32246 |
| Subcontractor Agreement | 03/29/22 | SC 412537671009 | Mandarin UV | CSI GEO, INC | 2394 ST. JOHNS BLUFF ROAD S. | SUITE 200 | | JACKSONVILLE | FL | 32246 |
| Subcontractor Agreement | 08/12/21 | SC 412537551004 | Monterey UV | CSI GEO, INC | 2394 ST. JOHNS BLUFF ROAD S. | Suite 200 | | JACKSONVILLE | Fl | 32246 |
| Purchase Order | 04/29/21 | PO 412537352006 | Twin Creeks | CUMMINS INC. | 5125 HIGHWAY 85 | | | ATLANTA | GA | 30349 |
| Purchase Order | 10/13/21 | PO 412537682007 | Rivertown | CUMMINS INC. | 5125 HIGHWAY 85 | | | ATLANTA | GA | 30349 |
| Purchase Order | 06/21/21 | PO 46500001-005 | Bridgestone MUD | CUMMINS INC. | 5125 HIGHWAY 85 | | | ATLANTA | GA | 30349 |
| Purchase Order | 01/18/22 | PO 46500001-009 | Bridgestone MUD | CUMMINS SALES & SERVICE | 600 NORTH WATSON ROAD | | | ARLINGTON | TX | 76011 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 02/18/21 | PO 412537192006 | Spring Park | CUSTOM PUMP & CONTOLS | 1840 RIVER OAKS ROAD | | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 04/21/21 | PO 412537202010 | Holiday Road | CUSTOM PUMP & CONTOLS | 1840 RIVER OAKS ROAD | | | JACKSONVILLE | FL | 32207 |
| Subcontractor Agreement | 04/08/21 | SC 412537351006 | Twin Creeks | D&J EROSION CONTROL SPEC | 5312 SWAYING OAKS CT | | | JACKSONVILLE | FL | 32258 |
| Subcontractor Agreement | 10/12/21 | SC 412537681007 | Rivertown | D&J EROSION CONTROL SPEC | 5312 SWAYING OAKS CT | | | JACKSONVILLE | FL | 32258 |
| Subcontractor Agreement | 06/18/20 | SC 412536211007 | Bradley Road | DAVID GRAY ELECTRICAL SERV INC | 6491 POWERS AVE | | | JACKSONVILLE | FL | 32217 |
| Purchase Order | 05/13/21 | PO 412537352034 | Twin Creeks | DAYTON | 4 OLD FAWN HILL RD | | | MONROE | CT | 06468 |
| Purchase Order | 02/11/21 | PO 412537195000 | Spring Park | DELL COMPUTER | DELL FINANCIAL SERVICES | PAYMENT PROCESSING CENTER | P O BOX 5292 | CAROL STREAM | IL | 60197 |
| Purchase Order | 06/01/22 | PO 412537682056 | Rivertown | DELL COMPUTER | DELL FINANCIAL SERVICES | PAYMENT PROCESSING CENTER | P O BOX 5292 | CAROL STREAM | IL | 60197 |
| Purchase Order | 02/08/22 | PO 412537742011 | Arlington East | DELL COMPUTER | DELL FINANCIAL SERVICES | PAYMENT PROCESSING CENTER | P O BOX 5292 | CAROL STREAM | IL | 60197 |
| Purchase Order | 03/11/20 | PO 412536212042 | Bradley Road | DELL COMPUTER | DELL MARKETING C/O DELL USA L.P. | | | ATLANTA | GA | 30353 |
| Purchase Order | 10/05/20 | PO 412536219995 | Bradley Road | DELL COMPUTER | DELL FINANCIAL SERVICES | PAYMENT PROCESSING CENTER | P O BOX 5292 | CAROL STREAM | IL | 60197 |