IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: October 11, 2023, at 10:30 a.m. (ET)<br>Objection Deadline: October 4, 2023, at 4:00 p.m. (ET) |

**NOTICE OF DEBTORS' NINTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE**

> **YOUR RIGHTS MAY BE AFFECTED. Parties receiving this Motion should locate their names and their contracts listed on Exhibit 1 to the Proposed Order (Exhibit A to the Motion).**

**PLEASE TAKE NOTICE** that on September 18, 2023, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Debtors' Ninth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion, must be filed on or before **October 4, 2023, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on (i) counsel for the Debtors, Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, OH 44114-1291 (Attn: Alan R. Lepene (alan.lepene@thompsonhine.com) and Sean A. Gordon (sean.gordon@thompsonhine.com)), and Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801 (Attn: Mark L. Desgrosseilliers (desgross@chipmanbrown.com)); (ii) counsel for the Revolving Agents, Blank Rome LLP, 1201 Market Street, Suite 800 Wilmington, DE 19801 (Attn: Regina S. Kelbon (regina.kelbon@blankrome.com) and Gregory F. Vizza (gregory.vizza@blankrome.com)); (iii)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

00059846.1

counsel for the DIP Term Agent and Pre-Petition Term Agent, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020 (Attn: David T.B. Audley (audley@chapman.com) and Carey J. Gaughan (gaughan@chapman.com)); and Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801 (Attn: Matthew P. Ward (matthew.ward@wbd-us.com) and Morgan L. Patterson (morgan.patterson@wbd-us.com)); and (iv) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Joseph Cudia (joseph.cudia@usdoj.gov)), so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **October 11, 2023, at 10:30 a.m. (ET)** before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Dated: September 18, 2023　　　　**CHIPMAN BROWN CICERO & COLE, LLP**
Wilmington, Delaware

　　　　　　　　　　　　　　　　　/s/ *Mark L. Desgrosseilliers*
　　　　　　　　　　　　　　　　Mark L. Desgrosseilliers (No. 4083)
　　　　　　　　　　　　　　　　Hercules Plaza
　　　　　　　　　　　　　　　　1313 North Market Street, Suite 5400
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　Telephone: (302) 295-0192
　　　　　　　　　　　　　　　　*desgross@chipmanbrown.com*

　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　Sean A. Gordon (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Austin B. Alexander (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　**THOMPSON HINE LLP**
　　　　　　　　　　　　　　　　Two Alliance Center
　　　　　　　　　　　　　　　　3560 Lenox Road NE, Suite 1600
　　　　　　　　　　　　　　　　Atlanta, Georgia 30326-4266
　　　　　　　　　　　　　　　　Telephone: (404) 541-2900
　　　　　　　　　　　　　　　　Facsimile: (404) 541-2905
　　　　　　　　　　　　　　　　*Sean.Gordon@thompsonhine.com*
　　　　　　　　　　　　　　　　*Austin.Alexander@thompsonhine.com*

　　　　　　　　　　　　　　　　Alan R. Lepene (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Scott B. Lepene (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　**THOMPSON HINE LLP**
　　　　　　　　　　　　　　　　3900 Key Center
　　　　　　　　　　　　　　　　127 Public Square
　　　　　　　　　　　　　　　　Cleveland, Ohio 44114-1291
　　　　　　　　　　　　　　　　Telephone: (216) 566-5500
　　　　　　　　　　　　　　　　Facsimile: (216) 566-5800
　　　　　　　　　　　　　　　　*Alan.Lepene@thompsonhine.com*
　　　　　　　　　　　　　　　　*Scott.Lepene@thompsonhine.com*

　　　　　　　　　　　　　　　　*Counsel for Debtors*