# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. \_\_\_\_** |

**ORDER GRANTING DEBTORS' TWELFTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE**

Upon the Motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") authorizing the Debtors to (i) reject certain executory contracts set forth on Exhibit 1 to this Order, effective as of the Rejection Date and (ii) take such actions as may be necessary to implement and effectuate the rejection of the Contracts; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, and that, except as otherwise ordered

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, each of the Contracts set forth on **Exhibit 1** attached hereto is hereby rejected effective as of the Rejection Date.

3. Each Contract counterparty shall have until the date fixed by this Court in these Chapter 11 Cases pursuant to Bankruptcy Rule 3003(c)(3) to file any and all claims for damages arising from the Debtors' rejection of the Contracts.

4. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

5. Nothing in this Order shall impair, prejudice, waive or otherwise affect any rights of the Debtors and their estates to assert that any claims for damages arising from the Debtors' rejection of the Contracts is limited to any remedies available under any applicable termination provisions of such rejected Contracts, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

6. All rights and defenses of the Debtors and any Contract counterparty are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated, expired, or otherwise no longer an executory contract.

7. The Debtors and their estates do not waive any claims that they may have against any Contract counterparty, whether or not such claims arise under, are related to, or are independent of the Contracts.

8. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority or amount of any particular claim against a Debtor entity; (b) a promise or requirement to pay any particular claim or (c) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

9. The requirements in Bankruptcy Rule 6006 are satisfied.

10. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

**EXHIBIT 1**
**(Rejected Contracts)**

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 05/16/22 | PO 412536212358 | Bradley Road | HARRINGTON IND PLASTICS LLC | P.O. BOX 638250 | | | CINCINNATI | OH | 45263 |
| Purchase Order | 07/18/22 | PO 412536212379 | Bradley Road | HARRINGTON IND PLASTICS LLC | P.O. BOX 638250 | | | CINCINNATI | OH | 45263 |
| Purchase Order | 08/29/22 | PO 412536212395 | Bradley Road | HARRINGTON IND PLASTICS LLC | P.O. BOX 638250 | | | CINCINNATI | OH | 45263 |
| Purchase Order | 09/21/22 | PO 412536212397 | Bradley Road | HARRINGTON IND PLASTICS LLC | P.O. BOX 638250 | | | CINCINNATI | OH | 45263 |
| Purchase Order | 01/04/23 | PO 463000012162 | Green Cove Springs | HARRINGTON IND PLASTICS LLC | P.O. BOX 638250 | | | CINCINNATI | OH | 45263 |
| Purchase Order | 06/27/23 | PO 463000012279 | Green Cove Springs | HARRINGTON IND PLASTICS LLC | P.O. BOX 638250 | | | CINCINNATI | OH | 45263 |
| Purchase Order | 04/19/21 | PO 463000012024 | Green Cove Springs | HARRIS REBAR NUFAB LLC | 1342 SOUTH GRANDSTAFF DRIVE | | | AUBURN | IN | 46706 |
| Purchase Order | 04/14/23 | PO 463000012218 | Green Cove Springs | HARRIS REBAR NUFAB LLC | 1342 SOUTH GRANDSTAFF DRIVE | | | AUBURN | IN | 46706 |
| Purchase Order | 10/28/21 | PO 46500001-003 | Bridgestone MUD | HARTWELL ENVIRONMENTAL CORP | 22115 HUFSMITH KOHRVILLE RD | | | TOMBALL | TX | 77375 |
| Subcontractor Agreement | 04/23/21 | SC 412537351012 | Twin Creeks | HASKELL COMPANY | 111 RIVERSIDE AVE | | | JACKSONVILLE | Fl | 32202 |
| Purchase Order | 02/02/22 | PO 462000022023 | SJC/SR16 WWTF HEADWORKS/LS | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 03/03/22 | PO 462000022032 | SJC/SR16 WWTF HEADWORKS/LS | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 05/23/22 | PO 462000022041 | SJC/SR16 WWTF HEADWORKS/LS | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 05/31/22 | PO 462000022043 | SJC/SR16 WWTF HEADWORKS/LS | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 06/10/22 | PO 462000022045 | SJC/SR16 WWTF HEADWORKS/LS | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 02/02/22 | PO 462000022023 | SJC/SR16 WWTF HEADWORKS/LS | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 03/03/22 | PO 462000022032 | SJC/SR16 WWTF HEADWORKS/LS | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 05/23/22 | PO 462000022041 | SJC/SR16 WWTF HEADWORKS/LS | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 05/31/22 | PO 462000022043 | SJC/SR16 WWTF HEADWORKS/LS | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 07/07/22 | PO 462000022045 | SJC/SR16 WWTF HEADWORKS/LS | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 11/03/21 | PO 412536212316 | Bradley Road | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 12/09/21 | PO 412536212323 | Bradley Road | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 04/06/22 | PO 412537672023 | Mandarin UV | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 05/25/22 | PO 412537672026 | Mandarin UV | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 11/18/21 | PO 412537552041 | Monterey UV | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 12/07/21 | PO 412537552046 | Monterey UV | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 12/28/21 | PO 412537552052 | Monterey UV | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 01/26/22 | PO 412537552058 | Monterey UV | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 02/02/22 | PO 462000022023 | St. Johns County | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 05/23/22 | PO 462000022041 | St. Johns County | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 06/10/22 | PO 462000022045 | St. Johns County | HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 05/04/23 | PO  462000021016 | SJC/SR16 WWTF HEADWORKS/LS | HENNIGAN ENGINEERING | 55 INDUSTRIAL PARK ROAD | | | HINGHAM | MA | 02043 |
| Subcontractor Agreement | 09/15/21 | SC 412537191009 | Spring Park | HENNIGAN ENGINEERING | 55 INDUSTRIAL PARK ROAD | | | HINGHAM | MA | 2043 |
| Subcontractor Agreement | 08/27/21 | SC 412537201013 | Holiday Road | HENNIGAN ENGINEERING | 55 INDUSTRIAL PARK ROAD | | | HINGHAM | MA | 2043 |
| Subcontractor Agreement | 08/16/21 | SC 412536211018 | Bradley Road | HENNIGAN ENGINEERING | 55 INDUSTRIAL PARK ROAD | | | HINGHAM | MA | 2043 |
| Subcontractor Agreement | 01/11/22 | SC 412537671005 | Mandarin UV | HENNIGAN ENGINEERING | 55 INDUSTRIAL PARK ROAD | | | HINGHAM | MA | 2403 |
| Subcontractor Agreement | 05/06/21 | SC 412536971006 | District 2 Headworks | HENNIGAN ENGINEERING | 55 INDUSTRIAL PARK ROAD | | | HINGHAM | MA | 02043 |
| Subcontractor Agreement | 05/04/23 | SC 462000021016 | St. Johns County | HENNIGAN ENGINEERING | 55 INDUSTRIAL PARK ROAD | | | HINGHAM | MA | 02043 |
| Purchase Order | 07/16/22 | PO 412537192039 | Spring Park | HERC RENTALS | 27500 RIVERVIEW CENTER BLVD, STE 100 | | | BONITA SPRINGS | FL | 34134 |
| Purchase Order | 07/27/22 | PO 412537192041 | Spring Park | HERC RENTALS | 27500 RIVERVIEW CENTER BLVD, STE 100 | | | BONITA SPRINGS | FL | 34134 |
| Purchase Order | 07/27/22 | PO 412537192042 | Spring Park | HERC RENTALS | 27500 RIVERVIEW CENTER BLVD, STE 100 | | | BONITA SPRINGS | FL | 34134 |
| Purchase Order | 06/27/22 | PO 412537682071 | Rivertown | HERC RENTALS | 27500 RIVERVIEW CENTER BLVD, STE 100 | | | BONITA SPRINGS | FL | 34134 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 03/06/20 | PO 412536212034 | Bradley Road | HERC RENTALS | P.O. BOX 936257 | | | ATLANTA | GA | 31193 |
| Purchase Order | 04/16/21 | PO 412536212236 | Bradley Road | HERC RENTALS | 27500 RIVERVIEW CENTER BLVD, STE 100 | | | BONITA SPRINGS | FL | 34134 |
| Purchase Order | 02/25/21 | PO 412537192007 | Spring Park | HEYWARD FLORIDA INCORPORATED | 415 COUNTRY CLUB DR. | | | WINTER PARK | FL | 32789 |
| Purchase Order | 02/25/21 | PO 412537202006 | Holiday Road | HEYWARD FLORIDA INCORPORATED | 415 COUNTRY CLUB DR. | | | WINTER PARK | FL | 32789 |
| Purchase Order | 06/01/21 | PO 412536212264 | Bradley Road | HEYWARD FLORIDA INCORPORATED | 415 COUNTRY CLUB DR. | | | WINTER PARK | FL | 32789 |
| Purchase Order | 12/16/22 | PO  462000022089 | SJC/SR16 WWTF HEADWORKS/LS | HILTI INC | 5400 S 122ND E AVE | | | TULSA | OK | 74146 |
| Purchase Order | 12/16/22 | PO 462000022089 | SJC/SR16 WWTF HEADWORKS/LS | HILTI INC | 5400 S 122ND E AVE | | | TULSA | OK | 74146 |
| Purchase Order | 03/23/22 | PO 463000012069 | Green Cove Springs | HILTI INC | 5400 S 122ND E AVE | | | TULSA | OK | 74146 |
| Purchase Order | 12/16/22 | PO 462000022089 | St. Johns County | HILTI INC | 5400 S 122ND E AVE | | | TULSA | OK | 74146 |
| Purchase Order | 06/07/23 | PO 46500001-084 | Bridgestone MUD | HILTI INC | 5400 S 122ND E AVE | | | TULSA | OK | 74146 |
| Subcontractor Agreement | 06/22/21 | SC 46300001SC12 | Green Cove Springs | HOFFMAN COMMERCIAL CONSTRUCTION | 6919 DISTRIBUTION AVE, SOUTH | Suite 5 | | JACKSONVILLE | Fl | 32256 |
| Purchase Order | 10/28/21 | PO 46500001-002 | Bridgestone MUD | HOLLOWAY COMPANY INC | 1200 JARVIS RD | | | SAGINAW | TX | 76179 |
| Purchase Order | 01/26/22 | PO 412537352104 | Twin Creeks | HOLMAN, INC. | 1225 ELLIS ROAD SOUTH | | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 02/02/21 | PO 412537192001 | Spring Park | HUDSON PUMP AND EQUIP | P O BOX 409897 | | | ATLANTA | GA | 30384 |
| Purchase Order | 03/31/21 | PO 463000012012 | Green Cove Springs | HUDSON PUMP AND EQUIP | P O BOX 409897 | | | ATLANTA | GA | 30384 |
| Purchase Order | 04/19/21 | PO 463000012002 | Green Cove Springs | HYDRO-DYNE ENGINEERING, INC | 4750 118th AVE N | | | CLEARWATER | FL | 33762 |
| Purchase Order | 06/16/21 | PO 412537352047 | Twin Creeks | INCRETE OF NORTH FLORIDA INC | PO BOX 56825 | | | JACKSONVILLE | FL | 32241 |
| Purchase Order | 08/09/21 | PO 412537352060 | Twin Creeks | INCRETE OF NORTH FLORIDA INC | PO BOX 56825 | | | JACKSONVILLE | FL | 32241 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 08/03/21 | PO 412537202037 | Holiday Road | INCRETE OF NORTH FLORIDA INC | PO BOX 56825 | | | JACKSONVILLE | FL | 32241 |
| Purchase Order | 10/05/21 | PO 412536972049 | District 2 Headworks | INCRETE OF NORTH FLORIDA INC | PO BOX 56825 | | | JACKSONVILLE | FL | 32241 |
| Purchase Order | 10/26/21 | PO 412536972056 | District 2 Headworks | INCRETE OF NORTH FLORIDA INC | PO BOX 56825 | | | JACKSONVILLE | FL | 32241 |
| Purchase Order | 11/24/21 | PO 462000021009 | SJC/SR16 WWTF HEADWORKS/LS | INTERNATIONAL DUROS STEEL | 7530 103RD ST. | SUITE 5 | | JACKSONVILLE | FL | 32210 |
| Purchase Order | 07/13/22 | PO 462000021009 | SJC/SR16 WWTF HEADWORKS/LS | INTERNATIONAL DUROS STEEL | 7530 103RD ST. | SUITE 5 | | JACKSONVILLE | FL | 32210 |
| Subcontractor Agreement | 05/04/21 | SC 412537351014 | Twin Creeks | INTERNATIONAL DUROS STEEL | 7530 103RD ST. | SUITE 5 | | JACKSONVILLE | FL | 32210 |
| Subcontractor Agreement | 01/25/22 | SC 412537681014 | Rivertown | INTERNATIONAL DUROS STEEL | 7530 103RD ST. | SUITE 5 | | JACKSONVILLE | FL | 32210 |
| Subcontractor Agreement | 05/08/20 | SC 412536212064 | Bradley Road | INTERNATIONAL DUROS STEEL | 7530 103RD ST. | SUITE 5 | | JACKSONVILLE | FL | 32210 |
| Subcontractor Agreement | 09/28/21 | SC 412536971009 | District 2 Headworks | INTERNATIONAL DUROS STEEL | 7530 103RD ST. | SUITE 5 | | JACKSONVILLE | FL | 32210 |
| Subcontractor Agreement | 08/06/21 | SC 412537551003 | Monterey UV | INTERNATIONAL DUROS STEEL | 7530 103RD ST. | SUITE 5 | | JACKSONVILLE | FL | 32210 |
| Subcontractor Agreement | 04/14/21 | SC 46300001SC04 | Green Cove Springs | INTERNATIONAL DUROS STEEL | 7530 103RD ST. | SUITE 5 | | JACKSONVILLE | FL | 32210 |
| Subcontractor Agreement | 07/13/22 | SC 462000021009 | St. Johns County | INTERNATIONAL DUROS STEEL | 7530 103RD ST. | SUITE 5 | | JACKSONVILLE | FL | 32210 |
| Subcontractor Agreement | 02/24/23 | SC 46500001SC09 | Bridgestone MUD | INTERNATIONAL PLANT SVCS LLC | 1602 OLD UNDERWOOD RD | | | La Porte | TX | 77571 |
| Subcontractor Agreement | 11/29/21 | SC 46500001SC03 | Bridgestone MUD | IRONSIDE DEVELOPMENTS LLC | 4520 WILLIAMHURST LN | | | League City | TX | 77573 |
| Subcontractor Agreement | 04/21/21 | SC 412537201005 | Holiday Road | ITG TECHNOLOGIES | 7077 BONNEVAL RD | SUITE 330 | | JACKSONVILLE | FL | 32216 |
| Purchase Order | 04/06/22 | PO 412536212346 | Bradley Road | J.B. COXWELL CONTRACTING, INC. | 6741 LLOYD ROAD WEST | | | JACKSONVILLE | FL | 32254 |
| Subcontractor Agreement | 03/29/23 | SC 412537741012 | Arlington East | JAGUAR CONCRETE PUMPING SVCS | P O BOX 14885 | | | JACKSONVILLE | FL | 32238 |
| Subcontractor Agreement | 07/21/22 | SC 46300001SC21 | Green Cove Springs | JAGUAR CONCRETE PUMPING SVCS | P O BOX 14885 | | | JACKSONVILLE | Fl | 32238 |
| Purchase Order | 04/28/21 | PO 412537352027 | Twin Creeks | JAX COLOR, LLC | 806B ROSSELLE ST | | | JACKSONVILLE | FL | 32204 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 05/26/21 | PO 412536212262 | Bradley Road | JAX COLOR, LLC | 806B ROSSELLE ST | | | JACKSONVILLE | FL | 32204 |
| Purchase Order | 11/23/20 | PO 412536977521 | District 2 Headworks | JAX COLOR, LLC | 806B ROSSELLE ST | | | JACKSONVILLE | FL | 32204 |
| Purchase Order | 01/18/22 | PO 412536212330 | Bradley Road | JB COXWELL CONTRACTING INC | 6741 LLOYD ROAD WEST | | | JACKSONVILLE | FL | 32254 |
| Subcontractor Agreement | 12/20/21 | SC 46500001SC04 | Bridgestone MUD | JCS INDUSTRIES | 5055 FM 2920 RD | | | Spring | TX | 77388 |
| Contract | 03/11/21 | Contract No. 10286/194526 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Contract | 02/24/21 | Contract No. 10289/194521 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Contract | 03/18/21 | Contract No. 10357 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Contract | 10/01/21 | Contract No. 10617 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Contract | 10/21/21 | Contract No. 10741/200958 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Contract Amendment #1 | 10/05/22 | Contract No. 11208 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Contract | 01/22/23 | Contract No. 11222 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Contract | 08/31/17 | Contract No. 168519 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Contract | 10/31/19 | Contract No. 185479 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Standard Purchase Order | 08/27/20 | PO 191834 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Standard Purchase Order | 01/14/21 | PO 194883 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Standard Purchase Order | 06/22/21 | PO 198278 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Standard Purchase Order | 08/13/21 | PO 199928 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Standard Purchase Order | 06/15/22 | PO 205734 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Standard Purchase Order | 11/10/22 | PO 208950 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Standard Purchase Order | 02/16/23 | PO 210983 | SR16 | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Purchase Order | 07/26/22 | PO 412537682084 | Rivertown | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |