# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No.** \_\_\_\_ |

**ORDER GRANTING DEBTORS' THIRTEENTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE**

Upon the Motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") authorizing the Debtors to (i) reject certain executory contracts set forth on Exhibit 1 to this Order, effective as of the Rejection Date and (ii) take such actions as may be necessary to implement and effectuate the rejection of the Contracts; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, and that, except as otherwise ordered

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, each of the Contracts set forth on **Exhibit 1** attached hereto is hereby rejected effective as of the Rejection Date.

3. Each Contract counterparty shall have until the date fixed by this Court in these Chapter 11 Cases pursuant to Bankruptcy Rule 3003(c)(3) to file any and all claims for damages arising from the Debtors' rejection of the Contracts.

4. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

5. Nothing in this Order shall impair, prejudice, waive or otherwise affect any rights of the Debtors and their estates to assert that any claims for damages arising from the Debtors' rejection of the Contracts is limited to any remedies available under any applicable termination provisions of such rejected Contracts, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

6.      All rights and defenses of the Debtors and any Contract counterparty are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated, expired, or otherwise no longer an executory contract.

7.      The Debtors and their estates do not waive any claims that they may have against any Contract counterparty, whether or not such claims arise under, are related to, or are independent of the Contracts.

8.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority or amount of any particular claim against a Debtor entity; (b) a promise or requirement to pay any particular claim or (c) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

9.      The requirements in Bankruptcy Rule 6006 are satisfied.

10.     This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

**EXHIBIT 1**
**(Rejected Contracts)**

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 12/17/22 | PO 412537682150 | Rivertown | JEA (FORMERLY JAX ELEC AUTH) | P O BOX 45047 | | | JACKSONVILLE | FL | 32232 |
| Purchase Order | 09/24/21 | PO 462000021003 | SJC/SR16 WWTF HEADWORKS/LS | JH WATERS, INC | 189 EISAMAN ROAD | | | IRWIN | PA | 15642 |
| Subcontractor Agreement | 09/24/21 | SC 462000021003 | St. Johns County | JH WATERS, INC | 189 EISAMAN ROAD | | | IRWIN | PA | 15642 |
| Subcontractor Agreement | 03/22/22 | SC 412537351025 | Twin Creeks | JIMCO | 909 LEONARD C TAYLOR PARKWAY | | | GREEN COVE SPRINGS | FL | 32043 |
| Purchase Order | 02/14/22 | PO 412537682025 | Rivertown | JIMCO | 909 LEONARD C TAYLOR PARKWAY | | | GREEN COVE SPRINGS | FL | 32043 |
| Purchase Order | 05/23/22 | PO 412537682052 | Rivertown | JIMCO | 909 LEONARD C TAYLOR PARKWAY | | | GREEN COVE SPRINGS | FL | 32043 |
| Purchase Order | 06/08/22 | PO 412537682062 | Rivertown | JIMCO | 909 LEONARD C TAYLOR PARKWAY | | | GREEN COVE SPRINGS | FL | 32043 |
| Purchase Order | 06/27/22 | PO 412537682072 | Rivertown | JIMCO | 909 LEONARD C TAYLOR PARKWAY | | | GREEN COVE SPRINGS | FL | 32043 |
| Subcontractor Agreement | 11/30/21 | SC 412537681004 | Rivertown | JIMCO | 909 LEONARD C TAYLOR PARKWAY | | | GREEN COVE SPRINGS | FL | 32043 |
| Subcontractor Agreement | 04/14/21 | SC 46300001SC05 | Green Cove Springs | JIMCO | 909 LEONARD C TAYLOR PARKWAY | | | GREEN COVE SPRINGS | FL | 32043 |
| Purchase Order | 12/07/21 | PO 412537742004 | Arlington East | JO-KELL INC | 628 INNOVATION DRIVE | | | CHESAPEAKE | VA | 23320 |
| Purchase Order | 05/17/22 | PO 412537742018 | Arlington East | JO-KELL INC | 628 INNOVATION DRIVE | | | CHESAPEAKE | VA | 23320 |
| Purchase Order | 01/15/20 | PO 412536212001 | Bradley Road | JO-KELL INC | 628 INNOVATION DRIVE | | | CHESAPEAKE | VA | 23320 |
| Purchase Order | 10/09/20 | PO 412536212127 | Bradley Road | JO-KELL INC | 628 INNOVATION DRIVE | | | CHESAPEAKE | VA | 23320 |
| Purchase Order | 03/02/21 | PO 412536212216 | Bradley Road | JO-KELL INC | 628 INNOVATION DRIVE | | | CHESAPEAKE | VA | 23320 |
| Purchase Order | 06/09/22 | PO 412536212367 | Bradley Road | JO-KELL INC | 628 INNOVATION DRIVE | | | CHESAPEAKE | VA | 23320 |
| Subcontractor Agreement | 03/29/21 | SC 412537201004 | Holiday Road | K.C. PETROLEUM INC | 650 Talleyrand Ave | | | JACKSONVILLE | FL | 32202 |

00059897.1

1

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Subcontractor Agreement | 08/09/22 | SC 412537201016 | Holiday Road | KUDZUE 3 TRUCKING | PO BOX 1799 | | | YULEE | FL | 32041 |
| Purchase Order | 01/22/21 | PO 412537132001 | Talleyrand | KUSTERS ZIMA CORPORATION | 101 ZIMA PARK DRIVE | P O BOX 6128 | | SPARTANBURG | SC | 29301 |
| Purchase Order | 11/13/20 | PO 412536974444 | District 2 Headworks | LABOR LAW CENTER INC | 3501 W GARRY AVE | | | SANTA ANA | CA | 92704 |
| Purchase Order | 10/14/21 | PO 412537673001 | Mandarin UV | LAMP SALES UNLIMITED INC | 4580 SAINT AUGUSTINE ROAD | | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 10/19/22 | PO 412537132062 | Talleyrand | LAMP SALES UNLIMITED INC | 4580 SAINT AUGUSTINE ROAD | | | JACKSONVILLE | FL | 32207 |
| Subcontractor Agreement | 01/25/22 | SC 412536211022 | Bradley Road | LANSCAPE CONSTRUCTION LLC | 6683 CISCO GARDENS RD W. | | | JACKSONVILLE | FL | 32219 |
| Subcontractor Agreement | 02/10/20 | SC 412536212009 | Bradley Road | LEESBURG CONCRETE COMPANY | 1335 Thomas Avenue | | | LEESBURG | FL | 34748 |
| Purchase Order | 11/24/21 | PO 462000021008 | SJC/SR16 WWTF HEADWORKS/LS | LEGACY ENGINEERING, INC. | 6424 BEACH BLVD | | | JACKSONVILLE | GA | 32216 |
| Subcontractor Agreement | 04/21/21 | SC 412537351008 | Twin Creeks | LEGACY ENGINEERING, INC. | 6424 BEACH BLVD | | | JACKSONVILLE | GA | 32216 |
| Subcontractor Agreement | 05/03/21 | SC 412537201007 | Holiday Road | LEGACY ENGINEERING, INC. | 6424 BEACH BLVD | | | JACKSONVILLE | GA | 32216 |
| Subcontractor Agreement | 07/12/21 | SC 412536971008 | District 2 Headworks | LEGACY ENGINEERING, INC. | 6424 BEACH BLVD | | | JACKSONVILLE | GA | 32216 |
| Subcontractor Agreement | 08/27/21 | SC 46300001SC15 | Green Cove Springs | LEGACY ENGINEERING, INC. | 6424 BEACH BLVD | | | JACKSONVILLE | GA | 32216 |
| Subcontractor Agreement | 11/24/21 | SC 462000021008 | St. Johns County | LEGACY ENGINEERING, INC. | 6424 BEACH BLVD | | | JACKSONVILLE | GA | 32216 |
| Purchase Order | 03/29/23 | PO 463000012200 | Green Cove Springs | LEHMAN PIPE & PLUMBING SUPPLY | 3575 NW 36th ST | | | MIAMI | FL | 33142 |
| Purchase Order | 03/29/22 | PO 412537352130 | Twin Creeks | LEWIS | 118 OAK PARK DR | | | PEARL | MS | 39208 |
| Subcontractor Agreement | 04/21/21 | SC 412537351009 | Twin Creeks | LIFETIME STEEL BUILDINGS, INC. | 181 STOKES LANDING RD | | | ST. AUGUSTINE | FL | 32095 |
| Purchase Order | 12/22/21 | PO 462000022015 | SJC/SR16 WWTF HEADWORKS/LS | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 12/22/21 | PO 462000022015 | SJC/SR16 WWTF HEADWORKS/LS | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 08/10/22 | PO 412537192064 | Spring Park | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |

00059897.1

2

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 02/01/21 | PO 412537192500 | Spring Park | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 04/13/21 | PO 412537352018 | Twin Creeks | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 11/10/21 | PO 412537682015 | Rivertown | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 01/31/22 | PO 412537743000 | Arlington East | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 05/03/23 | PO 412538342500 | Mandarin Sludge Tank | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 03/02/21 | PO 412537202007 | Holiday Road | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 12/20/19 | PO 412536212010 | Bradley Road | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 11/18/22 | PO 412538172500 | D II Basin Concrete Repair | LOWES CREDIT SERVICES | P.O. Box 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 04/18/23 | PO 412538482500 | Hogans Creek | LOWES CREDIT SERVICES | P.O. Box 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 04/09/21 | PO 463000012016 | Green Cove Springs | LOWES CREDIT SERVICES | P.O. Box 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 12/22/21 | PO 462000022015 | St. Johns County | LOWES CREDIT SERVICES | P.O. Box 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 06/28/22 | PO 46500001-020 | Bridgestone MUD | LOWES CREDIT SERVICES | P.O. Box 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 07/19/22 | PO 46500001-021 | Bridgestone MUD | LOWES CREDIT SERVICES | P.O. Box 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 09/13/22 | PO 46500001-031 | Bridgestone MUD | LOWES CREDIT SERVICES | P.O. Box 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 09/23/21 | PO 412537672500 | Mandarin UV | LOWES CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 10/19/20 | PO 412536973500 | District 2 Headworks | LOWE'S CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 07/06/21 | PO 412537552500 | Monterey UV | LOWE'S CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Purchase Order | 01/19/21 | PO 412537132500 | Talleyrand | LOWE'S CREDIT SERVICES | P.O. BOX 530954 | | | ATLANTA | GA | 30353 |
| Subcontractor Agreement | 03/30/22 | SC 46500001SC06 | Bridgestone MUD | M.A.K. FENCING | P.O. BOX 5203 | | | Alvin | Tx | 77512 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 03/31/21 | PO 412537192601 | Spring Park | MACS INDUSTRIAL SUPPLIES | 10418 NEW BERLIN ROAD 103 | | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 06/03/21 | PO 412536972029 | District 2 Headworks | MACS INDUSTRIAL SUPPLIES | 10418 NEW BERLIN ROAD 103 | | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/27/21 | PO 412537132600 | Talleyrand | MACS INDUSTRIAL SUPPLIES | 10418 NEW BERLIN ROAD 103 | | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 04/17/21 | PO 412537132601 | Talleyrand | MACS INDUSTRIAL SUPPLIES | 10418 NEW BERLIN ROAD 103 | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 08/17/22 | SC 46500001SC08 | Bridgestone MUD | MANCO STRUCTURES, LTD | 6106 FM 3009 | | | SCHERTZ | tx | 78154 |
| Purchase Order | 06/01/21 | PO 412536212265 | Bradley Road | MARCAB COMPANY INC | N/A | | | N/A | N/A | N/A |
| Purchase Order | 02/08/21 | PO 412537192003 | Spring Park | MARKAIR INC | 12276 SAN JOSE BLVD | SUITE 511 | | JACKSONVILLE | FL | 32223 |
| Purchase Order | 05/10/21 | PO 412536972022 | District 2 Headworks | MARKAIR INC | 12276 SAN JOSE BLVD | SUITE 511 | | JACKSONVILLE | FL | 32223 |
| Subcontractor Agreement | 04/22/21 | SC 412537351004 | Twin Creeks | MATERIAL HANDLING SYSTEMS, INC | 2741 NE 4TH AVE | | | POMPANO BEACH | FL | 33064 |
| Subcontractor Agreement | 11/18/21 | SC 412537681013 | Rivertown | MATERIAL HANDLING SYSTEMS, INC | 2741 NE 4TH AVE | | | POMPANO BEACH | FL | 33064 |
| Purchase Order | 04/24/23 | PO 412537671015 | Mandarin UV | MATERIAL HANDLING SYSTEMS, INC | 2741 NE 4TH AVE | | | POMPANO BEACH | FL | 33064 |
| Purchase Order | 06/04/23 | PO 412537682213 | Rivertown | MATRIX GASKET & SUPPLY LLC | 201 DANESE STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 01/06/23 | PO 463000012159 | Green Cove Springs | MATRIX GASKET & SUPPLY LLC | 201 DANESE STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 02/16/23 | PO 463000012179 | Green Cove Springs | MATRIX GASKET & SUPPLY LLC | 201 DANESE STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 04/06/23 | PO 463000015002 | Green Cove Springs | MATRIX GASKET & SUPPLY LLC | 201 DANESE STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 09/28/22 | PO 412537672058 | Mandarin UV | MATRIX MACHINE & REPAIR, INC | 2901 DANESE ST | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 12/03/21 | PO 462000022009 | SJC/SR16 WWTF HEADWORKS/LS | MCCLENDONS PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 12/03/21 | PO 462000022009 | SJC/SR16 WWTF HEADWORKS/LS | MCCLENDONS PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 01/26/22 | PO 412537742007 | Arlington East | MCCLENDONS PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 03/16/23 | PO 412538342008 | Mandarin Sludge Tank | MCCLENDONS PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 04/28/21 | PO 412537202012 | Holiday Road | MCCLENDONS PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 02/17/20 | PO 412536212014 | Bradley Road | MCCLENDONS PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 09/22/21 | PO 412537672002 | Mandarin UV | MCCLENDONS PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 10/08/20 | PO 412536972500 | District 2 Headworks | MCCLENDONS PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 09/14/21 | PO 412537552022 | Monterey UV | MCCLENDONS PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 12/03/21 | PO 462000022009 | St. Johns County | MCCLENDONS PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 01/16/23 | PO 412537192058 | Spring Park | MCCLENDON'S PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 04/15/21 | PO 412537352012 | Twin Creeks | MCCLENDON'S PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 10/25/21 | PO 412537682012 | Rivertown | MCCLENDON'S PORTABLE TOILET IN | P.O. BOX 65370 | | | ORANGE PARK | FL | 32065 |
| Purchase Order | 02/23/22 | PO 412537352112 | Twin Creeks | MCMASTER CARR SUPPLY CO | PO BOX 7690 | | | CHICAGO | IL | 60680 |
| Purchase Order | 10/20/22 | PO 46500001-039 | Bridgestone MUD | MCNICHOLS COMPANY | P.O. BOX 101211 | | | ATLANTA | GA | 30392 |
| Subcontractor Agreement | 06/30/22 | SC 412537741006 | Arlington East | MCYAM3WC | 29821 SW 147 AVE | | | HOMESTEAD | FL | 33020 |
| Subcontractor Agreement | 12/01/21 | SC 412537671004 | Mandarin UV | MCYAM3WC | 29821 SW 147 AVE | | | HOMESTEAD | FL | 33020 |
| Purchase Order | 04/04/21 | PO 412537352023 | Twin Creeks | MESSINA & ASSOCIATES INC | 11340 DEAD RIVER RD | | | TAVARES | FL | 32778 |
| Purchase Order | 02/21/22 | PO 412537352111 | Twin Creeks | MESSINA & ASSOCIATES INC | 11340 DEAD RIVER RD | | | TAVARES | FL | 32778 |
| Purchase Order | 08/09/22 | PO 46500001-026 | Bridgestone MUD | METALLIC PRODUCTS CORP | 7777 HOLLISTER ST | | | HOUSTON | TX | 77040 |
| Purchase Order | 07/28/22 | PO 46500001-025 | Bridgestone MUD | METALPLATE GALVANIZING LP | 10625 NEEDHAM ST | | | HOUSTON | TX | 77013 |
| Purchase Order | 04/21/21 | PO 412537192014 | Spring Park | MICHAEL FERGUSON | 1202 POINTS REACH | | | BERLIN | MD | 21811 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 05/11/21 | PO 412537192016 | Spring Park | MICHAEL FERGUSON | 1202 POINTS REACH | | | BERLIN | MD | 21811 |
| Purchase Order | 06/03/21 | PO 412537192021 | Spring Park | MICHAEL FERGUSON | 1202 POINTS REACH | | | BERLIN | MD | 21811 |
| Purchase Order | 07/01/21 | PO 412537192024 | Spring Park | MICHAEL FERGUSON | 1202 POINTS REACH | | | BERLIN | MD | 21811 |
| Purchase Order | 07/07/21 | PO 412537192027 | Spring Park | MICHAEL FERGUSON | 1202 POINTS REACH | | | BERLIN | MD | 21811 |
| Purchase Order | 07/08/21 | PO 412537192028 | Spring Park | MICHAEL FERGUSON | 1202 POINTS REACH | | | BERLIN | MD | 21811 |
| Purchase Order | 07/29/21 | PO 412537192031 | Spring Park | MICHAEL FERGUSON | 1202 POINTS REACH | | | BERLIN | MD | 21811 |
| Purchase Order | 12/09/21 | PO 412537192037 | Spring Park | MICHAEL FERGUSON | 1202 POINTS REACH | | | BERLIN | MD | 21811 |