# EXHIBIT A

## Proposed Order

00059878.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. ____** |

## ORDER GRANTING DEBTORS' FIFTEENTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE

Upon the Motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") authorizing the Debtors to (i) reject certain executory contracts set forth on Exhibit 1 to this Order, effective as of the Rejection Date and (ii) take such actions as may be necessary to implement and effectuate the rejection of the Contracts; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, and that, except as otherwise ordered

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

00059878.1                                    1

herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, each of the Contracts set forth on **Exhibit 1** attached hereto is hereby rejected effective as of the Rejection Date.

3. Each Contract counterparty shall have until the date fixed by this Court in these Chapter 11 Cases pursuant to Bankruptcy Rule 3003(c)(3) to file any and all claims for damages arising from the Debtors' rejection of the Contracts.

4. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

5. Nothing in this Order shall impair, prejudice, waive or otherwise affect any rights of the Debtors and their estates to assert that any claims for damages arising from the Debtors' rejection of the Contracts is limited to any remedies available under any applicable termination provisions of such rejected Contracts, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

6. All rights and defenses of the Debtors and any Contract counterparty are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated, expired, or otherwise no longer an executory contract.

7. The Debtors and their estates do not waive any claims that they may have against any Contract counterparty, whether or not such claims arise under, are related to, or are independent of the Contracts.

8. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority or amount of any particular claim against a Debtor entity; (b) a promise or requirement to pay any particular claim or (c) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

9. The requirements in Bankruptcy Rule 6006 are satisfied.

10. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

**EXHIBIT 1**
**(Rejected Contracts)**

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 06/06/23 | PO 463000012260 | Green Cove Springs | OLDCASTLE INFRASTRUCTURE, INC | 41 ALMEIDA RD | | | REHOBOTH | MA | 02769 |
| Purchase Order | 12/09/21 | PO 462000022010 | St. Johns County | OLDCASTLE INFRASTRUCTURE, INC | 41 ALMEIDA RD | | | REHOBOTH | MA | 02769 |
| Subcontractor Agreement | 01/17/20 | SC 412536214000 | Bradley Road | OPTIMUM PERSONNEL SERVICES | 5800 BEACH BLVD | #11 | | JACKSONVILLE | FL | 32207 |
| Purchase Order | 11/10/22 | PO 46500001-041 | Bridgestone MUD | OVERHEAD DOOR CO OF THE WOODLA | 3105 POLLOCK ST. | | | CONROE | TX | 77713 |
| Purchase Order | 06/07/23 | PO 46500001-085 | Bridgestone MUD | OVERHEAD DOOR CO OF THE WOODLA | 3105 POLLOCK ST. | | | CONROE | TX | 77713 |
| Purchase Order | 04/08/21 | PO 463000012001 | Green Cove Springs | OVIVO USA LLC | 2404 RUTLAND DRIVE | | | AUSTIN | TX | 75758 |
| Purchase Order | 05/20/21 | PO 412537192018 | Spring Park | PAC VAN INC | 75 REMITTANCE DRIVE | SUITE 3300 | | CHICAGO | IL | 60675 |
| Purchase Order | 03/29/21 | PO 412537352011 | Twin Creeks | PAC VAN INC | 75 REMITTANCE DRIVE | SUITE 3300 | | CHICAGO | IL | 60675 |
| Purchase Order | 06/02/21 | PO 463000012031 | Green Cove Springs | PAC VAN INC | 75 REMITTANCE DRIVE | SUITE 3300 | | CHICAGO | IL | 60675 |
| Purchase Order | 04/23/21 | PO 412537202011 | Holiday Road | PAC VAN INC | P O BOX 6069 | | | INDIANAPOLIS | IN | 46206 |
| Purchase Order | 04/29/21 | PO 412537202015 | Holiday Road | PAC VAN INC | P O BOX 6069 | | | INDIANAPOLIS | IN | 46206 |
| Purchase Order | 02/18/20 | PO 412536212024 | Bradley Road | PAC VAN INC | P O BOX 6069 | | | INDIANAPOLIS | IN | 46206 |
| Purchase Order | 10/08/21 | PO 462000022001 | SJC/SR16 WWTF HEADWORKS/LS | PARKSON CORPORATION | 1401 WEST CYPRESS CREEK ROAD | SUITE 100 | | FORT LAUDERDALE | FL | 33309 |
| Purchase Order | 10/08/21 | PO 462000022001 | SJC/SR16 WWTF HEADWORKS/LS | PARKSON CORPORATION | 1401 WEST CYPRESS CREEK ROAD | SUITE 100 | | FORT LAUDERDALE | FL | 33309 |
| Purchase Order | 10/08/21 | PO 462000022001 | St. Johns County | PARKSON CORPORATION | 1401 WEST CYPRESS CREEK ROAD | SUITE 100 | | FORT LAUDERDALE | FL | 33309 |
| Purchase Order | 05/25/22 | PO 462000022042 | SJC/SR16 WWTF HEADWORKS/LS | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 05/25/22 | PO 462000022042 | SJC/SR16 WWTF HEADWORKS/LS | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 12/06/21 | PO 412537352085 | Twin Creeks | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 01/05/22 | PO 412537352097 | Twin Creeks | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 01/06/22 | PO 412537352099 | Twin Creeks | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 04/18/22 | PO 412537352145 | Twin Creeks | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 04/27/22 | PO 412537352159 | Twin Creeks | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 05/31/22 | PO 412537352178 | Twin Creeks | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 10/14/22 | PO 412537352199 | Twin Creeks | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 05/31/23 | PO 412537352210 | Twin Creeks | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 10/06/22 | PO 412537682114 | Rivertown | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 02/08/23 | PO 412537682168 | Rivertown | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 05/04/23 | PO 412537682201 | Rivertown | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 05/19/23 | PO 412537682208 | Rivertown | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 05/09/23 | PO 412538342016 | Mandarin Sludge Tank | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 01/22/21 | PO 412536212185 | Bradley Road | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 02/22/23 | PO 412536972089 | District 2 Headworks | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 05/11/22 | PO 412537132044 | Talleyrand | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 05/17/23 | PO 463000012248 | Green Cove Springs | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 06/20/23 | PO 463000012271 | Green Cove Springs | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 06/20/23 | PO 463000012272 | Green Cove Springs | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 06/29/23 | PO 463000012281 | Green Cove Springs | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 05/25/22 | PO 462000022042 | St. Johns County | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 06/27/23 | PO 462000022122 | St. Johns County | PBM CONSTRUCTORS INC | 3000 FAYE RD | | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 02/16/22 | PO 412537552066 | Monterey UV | PBM CONSTRUCTORS INC | PO BOX 11089 | | | JACKSONVILLE | FL | 32239 |
| Purchase Order | 02/21/22 | PO 412537552070 | Monterey UV | PBM CONSTRUCTORS INC | PO BOX 11089 | | | JACKSONVILLE | FL | 32239 |
| Purchase Order | 03/01/22 | PO 412537552071 | Monterey UV | PBM CONSTRUCTORS INC | PO BOX 11089 | | | JACKSONVILLE | FL | 32239 |
| Purchase Order | 11/08/22 | PO 412537552092 | Monterey UV | PBM CONSTRUCTORS INC | 4650 NORWOOD AVE | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 05/11/23 | PO 412537552105 | Monterey UV | PBM CONSTRUCTORS INC | PO BOX 11089 | | | JACKSONVILLE | FL | 32239 |
| Purchase Order | 10/01/21 | PO 462000021004 | SJC/SR16 WWTF HEADWORKS/LS | PENN VALLEY PUMP CO., INC | 998 EASTON ROAD | | | WARRINGTON | PA | 18976 |
| Subcontractor Agreement | 10/01/21 | SC 462000021004 | St. Johns County | PENN VALLEY PUMP CO., INC | 998 EASTON ROAD | | | WARRINGTON | PA | 18976 |
| Purchase Order | 06/19/23 | PO 412538342014 | Mandarin Sludge Tank | PERRY FIBERGLASS PRODUCTS, INC | 5415 VILLAGE DRIVE | | | ROCKLEDGE | FL | 32955 |
| Purchase Order | 09/09/21 | PO 412537352066 | Twin Creeks | PESTMASTER SERVICES | 7235 BONNEVAL RD. | | | JACKSONVILLE | FL | 32256 |
| Purchase Order | 01/09/23 | PO 412537682156 | Rivertown | PESTMASTER SERVICES | 7235 BONNEVAL RD. | | | JACKSONVILLE | FL | 32256 |
| Purchase Order | 04/21/20 | PO 412536212059 | Bradley Road | PESTMASTER SERVICES | 7235 BONNEVAL RD | | | JACKSONVILLE | FL | 32256 |
| Purchase Order | 12/03/20 | PO 412536212157 | Bradley Road | PESTMASTER SERVICES | 7235 BONNEVAL RD | | | JACKSONVILLE | FL | 32256 |
| Purchase Order | 02/04/21 | PO 412537132005 | Talleyrand | PPG ARCHITECTURAL FINISHES | P.O. BOX 534979 | | | ATLANTA | GA | 30353 |
| Subcontractor Agreement | 04/06/21 | SC 46300001SC01 | Green Cove Springs | PRECON CORPORATION | 115 SW 140TH TERRACE | | | Newberry | Fl | 32669 |
| Subcontractor Agreement | 02/16/22 | SC 46500001SC01 | Bridgestone MUD | PRELOAD, LLC | 4000 Tower Road | | | Louisville | KY | 40219 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Subcontractor Agreement | 11/09/20 | SC 412536972005 | District 2 Headworks | PREMIER COMMUNICATIONS GROUP | 110 CUMBERLAND PARK DRIVE | SUITE 109 | | ST AUGUSTINE | FL | 32095 |
| Subcontractor Agreement | 04/25/23 | SC 412537681031 | Rivertown | PRO FLOORING SYSTEMS, LLC | 3986 LAUREL CREST DRIVE | | | MULBERRY | FL | 33860 |
| Purchase Order | 03/25/21 | PO 412537352009 | Twin Creeks | PSI TECHNOLOGIES, INC | 151 N. NOB HILL ROAD | SUITE 293 | | PLANTATION | FL | 33324 |
| Purchase Order | 10/28/21 | PO 46500001-001 | Bridgestone MUD | PUMP SOLUTIONS INC | 18953 US HIGHWAY 59 | | | NEW CANEY | TX | 77357 |
| Subcontractor Agreement | 03/09/22 | SC 412537671008 | Mandarin UV | PUMPCRATE AMERICA INC | 161 COMFORT ROAD | | | PALATKA | FL | 32177 |
| Purchase Order | 08/10/22 | PO 462000021012 | SJC/SR16 WWTF HEADWORKS/LS | PUMPCRETE AMERICA INC | 161 COMFORT ROAD | | | PALATKA | FL | 32177 |
| Subcontractor Agreement | 06/15/21 | SC 412537351019 | Twin Creeks | PUMPCRETE AMERICA INC | 161 COMFORT ROAD | | | Palatka | Fl | 32177 |
| Subcontractor Agreement | 10/11/22 | SC 412537681021 | Rivertown | PUMPCRETE AMERICA INC | 161 COMFORT ROAD | | | PALATKA | FL | 32177 |
| Subcontractor Agreement | 08/12/20 | SC 412536211009 | Bradley Road | PUMPCRETE AMERICA INC | 161 COMFORT ROAD | | | PALATKA | FL | 32177 |
| Subcontractor Agreement | 03/23/22 | SC 412536971010 | District 2 Headworks | PUMPCRETE AMERICA INC | 161 COMFORT ROAD | | | PALATKA | FL | 32177 |
| Subcontractor Agreement | 02/02/22 | SC 412537551010 | Monterey UV | PUMPCRETE AMERICA INC | 161 COMFORT ROAD | | | PALATKA | FL | 32177 |
| Subcontractor Agreement | 11/18/21 | SC 46300001SC19 | Green Cove Springs | PUMPCRETE AMERICA INC | 161 COMFORT ROAD | | | PALATKA | FL | 32177 |
| Subcontractor Agreement | 08/10/22 | SC 462000021012 | St. Johns County | PUMPCRETE AMERICA INC | 161 COMFORT ROAD | | | PALATKA | FL | 32177 |
| Purchase Order | 09/09/21 | PO 412537352065 | Twin Creeks | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 08/05/21 | PO 412536212256 | Bradley Road | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 10/28/21 | PO 412536212312 | Bradley Road | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 01/18/22 | PO 412536212331 | Bradley Road | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 04/02/22 | PO 412536212344 | Bradley Road | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 04/27/22 | PO 412536212351 | Bradley Road | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 05/03/22 | PO 412536212352 | Bradley Road | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 04/04/23 | PO 463000012206 | Green Cove Springs | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 06/29/23 | PO 463000012276 | Green Cove Springs | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 06/27/23 | PO 463000012278 | Green Cove Springs | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 07/11/23 | PO 463000012284 | Green Cove Springs | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 06/20/23 | PO 412537682223 | Rivertown | PVF INDUSTRIAL, INC | 425 HOBBS STREET | | | TAMPA | FL | 33619 |
| Purchase Order | 06/08/21 | PO 412537352041 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 12/07/21 | PO 412537352086 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 12/08/21 | PO 412537352089 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 02/01/22 | PO 412537352108 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 03/08/22 | PO 412537352115 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 03/16/22 | PO 412537352123 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 04/08/22 | PO 412537352134 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 04/11/22 | PO 412537352138 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 04/15/22 | PO 412537352144 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 04/19/22 | PO 412537352151 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 04/22/22 | PO 412537352156 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 04/26/22 | PO 412537352158 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 07/12/22 | PO 412537352189 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 08/09/22 | PO 412537352192 | Twin Creeks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 01/12/22 | PO 412536212329 | Bradley Road | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 02/21/22 | PO 412536972062 | District 2 Headworks | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 06/23/22 | PO 412537552075 | Monterey UV | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Purchase Order | 12/14/21 | PO 463000012058 | Green Cove Springs | RAM TOOL AND SUPPLY COMPANY | 3620 8TH AVE SOUTH | | | BIRMINGHAM | AL | 35222 |
| Subcontractor Agreement | 03/11/20 | SC 412536212043 | Bradley Road | RANEGLINE TAPPING SERVICES INC | P O BOX 210155 | | | ROYAL PALM BEACH | FL | 33421 |
| Subcontractor Agreement | 12/01/22 | SC 412537191011 | Spring Park | RANGELINE TAPPING SERVICES INC | PO BOX 210155 | | | ROYAL PALM BEACH | FL | 33421 |
| Subcontractor Agreement | 01/15/20 | SC 412536212004 | Bradley Road | RC DEVELOPMENT GROUP, INC | 145 HILDEN ROAD | SUITE 105 | | PONTE VEDRA | FL | 32081 |