# **EXHIBIT A**

**Proposed Order**

00059892.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. \_\_\_\_** |

### ORDER GRANTING DEBTORS' SIXTEENTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE

Upon the Motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") authorizing the Debtors to (i) reject certain executory contracts set forth on Exhibit 1 to this Order, effective as of the Rejection Date and (ii) take such actions as may be necessary to implement and effectuate the rejection of the Contracts; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, and that, except as otherwise ordered

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, each of the Contracts set forth on **Exhibit 1** attached hereto is hereby rejected effective as of the Rejection Date.

3. Each Contract counterparty shall have until the date fixed by this Court in these Chapter 11 Cases pursuant to Bankruptcy Rule 3003(c)(3) to file any and all claims for damages arising from the Debtors' rejection of the Contracts.

4. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

5. Nothing in this Order shall impair, prejudice, waive or otherwise affect any rights of the Debtors and their estates to assert that any claims for damages arising from the Debtors' rejection of the Contracts is limited to any remedies available under any applicable termination provisions of such rejected Contracts, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

6. All rights and defenses of the Debtors and any Contract counterparty are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated, expired, or otherwise no longer an executory contract.

7. The Debtors and their estates do not waive any claims that they may have against any Contract counterparty, whether or not such claims arise under, are related to, or are independent of the Contracts.

8. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority or amount of any particular claim against a Debtor entity; (b) a promise or requirement to pay any particular claim or (c) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

9. The requirements in Bankruptcy Rule 6006 are satisfied.

10. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

**EXHIBIT 1**
**(Rejected Contracts)**

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 07/20/20 | PO 412536212091 | Bradley Road | REALCO RECYCLING | 8707 SOMERS ROAD SOUTH | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 11/09/21 | SC 412536211020 | Bradley Road | REALCO RECYCLING | 8707 SOMERS ROAD SOUTH | | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 09/22/21 | PO 412537672003 | Mandarin UV | REALCO RECYCLING | 8707 SOMERS ROAD SOUTH | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 02/14/22 | SC 412537551011 | Monterey UV | REALCO RECYCLING | 8707 SOMERS ROAD SOUTH | | | JACKSONVILLE | FL | 32226 |
| Subcontractor Agreement | 02/10/22 | SC 412537351024 | Twin Creeks | RECOVERY ZONE DBA RZ SERVICE | 108 RIVERSIDE AVE | SUITE 502 | | ATLANTA | GA | 32202 |
| Purchase Order | 11/18/21 | PO 412537682017 | Rivertown | RECOVERY ZONE DBA RZ SERVICE | 108 RIVERSIDE AVE | SUITE 502 | | ATLANTA | GA | 32202 |
| Purchase Order | 02/28/22 | PO 412537682036 | Rivertown | RECOVERY ZONE DBA RZ SERVICE | 108 RIVERSIDE AVE | SUITE 502 | | ATLANTA | GA | 32202 |
| Purchase Order | 04/22/22 | PO 412537682046 | Rivertown | RECOVERY ZONE DBA RZ SERVICE | 108 RIVERSIDE AVE | SUITE 502 | | ATLANTA | GA | 32202 |
| Purchase Order | 04/22/22 | PO 412537682047 | Rivertown | RECOVERY ZONE DBA RZ SERVICE | 108 RIVERSIDE AVE | SUITE 502 | | ATLANTA | GA | 32202 |
| Subcontractor Agreement | 10/13/21 | SC 412537681008 | Rivertown | RECOVERY ZONE DBA RZ SERVICE | 108 RIVERSIDE AVE | SUITE 502 | | ATLANTA | GA | 32202 |
| Purchase Order | 09/17/21 | PO 412537552024 | Monterey UV | RECOVERY ZONE DBA RZ SERVICE | 108 RIVERSIDE AVE | SUITE 502 | | ATLANTA | GA | 32202 |
| Purchase Order | 02/23/21 | PO 412537132012 | Talleyrand | RECOVERY ZONE DBA RZ SERVICE | 108 RIVERSIDE AVE | SUITE 502 | | ATLANTA | GA | 32202 |
| Purchase Order | 09/07/21 | PO 412537352062 | Twin Creeks | RED-D-ARC INC | PO BOX 532618 | | | ATLANTA | GA | 30353 |
| Purchase Order | 09/07/21 | PO 412537202040 | Holiday Road | RED-D-ARC INC | PO BOX 532618 | | | ATLANTA | GA | 30353 |
| Purchase Order | 05/23/22 | PO 462000022040 | SJC/SR16 WWTF HEADWORKS/LS | RED-D-ARC WELDERENTALS | P.O. BOX 532618 | | | ATLANTA | GA | 30353 |
| Purchase Order | 05/23/22 | PO 462000022040 | SJC/SR16 WWTF HEADWORKS/LS | RED-D-ARC WELDERENTALS | P.O. BOX 532618 | | | ATLANTA | GA | 30353 |
| Purchase Order | 08/31/21 | PO 463000012046 | Green Cove Springs | Red-D-Arc Welderentals | P.O. Box 532618 | | | ATLANTA | GA | 30353 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 05/23/22 | PO 462000022040 | St. Johns County | Red-D-Arc Welderentals | P.O. Box 532618 | | | ATLANTA | GA | 30353 |
| Subcontractor Agreement | 10/25/22 | SC 412537681022 | Rivertown | REGISTER ROOFING & SHEET METAL | 4632 Sub Chaser Court | | | JACKSONVILLE | FL | 32244 |
| Subcontractor Agreement | 02/21/22 | SC 412537741001 | Arlington East | REGISTER ROOFING & SHEET METAL | 4632 Sub Chaser Court | | | JACKSONVILLE | FL | 32244 |
| Purchase Order | 08/23/22 | PO 46500001-028 | Bridgestone MUD | REPUBLIC SERVICES INC | PO BOX 77829 | | | PHOENIX | AZ | 85062 |
| Purchase Order | 06/16/22 | PO 412537682065 | Rivertown | REPUBLIC SERVICES INC OF FL | 8619 WESTERN WAY | | | JACKSONVILLE | FL | 32256 |
| Purchase Order | 03/21/23 | PO 412538342009 | Mandarin Sludge Tank | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 02/20/20 | PO 412536212027 | Bradley Road | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 05/05/20 | PO 412536212062 | Bradley Road | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 09/15/20 | PO 412536212112 | Bradley Road | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 09/24/20 | PO 412536212117 | Bradley Road | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 09/29/20 | PO 412536212120 | Bradley Road | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 10/09/20 | PO 412536212126 | Bradley Road | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 10/29/20 | PO 412536212135 | Bradley Road | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 12/01/20 | PO 412536212153 | Bradley Road | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 11/01/21 | PO 412536212314 | Bradley Road | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 12/07/22 | PO 412536972084 | District 2 Headworks | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 01/10/23 | PO 412536972086 | District 2 Headworks | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Purchase Order | 02/25/23 | PO 412538482001 | Hogans Creek | REXEL USA, INC. | 14951 DALLAS PARKWAY | | | DALLAS | TX | 75254 |
| Subcontractor Agreement | 04/22/21 | SC 412537351010 | Twin Creeks | RFE CONSTRUCTION & FENCE SRVCS | 4622 CASTLEWOOD DR E | | | JACKSONVILLE | FL | 32206 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Subcontractor Agreement | 05/19/21 | SC 412536211015 | Bradley Road | RFE CONSTRUCTION & FENCE SRVCS | 4622 CASTLEWOOD DR E | | | JACKSONVILLE | FL | 32206 |
| Subcontractor Agreement | 05/11/21 | SC 46300001SC07 | Green Cove Springs | RFE CONSTRUCTION & FENCE SRVCS | 4622 CASTLEWOOD DR E | | | JACKSONVILLE | Fl | 32206 |
| Subcontractor Agreement | 06/28/21 | SC 412537201012 | Holiday Road | RING POWER CORP INC | 500 WORLD COMMERCE PKWY | | | ST AUGUSTINE | FL | 32092 |
| Purchase Order | 09/22/22 | PO 412537682106 | Rivertown | RINKER MATERIALS DBA RINKER MATERIALS | 5 CONCOURSE PARKWAY | SUITE 1900 | | ATLANTA | GA | 30328 |
| Purchase Order | 01/04/23 | PO 412537682133 | Rivertown | RINKER MATERIALS DBA RINKER MATERIALS | 5 CONCOURSE PARKWAY | SUITE 1900 | | ATLANTA | GA | 30328 |
| Purchase Order | 01/12/23 | PO 412537682157 | Rivertown | RINKER MATERIALS DBA RINKER MATERIALS | 5 CONCOURSE PARKWAY | SUITE 1900 | | ATLANTA | GA | 30328 |
| Purchase Order | 01/13/23 | PO 463000012166 | Green Cove Springs | RINKER MATERIALS DBA RINKER MATERIALS | 5 CONCOURSE PARKWAY | SUITE 1900 | | ATLANTA | GA | 30328 |
| Purchase Order | 03/14/23 | PO 412537192069 | Spring Park | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 10/01/21 | PO 412537198888 | Spring Park | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 04/14/21 | PO 412537352021 | Twin Creeks | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 08/09/22 | PO 412537682086 | Rivertown | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 10/01/21 | PO 412537208888 | Holiday Road | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 12/31/19 | PO 412536212011 | Bradley Road | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 01/06/20 | PO 412536212012 | Bradley Road | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 12/08/20 | PO 412536212161 | Bradley Road | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 02/12/20 | PO 412536219999 | Bradley Road | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 10/01/21 | PO 412537679000 | Mandarin UV | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 10/22/20 | PO 412536972007 | District 2 Headworks | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 03/10/21 | PO 412537132016 | Talleyrand | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 05/26/23 | PO 463000012254 | Green Cove Springs | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 07/13/23 | PO 463000012286 | Green Cove Springs | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 03/07/22 | PO 46500001-013 | Bridgestone MUD | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 06/05/23 | PO 46500001-083 | Bridgestone MUD | RITZ SAFETY | PO BOX 713139 | | | CINCINNATI | OH | 45271 |
| Purchase Order | 02/25/23 | PO 412538482005 | Hogans Creek | RM MYERS COMPANY, INC. | 4505 Lexington Ave | | | JACKSONVILLE | FL | 32210 |
| Purchase Order | 07/08/21 | PO 412537192029 | Spring Park | ROBERTS | 1212 SUNSET DRIVE | | | SIGNAL MOUNTAIN | TN | 37377 |
| Purchase Order | 05/26/22 | PO 412537352177 | Twin Creeks | ROBERTS | 1212 SUNSET DRIVE | | | SIGNAL MOUNTAIN | TN | 37377 |
| Purchase Order | 02/05/21 | PO 412536217500 | Bradley Road | ROBERTS OXYGEN COMPANY INC | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 02/15/22 | PO 412537552064 | Monterey UV | ROBERTS OXYGEN COMPANY INC | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 07/20/22 | PO 462000022051 | SJC/SR16 WWTF HEADWORKS/LS | ROBERTS OXYGEN COMPANY, INC. | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 07/20/22 | PO 462000022051 | SJC/SR16 WWTF HEADWORKS/LS | ROBERTS OXYGEN COMPANY, INC. | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 03/09/23 | PO 412537682182 | Rivertown | ROBERTS OXYGEN COMPANY, INC. | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | | PO 412537743500 | Arlington East | ROBERTS OXYGEN COMPANY, INC. | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 03/15/22 | PO 412537202063 | Holiday Road | ROBERTS OXYGEN COMPANY, INC. | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 08/02/21 | PO 412537132028 | Talleyrand | ROBERTS OXYGEN COMPANY, INC. | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 01/21/23 | PO 463000012173 | Green Cove Springs | ROBERTS OXYGEN COMPANY, INC. | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 04/12/23 | PO 463000015003 | Green Cove Springs | ROBERTS OXYGEN COMPANY, INC. | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 07/20/22 | PO 462000022051 | St. Johns County | ROBERTS OXYGEN COMPANY, INC. | 332 DRAKE STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 06/30/22 | PO 412537672041 | Mandarin UV | ROUNDTREE SOD SERVICE INC | 3636 PHOENIX AVE | | | JACKSONVILLE | FL | 32206 |
| Subcontractor Agreement | 05/15/20 | SC 412536212067 | Bradley Road | ROWE DRILLING COMPANY INC | 7584 W Tennessee St | | | TALLAHASSEE | FL | 32304 |
| Subcontractor Agreement | 07/11/23 | SC 412537741013 | Arlington East | RSR INDUSTRIAL COATINGS, INC | 1577 Centennial Blvd | | | BARTOW | FL | 33830 |
| Subcontractor Agreement | 04/26/23 | SC 412538341005 | Mandarin Sludge Tank | RSR INDUSTRIAL COATINGS, INC | 1577 Centennial Blvd | | | BARTOW | FL | 33830 |
| Purchase Order | 02/18/21 | PO 412536212208 | Bradley Road | RUBBER & GASKET SPECIALTIES | 1035 EAST 26TH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 06/30/21 | PO 412536212275 | Bradley Road | RUBBER & GASKET SPECIALTIES | 1035 EAST 26TH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 09/14/22 | PO 412537132057 | Talleyrand | RUBBER & GASKET SPECIALTIES | 1035 EAST 26TH STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 08/09/22 | PO 412537352193 | Twin Creeks | RUBIN IRON WORKS, INC. | 608 CARMEN STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 08/22/22 | PO 412537742034 | Arlington East | RUBIN IRON WORKS, INC. | 608 CARMEN STREET | | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 12/30/21 | PO 462000022016 | SJC/SR16 WWTF HEADWORKS/LS | RW GATE COMPANY INC | 79 102ND STREET | SUITE 100 | | TROY | NY | 12180 |
| Purchase Order | 12/30/21 | PO 462000022016 | SJC/SR16 WWTF HEADWORKS/LS | RW GATE COMPANY INC | 79 102ND STREET | SUITE 100 | | TROY | NY | 12180 |
| Purchase Order | 12/30/21 | PO 462000022016 | St. Johns County | RW GATE COMPANY INC | 79 102ND STREET | SUITE 100 | | TROY | NY | 12180 |
| Purchase Order | 02/19/20 | PO 412536212023 | Bradley Road | RYAN HERCO PRODUCTS CORP | 3010N SAN FERNANDO BLVD | | | BURBANK | CA | 91504 |
| Purchase Order | 03/09/21 | PO 412537132014 | Talleyrand | RYAN HERCO PRODUCTS CORP | 3010N SAN FERNANDO BLVD | | | BURBANK | CA | 91504 |
| Purchase Order | 02/09/21 | PO 412537134000 | Talleyrand | SAWYER SAFETY SUPPLY | 2130 Emerson St | | | JACKSONVILLE | Fl | 32207 |
| Purchase Order | 10/22/20 | PO 412536977001 | District 2 Headworks | SAWYER SAFETY SUPPLY | 2130 Emerson St | | | JACKSONVILLE | Fl | 32207 |
| Subcontractor Agreement | 01/26/22 | SC 412537671007 | Mandarin UV | SCHRODER MATERIAL HANDLING SYS | 2275 PERIMETER ROAD, SCTAC | PO BOX 8142 | | GREENVILLE | SC | 29605 |
| Purchase Order | 08/22/22 | PO 462000022058 | SJC/SR16 WWTF HEADWORKS/LS | SHAWS LAND CLEARING LLC | 2762 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32254 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 08/22/22 | PO 462000022058 | SJC/SR16 WWTF HEADWORKS/LS | SHAWS LAND CLEARING LLC | 2762 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 07/27/21 | PO 412537192030 | Spring Park | SHAWS LAND CLEARING LLC | 2762 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32254 |
| Subcontractor Agreement | 05/02/23 | SC 412537191010 | Spring Park | SHAWS LAND CLEARING LLC | 2762 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 07/29/21 | PO 412537352057 | Twin Creeks | SHAWS LAND CLEARING LLC | 2762 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32254 |
| Subcontractor Agreement | 05/06/21 | SC 412537351015 | Twin Creeks | SHAWS LAND CLEARING LLC | 2762 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 07/20/22 | PO 412537682083 | Rivertown | SHAWS LAND CLEARING LLC | 2762 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 08/11/22 | PO 412537682092 | Rivertown | SHAWS LAND CLEARING LLC | 2762 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 10/12/22 | PO 412537682115 | Rivertown | SHAWS LAND CLEARING LLC | 2762 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 12/28/22 | po 412537682152 | Rivertown | SHAWS LAND CLEARING LLC | 2762 WEST BEAVER STREET | | | JACKSONVILLE | FL | 32254 |