
# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No. \_\_\_\_** |

**ORDER GRANTING DEBTORS' EIGHTEENTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION DATE**

Upon the Motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") authorizing the Debtors to (i) reject certain executory contracts set forth on Exhibit 1 to this Order, effective as of the Rejection Date and (ii) take such actions as may be necessary to implement and effectuate the rejection of the Contracts; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules, and that, except as otherwise ordered

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, each of the Contracts set forth on **Exhibit 1** attached hereto is hereby rejected effective as of the Rejection Date.

3. Each Contract counterparty shall have until the date fixed by this Court in these Chapter 11 Cases pursuant to Bankruptcy Rule 3003(c)(3) to file any and all claims for damages arising from the Debtors' rejection of the Contracts.

4. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

5. Nothing in this Order shall impair, prejudice, waive or otherwise affect any rights of the Debtors and their estates to assert that any claims for damages arising from the Debtors' rejection of the Contracts is limited to any remedies available under any applicable termination provisions of such rejected Contracts, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

6. All rights and defenses of the Debtors and any Contract counterparty are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract is terminated, expired, or otherwise no longer an executory contract.

7. The Debtors and their estates do not waive any claims that they may have against any Contract counterparty, whether or not such claims arise under, are related to, or are independent of the Contracts.

8. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority or amount of any particular claim against a Debtor entity; (b) a promise or requirement to pay any particular claim or (c) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

9. The requirements in Bankruptcy Rule 6006 are satisfied.

10. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

**EXHIBIT 1**
**(Rejected Contracts)**

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 03/28/23 | PO 412537552103 | Monterey UV | SPENCER CONS & ENGINEERING INC | 4650 NORWOOD AVE | | JACKSONVILLE | FL | 32206 |
| Subcontractor Agreement | 05/02/23 | SC 46300001SC28 | Green Cove Springs | SPENCER CONS & ENGINEERING INC | 4650 NORWOOD AVE | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 01/09/23 | PO 462000022097 | St. Johns County | SPENCER CONS & ENGINEERING INC | 4650 NORWOOD AVE | | JACKSONVILLE | FL | 32206 |
| Purchase Order | 07/11/22 | PO 412537352188 | Twin Creeks | SPENCER WHITE | 2951 ALGERNON CIR | | HEPHZIBAH | GA | 30815 |
| Purchase Order | 03/25/21 | PO 412537352007 | Twin Creeks | STANDARD PRECAST INC | P.O. BOX 61839 | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 02/24/20 | PO 412536212032 | Bradley Road | STANDARD PRECAST INC | P.O. BOX 61839 | | JACKSONVILLE | FL | 32236 |
| Purchase Order | 01/04/22 | PO 412537682027 | Rivertown | STAPLES INC. | 500 STAPLES DRIVE | | FRAMINGHAM | MA | 1702 |
| Purchase Order | 07/19/21 | PO 463000012037 | Green Cove Springs | STAPLES INC. | 500 STAPLES DRIVE | | FRAMINGHAM | MA | 1702 |
| Subcontractor Agreement | 11/10/11 | SC 462000021005 | St. Johns County | STAR CONTROLS, INC | 11555 HERON BAY BLVD | SUITE 200 | CORAL SPRINGS | FL | 33076 |
| Purchase Order | 11/10/21 | PO 462000021005 | SJC/SR16 WWTF HEADWORKS/LS | STAR CONTROLS, INC. | 11555 HERON BAY BLVD | SUITE 200 | CORAL SPRINGS | FL | 33076 |
| Purchase Order | 02/16/23 | PO 462000022113 | SJC/SR16 WWTF HEADWORKS/LS | STRICKLAND SUPPLIES INC | 8355 ARLINGTON EXPY | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 02/16/23 | PO 462000022113 | SJC/SR16 WWTF HEADWORKS/LS | STRICKLAND SUPPLIES INC | 8355 ARLINGTON EXPY | | JACKSONVILLE | FL | 32211 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 02/16/23 | PO 462000022113 | St. Johns County | STRICKLAND SUPPLIES INC | 8355 ARLINGTON EXPY | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 10/19/21 | PO 412536974455 | District 2 Headworks | STRICKLAND SUPPLIES INC | 8355 ARLINGTON EXPY | | JACKSONVILLE | FL | 32211 |
| Purchase Order | 12/21/21 | PO 46500001-008 | Bridgestone MUD | SUN COAST RESOURCES INC | 6405 CAVALCADE ST. | BLDG. 1 | HOUSTON | TX | 77026 |
| Purchase Order | 02/08/22 | PO 462000022025 | SJC/SR16 WWTF HEADWORKS/LS | SUNBELT INDUSTRIAL CO INC | 4625 VALLEYDALE RD | | BIRMINGHAM | AL | 35242 |
| Purchase Order | 02/08/22 | PO 462000022025 | SJC/SR16 WWTF HEADWORKS/LS | SUNBELT INDUSTRIAL CO INC | 4625 VALLEYDALE RD | | BIRMINGHAM | AL | 35242 |
| Purchase Order | 07/13/21 | PO 412537352053 | Twin Creeks | SYNERGY RENTS LLC | MAIL CODE 5640 | PO BOX 105046 | ATLANTA | GA | 30348 |
| Purchase Order | 07/29/21 | PO 412537352056 | Twin Creeks | SYNERGY RENTS LLC | MAIL CODE 5640 | PO BOX 105046 | ATLANTA | GA | 30348 |
| Purchase Order | 10/06/21 | PO 412537352075 | Twin Creeks | SYNERGY RENTS LLC | MAIL CODE 5640 | PO BOX 105046 | ATLANTA | GA | 30348 |
| Purchase Order | 03/23/22 | PO 412537682039 | Rivertown | SYNERGY RENTS LLC | MAIL CODE 5640 | P.O. BOX 105046 | ATLANTA | GA | 30348 |
| Purchase Order | 08/31/21 | PO 463000012047 | Green Cove Springs | SYNERGY RENTS LLC | MAIL CODE 5640 | PO BOX 105046 | ATLANTA | GA | 30348 |
| Purchase Order | 08/31/21 | PO 463000012048 | Green Cove Springs | SYNERGY RENTS LLC | MAIL CODE 5640 | PO BOX 105046 | ATLANTA | GA | 30348 |
| Purchase Order | 09/09/22 | PO 463000012120 | Green Cove Springs | SYNERGY RENTS LLC | MAIL CODE 5640 | PO BOX 105046 | ATLANTA | GA | 30348 |
| Purchase Order | 07/06/21 | PO 412537192025 | Spring Park | T3 CUSTOM FABRICATORS, INC | PO BOX 1687 | | SORRENTO | FL | 32776 |
| Purchase Order | 12/05/22 | PO 412537682140 | Rivertown | T3 CUSTOM FABRICATORS, INC | PO BOX 1687 | | SORRENTO | FL | 32776 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 01/12/23 | PO 412537682158 | Rivertown | T3 CUSTOM FABRICATORS, INC | PO BOX 1687 | | SORRENTO | FL | 32776 |
| Purchase Order | 02/06/23 | PO 412537682167 | Rivertown | T3 CUSTOM FABRICATORS, INC | PO BOX 1687 | | SORRENTO | FL | 32776 |
| Purchase Order | 05/05/21 | PO 412537202017 | Holiday Road | T3 CUSTOM FABRICATORS, INC | PO BOX 1687 | | SORRENTO | FL | 32776 |
| Purchase Order | 06/02/22 | PO 412537672028 | Mandarin UV | T3 CUSTOM FABRICATORS, INC | PO BOX 1687 | | SORRENTO | FL | 32776 |
| Purchase Order | 08/23/22 | PO 412537672051 | Mandarin UV | T3 CUSTOM FABRICATORS, INC | PO BOX 1687 | | SORRENTO | FL | 32776 |
| Purchase Order | 10/22/20 | PO 412536972005 | District 2 Headworks | T3 CUSTOM FABRICATORS, INC | PO BOX 1687 | | SORRENTO | FL | 32776 |
| Purchase Order | 06/11/21 | PO 412537132023 | Talleyrand | T3 CUSTOM FABRICATORS, INC | P.O. Box 1687 | | SORRENTO | FL | 32776 |
| Purchase Order | 05/17/23 | PO 463000012247 | Green Cove Springs | T3 CUSTOM FABRICATORS, INC | P.O. Box 1687 | | SORRENTO | FL | 32776 |
| Subcontractor Agreement | 10/27/22 | SC 412537681020 | Rivertown | TAILORED FOAM OF FLORIDA, LLC | 3900 Saint Johns Parkway | | SANFORD | FL | 32771 |
| Subcontractor Agreement | 11/12/21 | SC 412537681012 | Rivertown | TESCO CONTROLS, INC | PO BOX 103214 | | PASADENA | CA | 91189 |
| Purchase Order | 03/06/23 | PO 46500001-050 | Bridgestone MUD | TEXAS INDUSTRIAL SPECIALTIES | 2614 CENTER STREET | | DEER PARK | TX | 77536 |
| Purchase Order | 12/02/21 | PO 46500001-006 | Bridgestone MUD | TEXAS OUTHOUSE, INC | 950 MCCARTY | | HOUSTON | TX | 77029 |
| Subcontractor Agreement | 04/19/21 | SC 412537351007 | Twin Creeks | TILLMAN BUILDING SERVICES | 126 HALSEMA RD N. | | JACKSONVILLE | FL | 32220 |
| Purchase Order | 07/12/23 | PO 46500001-093 | Bridgestone MUD | TMG ARCHITECTURAL SOLUTIONS | 1220 BLALOCK RD, SUITE 300 | | HOUSTON | TX | 77055 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 06/14/22 | PO 463000012077 | Green Cove Springs | TNEMEC COMPANY INC | 4975 PRESTON PK BLVD #480 | | PLANO | TX | 75093 |
| Purchase Order | 07/12/22 | PO 463000012089 | Green Cove Springs | TNEMEC COMPANY INC | 4975 PRESTON PK BLVD #480 | | PLANO | TX | 75093 |
| Purchase Order | 01/10/23 | PO 463000012164 | Green Cove Springs | TNEMEC COMPANY INC | 4975 PRESTON PK BLVD #480 | | PLANO | TX | 75093 |
| Purchase Order | 03/30/23 | PO 463000012202 | Green Cove Springs | TNEMEC COMPANY INC | 4975 PRESTON PK BLVD #480 | | PLANO | TX | 75093 |
| Purchase Order | 04/04/23 | PO 463000012209 | Green Cove Springs | TNEMEC COMPANY INC | 4975 PRESTON PK BLVD #480 | | PLANO | TX | 75093 |
| Subcontractor Agreement | 08/09/23 | SC 46500001TO01 | Bridgestone MUD | TNT CRANE AND RIGGING, INC | 925 SOUTH LOOP WEST | | Houston | Tx | 77054 |
| Purchase Order | 05/31/22 | PO 412537742017 | Arlington East | TOM BARROW COMPANY | 6950 HIGHWAY AVE | SUITE 1 | JACKSONVILE | FL | 32254 |
| Purchase Order | 03/20/23 | PO 412537194000 | Spring Park | TRADESMEN INTERNATIONAL LLC | 9760 SHEPARD ROAD | | MACEDONIA | OH | 44056 |
| Purchase Order | 06/17/23 | PO 412537685000 | Rivertown | TRADESMEN INTERNATIONAL LLC | 9760 SHEPARD ROAD | | MACEDONIA | OH | 44056 |
| Purchase Order | 05/08/23 | PO 463000015004 | Green Cove Springs | TRADESMEN INTERNATIONAL LLC | 9760 SHEPARD ROAD | | MACEDONIA | OH | 44056 |
| Purchase Order | 09/08/22 | PO 462000022062 | SJC/SR16 WWTF HEADWORKS/LS | TREKKER DISTRIBUTOR INC | 12601 WEST OKEECHOBEE ROAD | | HIALEAH GARDENS | FL | 33018 |
| Purchase Order | 09/08/22 | PO 462000022062 | SJC/SR16 WWTF HEADWORKS/LS | TREKKER DISTRIBUTOR INC | 12601 WEST OKEECHOBEE ROAD | | HIALEAH GARDENS | FL | 33018 |
| Purchase Order | 06/26/23 | PO 463000012277 | Green Cove Springs | TREKKER DISTRIBUTOR INC | 12601 WEST OKEECHOBEE ROAD | | HIALEAH GARDENS | FL | 33018 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 09/08/22 | PO 462000022062 | St. Johns County | TREKKER DISTRIBUTOR INC | 12601 WEST OKEECHOBEE ROAD | | HIALEAH GARDENS | FL | 33018 |
| Purchase Order | 08/18/21 | PO 412537552015 | Monterey UV | TREKKER DISTRIBUTOR INC | 12601 WEST OKEECHOBEE ROAD | | HIALEAH GARDENS | FL | 33018 |
| Purchase Order | 10/20/21 | PO 412537352078 | Twin Creeks | TRENCH PLATE RENTAL CO | 13217 LAURELDALE AVENUE | | DOWNEY | CA | 90242 |
| Purchase Order | 12/31/21 | PO 412536212327 | Bradley Road | TRENCH PLATE RENTAL CO | 13217 LAURELDALE AVENUE | | DOWNEY | CA | 90242 |
| Purchase Order | 03/15/22 | PO 412536212341 | Bradley Road | TRENCH PLATE RENTAL CO | 13217 LAURELDALE AVENUE | | DOWNEY | CA | 90242 |
| Purchase Order | 06/21/22 | PO 412537672036 | Mandarin UV | TRENCH PLATE RENTAL CO | 13217 LAURELDALE AVENUE | | DOWNEY | CA | 90242 |
| Purchase Order | 12/20/21 | PO 412537552050 | Monterey UV | TRENCH PLATE RENTAL CO | 13217 LAURELDALE AVENUE | | DOWNEY | CA | 90242 |
| Purchase Order | 08/02/22 | PO 463000012095 | Green Cove Springs | TRENCH PLATE RENTAL CO | 13217 LAURELDALE AVENUE | | DOWNEY | CA | 90242 |
| Purchase Order | 05/21/21 | PO 412536972026 | District 2 Headworks | TRI STATE TOOL & HOIST, INC | 707 S. ELLISWORTH AVENUE | | SALEM | OH | 44460 |
| Subcontractor Agreement | 02/01/22 | SC 412537741002 | Arlington East | TRIANGLE LIGHTING PROTECTION | 2587 COUNTY ROAD 44 WEST | | EUSTIS | FL | 32726 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Subcontractor Agreement | 10/17/20 | SC 412536211010 | Bradley Road | TRIANGLE LIGHTING PROTECTION | 2587 COUNTY ROAD 44 WEST | | EUSTIS | FL | 32726 |
| Purchase Order | 04/19/22 | PO 412537352149 | Twin Creeks | TRINOVA, INC. | 4485 LAUGHLIN DRIVE SOUTH | | MOBILE | AL | 36693 |
| Purchase Order | 03/11/23 | PO 412537742046 | Arlington East | TRITEN INDUSTRIAL CONTRACTORS | 3051 FAYE ROAD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 05/26/23 | PO 412538342020 | Mandarin Sludge Tank | TRITEN INDUSTRIAL CONTRACTORS | 3051 FAYE ROAD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 07/13/23 | PO 412538342033 | Mandarin Sludge Tank | TRITEN INDUSTRIAL CONTRACTORS | 3051 FAYE ROAD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 09/09/22 | PO 412537202072 | Holiday Road | TRITEN INDUSTRIAL CONTRACTORS | 3051 FAYE ROAD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 05/05/20 | PO 412536212063 | Bradley Road | TRITEN INDUSTRIAL CONTRACTORS | 3051 FAYE ROAD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 06/09/20 | PO 412536212077 | Bradley Road | TRITEN INDUSTRIAL CONTRACTORS | 3051 FAYE ROAD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 08/26/21 | PO 412537552018 | Monterey UV | TROJAN TECHNOLOGIES GROUP LLC | 3020 GORE ROAD | | LONDON | ON | N5V 4 |
| Purchase Order | 09/18/21 | PO 462000021002 | SJC/SR16 WWTF HEADWORKS/LS | TSC-JACOBS NORTH | 24156 SR 54, SUITE 3 | | LUTZ | FL | 33559 |
| Purchase Order | 09/18/21 | PO 462000021002 | SJC/SR16 WWTF HEADWORKS/LS | TSC-JACOBS NORTH | 24156 SR 54, SUITE 3 | | LUTZ | FL | 33559 |

00059841.1

6

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 08/26/21 | PO 412537552017 | Monterey UV | TSC-JACOBS NORTH | 24156 SR 54 | SUITE 3 | LUTZ | FL | 33559 |
| Purchase Order | 03/31/21 | PO 463000012003 | Green Cove Springs | TSC-JACOBS NORTH | 24156 SR 54, SUITE 3 | | LUTZ | FL | 33559 |
| Purchase Order | 03/31/21 | PO 463000012004 | Green Cove Springs | TSC-JACOBS NORTH | 24156 SR 54, SUITE 3 | | LUTZ | FL | 33559 |
| Purchase Order | 09/18/21 | PO 462000021002 | St. Johns County | TSC-JACOBS NORTH | 24156 SR 54, SUITE 3 | | LUTZ | FL | 33559 |
| Purchase Order | 05/26/23 | PO 46500001-077 | Bridgestone MUD | TURBO PRO LLC | 1120 E. NASA PKWY | SUITE 220D | HOUSTON | TX | 77058 |
| Purchase Order | 02/17/22 | PO 462000021010 | SJC/SR16 WWTF HEADWORKS/LS | U.S. SUBMERGENT TECHNOLOGIES | 2153 RAYBURN ST | | ORLANDO | FL | 32824 |
| Purchase Order | 03/03/22 | PO 462000021010 | SJC/SR16 WWTF HEADWORKS/LS | U.S. SUBMERGENT TECHNOLOGIES | 2153 RAYBURN ST | | ORLANDO | FL | 32824 |
| Purchase Order | 04/05/22 | PO 462000021010 | SJC/SR16 WWTF HEADWORKS/LS | U.S. SUBMERGENT TECHNOLOGIES | 2153 RAYBURN ST | | ORLANDO | FL | 32824 |
| Purchase Order | 06/02/22 | PO 462000021010 | SJC/SR16 WWTF HEADWORKS/LS | U.S. SUBMERGENT TECHNOLOGIES | 2153 RAYBURN ST | | ORLANDO | FL | 32824 |
| Subcontractor Agreement | 03/03/22 | SC 462000021010 | St. Johns County | U.S. SUBMERGENT TECHNOLOGIES | 2153 RAYBURN ST | | ORLANDO | FL | 32824 |
| Purchase Order | 08/18/21 | PO 412537192032 | Spring Park | UNITED SITE SERVICES | 3506 81ST COURT EAST | | BRADENTON | FL | 34211 |
| Purchase Order | 06/27/22 | PO 412537682064 | Rivertown | UNITED SITE SERVICES | 3506 81ST COURT EAST | | BRADENTON | FL | 34211 |
| Purchase Order | 04/11/22 | PO 462000022027 | SJC/SR16 WWTF HEADWORKS/LS | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 1000 | WESTBOROUGH | MA | 01581 |

| Type | Date | Number | Project | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 12/15/22 | PO 462000022088 | SJC/SR16 WWTF HEADWORKS/LS | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 1000 | WESTBOROUGH | MA | 01581 |
| Purchase Order | 04/11/22 | PO 462000022027 | SJC/SR16 WWTF HEADWORKS/LS | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 1000 | WESTBOROUGH | MA | 01581 |
| Purchase Order | 12/15/22 | PO 462000022088 | SJC/SR16 WWTF HEADWORKS/LS | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 1000 | WESTBOROUGH | MA | 01581 |
| Purchase Order | 06/21/22 | PO 412537682067 | Rivertown | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 100 | WESTBOROUGH | MA | 1581 |
| Purchase Order | 01/29/22 | PO 412537742009 | Arlington East | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 100 | WESTBOROUGH | MA | 1581 |
| Purchase Order | 08/31/22 | PO 412537672050 | Mandarin UV | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 100 | WESTBOROUGH | MA | 1581 |
| Purchase Order | 09/08/21 | PO 412537552020 | Monterey UV | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 100 | WESTBOROUGH | MA | 1581 |
| Purchase Order | 04/16/21 | PO 463000012022 | Green Cove Springs | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 100 | WESTBOROUGH | MA | 1581 |
| Purchase Order | 04/16/21 | PO 463000012023 | Green Cove Springs | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 100 | WESTBOROUGH | MA | 1581 |
| Purchase Order | 04/11/22 | PO 462000022027 | St. Johns County | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 100 | WESTBOROUGH | MA | 1581 |
| Purchase Order | 12/15/22 | PO 462000022088 | St. Johns County | UNITED SITE SERVICES OF GA | 118 FLANDERS ROAD | SUITE 100 | WESTBOROUGH | MA | 1581 |
| Subcontractor Agreement | 11/03/21 | SC 412537681011 | Rivertown | UNITED STRCTURES | 153 WIGHT ROAD | | CAIRO | GA | 39828 |
| Subcontractor Agreement | 01/22/21 | SC 412536621002 | Talleyrand | UNITHERM, INC. | PO BOX 60670 | | CHARLOTTE | NC | 28260 |