## **EXHIBIT A**

**Proposed Order**

00059930.3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Related Docket No.** \_\_\_\_ |

**ORDER GRANTING DEBTORS' TWENTIETH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND LEASES EFFECTIVE AS OF THE REJECTION DATE**

Upon the Motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") authorizing the Debtors to (i) reject certain executory contracts set forth on Exhibit 1 to this Order and the unexpired leases set forth on Exhibit 2 to this Order, effective as of the Rejection Date and (ii) take such actions as may be necessary to implement and effectuate the rejection of the Contracts and Leases; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

00059930.3                              1

with the Bankruptcy Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, each of the Contracts set forth on **Exhibit 1** attached hereto is hereby rejected effective as of the Rejection Date.

3. Pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, each of the Leases set forth on **Exhibit 2** attached hereto is hereby rejected effective as of the Rejection Date.

4. Each Contract or Lease counterparty shall have until the date fixed by this Court in these Chapter 11 Cases pursuant to Bankruptcy Rule 3003(c)(3) to file any and all claims for damages arising from the Debtors' rejection of the Contracts.

5. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

6. Nothing in this Order shall impair, prejudice, waive or otherwise affect any rights of the Debtors and their estates to assert that any claims for damages arising from the Debtors'

rejection of the Contracts and Leases are limited to any remedies available under any applicable termination provisions of such rejected Contracts and Leases, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

7. All rights and defenses of the Debtors and any Contract or Lease counterparty are preserved, including all rights and defenses of the Debtors with respect to a claim for damages arising as a result of a Contract or Lease rejection, including any right to assert an offset, recoupment, counterclaim, or deduction. In addition, nothing in this Order or the Motion shall limit the Debtors' ability to subsequently assert that any particular Contract or Lease is terminated, expired, or otherwise no longer an executory contract.

8. The Debtors and their estates do not waive any claims that they may have against any Contract or Lease counterparty, whether or not such claims arise under, are related to, or are independent of the Contracts and Leases.

9. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority or amount of any particular claim against a Debtor entity; (b) a promise or requirement to pay any particular claim or (c) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

10. The requirements in Bankruptcy Rule 6006 are satisfied.

11. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

**EXHIBIT 1**
**(Rejected Contracts)**

| Type | Date | Number | Project | Debtor Counterparty | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Employment Agreement | 5/12/22 | | | WISG | BRUNO, MICHAEL | REDACTED | | | | |
| Employment Agreement | 11/15/21 | | | WISG[1] | JENKINS, DAWN | REDACTED | | | | |
| Employment Agreement | 9/30/23 | | | WISG | LAY, RANDAL R. | REDACTED | | | | |
| Employment Agreement | 6/20/18 | | | WISG | PAGLIARA, TRACY D. | REDACTED | | | | |
| Subcontractor Agreement | 01/11/22 | SC 46500001SC05 | Bridgestone MUD | WIS LLC[2] | UNIVERSAL COATING SPECIALISTS | 2021 Aldine Mail Rte Rd | # 1018 | Houston | Tx | 77039 |
| Subcontractor Agreement | 08/18/21 | SC 412536211019 | Bradley Road | WIS LLC | UNIVERSIAL SERVICES INC | 506 GIBSON POND RD | | CHATTANOOGA | TN | 37421 |
| Employment Agreement | 11/15/21 | | | WISG | VASSAL, DAMIEN | REDACTED | | | | |
| Purchase Order | 10/25/21 | PO 412537352080 | Twin Creeks | WIS LLC | WARRIOR FABRICATION, LLC | 1209 HIGHWAY 613 | | LUCEDALE | MS | 39452 |
| Purchase Order | 02/24/20 | PO 412536212026 | Bradley Road | WIS LLC | WASTE MANAGEMENT INC OF FL | 6501 GREENLAND RD | | JACKSONVILLE | FL | 32258 |
| Purchase Order | 08/25/21 | PO 412537555000 | Monterey UV | WIS LLC | WASTE MANAGEMENT INC OF FL | 6501 GREENLAND RD | | JACKSONVILLE | FL | 32258 |
| Purchase Order | 02/09/21 | PO 412537132006 | Talleyrand | WIS LLC | WASTE MANAGEMENT INC OF FL | 6501 GREENLAND RD | | JACKSONVILLE | FL | 32258 |
| Purchase Order | 04/08/22 | PO 412537132041 | Talleyrand | WIS LLC | WASTE MANAGEMENT INC OF FL | 6501 GREENLAND RD | | JACKSONVILLE | FL | 32258 |
| Subcontractor Agreement | 05/10/21 | SC 412537351016 | Twin Creeks | WIS LLC | WEBER GLASS, INC | 812 S. LINE RD | PO BOX 2015 | Lecanto | Fl | 34461 |
| Subcontractor Agreement | 03/10/23 | SC 412537681029 | Rivertown | WIS LLC | WEBER GLASS, INC | 812 S. LINE RD | PO BOX 2015 | LECANTO | FL | 34461 |
| Subcontractor Agreement | 10/28/22 | SC 412537741009 | Arlington East | WIS LLC | WEBER GLASS, INC | 812 S. LINE RD | | LECANTO | FL | 34461 |
| Employment Agreement | 8/12/19 | | | WISG | WHEELOCK, CHARLES | REDACTED | | | | |

---

[1] "WISG" means Williams Industrial Services Group, Inc.
[2] "WIS LLC" means Williams Industrial Services, LLC

| Type | Date | Number | Project | Debtor Counterparty | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Subcontractor Agreement | 09/27/21 | SC 412537351021 | Twin Creeks | WIS LLC | WIGTON FIRE SYSTEMS | >66:⯑Tqi⯑Xyfyjx{rqj⯑Wi | Ste C | CHARLOTTE | NC | 28269 |
| Subcontractor Agreement | 03/23/22 | SC 412537681015 | Rivertown | WIS LLC | WIGTON FIRE SYSTEMS | 9115 Old Statesville Rd | Ste C | CHARLOTTE | NC | 28269 |
| Purchase Order | 01/26/22 | PO 462000022022 | SJC/SR16 WWTF HEADWORKS/LS | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 02/28/22 | PO 462000022031 | SJC/SR16 WWTF HEADWORKS/LS | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/27/23 | PO 462000022107 | SJC/SR16 WWTF HEADWORKS/LS | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/31/23 | PO 462000022109 | SJC/SR16 WWTF HEADWORKS/LS | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/26/22 | PO 462000022022 | SJC/SR16 WWTF HEADWORKS/LS | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 02/28/22 | PO 462000022031 | SJC/SR16 WWTF HEADWORKS/LS | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/27/23 | PO 462000022107 | SJC/SR16 WWTF HEADWORKS/LS | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/31/23 | PO 462000022109 | SJC/SR16 WWTF HEADWORKS/LS | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 02/08/21 | PO 412537192002 | Spring Park | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 02/08/23 | PO 412537192063 | Spring Park | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 04/28/21 | PO 412537352028 | Twin Creeks | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 03/23/22 | PO 412537742013 | Arlington East | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 05/18/22 | PO 412537742019 | Arlington East | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |

| Type | Date | Number | Project | Debtor Counterparty | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 10/12/21 | PO 412537202043 | Holiday Road | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 02/18/20 | PO 412536212018 | Bradley Road | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 12/01/21 | PO 412537672013 | Mandarin UV | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 02/01/22 | PO 412537672016 | Mandarin UV | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 02/16/21 | PO 412537132009 | Talleyrand | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/31/23 | PO 463000012177 | Green Cove Springs | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 02/16/23 | PO 463000012180 | Green Cove Springs | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 05/11/23 | PO 463000012242 | Green Cove Springs | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/27/23 | PO 463000015000 | Green Cove Springs | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/26/22 | PO 462000022022 | St. Johns County | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 02/28/22 | PO 462000022031 | St. Johns County | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/27/23 | PO 462000022107 | St. Johns County | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 01/31/23 | PO 462000022109 | St. Johns County | WIS LLC | WILKINSON STEEL COMPANY INC | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 10/08/21 | PO 412536972050 | District 2 Headworks | WIS LLC | WILKINSON STEEL COMPANY STEEL | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 08/05/21 | PO 412537552010 | Monterey UV | WIS LLC | WILKINSON STEEL COMPANY STEEL | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 02/01/22 | PO 412537552063 | Monterey UV | WIS LLC | WILKINSON STEEL COMPANY STEEL | 3210 FAYE RD | | JACKSONVILLE | FL | 32226 |
| Purchase Order | 03/26/21 | PO 412537352003 | Twin Creeks | WIS LLC | WILLIAMS SCOTSMAN INC | P.O. BOX 91975 | | CHICAGO | IL | 60693 |
| Purchase Order | 02/10/20 | PO 412536212008 | Bradley Road | WIS LLC | WILLIAMS SCOTSMAN INC | P.O. BOX 91975 | | CHICAGO | IL | 60693 |
| Purchase Order | 06/10/21 | PO 412537352045 | Twin Creeks | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |

| Type | Date | Number | Project | Debtor Counterparty | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 01/04/22 | PO 412537682026 | Rivertown | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 11/30/21 | PO 412537742002 | Arlington East | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 12/09/21 | PO 412537742005 | Arlington East | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 02/18/20 | PO 412536212017 | Bradley Road | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 02/20/20 | PO 412536212030 | Bradley Road | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 10/22/20 | PO 412536212122 | Bradley Road | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 05/16/22 | PO 412536212359 | Bradley Road | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 06/06/22 | PO 412536212364 | Bradley Road | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 08/22/22 | PO 412536212392 | Bradley Road | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 10/14/21 | PO 412537673000 | Mandarin UV | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 11/22/20 | PO 412536972012 | District 2 Headworks | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 03/13/23 | PO 412536972091 | District 2 Headworks | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 10/29/21 | PO 412537552031 | Monterey UV | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 11/03/21 | PO 412537552033 | Monterey UV | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 11/04/21 | PO 412537552037 | Monterey UV | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 08/03/22 | PO 412537132052 | Talleyrand | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 03/09/23 | PO 412538482003 | Hogans Creek | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 04/18/23 | PO 412538482009 | Hogans Creek | WIS LLC | WORLD ELECTRIC SUPPLY INC | 569 STUART LANE | | JACKSONVILLE | FL | 32254 |
| Purchase Order | 07/14/21 | PO 412536212280 | Bradley Road | WIS LLC | XYLEM DEWATERING SOLUTIONS INC | 28611 NETWORK PLACE | | CHICAGO | IL | 60673 |

| Type | Date | Number | Project | Debtor Counterparty | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order | 10/01/21 | PO 462000022003 | SJC/SR16 WWTF HEADWORKS/LS | WIS LLC | XYLEM WATER SOLUTIONS USA INC | 2152 SPRINT BLVD | | APOPKA | FL | 32703 |
| Purchase Order | 10/01/21 | PO 462000022003 | SJC/SR16 WWTF HEADWORKS/LS | WIS LLC | XYLEM WATER SOLUTIONS USA INC | 2152 SPRINT BLVD | | APOPKA | FL | 32703 |
| Purchase Order | 04/06/20 | PO 412536212006 | Bradley Road | WIS LLC | XYLEM WATER SOLUTIONS USA INC | 2152 SPRINT BLVD | | APOPKA | FL | 32703 |
| Purchase Order | 05/13/21 | PO 412536212252 | Bradley Road | WIS LLC | XYLEM WATER SOLUTIONS USA INC | 2152 SPRINT BLVD | | APOPKA | FL | 32703 |
| Purchase Order | 03/31/21 | PO 463000012013 | Green Cove Springs | WIS LLC | XYLEM WATER SOLUTIONS USA INC | 2152 SPRINT BLVD | | APOPKA | FL | 32703 |
| Purchase Order | 10/01/21 | PO 462000022003 | St. Johns County | WIS LLC | XYLEM WATER SOLUTIONS USA INC | 2152 SPRINT BLVD | | APOPKA | FL | 32703 |
| Purchase Order | 04/02/20 | PO 412536212003 | Bradley Road | WIS LLC | ZABATT ENGINE SERVICES, INC. | 4612 HIGHWAY AVENUE | | JACKSONVILLE | FL | 32254 |

**EXHIBIT 2**

**(Rejected Leases)**

| Type | Date | Debtor Counterparty | Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Lease Agreement: Premises at #1 Muller Ave. Norwalk, CT 06851 | 6/14/2021 | WSS LLC[3] | Associated Food Distributors Company | 264 Heights Road | | Darien | CT | 06820 |
| Sublease Consent: Premises at #1 Muller Ave. Norwalk, CT 06851 | 6/6/2023 | WSS LLC | Associated Food Distributors Company | 264 Heights Road | | Darien | CT | 06820 |
| Sublease Consent: Premises at #1 Muller Ave. Norwalk, CT 06851 | 6/6/2023 | WSS LLC | Bancker Construction Corp. | 171 Freeman Avenue | | Islip | NY | 11751 |

---

[3] "WSS LLC" means Williams Specialty Services, LLC.