# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF CLOSING OF SALE

**PLEASE TAKE NOTICE** that on September 7, 2023, the United States Bankruptcy Court for the District of Delaware ("Court") entered the *Order (a) Approving the Sale of Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (b) Authorizing the Debtors to Perform their Obligations under the Purchase Agreement and Other Transactions Documents, (c) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (d) Granting Related Relief* [D.I. 309] ("Sale Order"), thereby, among other things, authorizing and approving the sale of the Transferred Assets[2] to EnergySolutions Nuclear Services, LLC pursuant to the Stalking Horse APA.

**PLEASE TAKE FURTHER NOTICE** that the Closing (as that term is defined in the Stalking Horse APA) under the Stalking Horse APA occurred effective September 18, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] Capitalized but undefined terms shall have the same meanings as defined in the Sale Order or the Bidding Procedures Order (as defined in the Sale Order), as applicable.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Order, the Stalking Horse APA, and other relevant documents are available for review (a) free of charge by accessing the Debtors' Case Website (https://dm.epiq11.com/case/williamsindustrialservicesgroup/info), or (b) for a fee through the Court's website (https://pacer.uscourts.gov) by following the directions for accessing the ECF system on such site.

| | |
|---|---|
| Dated: September 19, 2023<br>Wilmington, Delaware | /s/ Mark L. Desgrosseilliers<br>Mark L. Desgrosseilliers (No. 4083)<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>desgross@chipmanbrown.com<br><br> -and-<br><br>Sean A. Gordon (admitted *pro hac vice*)<br>Austin B. Alexander (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 541-2900<br>Facsimile: (404) 541-2905<br>Sean.Gordon@thompsonhine.com<br>Austin.Alexander@thompsonhine.com<br><br>Alan R. Lepene (admitted *pro hac vice*)<br>Scott B. Lepene (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone: (216) 566-5500<br>Facsimile: (216) 566-5800<br>Alan.Lepene@thompsonhine.com<br>Scott.Lepene@thompsonhine.com<br><br>*Counsel for Debtors* |