**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1] | Case No. 23-10961 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF *AMENDED*[2] AGENDA FOR THE HEARING SCHEDULED FOR**
**SEPTEMBER 20, 2023, AT 10:30 A.M. (ET)[3]**

> **NO MATTERS ARE GOING FORWARD.  THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT.**

## I.    ADJOURNED/RESOLVED MATTERS

1.    Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of August 4, 2023 [Docket No. 194; 8/18/23].

Objection Deadline:  September 1, 2023**,** at 4:00 p.m. (ET).

Related Pleadings:

A.    Certificate of No Objection [Docket No. 287; 9/5/23].

B.    Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2]  **Amended items in bold.**

[3]  All motions and other pleadings referenced herein are available online at either of the following web addresses: https://dm.epiq11.com/WilliamsIndustrialServicesGroup or https://dm.epiq11.com/WISGRP.

Unsecured Creditors, Effective as of August 4, 2023 [Docket No. 290; 9/6/23].

Objections Received:  None.

Status:  An order has been entered.  No hearing is necessary.

2.    Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 4, 2023 [Docket No. 205; 8/23/23].

Objection Deadline:  September 6, 2023, at 4:00 p.m. (ET).

Related Pleadings:

A.    Certificate of No Objection [Docket No. 306; 9/7/23].

B.    Order Authorizing Retention and Employment of Morris James LLP as Delaware Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 4, 2023 [Docket No. 320; 9/12/23].

Objections Received:  None.

Status:  An order has been entered.  No hearing is necessary.

3.    Application of the Official Committee of Unsecured Creditors of Williams Industrial Service Inc., et al., for Entry of an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor Effective as of August 9, 2023 [Docket No. 206; 8/23/23].

Objection Deadline:  September 6, 2023, at 4:00 p.m. (ET).

Related Pleadings:

A.    Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Williams Industrial Service Inc., et al., for Entry of an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor Effective as of August 9, 2023 [Docket No. 307; 9/7/23].

B.    Order Authorizing and Approving the Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors of Williams Industrial Service Group Inc., *et al*., Effective as of August 9, 2023 [Docket No. 321; 9/12/23].

Objections Received:  None.

Status:  An order has been entered.  No hearing is necessary.

**II.**     **MATTER UNDER CERTIFICATION**

4.      Debtors' Motion for Entry of an Order Extending Time for Debtors to File Schedules and Statements [Docket No. 193; 8/18/23].

Objection Deadline:  September 13, 2023**,** at 4:00 p.m. (ET).

Related Pleadings:

A.      Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Extending Time for Debtors to File Schedules and Statements [Docket No. 329; 9/14/23].

**B.      Order Extending Time for Debtors to File Schedules and Statements [Docket No. 340; 9/18/23].**

Objections Received:  None.

Status:  **An order has been entered.  No hearing is necessary.**

5.      Debtors' Expedited Motion for Entry of an Interim and Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (B) Granting Related Relief [D.I. 227; 8/29/23].

Objection Deadline:  September 15, 2023 at 4:00 p.m. (ET).

Related Pleadings:

A.      Notice of Interim and Final Hearings with Respect to Expedited Motion for (I) Entry of an Interim and Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (II) Granting Related Relief [D.I. 240; 8/30/23].

B.      Interim Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (B) Granting Related Relief [D.I. 303; 9/7/23].

C.      Certification of Counsel Regarding Final Order (I) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (II) Granting Related Relief [D.I. 336; 9/18/23].

D.      **Final Order (I) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Williams Industrial Services Group Inc.; and (II) Granting Related Relief [D.I. 342; 9/18/23].**

Objections Received: Informal comments from the U.S. Trustee.

Status:  **An order has been entered.  No hearing is necessary.**

6.     Motion of Arch Insurance Company to Lift Stay as to Bonded Contract Funds, or, Alternatively, for Adequate Protection [Docket No. 238; 8/30/23].

Objection Deadline:  September 13, 2023**,** at 4:00 p.m. (ET).

Related Pleadings:

A.     Certificate of No Objection Regarding Motion of Arch Insurance Company to Lift Stay as to Bonded Contract Funds, or, Alternatively, for Adequate Protection [Docket No. 331; 9/15/23].

Objections Received:

A.     Limited Response and Reservation of Rights of the Debtors to the Motion of Arch Insurance Company to Lift Stay as to Bonded Contract Funds, or, Alternatively for Adequate Protection [Docket No. 328; 9/14/23].

B.     **Order Granting Relief from Automatic Stay and for Adequate Protection [Docket No. 341; 9/18/23].**

Status:  **An order has been entered.  No hearing is necessary.**

7.     Debtors' Application for an Order (I) Authorizing the Employment and Retention of Moss Adams LLP as Accountants to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [Docket No. 260; 9/1/23].

Objection Deadline:  September 13, 2023**,** at 4:00 p.m. (ET), extended through and including September 18, 2023, for the United States Trustee.

Related Pleadings:

A.     Order Shortening Notice Period for Debtors' Application for an Order (I) Authorizing the Employment and Retention of Moss Adams LLP as Accountants to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [Docket No. 297; 9/7/23].

B.     Notice of Hearing Regarding Debtors' Application for an Order (I) Authorizing the Employment and Retention of Moss Adams LLP as Accountants to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [Docket No. 299; 9/7/23].

      C.    **Certification of Counsel Regarding Order (I) Authorizing the Employment and Retention of Moss Adams LLP as Accountants to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [Docket No. 344; 9/18/23].**

Objections Received:  Informal comments from the U.S. Trustee.

Status: **A revised form of order has been submitted under certification of counsel.  No hearing is necessary.**

## III.     CURE OBJECTIONS IN CONNECTION WITH SALE

8.    Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Authority to Sell, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 33; 7/24/23].

Objection Deadline:  September 5, 2023**,** at 5:00 p.m. (ET); extended through and including September 6, 2023**,** for Bechtel and extended through and including September 22, 2023, for Sunbelt Rentals, both in relation to cure objection amounts.

Related Pleadings:

      A.    Order (I) Approving Bidding Procedures for the Sale of Debtors' Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Assumption and Assignment Procedures for Executory Contracts and Unexpired Leases, (VI) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA, (VII) Authorizing and Approving Bid Protections, and (VIII) Granting Related Relief [D.I. 196; 8/19/23].

      B.    Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 203; 8/22/23].

      C.    Notice of Auction Cancellation and Designation of Successful Bidder [D.I. 231; 8/30/23].

      D.    Declaration of Steven E. Birchfield in Support of the Debtors' Sale Motion and EnergySolutions Nuclear Services, LLC's Adequate Assurance of Future Performance [D.I. 243; 8/31/23].

      E.    Second Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 249; 9/1/23].

F.      Notice of Successful Bidder's Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 289; 9/5/23].

G.      Amended Notice of Successfully Bidder's Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 300; 9/7/23].

H.      Notice of Filing Revised Proposed Order (A) Approving the Sale of Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing the Debtors to Perform Their Obligations Under the Purchase Agreement and Other Transaction Documents, (C) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief [D.I. 301; 9/7/23].

**I.      Notice of Closing of Sale [D.I. 367; 9/19/23].**

Cure Objection Received:

A.      Objection of the Consolidated Edison Company of New York, Inc. to Notice to Contract Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 257; 9/1/23]

B.      Response by Southern Nuclear Operating Company to Debtor's Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 263; 9/1/23].

C.      Tennessee Valley Authority's Limited Objection to Debtors' Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 288; 9/5/23].

D.      Informal comments received from: Bad Day Fabrications, Hudson Elevator Group, Sunbelt Rentals, United Rentals, WestRock, Martin Marietta Materials, UKG, SolCyber, and the Official Committee of Unsecured Creditors.

<u>Status</u>:  The informal comments from Bechtel, Bad Day Fabrications, Hudson Elevator Group, United Rentals, WestRock, Martin Marietta Materials, UKG, SolCyber, and the Official Committee of Unsecured Creditors have been resolved. Tennessee Valley Authority's objection has been resolved.  The hearing with respect to objections raised by Con Edison, Southern Nuclear Operating Company, and Sun Belt Rentals, has been continued until October 11, 2023, at 10:30 a.m. (ET), while the parties continue to work to resolve their issues.  No hearing is necessary.

Dated: September 19, 2023
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Mark L. Desgrosseilliers*

Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
*desgross@chipmanbrown.com*

-and-

Sean A. Gordon (admitted *pro hac vice*)
Austin B. Alexander (admitted *pro hac vice*)
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
*Sean.Gordon@thompsonhine.com*
*Austin.Alexander@thompsonhine.com*

Alan R. Lepene (admitted *pro hac vice*)
Scott B. Lepene (admitted *pro hac vice*)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
*Alan.Lepene@thompsonhine.com*
*Scott.Lepene@thompsonhine.com*

*Counsel for the Debtors*