# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 328** |

## CERTIFICATE OF SERVICE

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 14, 2023, I caused to be served the "Limited Response and Reservation of Rights of the Debtors to the Motion of Arch Insurance Company to Lift Stay as to Bonded Contract Funds, or, Alternatively for Adequate Proection [*sic*]," dated September 14, 2023 [Docket No. 328], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                       */s/ Jack Lawrence*
                                                                       Jack Lawrence

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

**EXHIBIT A**

WILLIAMS INDUSTRIAL SERVICES GROUP INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHAPMAN AND CUTLER LLP | ATTN: ANTHONY M. DIGIACOMO 1270 AVENUE OF THE AMERICAS 30TH FLOOR NEW YORK NY 10020 |
| DELAWARE DIVISION OF REVENUE | 540 S DUPONT HIGHWAY DOVER DE 19901 |
| DELAWARE DIVISION OF REVENUE | 20653 DUPONT BLVD STE 2 GEORGETOWN DE 19947 |
| GEORGIA DEPARTMENT OF REVENUE | SALES AND USE TAX DIVISION PO BOX 105408 ATLANTA GA 30348 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| OFFICE OF THE US ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET ST, STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE US TRUSTEE | DISTRICT OF DELAWARE LINDA RICHENDERFER 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| ROBERT L. DOTY | (COUNSEL FOR STATE OF OHIO) SR. ASSISTANT AG COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE ONE GOVERNMENT CENTER, STE 1240 TOLEDO OH 43604-2261 |
| STATE OF ALABAMA ATTY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF CA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF FLORIDA ATTY GENERAL | ATTN: ASHLEY MOODY THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTY GENERAL | ATTN: LISA MADIGAN 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTY GENERAL | ATTN: CURTIS T. HILL, JR. INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTY GENERAL | ATTN: DEREK SCHMIDT 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF MONTANA ATTY GENERAL | ATTN: TIM FOX JUSTICE BLDG 215 N SANDERS HELENA MT 59620-1401 |
| STATE OF MS ATTORNEY GENERAL | ATTN: LYNN HITCH WALTER SILLERS BLDG 550 HIGH ST, STE 1200 JACKSON MS 39201 |
| STATE OF MS ATTORNEY GENERAL | ATTN: LYNN HITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF NC ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NJ ATTORNEY GENERAL | ATTN: CHRISTOPHER S. PORRINO RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NM ATTORNEY GENERAL | ATTN: HECTOR BALDERAS 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NM ATTORNEY GENERAL | ATTN: HECTOR BALDERAS PO DRAWER 1508 SANTA FE NM 87504-1508 |
| STATE OF OKLAHOMA ATTY GENERAL | ATTN: MIKE HUNTER 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF PA ATTORNEY GENERAL | ATTN: JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF TEXAS ATTY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF TN ATTORNEY GENERAL | ATTN: HERBERT H. SLATERY, III PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TN ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI JOHN SEVIER STATE OFFICE BLDG 500 CHARLOTTE AVE NASHVILLE TN 37219 |
| STATE OF VIRGINIA ATTY GENERAL | ATTN: MARK R. HERRING 202 N 9TH ST RICHMOND VA 23219 |
| STATE OF WI ATTORNEY GENERAL | ATTN: BRAD SCHIMEL WISCONSIN DEPARTMENT OF JUSTICE 17 W MAIN ST – PO BOX 7857 MADISON WI 53703-7857 |

**Total Creditor count  30**

# Williams Industrial Services Group Inc.
## Service List

| Claim Name | Address Information |
|---|---|
| ARCH INSURANCE COMPANY | HARBORSIDE 3 210 HUDSON STREET, SUITE 300 JERSEY CITY NJ 07311 |

**Total Creditor count  1**

**EXHIBIT B**

WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al*. Case No. 23-10961 (BLS)

Electronic Mail Master Service List

| CORE EMAIL LIST |
|---|
| agbankdelaware@ag.tn.gov |
| agcarr@law.ga.gov |
| aginfo@azag.gov |
| ago.info@vermont.gov |
| ago@state.ma.us |
| agsecurities@scag.gov |
| agwasden@ag.idaho.gov |
| attorney.general@ago.mo.gov |
| attorney.general@alaska.gov |
| attorney.general@coag.gov |
| attorney.general@ct.gov |
| attorney.general@delaware.gov |
| attorney.general@maine.gov |
| attorney.general@state.de.us |
| attorneygeneral@doj.nh.gov |
| audley@chapman.com; benz@chapman.com; stetro@chapman.com |
| bclark@argos-us.com |
| brenda.leja@eversource.com |
| brian.mclaughlin@offitkurman.com |
| cecil@jaxwelldrilling.com |
| charles.messing@irs.gov; dennis.moody@irs.gov |
| chasemiller@mwc-law.com |
| cignasupplementalbilling@cigna.com |
| cjensen@shanleyapc.com |
| cmhs13@me.com |
| communications@wvago.gov |
| constituentservices@ag.louisiana.gov |
| corporate.incometaxissues@dor.ga.gov |
| darcie@olearyconstruction.com |
| dor_businesstax@delaware.gov; dor_legal_info@delaware.gov |
| dosdoc_ftax@delaware.gov |
| dprimack@mdmc-law.com |
| eric@ekbmasonry.com |
| escheat.holderquestions@delaware.gov |
| gbressler@mdmc-law.com |
| gloomis@mdmc-law.com |
| gillissd@whiteandwilliams.com; vulpioa@whiteandwilliams.com; gumapacr@whiteandwilliams.com |
| houston_bankruptcy@lgbs.com |
| info@intlplantservice.com |
| interdusteel@gmail.com |
| jcharlton@mwc-law.com; |
| jcohen@lowenstein.com; echafetz@lowenstein.com; pkhezri@lowenstein.com; bclark@lowenstein.com |
| josh.hernandez@gmail.com |

WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al*. Case No. 23-10961 (BLS)
Electronic Mail Master Service List

| CORE EMAIL LIST |
|---|
| jwaxman@morrisjames.com; emonzo@morrisjames.com; scerra@morrisjames.com |
| kara.roth@delaware.gov |
| kdickson@murray-lobb.com |
| kyoagor@ky.gov |
| leef@sesystemtech.com |
| lemon@atg.wa.gov |
| linda.richenderfer@usdoj.gov |
| lisa.udland@doj.state.or.us; michael.c.kron@doj.state.or.us |
| liza.davis@delaware.gov |
| ljones@pszjlaw.com; pkeane@pszjlaw.com |
| matthew.roose@ropesgray.com; daniel.egan@ropesgray.com |
| matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com |
| mfarley@hudsonelevator.com |
| miag@michigan.gov |
| mleach@clarionelec.com |
| ndag@nd.gov |
| nedoj@nebraska.gov |
| nyag.pressoffice@ag.ny.gov |
| oag@arkansasag.gov |
| oag@dc.gov |
| oag@oag.state.md.us |
| ocr@sec.gov |
| rackerman@smithind.com |
| regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com; gregory.vizza@blankrome.com |
| rlambert@johnsoncont.com |
| rstein@blankrome.com |
| sales@retubeco.com |
| schristianson@buchalter.com |
| sean.spraetz@sunbeltrentals.com |
| southeastdivision.credit@martinmarietta.com |
| sthaggard@morganconcrete.net |
| tarun@kbhindustrial.com |
| timothy.underwood@hercrentals.com |
| tlittlepage@cogburnbros.com |
| trish.lazich@ohioattorneygeneral.gov |
| tumwater@lni.wa.gov |
| uag@agutah.gov |
| ucp.reporting@dor.ga.gov |
| victor.rodriguez1@ferguson.com |
| waucpholders@dor.wa.gov |