# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA FOR THE HEARING SCHEDULED FOR SEPTEMBER 22, 2023, AT 10:00 A.M. (ET)[2]

**NO MATTERS ARE GOING FORWARD.  THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT.**

## MATTER UNDER CERTIFICATION

1. Debtors' Motion for Entry of an Order (I) Setting Bar Dates for (A) Filing Proofs of Claim and (B) Assertion of Post-Petition Administrative Expense Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 311; 9/8/23].

    Objection Deadline: September 15, 2023, at 4:00 p.m. (ET).

    Responses Received:  Informal comments from the Official Committee of Unsecured Creditors (the "**Committee**"), the Office of the United States Trustee (the "**U.S. Trustee**"), and the Debtors' Pre-Petition Agent, Pre-Petition Lenders, DIP Agent, and DIP Lenders (collectively, the "**Secured Lenders**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2]  All motions and other pleadings referenced herein are available online at either of the following web addresses: https://dm.epiq11.com/WilliamsIndustrialServicesGroup or https://dm.epiq11.com/WISGRP.

00059973.2

Related Pleading:

A. Certification of Counsel Regarding Order (I) Setting Bar Dates for (A) Filing Proofs of Claim and (B) Assertion of Post-Petition Administrative Expense Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 368; 9/20/23].

Status: The Debtors have filed a certification of counsel attaching a revised proposed form of order resolving the informal objections received from the U.S. Trustee, the Committee, and the Secured Lenders. No hearing is necessary.

| | |
|---|---|
| Dated: September 20, 2023<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>/s/ Mark L. Desgrosseilliers<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>desgross@chipmanbrown.com<br><br>-and-<br><br>Sean A. Gordon (admitted *pro hac vice*)<br>Austin B. Alexander (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 541-2900<br>Facsimile: (404) 541-2905<br>Sean.Gordon@thompsonhine.com<br>Austin.Alexander@thompsonhine.com<br><br>Alan R. Lepene (admitted *pro hac vice*)<br>Scott B. Lepene (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone: (216) 566-5500<br>Facsimile: (216) 566-5800<br>Alan.Lepene@thompsonhine.com<br>Scott.Lepene@thompsonhine.com<br><br>*Counsel for the Debtors* |