# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 309, 314 & 315** |

## CERTIFICATE OF SERVICE

I, CASSANDRA MURRAY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 11, 2023, I caused to be served the:

    a. "Order (A) Approving the Sale of Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing the Debtors to Perform Their Obligations Under the Purchase Agreement and Other Transaction Documents, (C) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief," dated September 7, 2023 [Docket No. 309], (the "Order"),

    b. "Notice of Agenda for the Status Conference Scheduled for September 13, 2023, at 12:00 p.m. (ET)," dated September 11, 2023 [Docket No. 314], (the "Agenda"), and

    c. "Notice of Filing of (I) Amended Exhibit 2 to the Order (A) Approving the Sale of Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing the Debtors to Perform Their Obligations Under the Purchase Agreement and Other Transaction Documents, (C) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief and (II) Black-Line of Same," dated September 11, 2023 [Docket No. 315], (the "Notice"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

by causing true and correct copies of the:

  i. Order, Agenda, and Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

  ii. Order and Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and to 6 parties whose names and addresses are confidential and therefore not included,

  iii. Order, Agenda, and Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

  iv. Order and Notice to be delivered via electronic mail to 6 parties whose email addresses are confidential and therefore not included.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Cassandra Murray*
Cassandra Murray

**EXHIBIT A**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHAPMAN AND CUTLER LLP | ATTN: ANTHONY M. DIGIACOMO 1270 AVENUE OF THE AMERICAS 30TH FLOOR NEW YORK NY 10020 |
| DELAWARE DIVISION OF REVENUE | 540 S DUPONT HIGHWAY DOVER DE 19901 |
| DELAWARE DIVISION OF REVENUE | 20653 DUPONT BLVD STE 2 GEORGETOWN DE 19947 |
| GEORGIA DEPARTMENT OF REVENUE | SALES AND USE TAX DIVISION PO BOX 105408 ATLANTA GA 30348 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| OFFICE OF THE US ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET ST, STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE US TRUSTEE | DISTRICT OF DELAWARE LINDA RICHENDERFER 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| ROBERT L. DOTY | (COUNSEL FOR STATE OF OHIO) SR. ASSISTANT AG COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE ONE GOVERNMENT CENTER, STE 1240 TOLEDO OH 43604-2261 |
| STATE OF ALABAMA ATTY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF CA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF FLORIDA ATTY GENERAL | ATTN: ASHLEY MOODY THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTY GENERAL | ATTN: LISA MADIGAN 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTY GENERAL | ATTN: CURTIS T. HILL, JR. INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTY GENERAL | ATTN: DEREK SCHMIDT 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF MONTANA ATTY GENERAL | ATTN: TIM FOX JUSTICE BLDG 215 N SANDERS HELENA MT 59620-1401 |
| STATE OF MS ATTORNEY GENERAL | ATTN: LYNN HITCH WALTER SILLERS BLDG 550 HIGH ST, STE 1200 JACKSON MS 39201 |
| STATE OF MS ATTORNEY GENERAL | ATTN: LYNN HITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF NC ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NJ ATTORNEY GENERAL | ATTN: CHRISTOPHER S. PORRINO RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NM ATTORNEY GENERAL | ATTN: HECTOR BALDERAS 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NM ATTORNEY GENERAL | ATTN: HECTOR BALDERAS PO DRAWER 1508 SANTA FE NM 87504-1508 |
| STATE OF OKLAHOMA ATTY GENERAL | ATTN: MIKE HUNTER 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF PA ATTORNEY GENERAL | ATTN: JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF TEXAS ATTY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF TN ATTORNEY GENERAL | ATTN: HERBERT H. SLATERY, III PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TN ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI JOHN SEVIER STATE OFFICE BLDG 500 CHARLOTTE AVE NASHVILLE TN 37219 |
| STATE OF VIRGINIA ATTY GENERAL | ATTN: MARK R. HERRING 202 N 9TH ST RICHMOND VA 23219 |
| STATE OF WI ATTORNEY GENERAL | ATTN: BRAD SCHIMEL WISCONSIN DEPARTMENT OF JUSTICE 17 W MAIN ST – PO BOX 7857 MADISON WI 53703-7857 |

**Total Creditor count  30**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| PNC BANK | TWO TOWER CENTER BLVD, 17TH FLOOR EAST BRUNSWICK NJ 08816 |
| PNC BUSINESS CREDIT | RYAN BEGLEY 340 MADISON AVENUE 11TH FLOOR NEW YORK NY 10173 |
| PNC BUSINESS CREDIT | RYAN BEGLEY 340 MADISON AVENUE 11TH FLOOR NEW YORK NY 10717 |
| TD BANK | DALWINDER DHILLON 7685 HURONTARIO STREET, 2ND FLOOR BRAMPTON ON L6W 0B4 CANADA |

**Total Creditor count  4**

| Claim Name | Address Information |
|---|---|
| 18-31 42ND STREET ASTORIA, LLC | ATTN: BARRY MCKENNA 35-12 19TH AVENUE ASTORIA NY 11105 |
| ARCH INSURANCE COMPANY | HARBORSIDE 3 210 HUDSON STREET, SUITE 300 JERSEY CITY NJ 07311 |
| ASHFORD OFFICE CENTER, LLC | C/0 LINCOLN PROPERTY COMPANY ATTN: ANITA SCARBOROUGH 2970 CLAIRMONT ROAD NE, STE 180 BROOKHAVNEN GA 30329 |
| ASSOCIATED FOOD DISTRIBUTORS COMPANY | ATTN: JAMES C. PALMER 264 HEIGHTS ROAD DARIEN CT 06820 |
| BANCKER CONSTRUCTION CORP | ATTN: PHILLIP BEYER & LOUIS DI GRAZIA 171 FREEMAN AVENUE ISLIP NY 11751 |
| BERKSHIRE HATHAWAY SPECIALTY INS. CO. | 314 DOUGLAS STREET, SUITE 1400, SOLICITATION NUMBER 029-21 CONSOLIDATED RIVERTOWN WTP PROJECT PACKAGE OMAHA NE 68102 |
| BLANK ROME LLP | 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BLANK ROME LLP | ATTN GREGORY F. VIZZA, ESQ ONE LOGAN SQ. 130 N. 18TH ST. PHIADELPHIA PA 19103 |
| BLANK ROME LLP | ATTN REGINA STANGO KELBON ESQ 1201 MARKET ST. STE 800 WILMINGTON DE 19801 |
| CENTRE LANE PRTNRS MSTR CREDT FUND II LP | AS ADMINISTRATIVE AGENT 60 E 42ND ST, 1250 NEW YORK NY 10165 |
| CHAPMAN AND CUTLER LLP | ATTN DAVID T.B. AUDLEY & ANTHONY M. DIGIACOMO 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CIT BANK, NA | 10201 CENTURION PKWY N, STE 100 JACKSONVILLE FL 32256 |
| EICF AGENT LLC | AS AGENT 600 3RD AVE, 38TH FL NEW YORK NY 10016 |
| ENERGY IMPACT CREDIT FUND I LP | ATTN HARRY GIOVANI 600 3RD AVE, 38TH FL NWE YORK NY 10016 |
| ENTERPRISE GAS PROCESSING LLC | C/O BOBBY THOMPSON & PAUL BLAKE 1020 HIGHLAND COLONY PKWAY SUITE 706 RIDGELAND MS 39157 |
| FASCIANO, CHARLES & STOUT, KYLE | C/O FABIANI, COHEN & HALL, LLG STEPHEN M. COHEN 570 LEXINTON AVE, 4TH FL NEW YORK NY 10022 |
| FASCIANO, CHARLES & STOUT, KYLE | C/O MAURO LILLING NAPARTY LLP SETH M. WEINBERG 100 CROSSWAYS PARK DR., W, STE 310 WOODBURY NY 11797 |
| HANOVER INSURANCE COMPANY | 440 LINCOLN ST. WORCESTER MA 01653 |
| HARCO NATIONAL INSURANCE CO. | 702 OBERLIN ROAD RALEIGH NC 27605 |
| JENNESS, DORREN | C/O CRUSER, MITCHELL, NOVITZ, SANCHEZ 275 SCIENTIFIC DRIVE MERIDIAN II, STE 2000, ATLANTA OFFICE PEACHTREE CORNERS GA 30092 |
| KENOSHA INVESTMENTS LP | 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| LAN DARTY REAL ESTATE DBA D. REAM | PROPERTIES, 3124 W. MAIN STREET SUITE 5 DOTHAN AL 36305 |
| LANE LAND DEVELOPMENT, LLC | ATTN: TAMMY LANE 1857 WELLS ROAD SUITE 202 ORANGE PARK FL 32073 |
| LEXON INSURANCE COMPANY | 10002 SHELBYVILLE ROAD SUITE 100 LOUISVILLE KY 40223 |
| LIBERTY MUTUAL INS. CO. | 175 BERKELEY STREET SOLICITATION NUMBER 029-21 CONSOLIDATED RIVERTOWN WTP PROJECT PACKAGE BOSTON MA 02116 |
| LUIS OMAR ALVAREZ | C/O CRUSER, MITCHELL, NOVITZ, SANCHEZ 275 SCIENTIFIC DRIVE MERIDIAN II, STE 2000, ATLANTA OFFICE PEACHTREE CORNERS GA 30092 |
| MCMANUS, R., SMITH, E. & LOAISIGA, E. | C/O OGLETREE, DEAKINS, NASH, SMOAK & STEWART CARMEN J. DIMARIA 10 MADISON AVENUE, STE 400 MORRISTOWN NJ 07960 |
| MEITEC, INC. | C/O RAMEY CHANDLER LAW FIRM JOHN LYND, ONE BERING PARK 750 BERING DR., STE 600 HOUSTON TX 77057 |
| MIDCAP FINANCIAL TRUST | AS AGENT C/O MIDCAP FINANCIAL SERVICES LLC 7255 WOODMONT AVE, STE 200 BETHESDA MD 20814 |
| MIDCAP FUNDING IV TRUST | AS AGENT C/O MIDCAP FINANCIAL SERVICES LLC 7255 WOODMONT AVE, STE 200 BETHESDA MD 20814 |
| MIDCAP FUNDING X TRUST | AS AGENT C/O MIDCAP FINANCIAL SERVICES LLC 7255 WOODMONT AVE, STE 200 BETHESDA MD 20814 |
| OSCAR BAXIN & VICTOR HERNANDEZ | C/O THOMPSON COE EVAN KRAMER ONE RIVERWAY, STE 400 HOUSTON TX 77056 |
| PELICAN ISL. STORAGE TERMINAL | C/O THOMPSON COE EVAN KRAMER ONE RIVERWAY, STE 400 HOUSTON TX 77056 |
| PNC BANK NA | 340 MADISON AVE, 11TH FL. NEW YORK NY 10173 |
| PNC BANK, NA | AS AGENT ATTN COMMERCIAL LOAN SERVICE CTR / DCC 500 FIRST AVE PITTSBURGH PA 15219 |
| RIIS PARK PARK INVESTMENTS LP | 251 LITTLE FALLS DR WILMINGTON DE 19808 |

| Claim Name | Address Information |
| --- | --- |
| RILEY, ANTHONY | C/O FORDHARRISON 271 17TH STREET, NW SUITE 1900 ATLANTA GA 30363 |
| RILEY, MICHAEL (OYSTER CREEK) | C/O OGLETREE, DEAKINS, NASH, SMOAK & STEWART CARMEN J. DIMARIA 10 MADISON AVENUE, STE 400 MORRISTOWN NJ 07960 |
| ROOSEVELT INVESTMENTS LLC | 251 LITTLE FALLS DR WILMINGTON DE 19808 |
| STRANGE, SHAYLA | C/O CHES GRAHAM & LEWIS BRISBOIS 600 PEACHTREE STREET NE SUITE 4700 ATLANTA GA 30308 |
| TAVEREZ, C., INOA & JOSE AND JULIO | C/O FABIANI, COHEN & HALL, LLG STEPHEN M. COHEN 570 LEXINTON AVE, 4TH FL NEW YORK NY 10022 |
| TAVEREZ, C., INOA & JOSE AND JULIO | C/O MICHAEL G. CONWAY, ESQ. 10 BANK STREET WHITE PLAINS NY 10606 |
| WELLS FARGO BANK, NA | AS ADMINISTRATIVE AGENT 1525 W WT HARRIS BLVD MAC D1109-019 CHARLOTTE NC 28262 |
| WESTERN SURETY COMPANY | 151 N. FRANKLIN STREET CHICAO IL 60606 |
| XL SPECIALTY INSURANCE COMPANY | 70 SEAVIEW AVENUE SAMFORD CT 06902 |

**Total Creditor count  45**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 18-31 42ND STREET ASTORIA, LLC | BARRY MCKENNA 35-12 19TH AVENUE ASTORIA NY 11105 |
| ACM COAL TAR REMOVAL | 71 GREEN ST BROOKLYN NY 11222 |
| AECON-WACHS INC. | 531 PERFORMANCE DRIVE JACKSON SC 29831 |
| AIRGAS USA | PO BOX 734672 DALLAS TX 75373 |
| ALABMA METAL IND CORP AMICO | 3245 FATETTE AVE BIRMINGHAM AL 35208 |
| AMERICAN PORTABLE TOILETS, INC | 2195 N KINGS HIGHWAY FORT PIERECE FL 34951 |
| ARES STEEL | 601 SAM COOPER WAY RIVIERA BEACH FL 33404 |
| ARIES BUILDING SYSTEMS | 2900 S. QUINCY STREET SUITE 425 ARLINGTON VA 22206 |
| ASHFORD OFFICE CENTER, LLC | MICHELLE VAUGHN 200 ASHFORD CENTER NORTH ATLANTA GA 30338 |
| ASHMORE CONCRETE CONTRACTORS | 5100 PIERCE CT EVANS GA 30809 |
| ASSOCIATED FOOD DISTRIBUTORS, COMPANY | JAMES C. PALMER 264 HEIGHTS ROAD DARIEN CT 06820 |
| AT&T | PO BOX 5019 CAROL STREAM IL 60197 |
| AUGUSTA INDUSTRIAL SERVICES | 15 LOVERS LANE AUGUSTA GA 30901 |
| BAD DAY FABRICATION | 4360 N INDUSTRIAL DRIVE #300 CUMMING GA 30041 |
| BADGER DAYLIGHTING CORP. | LB# 1627 PO BOX 95000 PHILADELPHIA PA 19195 |
| BANCKER CONSTRUCTION CORP | LOUIS DI GRAZIA 171 FREEMAN AVENUE ISLIP NY 11751 |
| BANCKER CONSTRUCTION CORP | PHILLIP BEYER 171 FREEMAN AVENUE ISLIP NY 11751 |
| BARRACUDA | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 JACKSONVILLE FL 32236 |
| BLOOD HOUND LLC | 750 PATRICKS PLACE BROWNSBURG IN 46112 |
| CASE CONTRACTING LTD | 3484 HAROLD STREET OCEANSIDE NY 11572 |
| CEMEX | 800 NORTH MAGNOLIA AVENUE SUITE 300 ORLANDO FL 32803 |
| CISCO | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| CIT TECHNOLOGY FIN SVCS | 21146 NETWORK PLACE CHICAGO IL 60673 |
| CITRIX | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| COGENT | 2340 N ST NW WASHINGTON DC 20037 |
| COLD SPRINGS MACHINE CO INC | 465 COUNTY ROUTE 84 REXVILLE NY 14877 |
| COMCAST | ACCT# 8220202106047755 P O BOX 530099 ATLANTA GA 30353 |
| COMPLETE MOBILE HOME SETUP, LLC | PO BOX 788 HULL GA 30646 |
| CON EDISON | MICHAEL WALSH 4 IRVING PLACE NEW YORK NY 10003 |
| CON EDISON | STEPHEN BLOM 4 IRVING PLACE NEW YORK NY 10003 |
| CON EDISON | VICTOR BILLINGHURST 4 IRVING PLACE NEW YORK NY 10003 |
| CONCUR | 18400 NE UNION HILL ROAD REDMOND WA 98052 |
| CONSTRUCTION RESOURCES GROUP | 2401 EAST 16 STREET RUSSELLVILLE AR 72802 |
| CRANSTON ENGINEERING GROUP, PC | PO DRAWER 2546 AUGUSTA GA 30903 |
| D R DAVIES CONTRACTOR LLC | 1835 COBBS FORD CT MILLBROOK AL 36054 |
| DELL COMPUTER | DELL MARKETING C/O DELL USA L.P. P.O. BOX 534118 ATLANTA GA 30353 |
| DIGITAL OFFICE EQUIPMEMNT | 10929 US HIGHWAY 301 S STATESBORO GA 30458 |
| DUO | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| EAST COAST LUMBER & SUPPLY CO | 308 AVENUE A FORT PIERCE FL 34950 |
| EDGE | 1350 NORTHMEADOW PARKWAY SUITE 130 ROSWELL GA 30076 |
| ENERGY NORTHWEST | CHRISTOPHER SWEET 76 NORTH POWER PLANT LOOP RICHLAND WA 99354 |
| ENERGY NORTHWEST | JASON SIMMONS 76 NORTH POWER PLANT LOOP RICHLAND WA 99354 |
| ENERGY NORTHWEST | LINDA PARRELLA 76 NORTH POWER PLANT LOOP RICHLAND WA 99354 |
| ENSCO SUPPLY | PO BOX 404749 ATLANTA GA 30384 |
| FACTORY DIRECT SUPPLY | 1733 HILL AVENUE WEST PALM BEACH FL 33407 |
| FASTENAL COMPANY | PO BOX 1286 WINONA MN 55987 |
| FLEXENTIAL | 8910 LENOX POINTE DRIVE SUITE A CHARLOTTE NC 28273 |
| FLORIDA POWER & LIGHT | SCOTT H. ECKERT 6451 S. OCEAN DRIVE JENSEN BEACH FL 34957 |

| Claim Name | Address Information |
|---|---|
| FUSION TECH COMMUNICATIONS LLC | 102 DORSA AVENUE LIVINGSTON NJ 07039 |
| G-P CORRUGATED LLC - | CIRCLEVILLE, OH PLANT CODIE MASSIE 2850 OWENS RD CIRCLEVILLE OH 43113 |
| GEORGIA PACIFIC | CODIE MASSIE 2850 OWENS ROAD CIRCLEVILLE OH 43113 |
| GOLDEN ISLES SUPPLY CO., INC. | 9722 GOLDEN ISLES PKWY WEST GRAHAM GA 31513 |
| GRANITE TELECOMMUNICATIONS LLC | 100 NEWPORT AVENUE EXTENSION QUINCY MA 02171 |
| GUBMK (UNITED E&C) | AL MOCK (UNITED E&C) 305 FELLOWSHIP ROAD SUITE 300 MT. LAUREL NJ 08054 |
| GUBMK (WORLEY GROUP, INC) | MARK RAMSDEN (WORLEY) 400 EMBASSY ROW NE #350 ATLANTA GA 30328 |
| HARPER LINE STRIPING CO | 2836 WALDEN DRIVE AUGUSTA GA 30904 |
| HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE JACKSONVILLE FL 32254 |
| HERC RENTALS | PO BOX 936257 ATLANTA GA 31193 |
| HOLTEC INTERNATIONAL | STEVEN SOLER ONE HOLTEC BOULEVARD CAMDEN NJ 88104 |
| HSE CONTRACTORS INC | 3443 HERRINGRIDGE DRIVE ORLANDO FL 32812 |
| IKEGAMI ENGINEERING, INC. | TOSHIHIDE NAKAJIMA (CEO) 3-22 TENOUMINAMI SHIMIZU-KU SHIZUOKA-SHI, SHIZUOKA 424-0014 JAPAN |
| ILAND (11:11) | 1235 NORTH LOOP WEST SUITE #800 HOUSTON TX 77008 |
| IMPACT RENTALS, LLC | 4455 CONTRACTORS CT SUGAR HILL GA 30518 |
| INSIGHT | 6820 SOUTH HARL AVENUE TEMPE AZ 85283 |
| JM TEST SYSTEMS INC | DEPT #6389 PO BOX 11407 BIRMINGHAM AL 35246 |
| KELLY TRACTOR CO | 8255 NW 58TH ST MIAMI FL 33166 |
| KNOWBE4 | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| LAN DARTY REAL ESTATE | DBA D. REAM PROPERTIES DDG INVESTMENTS 2453 ROSS CLARK CIRCLE, SUITE #1 DOTHAN AL 36301 |
| LANE LAND DEVELOPMENT, LLC | TAMMY LANE 1857 WELLS ROAD STE 202 ORANGE PARK FL 32073 |
| LANE LAND DEVELOPMENT, LLC | CHARLEE L. MISKA 14 EAST BAY STREET JACKSONVILLE FL 32202 |
| LEASEQUERY | 115 PERIMETER CTR PL NE, #1150 ATLANTA GA 30346 |
| LOADSPRING | 187 BALLARDVALE STREET SUITE B-210 WILMINGTON MA 01887 |
| LOCKSTEP TECHNOLOGY GROUP | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| LOWES CREDIT SERVICES | P.O. BOX 530954 ATLANTA GA 30353 |
| M&W PRECAST LLC | 210 DURHAM ROAD OTTSVILLE PA 18942 |
| MACUCH STEEL PRODUCTS, INC. | P.O. BOX 3285 AUGUSTA GA 30914 |
| MAGID GLOVE & SAFETY MFG CO | PO BOX 95081 CHICAGO IL 60694 |
| MALWAREBYTES | 3979 FREEDOM CIRCLE 12TH FLOOR SANTA CLARA CA 95054 |
| MANER BUILDERS SUPPLY CO LLC | P.O. BOX 204598 AUGUSTA GA 30917 |
| MARTIN MARIETTA MATERIALS | 2710 WYCLIFF ROAD RALEIGH NC 27607 |
| MAXIM CRANE WORKS, LP | LOCKBOX #774389 4389 SOLUTIONS CENTER CHICAGO IL 60677 |
| MCKINNEY WHOLESALE CO INC | PO BOX 727 WAYNESBORO GA 30830 |
| MICROSOFT | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| MILLER ELECTRIC COMPANY | 6805 SOUTHPOINT PARKWAY JACKSONVILLE FL 32216 |
| MILLER ELECTRICAL CONTRACTORS | 613 SHALLOWFORD ROAD CHATTANOOGA TN 37411 |
| MOBILE MINI INC | PO BOX 650882 DALLAS TX 75265 |
| NATIONAL CONSTRUCTION RENTALS | PO BOX 841461 LOS ANGELES CA 90084 |
| NPE CONSULTANTS, LLC | 108 NEW PARK AVENUE UNIT 3 FRANKLIN CT 06254 |
| OLEARY CONSTRUCTION INC | 1830 GILFORD AVE NEW HYDE PARK NY 11040 |
| P&I SUPPLY CO | 2220 N FARES AVE EVANSVILLE IN 47711 |
| PANTHEON | 717 CALIFORNIA STREET FL2 SAN FRANCISCO CA 94108 |
| PARKPLACE TECHNOLOGY | 5910 LANDERBROOK DRIVE MAYFIELD HEIGHTS OH 44124 |
| PEEPELS MECHANICAL CORPORATION | 10 CONNOR LANE DEER PARK NY 11729 |
| PENTA | PO BOX 210 BROOKFIELD WI 53005 |
| PIXELLE CHILLICOTHE | TERESA SULZER 249 SOUTHERN AVENUE CHILLICOTHE OH 45601 |

| Claim Name | Address Information |
|---|---|
| PIXELLE SPECIALTY SOLUTIONS | TERESA SULZER 228 SOUTH MAIN STREET SPRING GROVE PA 17362 |
| PLANT MACHINE & WELDING INC. | 1815 DIXON AIRLINE ROAD AUGUSTA GA 30906 |
| POLLOCK COMPANY | 1711 CENTRAL AVENUE AUGUSTA GA 30904 |
| RED-D-ARC INC | PO BOX 532618 ATLANTA GA 30353 |
| REDHAT | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| REQUORDIT | 1325 TRI STATE PKWY SUITE 110 GURNEE IL 60031 |
| RICHMOND COUNTY CONSTRUCTORS | M.N. DRAW 12021 SUNSET HILLS ROAD RESTON VA 20190 |
| RICHMOND COUNTY CONSTRUCTORS | TYRONE TROUTMAN 12021 SUNSET HILLS ROAD RESTON VA 20190 |
| SALESFORCE | THE LANDMARK ONE MARKET STREET, SUITE 300 SAN FRANCISCO CA 94105 |
| SALTER BUILDING SUPPLY INC. | PO BOX 746 WAYNESBORO GA 30830 |
| SOLCYBER | 3090 NOWITZKI WAY SUITE 300 DALLAS TX 75219 |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC | JOHN WILLIAMS SNC CORPORATE HEADQUARTERS PO BOX 1295, BIN N-560-EC BIRMINGHAM AL 35201-1295 |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC | KAYLA HILL SNC CORPORATE HEADQUARTERS PO BOX 1295, BIN N-560-EC BIRMINGHAM AL 35201-1295 |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC | TONY SPRING SNC CORPORATE HEADQUARTERS PO BOX 1295, BIN N-560-EC BIRMINGHAM AL 35201-1295 |
| SOUTHERNLINC WIRELESS | PO BOX 931581 ACCT# 0010860851 ATLANTA GA 31193 |
| SOUTHWAY CRANE & RIGGING | P.O. BOX 2109 LEXINGTON SC 29071 |
| STAPLES INC. | DBA STAPLES BUSINESS ADVANTAGE PO BOX 105638 ATLANTA GA 30348 |
| SUNBELT RENTALS | P O BOX 409211 ATLANTA GA 30384 |
| TECH VALLEY ENGINEERING, PLC | 308 WOLF ROAD LATHAM NY 12110 |
| TENNESSEE VALLEY AUTHORITY | J. GREGORY (GREG) BENTLEY NUCLEAR PLANT RD TVA BROWNS FERRY NUCLEAR PLANT ATHENS AL 35611 |
| THOMPSON INDUSTRIAL SERVICE | 104 NORTH MAIN STREET SUMTER SC 29105 |
| THOMSON RUETERS | PO BOX 6016 CAROL STREAM IL 60197 |
| TOOLWATCH | 400 INVERNESS PKWY SUITE 450 ENGLEWOOD CO 80112 |
| TRI-STATE DISTRIBUTORS | PO BOX 559 - 2500 GA HWY 17 ROYSTON GA 30662 |
| UKG | 2000 ULTIMATE WAY WESTON FL 33326 |
| UNITED RENTALS-PAYMENT CENTER | P O BOX 100711 ATLANTA GA 30384 |
| VEEAM | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| VERDE ELECTRIC CORPORATION | 89 EDISON AVENUE MOUNT VERNON NY 10550 |
| VMWARE | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| WASTE CONNECTIONS OF NY, INC | 120 WOOD AVE. SOUTH ISELIN NJ 08830 |
| WASTE PRO OF FLORIDA, INC | 2101 W STATE RD 84, 3RD FLOOR LONGWOOD FL 32779 |
| WELDING WORKS, INC. | 32 NEW ROAD MADISON CT 06443 |
| WELLS FARGO VENDOR FINANCIAL | SERVICES, LLC 1961 HIRST DRIVE MOBLEY MO 65270 |
| WESTROCK CP, LLC | EXECUTIVE VP AND GENERAL COUNSEL 1000 ABERNATHY ROAD NE ATLANTA GA 30328 |
| WESTROCK CP, LLC | KATHY DAVIS 1000 ABERNATHY ROAD NE ATLANTA GA 30328 |
| WRS ENVIRONMENTAL SERVICES | 17 OLD DOCK ROAD YAPHANK NY 11980 |
| ZOHO | 4141 HACIENDA DR PLEASANTON CA 94588 |
| ZOOM | 55 ALMADEN BOULEVARD 6TH FLOOR SAN JOSE CA 95113 |

**Total Creditor count  134**

**EXHIBIT C**

WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al*. Case No. 23-10961 (BLS)
Electronic Mail Master Service List

| CORE EMAIL LIST |
|---|
| agbankdelaware@ag.tn.gov |
| agcarr@law.ga.gov |
| aginfo@azag.gov |
| ago.info@vermont.gov |
| ago@state.ma.us |
| agsecurities@scag.gov |
| agwasden@ag.idaho.gov |
| attorney.general@ago.mo.gov |
| attorney.general@alaska.gov |
| attorney.general@coag.gov |
| attorney.general@ct.gov |
| attorney.general@delaware.gov |
| attorney.general@maine.gov |
| attorney.general@state.de.us |
| attorneygeneral@doj.nh.gov |
| audley@chapman.com; benz@chapman.com; stetro@chapman.com |
| bclark@argos-us.com |
| brenda.leja@eversource.com |
| brian.mclaughlin@offitkurman.com |
| cecil@jaxwelldrilling.com |
| charles.messing@irs.gov; dennis.moody@irs.gov |
| chasemiller@mwc-law.com |
| cignasupplementalbilling@cigna.com |
| cjensen@shanleyapc.com |
| cmhs13@me.com |
| communications@wvago.gov |
| constituentservices@ag.louisiana.gov |
| corporate.incometaxissues@dor.ga.gov |
| darcie@olearyconstruction.com |
| dor_businesstax@delaware.gov; dor_legal_info@delaware.gov |
| dosdoc_ftax@delaware.gov |
| dprimack@mdmc-law.com |
| eric@ekbmasonry.com |
| escheat.holderquestions@delaware.gov |
| gbressler@mdmc-law.com |
| gloomis@mdmc-law.com |
| gillissd@whiteandwilliams.com; vulpioa@whiteandwilliams.com; gumapacr@whiteandwilliams.com |
| houston_bankruptcy@lgbs.com |
| info@intlplantservice.com |
| interdusteel@gmail.com |
| jcharlton@mwc-law.com; |
| jcohen@lowenstein.com; echafetz@lowenstein.com; pkhezri@lowenstein.com; bclark@lowenstein.com |
| josh.hernandez@gmail.com |

WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al*. Case No. 23-10961 (BLS)

Electronic Mail Master Service List

| CORE EMAIL LIST |
|---|
| jwaxman@morrisjames.com; emonzo@morrisjames.com; scerra@morrisjames.com |
| kara.roth@delaware.gov |
| kdickson@murray-lobb.com |
| kyoagor@ky.gov |
| leef@sesystemtech.com |
| lemon@atg.wa.gov |
| linda.richenderfer@usdoj.gov |
| lisa.udland@doj.state.or.us; michael.c.kron@doj.state.or.us |
| liza.davis@delaware.gov |
| ljones@pszjlaw.com; pkeane@pszjlaw.com |
| matthew.roose@ropesgray.com; daniel.egan@ropesgray.com |
| matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com |
| mfarley@hudsonelevator.com |
| miag@michigan.gov |
| mleach@clarionelec.com |
| ndag@nd.gov |
| nedoj@nebraska.gov |
| nyag.pressoffice@ag.ny.gov |
| oag@arkansasag.gov |
| oag@dc.gov |
| oag@oag.state.md.us |
| ocr@sec.gov |
| rackerman@smithind.com |
| regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com; gregory.vizza@blankrome.com |
| rlambert@johnsoncont.com |
| rstein@blankrome.com |
| sales@retubeco.com |
| schristianson@buchalter.com |
| sean.spraetz@sunbeltrentals.com |
| southeastdivision.credit@martinmarietta.com |
| sthaggard@morganconcrete.net |
| tarun@kbhindustrial.com |
| timothy.underwood@hercrentals.com |
| tlittlepage@cogburnbros.com |
| trish.lazich@ohioattorneygeneral.gov |
| tumwater@lni.wa.gov |
| uag@agutah.gov |
| ucp.reporting@dor.ga.gov |
| victor.rodriguez1@ferguson.com |
| waucpholders@dor.wa.gov |