## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1] | Case No. 23-10961 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 330 & 332** |

## <u>CERTIFICATE OF SERVICE</u>

I, CASSANDRA MURRAY, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 15, 2023, I caused to be served the:

    a.  "Second Amended Notice of Successful Bidder's Assumption and Assignment of Executory Contracts and Unexpired Leases," dated September 15, 2023 [Docket No. 330], (the "2nd Amended Assumption Notice"), and

    b.  "Third Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases," dated September 15, 2023 [Docket No. 332], (the "3rd Contract Assumption Notice"),

by causing true and correct copies of the:

    i.   2nd Amended Assumption Notice and 3rd Contract Assumption Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  2nd Amended Assumption Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

iii.  3rd Contract Assumption Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

iv.  2nd Amended Assumption Notice and 3rd Contract Assumption Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Cassandra Murray*
Cassandra Murray

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CHAPMAN AND CUTLER LLP | ATTN: ANTHONY M. DIGIACOMO 1270 AVENUE OF THE AMERICAS 30TH FLOOR NEW YORK NY 10020 |
| DELAWARE DIVISION OF REVENUE | 540 S DUPONT HIGHWAY DOVER DE 19901 |
| DELAWARE DIVISION OF REVENUE | 20653 DUPONT BLVD STE 2 GEORGETOWN DE 19947 |
| GEORGIA DEPARTMENT OF REVENUE | SALES AND USE TAX DIVISION PO BOX 105408 ATLANTA GA 30348 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| OFFICE OF THE US ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET ST, STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE US TRUSTEE | DISTRICT OF DELAWARE LINDA RICHENDERFER 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| ROBERT L. DOTY | (COUNSEL FOR STATE OF OHIO) SR. ASSISTANT AG COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE ONE GOVERNMENT CENTER, STE 1240 TOLEDO OH 43604-2261 |
| STATE OF ALABAMA ATTY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF CA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF FLORIDA ATTY GENERAL | ATTN: ASHLEY MOODY THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTY GENERAL | ATTN: LISA MADIGAN 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTY GENERAL | ATTN: CURTIS T. HILL, JR. INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTY GENERAL | ATTN: DEREK SCHMIDT 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF MONTANA ATTY GENERAL | ATTN: TIM FOX JUSTICE BLDG 215 N SANDERS HELENA MT 59620-1401 |
| STATE OF MS ATTORNEY GENERAL | ATTN: LYNN HITCH WALTER SILLERS BLDG 550 HIGH ST, STE 1200 JACKSON MS 39201 |
| STATE OF MS ATTORNEY GENERAL | ATTN: LYNN HITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF NC ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NJ ATTORNEY GENERAL | ATTN: CHRISTOPHER S. PORRINO RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NM ATTORNEY GENERAL | ATTN: HECTOR BALDERAS 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NM ATTORNEY GENERAL | ATTN: HECTOR BALDERAS PO DRAWER 1508 SANTA FE NM 87504-1508 |
| STATE OF OKLAHOMA ATTY GENERAL | ATTN: MIKE HUNTER 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF PA ATTORNEY GENERAL | ATTN: JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF TEXAS ATTY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF TN ATTORNEY GENERAL | ATTN: HERBERT H. SLATERY, III PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TN ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI JOHN SEVIER STATE OFFICE BLDG 500 CHARLOTTE AVE NASHVILLE TN 37219 |
| STATE OF VIRGINIA ATTY GENERAL | ATTN: MARK R. HERRING 202 N 9TH ST RICHMOND VA 23219 |
| STATE OF WI ATTORNEY GENERAL | ATTN: BRAD SCHIMEL WISCONSIN DEPARTMENT OF JUSTICE 17 W MAIN ST - PO BOX 7857 MADISON WI 53703-7857 |

**Total Creditor count  30**

WILLIAMS INDUSTRIAL SERVICES GROUP INC., et al.
Case No. 23-10961-BLS
First Class Mail Additional Service List

HERC RENTALS
TIMOTHY UNDERWOOD, PRESIDENT
PO BOX 936257
ATLANTA, GA 31193

HERC RENTALS
27500 RIVERVIEW CENTER BLVD. SUITE 100
BONITA SPRINGS, FL 34134

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| ACM COAL TAR REMOVAL | 71 GREEN ST BROOKLYN NY 11222 |
| AIRGAS USA | PO BOX 734672 DALLAS TX 75373 |
| AJAA HOLDING, INC | 25209 BUNTING CIRLCE LAND O LAKES FL 34639 |
| ALABMA METAL IND CORP AMICO | 3245 FATETTE AVE BIRMINGHAM AL 35208 |
| AMERICAN PORTABLE TOILETS, INC | 2195 N KINGS HIGHWAY FORT PIERECE FL 34951 |
| ARES STEEL | 601 SAM COOPER WAY RIVIERA BEACH FL 33404 |
| ARIES BUILDING SYSTEMS | 2900 S. QUINCY STREET SUITE 425 ARLINGTON VA 22206 |
| ASHMORE CONCRETE CONTRACTORS | 5100 PIERCE CT EVANS GA 30809 |
| AT&T | PO BOX 5019 CAROL STREAM IL 60197 |
| AUGUSTA INDUSTRIAL SERVICES | 15 LOVERS LANE AUGUSTA GA 30901 |
| AXIS RISK SERVICES | MICHAEL OWENS 4454 HAWKINS ACADEMY ROAD SOCIAL CIRCLE GA 30025 |
| AXIS RISK SERVICES | P.O. BOX 91 SOCIAL CIRCLE GA 30025 |
| AXIS RISK SERVICES | 111 WEST HIGHTOWER TRAIL SOCIAL CIRCLE GA 30025 |
| BAD DAY FABRICATION | 4360 N INDUSTRIAL DRIVE #300 CUMMING GA 30041 |
| BADGER DAYLIGHTING CORP. | LB# 1627 PO BOX 95000 PHILADELPHIA PA 19195 |
| BARRACUDA | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| BC INDUSTRIAL SUPPLY INC | P.O. BOX 6429 JACKSONVILLE FL 32236 |
| BENAWARE | 777 BALTIMORE STREET SUITE 97 GETTYSBURG PA 17325 |
| BENAWARE | PO 1060 GETTYSBURG PA 17325 |
| BLOOD HOUND LLC | 750 PATRICKS PLACE BROWNSBURG IN 46112 |
| CASE CONTRACTING LTD | 3484 HAROLD STREET OCEANSIDE NY 11572 |
| CEMEX | 800 NORTH MAGNOLIA AVENUE SUITE 300 ORLANDO FL 32803 |
| CIGNA HEALTHCARE | 900 COTTAGE GROVE ROAD BLOOMFIELD CT 06002 |
| CISCO | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| CIT TECHNOLOGY FIN SVCS | 21146 NETWORK PLACE CHICAGO IL 60673 |
| CITRIX | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| COGENT | 2340 N ST NW WASHINGTON DC 20037 |
| COGNITO FORMS | 929 GERVAIS STREET, SUITE D COLUMBIA SC 29201 |
| COLD SPRINGS MACHINE CO INC | 465 COUNTY ROUTE 84 REXVILLE NY 14877 |
| COMCAST | ACCT# 8220202106047755 P O BOX 530099 ATLANTA GA 30353 |
| COMPLETE MOBILE HOME SETUP, LLC | PO BOX 788 HULL GA 30646 |
| CON EDISON | 4 IRVING PLACE NEW YORK NY 10003 |
| CON EDISON | 4 IRVING PLACE NEW YORK NY 30084 |
| CONCUR | 18400 NE UNION HILL ROAD REDMOND WA 98052 |
| CONSTRUCTION RESOURCES GROUP | 2401 EAST 16 STREET RUSSELLVILLE AR 72802 |
| CONVERCENT INC | CHECK PAYMENTS: DEPT CH 17050 PALATINE IL 60055 |
| CONVERCENT INC | 3827 LAFAYETTE ST. 255 DENVER CO 80205 |
| CORETELLIGENT, LLC | 34 SOUTHWEST PARK WESTWOOD MA 02090 |
| CRANSTON ENGINEERING GROUP, PC | PO DRAWER 2546 AUGUSTA GA 30903 |
| D R DAVIES CONTRACTOR LLC | 1835 COBBS FORD CT MILLBROOK AL 36054 |
| DATAFUZION | 113 BERNADETTE DR. MICHIGAN CENTER MI 49254 |
| DATAFUZION | PO BOX 308 MICHICAN CENTER MI 49254 |
| DELL COMPUTER | DELL MARKETING C/O DELL USA L.P. P.O. BOX 534118 ATLANTA GA 30353 |
| DIGITAL OFFICE EQUIPMEMNT | 10929 US HIGHWAY 301 S STATESBORO GA 30458 |
| DISCOVERY BENEFITS, LLC | 321 20TH AVE S. FARGO ND 58103 |
| DUO | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| EAST COAST LUMBER & SUPPLY CO | 308 AVENUE A FORT PIERCE FL 34950 |
| EAST LAKE GOLF CLUB INC | 2575 ALSTON DRIVE SE ATLANTA GA 30317 |
| EDGE | 1350 NORTHMEADOW PARKWAY SUITE 130 ROSWELL GA 30076 |

| Claim Name | Address Information |
|---|---|
| ENERGY NORTHWEST | 42 INVERNESS CENTER PKWY HOOVER AL 30830 |
| ENERGY NORTHWEST | 76 NORTH POWER PLANT LOOP RICHLAND WA 99354 |
| ENERGYSOLUTIONS INC | ATTN: TREASURY DEPT 299 SOUTH MAIN STREET SUITE 1700 SALT LAKE CITY UT 84111 |
| ENSCO SUPPLY | PO BOX 404749 ATLANTA GA 30384 |
| ENTERGY OPERATIONS, INC. | MATT HENDERSON (COMMERCIAL CONTACT) C/O STEPHEN T. GRAY 308 EAST PEARL STREET JACKSON MS 39201 |
| ENTERGY OPERATIONS, INC. | PO BOX 64001 NEW ORLEANS LA 70164 |
| EXPERTPAY | 470 OLDE WORTHINGTON RD STE 200 WESTERVILLE OH 43082-9127 |
| FACTORY DIRECT SUPPLY | 1733 HILL AVENUE WEST PALM BEACH FL 33407 |
| FASTENAL COMPANY | PO BOX 1286 WINONA MN 55987 |
| FLEXENTIAL | 8910 LENOX POINTE DRIVE SUITE A CHARLOTTE NC 28273 |
| FLORIDA POWER & LIGHT | ATTN: PPC-RMO 5100 NW 159TH ST MIAMI GARDENS FL 33014 |
| FLORIDA POWER & LIGHT | ATTN RRD/LFO 4200 W FLAGLER ST CORAL GABLES FL 33134 |
| FLORIDA POWER & LIGHT | FPL- GENERAL MAIL FACILITY MIAMI FL 33188 |
| FLORIDA POWER & LIGHT | 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FLORIDA POWER & LIGHT | 6451 S. OCEAN DRIVE JENSEN BEACH FL 34957 |
| FLORIDA POWER & LIGHT | SCOTT H. ECKERT 6451 S. OCEAN DRIVE JENSEN BEACH FL 34957 |
| FUSION TECH COMMUNICATIONS LLC | 102 DORSA AVENUE LIVINGSTON NJ 07039 |
| GENERAL DYNAMICS | PO BOX 730349 DALLAS TX 75373-0349 |
| GEORGIA PACIFIC | 2850 OWENS ROAD CIRCLEVILLE OH 43113 |
| GOLDEN ISLES SUPPLY CO., INC. | 9722 GOLDEN ISLES PKWY WEST GRAHAM GA 31513 |
| GRANITE | 100 NEWPORT AVENUE EXTENSION QUINCY MA 02171 |
| GRANITE TELECOMMUNICATIONS LLC | 100 NEWPORT AVENUE EXTENSION QUINCY MA 02171 |
| GUBMK (UNITED E&C) | 305 FELLOWSHIP ROAD SUITE 300 MT. LAUREL NJ 08054 |
| GUBMK (UNITED E&C) | AL MOCK (UNITED E&C) 305 FELLOWSHIP ROAD SUITE 300 MT. LAUREL NJ 08054 |
| GUBMK (WORLEY GROUP, INC) | MARK RAMSDEN (WORLEY) 400 EMBASSY ROW NE #350 ATLANTA GA 30328 |
| HARPER LINE STRIPING CO | 2836 WALDEN DRIVE AUGUSTA GA 30904 |
| HDS WHITE CAP CONST SUPPLY | 5409-100 BROADWAY AVENUE JACKSONVILLE FL 32254 |
| HENNIGAN ENGINEERING | 55 INDUSTRIAL PARK ROAD HINGHAM MA 02043 |
| HERC RENTALS | PO BOX 936257 ATLANTA GA 31193 |
| HOLTEC INTERNATIONAL | ONE HOLTEC BOULEVARD CAMDEN NJ 88104 |
| HOLTEC INTERNATIONAL | STEVEN SOLER ONE HOLTEC BOULEVARD CAMDEN NJ 88104 |
| HSE CONTRACTORS INC | 3443 HERRINGRIDGE DRIVE ORLANDO FL 32812 |
| HUDSON ELEVATOR GROUP | 963 VAN DUZER STREET STATEN ISLAND NY 10304 |
| HUDSON ELEVATOR GROUP | BRIAN FARLEY, CEO & PRESIDENT 963 VAN DUZER STREET STATEN ISLAND NY 10304 |
| IKEGAMI ENGINEERING, INC. | 3-22 TENOUMINAMI SHIMIZU-KU SHIZUOKA-SHI,SHIZUOKA 424-0014 JAPAN |
| ILAND (11:11) | 1235 NORTH LOOP WEST SUITE #800 HOUSTON TX 77008 |
| IMPACT RENTALS, LLC | 4455 CONTRACTORS CT SUGAR HILL GA 30518 |
| INSIGHT | 6820 SOUTH HARL AVENUE TEMPE AZ 85283 |
| JM TEST SYSTEMS INC | DEPT #6389 PO BOX 11407 BIRMINGHAM AL 35246 |
| KBH SOLUTIONS | 2400 HERODIAN PARKWAY SUITE 220 SMYRNA GA 30080 |
| KBH SOLUTIONS | 4480 SOUTH COBB DRIVE SUITE H-159 SMYRNA GA 30080 |
| KBH SOLUTIONS LLC | 2400 HERODIAN WAY SE SUITE 220 SMYRNA GA 30126 |
| KBH SOLUTIONS LLC | TARUN GANERIWAL, CEO 2400 HERODIAN WAY SE SUITE 220 SMYRNA GA 30126 |
| KBH SOLUTIONS LLC | 5124 PARKWOOD OAKS LANE MABLETON GA 30126 |
| KELLY TRACTOR CO | 8255 NW 58TH ST MIAMI FL 33166 |
| KNOWBE4 | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| LAN DARTY REAL ESTATE DBA D. REAM | PROPERTIES, 3124 W. MAIN STREET SUITE 5 DOTHAN AL 36305 |
| LAN DARTY REAL ESTATE DBA D. REAM PROP. | DDG INVESTMENTS 2453 ROSS CLARK CIRCLE SUITE #1 DOTHAN AL 36301 |

| Claim Name | Address Information |
| --- | --- |
| LAN DARTY REAL-ESTATE & DEV | 3124 W. MAIN STREET STE. 5 DOTHAN AL 36305 |
| LEASEQUERY | 115 PERIMETER CTR PL NE, #1150 ATLANTA GA 30346 |
| LOADSPRING | 187 BALLARDVALE STREET SUITE B-210 WILMINGTON MA 01887 |
| LOWES CREDIT SERVICES | P.O. BOX 530954 ATLANTA GA 30353 |
| M&W PRECAST LLC | 210 DURHAM ROAD OTTSVILLE PA 18942 |
| MACUCH STEEL PRODUCTS, INC. | P.O. BOX 3285 AUGUSTA GA 30914 |
| MAGID GLOVE & SAFETY MFG CO | PO BOX 95081 CHICAGO IL 60694 |
| MALWAREBYTES | 3979 FREEDOM CIRCLE 12TH FLOOR SANTA CLARA CA 95054 |
| MANER BUILDERS SUPPLY CO LLC | P.O. BOX 204598 AUGUSTA GA 30917 |
| MARTIN MARIETTA MATERIALS | 2710 WYCLIFF ROAD RALEIGH NC 27607 |
| MAXIM CRANE WORKS, LP | LOCKBOX #774389 4389 SOLUTIONS CENTER CHICAGO IL 60677 |
| MCKINNEY WHOLESALE CO INC | PO BOX 727 WAYNESBORO GA 30830 |
| MICROSOFT | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| MILLER ELECTRIC COMPANY | 6805 SOUTHPOINT PARKWAY JACKSONVILLE FL 32216 |
| MILLER ELECTRICAL CONTRACTORS | 613 SHALLOWFORD ROAD CHATTANOOGA TN 37411 |
| MOBILE MINI INC | PO BOX 650882 DALLAS TX 75265 |
| NATIONAL CONSTRUCTION RENTALS | PO BOX 841461 LOS ANGELES CA 90084 |
| NPE CONSULTANTS, LLC | 108 NEW PARK AVENUE UNIT 3 FRANKLIN CT 06254 |
| OLEARY CONSTRUCTION INC | 1830 GILFORD AVE NEW HYDE PARK NY 11040 |
| ON LOCATION EVENTS, LLC | 805 THIRD AVENUE, FL 31 NEW YORK NY 10022 |
| P&I SUPPLY CO | 2220 N FARES AVE EVANSVILLE IN 47711 |
| PANTHEON | 717 CALIFORNIA STREET FL2 SAN FRANCISCO CA 94108 |
| PARKPLACE TECHNOLOGY | 5910 LANDERBROOK DRIVE MAYFIELD HEIGHTS OH 44124 |
| PEEPELS MECHANICAL CORPORATION | 10 CONNOR LANE DEER PARK NY 11729 |
| PENTA | PO BOX 210 BROOKFIELD WI 53005 |
| PIXELLE SPECIALTY SOLUTIONS | 228 SOUTH MAIN STREET SPRING GROVE PA 17362 |
| PLANT MACHINE & WELDING INC. | 1815 DIXON AIRLINE ROAD AUGUSTA GA 30906 |
| POLLOCK COMPANY | 1711 CENTRAL AVENUE AUGUSTA GA 30904 |
| QUALITY 'PLUS' SERVICES, INC. | 2929 QUALITY DR. PETERSBURG VA 23805 |
| RED-D-ARC INC | PO BOX 532618 ATLANTA GA 30353 |
| REDHAT | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| REQUORDIT | 1325 TRI STATE PKWY SUITE 110 GURNEE IL 60031 |
| SALESFORCE | THE LANDMARK ONE MARKET STREET, SUITE 300 SAN FRANCISCO CA 94105 |
| SALTER BUILDING SUPPLY INC. | PO BOX 746 WAYNESBORO GA 30830 |
| SOLCYBER | 3090 NOWITZKI WAY SUITE 300 DALLAS TX 75219 |
| SOUTHERN NUCLEAR OPERATING COMPANY | 42 INVERNESS CENTER PKWY HOOVER AL 30830 |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC | JOHN WILLIAMS SNC CORPORATE HEADQUARTERS PO BOX 1295, BIN N-560-EC BIRMINGHAM AL 35201-1295 |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC | KAYLA HILL SNC CORPORATE HEADQUARTERS PO BOX 1295, BIN N-560-EC BIRMINGHAM AL 35201-1295 |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC | TONY SPRING SNC CORPORATE HEADQUARTERS PO BOX 1295, BIN N-560-EC BIRMINGHAM AL 35201-1295 |
| SOUTHERNLINC WIRELESS | PO BOX 931581 ACCT# 0010860851 ATLANTA GA 31193 |
| SOUTHWAY CRANE & RIGGING | P.O. BOX 2109 LEXINGTON SC 29071 |
| STAPLES INC. | DBA STAPLES BUSINESS ADVANTAGE PO BOX 105638 ATLANTA GA 30348 |
| SUNBELT RENTALS | P O BOX 409211 ATLANTA GA 30384 |
| TECH VALLEY ENGINEERING, PLC | 308 WOLF ROAD LATHAM NY 12110 |
| TENNESSEE VALLEY AUTHORITY | NUCLEAR PLANT RD TVA BROWNS FERRY NUCLEAR PLANT ATHENS AL 35611 |
| THOMPSON INDUSTRIAL SERVICE | 104 NORTH MAIN STREET SUMTER SC 29105 |
| THOMSON RUETERS | PO BOX 6016 CAROL STREAM IL 60197 |

| Claim Name | Address Information |
|---|---|
| TOOLWATCH | 400 INVERNESS PKWY SUITE 450 ENGLEWOOD CO 80112 |
| TRI-STATE DISTRIBUTORS | PO BOX 559 – 2500 GA HWY 17 ROYSTON GA 30662 |
| TRIMBLE, INC. | PO BOX 203558 DALLAS TX 75320 |
| TRIMBLE, INC. | 935 STEWARD DRIVE SUNNYVALE CA 94085 |
| UKG | 2000 ULTIMATE WAY WESTON FL 33326 |
| UNITED RENTALS-PAYMENT CENTER | P O BOX 100711 ATLANTA GA 30384 |
| VEEAM | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| VERDE ELECTRIC CORPORATION | 89 EDISON AVENUE MOUNT VERNON NY 10550 |
| VERIZON WIRELESS | 1830 SCENIC HWY STE. 116 SNELLVILLE GA 30078 |
| VERIZON WIRELESS | BANKRUPTCY ADMIN 500 TECHNOLOGY DR, STE 550 WELDON SPRING MO 63304 |
| VERIZON WIRELESS | P.O.BOX 660108 DALLAS TX 75266 |
| VMWARE | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| WASTE CONNECTIONS OF NY, INC | 120 WOOD AVE. SOUTH ISELIN NJ 08830 |
| WASTE PRO OF FLORIDA, INC | 2101 W STATE RD 84, 3RD FLOOR LONGWOOD FL 32779 |
| WAYMAKER RESOURCE GROUP | 16770 LAKE HILLS COURT LAKEVILLE MN 55044 |
| WELDING WORKS, INC. | 32 NEW ROAD MADISON CT 06443 |
| WELLS FARGO VENDOR FINANCIAL | SERVICES, LLC 1961 HIRST DRIVE MOBLEY MO 65270 |
| WESTROCK CP, LLC | 1000 ABERNATHY ROAD NE ATLANTA GA 30328 |
| WRS ENVIRONMENTAL SERVICES | 17 OLD DOCK ROAD YAPHANK NY 11980 |
| ZOHO | 4141 HACIENDA DR PLEASANTON CA 94588 |
| ZOOM | 55 ALMADEN BOULEVARD 6TH FLOOR SAN JOSE CA 95113 |

**Total Creditor count  165**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AJAA HOLDING, INC | 25209 BUNTING CIRLCE LAND O LAKES FL 34639 |
| AXIS RISK SERVICES | MICHAEL OWENS 4454 HAWKINS ACADEMY ROAD SOCIAL CIRCLE GA 30025 |
| BENAWARE | 777 BALTIMORE STREET SUITE 97 GETTYSBURG PA 17325 |
| CIGNA HEALTHCARE GROUP | PO BOX 188037 CHATTANOOGA TN 37422 |
| COGNITO FORMS | 92 GERVAIS STREET SUITE D COLUMBIA SC 29201 |
| CON EDISON | MICHAEL WALSH 4 IRVING PLACE NEW YORK NY 10003 |
| CONVERCENT INC | 3827 LAFAYETTE ST. #255 DENVER CO 80205 |
| CORETELLIGENT, LLC | 34 SOUTHWEST PARK WESTWOOD MA 02090 |
| DATAFUZION HCM, INC. | 113 BERNADETTE DR. PO BOX 308 MICHIGAN CENTER MI 49254 |
| DISCOVERY BENEFITS, LLC | (AKA WEX HEALTH, INC) 4321 20TH AVE S PO BOX 9528 FARGO ND 58103 |
| EAST LAKE GOLF CLUB, INC | 2575 ALSTON DRIVE SE ATLANTA GA 30317 |
| EDGE BUSINESS SYSTEMS, LLC | 1350 NORTHMEADOW PARKWAY SUITE 130 ROSWELL GA 30076 |
| ENERGYSOLUTIONS, LLC | ATTN: TREASURY DEPT 299 SOUTH MAIN STREET SUITE 1700 SALT LAKE CITY UT 84111 |
| ENTERGY OPERATIONS, INC. | MATT HENDERSON (COMMERCIAL CONTACT) C/O STEPHEN T. GRAY 308 EAST PEARL STREET JACKSON MS 39201 |
| ENTERGY OPERATIONS, INC. | PO BOX 64001 NEW ORLEANS LA 70164 |
| EXPERTPAY | 80 STATE STREET C/O CORPORATION SERVICE COMPANY ALBANY NY 12207-2543 |
| EXPERTPAY | 294 EAST CAMPUS VIEW BLVD. COLUMBUS OH 43235 |
| FLORIDA POWER & LIGHT | SCOTT H. ECKERT 6451 S. OCEAN DRIVE JENSEN BEACH FL 34957 |
| GEORGIA PACIFIC | CODIE MASSIE 2850 OWENS ROAD CIRCLEVILLE OH 43113 |
| GUBMK CONSTRUCTORS | AL MOCK (UNITED E&C) 305 FELLOWSHIP ROAD SUITE 300 MT. LAUREL NJ 08054 |
| GUBMK CONSTRUCTORS | MARK RAMSDEN (WORLEY) 400 EMBASSY ROW NE #350 ATLANTA GA 30328 |
| HENNIGAN ENGINEERING CO., INC | 55 INDUSTRIAL PARK ROAD HINGHAM MA 02043 |
| KBH SOLUTIONS, LLC DBA KBH INDUSTRIAL | 2400 HERODIAN WAY SE SUITE 220 SMYRNA GA 30126 |
| LOCKSTEP TECHNOLOGY GROUP | 190 TECHNOLOGY PKWY NW STE 125 PEACHTREE CORNERS GA 30092 |
| MILLER ELECTRICAL CONTRACTOR, INC | 613 SHALLOWFORD ROAD CHATTANOOGA TN 37411 |
| ON LOCATION EVENTS, LLC | 805 THIRD AVENUE, FL 31 NEW YORK NY 10022 |
| ORACLE AMERICA INC | 2300 ORACLE WAY AUSTIN TX 78741 |
| ORACLE AMERICA INC | 1001 SUNSET BLVD. ROCKLIN CA 95765 |
| PIXELLE SPECIALTY SOLUTIONS | 228 SOUTH MAIN STREET SPRING GROVE PA 17362 |
| QUALITY 'PLUS' SERVICES, INC. | 3427 STEINWAY ST #300 ASTORIA NY 11101 |
| SAFETY & QUALITY PLUS, INC | 34-27 STEINWAY STREET SUITE 300 LONG ISLAND CITY NY 11101 |
| SMARTSHEET.COM INC | 500 108TH AVE NE SUITE 200 BELLEVUE WA 98004 |
| SOUTHERN NUCLEAR OPERATING COMPANY | KAYLA HILL SNC CORPORATE HEADQUARTERS PO BOX 1295 BIN N-560-EC BIRMINGHAM AL 35201-1295 |
| TENNESSEE VALLEY AUTHORITY | TVA BROWNS FERRY NUCLEAR PLANT NUCLEAR PLANT RD ATHENS AL 35611 |
| TOOLWATCH | 400 INVERNESS PKWY SUITE 450 ENGLEWOOD CO 80112 |
| TRIMBLE, INC | 935 STEWARD DRIVE SUNNYVALE CA 94085 |
| UKG | 2000 ULTIMATE WAY WESTON FL 33326 |
| VERIZON WIRELESS | P.O. BOX 25505 LEHIGH VALLEY PA 18002 |
| WAYMAKER | 16770 LAKE HILLS COURT LAKEVILLE MN 55044 |
| WESTROCK CP, LLC | EXECUTIVE VP AND GENERAL COUNSEL 1000 ABERNATHY ROAD NE ATLANTA GA 30328 |

**Total Creditor count  40**

**EXHIBIT D**

WILLIAMS INDUSTRIAL SERVICES GROUP INC., et al. Case No. 23-10961 (BLS)

Electronic Mail Master Service List

| CORE EMAIL LIST |
| --- |
| AGBankDelaware@ag.tn.gov |
| agcarr@law.ga.gov |
| aginfo@azag.gov |
| ago.info@vermont.gov |
| ago@state.ma.us |
| agsecurities@scag.gov |
| agwasden@ag.idaho.gov |
| attorney.general@ago.mo.gov |
| attorney.general@alaska.gov |
| attorney.general@coag.gov |
| attorney.general@ct.gov |
| attorney.general@delaware.gov |
| attorney.general@maine.gov |
| attorney.general@state.de.us |
| attorneygeneral@doj.nh.gov |
| audley@chapman.com; benz@chapman.com; stetro@chapman.com |
| bclark@argos-us.com |
| brenda.leja@eversource.com |
| brian.mclaughlin@offitkurman.com |
| cecil@jaxwelldrilling.com |
| charles.messing@irs.gov; dennis.moody@irs.gov |
| ChaseMiller@mwc-law.com |
| cignasupplementalbilling@cigna.com |
| cjensen@shanleyapc.com |
| cmhs13@me.com |
| communications@wvago.gov |
| constituentservices@ag.louisiana.gov |
| corporate.incometaxissues@dor.ga.gov |
| darcie@olearyconstruction.com |
| dor_businesstax@delaware.gov; dor_legal_info@delaware.gov |
| dosdoc_ftax@delaware.gov |
| dprimack@mdmc-law.com |
| eric@ekbmasonry.com |
| escheat.holderquestions@delaware.gov |
| gbressler@mdmc-law.com |
| gloomis@mdmc-law.com |
| gillissd@whiteandwilliams.com; vulpioa@whiteandwilliams.com; gumapacr@whiteandwilliams.com |
| houston_bankruptcy@lgbs.com |
| info@intlplantservice.com |
| interdusteel@gmail.com |
| JCharlton@mwc-law.com; |
| JCohen@lowenstein.com; EChafetz@lowenstein.com; PKhezri@lowenstein.com; BClark@lowenstein.com |
| josh.hernandez@gmail.com |

WILLIAMS INDUSTRIAL SERVICES  GROUP INC., et al. Case No. 23-10961 (BLS)
Electronic Mail Master Service List

| CORE EMAIL LIST |
| --- |
| jwaxman@morrisjames.com; emonzo@morrisjames.com; scerra@morrisjames.com |
| kara.roth@delaware.gov |
| kdickson@murray-lobb.com |
| kyoagor@ky.gov |
| leef@sesystemtech.com |
| lemon@atg.wa.gov |
| linda.richenderfer@usdoj.gov |
| lisa.udland@doj.state.or.us; michael.c.kron@doj.state.or.us |
| liza.davis@delaware.gov |
| ljones@pszjlaw.com; pkeane@pszjlaw.com |
| matthew.roose@ropesgray.com; daniel.egan@ropesgray.com |
| matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com |
| mfarley@hudsonelevator.com |
| miag@michigan.gov |
| mleach@clarionelec.com |
| ndag@nd.gov |
| nedoj@nebraska.gov |
| nyag.pressoffice@ag.ny.gov |
| oag@arkansasag.gov |
| oag@dc.gov |
| oag@oag.state.md.us |
| ocr@sec.gov |
| rackerman@smithind.com |
| regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com; gregory.vizza@blankrome.com |
| rlambert@johnsoncont.com |
| rstein@blankrome.com |
| sales@retubeco.com |
| schristianson@buchalter.com |
| sean.spraetz@sunbeltrentals.com |
| southeastdivision.credit@martinmarietta.com |
| sthaggard@morganconcrete.net |
| tarun@kbhindustrial.com |
| timothy.underwood@hercrentals.com |
| tlittlepage@cogburnbros.com |
| Trish.Lazich@OhioAttorneyGeneral.gov |
| tumwater@lni.wa.gov |
| uag@agutah.gov |
| ucp.reporting@dor.ga.gov |
| victor.rodriguez1@ferguson.com |
| waucpholders@dor.wa.gov |