**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WILLIAMS INDUSTRIAL SERVICES GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10961 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR THE HEARING SCHEDULED FOR**
**OCTOBER 11, 2023, AT 10:30 A.M. (ET)[2]**

> **THE HEARING WILL BE CONDUCTED IN-PERSON AND BY ZOOM.**
> **PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED**
> **TO REGISTER NO LATER THAN OCTOBER 10, 2023, AT 4:00 P.M. (ET) PLEASE**
> **USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsdeqvqD8tEp1m9ERiQ7GXRC8IJlF1r3U
>
> **AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL**
> **CONTAINING INFORMATION ABOUT JOINING THE MEETING.**
> **AUDIO FOR THE HEARING WILL BE PROVIDED BY ZOOM ONLY.**

**I.     REMAINING CURE OBJECTIONS IN CONNECTION WITH SALE**

1. Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Authority to Sell, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 33; 7/24/23].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Williams Industrial Services Group Inc. (1378), Williams Industrial Services Group, LLC (2666), Williams Industrial Services, LLC (0406), Williams Plant Services, LLC (9575), Williams Specialty Services, LLC (9578), WISG Electrical, LLC (6918), Construction & Maintenance Professionals, LLC (0925), Williams Global Services, Inc. (3708), Steam Enterprises, LLC (9177), GPEG LLC (5707), Global Power Professional Services, Inc. (2550), WISG Canada Ltd. (B.N. 6518), WISG Nuclear Ltd. (B.N. 3510), and WISG Electrical Ltd. (B.N. 2116). The location of the Debtors' corporate headquarters and service address is: 200 Ashford Center N, Suite 425, Atlanta, GA 30338.

[2] All motions and other pleadings referenced herein are available online at either of the following web addresses: https://dm.epiq11.com/WilliamsIndustrialServicesGroup or https://dm.epiq11.com/WISGRP.

00060978.1

<u>Objection Deadline</u>:  September 5, 2023**,** at 5:00 p.m. (ET); extended through and including September 6, 2023**,** for Bechtel and extended through and including September 22, 2023, for Sunbelt Rentals, both in relation to cure objection amounts.

<u>Related Pleadings</u>:

A. Order (I) Approving Bidding Procedures for the Sale of Debtors' Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Assumption and Assignment Procedures for Executory Contracts and Unexpired Leases, (VI) Authorizing and Approving the Debtors' Entry into the Stalking Horse APA, (VII) Authorizing and Approving Bid Protections, and (VIII) Granting Related Relief [D.I. 196; 8/19/23].

B. Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 203; 8/22/23].

C. Notice of Auction Cancellation and Designation of Successful Bidder [D.I. 231; 8/30/23].

D. Declaration of Steven E. Birchfield in Support of the Debtors' Sale Motion and EnergySolutions Nuclear Services, LLC's Adequate Assurance of Future Performance [D.I. 243; 8/31/23].

E. Second Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 249; 9/1/23].

F. Notice of Successful Bidder's Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 289; 9/5/23].

G. Amended Notice of Successfully Bidder's Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 300; 9/7/23].

H. Order (A) Approving the Sale of Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing the Debtors to Perform Their Obligations Under the Purchase Agreement and Other Transaction Documents, (C) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief [D.I. 309; 9/7/23].

I. Notice of Filing of (I) Amended Exhibit 2 to the Order Approving the Sale of Assets Free and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing the Debtors to Perform Their Obligations Under the Purchase Agreement and Other Transaction Documents, (C) Authorizing and Approving the Assumption and Assignment of Certain

        Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief and (II) Black-Line of Same [D.I. 315; 9/11/23].

J.      Third Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 332; 9/15/23].

K.     Notice of Closing of Sale [D.I. 367; 9/19/23].

Remaining Cure Objection Received:

A.     Objection of the Consolidated Edison Company of New York, Inc. to Notice to Contract Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 257; 9/1/23]

B.     Response by Southern Nuclear Operating Company to Debtor's Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 263; 9/1/23].

C.     Oracle America Inc.'s Limited Objection to and Reservation of Rights Regarding Third Notice to Contract Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases [D.I. 391; 9/29/23].

D.     Informal comments received from Sunbelt Rentals.

Status: The informal comments of Sunbelt Rentals have been resolved. With respect to all remaining responses, this matter has been adjourned to the hearing on November 14, 2023 at 10:30 a.m. (ET).

## II.   MATTERS UNDER CERTIFICATION

2.     Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 345; 9/18/23].

Objection Deadline: October 4, 2023, at 4:00 p.m. (ET).

Related Pleadings:

A.     Certificate of No Objection Regarding Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 435; 10/5/23].

Objections Received: None.

Status: A certificate of no objection has been filed.

3.  Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 346; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.  Certificate of No Objection Regarding Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 436; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

4.  Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 347; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.  Certificate of No Objection Regarding Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 437; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

5.  Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 348; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.  Certificate of No Objection Regarding Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 438; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

6. Debtors' Sixth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 349; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A. Certificate of No Objection Regarding Debtors' Sixth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 439; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

7. Debtors' Seventh Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 350; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A. Certificate of No Objection Regarding Debtors' Seventh Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 440; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

8. Debtors' Eighth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 351; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A. Certificate of No Objection Regarding Debtors' Eighth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 441; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

9. Debtors' Ninth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 352; 9/18/23].

   Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

   Related Pleadings:

   A.   Certificate of No Objection Regarding Debtors' Ninth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 442; 10/5/23].

   Objections Received:  None.

   Status:  A certificate of no objection has been filed.

10. Debtors' Tenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 353; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.   Certificate of No Objection Regarding Debtors' Tenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 443; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

11. Debtors' Eleventh Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 354; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.   Certificate of No Objection Regarding Debtors' Eleventh Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 444; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

12. Debtors' Twelfth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 355; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A. Certificate of No Objection Regarding Debtors' Twelfth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 445; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

13. Debtors' Thirteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 356; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET), extended to October 6, 2023 at 10:00 a.m. (ET) for McYam.

    Related Pleadings:  None.

    Objections Received:  Informal comments from McYam.

    Status:  The Debtors intend to file a revised form of order under certification of counsel prior to the hearing resolving the informal comments from McYam.

14. Debtors' Fourteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 357; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A. Certificate of No Objection Regarding Debtors' Fourteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 446; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

15. Debtors' Fifteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 358; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.   Certificate of No Objection Regarding Debtors' Fifteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 447; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

16. Debtors' Sixteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 359; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.   Certificate of No Objection Regarding Debtors' Sixteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 448; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

17. Debtors' Seventeenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 360; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.   Certificate of No Objection Regarding Debtors' Seventeenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 449; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

18. Debtors' Eighteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 361; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.  Certificate of No Objection Regarding Debtors' Eighteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 450; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

19. Debtors' Nineteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 362; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.  Certificate of No Objection Regarding Debtors' Nineteenth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 451; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

20. Debtors' Twentieth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 364; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A.  Certificate of No Objection Regarding Debtors' Twentieth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 452; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

21. Debtors' Twenty-First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 365; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A. Certificate of No Objection Regarding Debtors' Twenty-First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 453; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

22. Debtors' Twenty-Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 366; 9/18/23].

    Objection Deadline:  October 4, 2023, at 4:00 p.m. (ET).

    Related Pleadings:

    A. Certificate of No Objection Regarding Debtors' Twenty-Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 454; 10/5/23].

    Objections Received:  None.

    Status:  A certificate of no objection has been filed.

|  |  |
|---|---|
| Dated: October 6, 2023<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark L. Desgrosseilliers*<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>*desgross@chipmanbrown.com*<br><br>-and-<br><br>Sean A. Gordon (admitted *pro hac vice*)<br>Austin B. Alexander (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>Two Alliance Center<br>3560 Lenox Road NE, Suite 1600<br>Atlanta, Georgia 30326-4266<br>Telephone: (404) 541-2900<br>Facsimile: (404) 541-2905<br>*Sean.Gordon@thompsonhine.com*<br>*Austin.Alexander@thompsonhine.com*<br><br>Alan R. Lepene (admitted *pro hac vice*)<br>Scott B. Lepene (admitted *pro hac vice*)<br>**THOMPSON HINE LLP**<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>Telephone: (216) 566-5500<br>Facsimile: (216) 566-5800<br>*Alan.Lepene@thompsonhine.com*<br>*Scott.Lepene@thompsonhine.com*<br><br>*Counsel for the Debtors* |